MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/12/24__

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CLINTON GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>GONTRAN DE QUILLACQ, an Individual, and NAVESINK INTERNATIONAL, LLC,<br><br>Defendants. | Index No.   24-cv-05195 (ALC)<br><br>STIPULATION TO EXTEND TIME TO ANWER |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, as follows:

1. Defendants hereby admit service of the Summons and Complaint in the within action and waives any affirmative defense of lack of jurisdiction or legal insufficiency of service.

2. The parties hereby agree that the time for the Defendants to move, answer or otherwise respond to the complaint in this action is extended to and including August 23, 2024.

3. This Stipulation may be executed in one or more counterparts and/or transmitted by facsimile or other electronic means which, when taken together, shall constitute one original document.

4. The parties may execute this document with a digital or electronic signature, and it shall constitute a sufficient original signature for this stipulation.

Dated: New York, New York
      August 6, 2024

WYLIE STECKLOW PLLC

By: _____/s/_____
Wylie M. Stecklow
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, NY 10019
(212) 566 8000, ext 3

By: _____
Gontran DeQuillacq
Defendant individually
444 River Road
Fair Haven, NJ 07704

By: _____
Elizabeth DeQuillacq
Authorized signator
for Defendant
*Navesink International, LLC*
444 River Road
Fiar Haven, NJ. 07704

SO ORDERED:
_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 12, 2024
New York, New York

-2-

9691374.1