IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CLINTON GROUP, INC._____Plaintiff,_____v._____GONTRAN DE QUILLACQ, an Individual, and NAVESINK INTERNATIONAL, LLC,_____Defendants. | Index No. 24-cv-5195 (ALC)_____STIPULATION FOR BRIEFING SCHEDULE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, as follows:

1. Defendants filed a motion pursuant to Rule 12b6 on August 22, 2024.

2. Opposition papers by Plaintiff will be due on or before September 25, 2024.

3. Reply papers by Defense will be due by October 10, 2024.

4. This Stipulation may be executed in one or more counterparts and/or transmitted by facsimile or other electronic means which, when taken together, shall constitute one original document.

5. The parties may execute this document with a digital or electronic signature, and it shall constitute a sufficient original signature for this stipulation.

Dated: New York, New York
       August 30, 2024

WYLIE STECKLOW PLLC

By: ____/s/____
    Wylie M. Stecklow
    Attorneys for Plaintiff
    Carnegie Hall Tower
    152 W. 57th Street, 8th Floor
    New York, NY 10019
    (212) 566 8000, ext 3

BOYLE & JASARI LLP

By: ____/s/____
    Dennis E. Boyle
    Attorneys for Defendants
    1050 Connecticut Avenue, N.W.
    Suite 500
    Washington, D.C. 20036
    (717) 217 2400

So Ordered