```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CLINTON GROUP, INC.,

                      Plaintiff,

      -against-

NAVESINK INTERNATIONAL, LLC and
GONTRAN DE QUILLACQ,

                      Defendants.
-----------------------------------------------------------------X

24-CV-5195 (ALC) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 21, 2025, the parties appeared before the undersigned for an initial case management conference. As discussed at the conference and set forth below:

The parties shall complete discovery **by June 23, 2025**.

Plaintiff shall file its Motion for Summary Judgment **by July 23, 2025**. Defendants shall file their opposition and Cross-Motion for Summary Judgment **by August 25, 2025**. Plaintiff shall file its opposition and reply **by September 25, 2025**. Defendants shall file their reply **by October 9, 2025**.

The parties shall file a joint status letter, updating the Court on the status of discovery **by June 2, 2025**.

      SO ORDERED.

DATED:  April 21, 2025
            New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge