# BOYLE & JASARI

1050 Connecticut Ave, N.W., Suite 500
Washington, D.C., 20036

Main Telephone (771) 217-2400
boylejasari.com

Dennis E. Boyle
Partner
Direct Line (202) 430-1900
DBoyle@boylejasari.com

June 20, 2025

**Via CM/ECF**
The Honorable Katharine H.
Parker United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

  Re: Cancellation of Settlement Conference
    *Clinton Group, LLC v. Navesink International, LLC, and Gontran de Quillacq*
    Case No. 1:24-cv-05195

Dear Judge Parker,

 Pursuant to Rule 1B of this Court's Individual Practices, undersigned counsel for Defendants Navesink International, LLC, and Gontran de Quillacq respectfully submits this letter requesting that the settlement conference currently scheduled for June 25, 2025, be cancelled.

 Defendants do not wish to conduct a settlement conference and wish to proceed to trial. Please let me know if there are any questions.

             Sincerely,

             */s/ Dennis E. Boyle*
             Dennis E. Boyle
             Partner