IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLINTON GROUP, INC.<br><br>    Plaintiff,<br><br>v.<br><br>GONTRAN DE QUILLACQ, an individual, and NAVESINK INTERNATIONAL, LLC,<br><br>    Defendants. | Case No. 1:24-cv-05195<br><br>**Declaration of Dennis E. Boyle, Esq., In Support of Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment** |

Dennis E., Boyle, being an attorney duly admitted to practice before this Court, affirms and declares, under the penalties of perjury, the following:

1. Attached hereto as **Exhibit A** is a true and correct copy of pages from the transcript of the April 14, 2021, deposition of Gontran de Quillacq.

2. Attached hereto as **Exhibit B** is a true and correct copy of pages from the transcript of the December 22,Exhibit  2021, deposition of Robert Picard.

3. Attached hereto as **Exhibit C** is a true and correct copy of pages from the transcript of the March 22, 2021, deposition of Alexe Sorin.

4. Attached hereto as **Exhibit D** is a true and correct copy of an email exchange between Erin Matey de Quillacq and Clinton Group, dated June 22, 2018 – August 27, 2018.

5. Attached hereto as **Exhibit E** is a true and correct copy of screenshots of Navesink International's website.

6. Attached hereto as **Exhibit F** is a true and correct copy of Navesink International's standard fee agreement.

7. Attached hereto as **Exhibit G** is a true and correct copy of text messages between Robert Picard and George Hall, dated March 24, 2017.

8.  Attached hereto as **Exhibit H** is a true and correct copy of an email from Robert Picard to Peter Rawlins, dated April 13, 2017.

9.  Attached hereto as **Exhibit I** is a true and correct copy of pages from the transcript of the May 22, 2025, deposition of George Hall.

10. Attached hereto as **Exhibit J** is a true and correct copy of Clinton Group's employment offer to the QML team.

11. Attached hereto as **Exhibit K** is a true and correct copy of an email from Gontran de Quillacq to Peter Rawlins, dated March 24, 2017.

12. Attached hereto as **Exhibit L** is a true and correct copy of an email from Gontran de Quillacq to George Hall, dated July 25, 2017.

13. Attached hereto as **Exhibit M** is a true and correct copy of an email from Gontran de Quillacq to George Hall, dated February 13, 2018.

14. Attached hereto as **Exhibit N** is a true and correct copy of screenshots of statistics for Navesinkinternational.com.

Dated: August 25, 2025                    Respectfully Submitted,

*/s/ Dennis E. Boyle*
Dennis E. Boyle, Esquire (Bar ID No. DB2781)
Blerina Jasari, Esquire (Bar ID No. BJ1004)
Boyle & Jasari
1050 Connecticut Ave, N.W.
Suite 500
Washington, D.C., 20036
(771) 217-2400
Email: dboyle@boylejasari.com
           bjasari@boylejasari.com

*Counsel for Defendants*

Case 1:24-cv-05195-ALC-KHP    Document 41    Filed 08/25/25    Page 3 of 3