# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x

NAVESINK INTERNATIONAL, INC.,

                         Plaintiff,

                                      Index No. 654722/2018
             -against-

THE CLINTON GROUP, INC.,

                         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - x

                         Web Conference

                         April 14, 2021
                         10:01 A.M.


             EXAMINATION BEFORE TRIAL OF GONTRAN de

QUILLACQ, testifying on behalf of himself and the

Plaintiff in the above-entitled action, taken by the

attorney for the Defendant, pursuant to Stipulation,

held via web conference before Andrea Bloecker, a

Notary Public within and for the State of New York,

at the above time and date.

```
 1                                                        2

 2    A P P E A R A N C E S :

 3

 4        LAW OFFICES OF NEAL BRICKMAN, P.C.
                Attorney for Plaintiff
 5              420 Lexington Avenue, Suite 2811
                New York, New York 10170
 6
          BY:   JASON STEWART, ESQ.
 7

 8
          WYLIE STECKLOW, PLLC
 9              Attorney for Defendant
                231 West 96th Street
10              Professional Suites 2B-#3
                New York, New York 10025
11
          BY:   WYLIE STECKLOW, ESQ.
12

13

14        ALSO PRESENT:

15        ELIZABETH de QUILLACQ

16        GEORGE HALL

17

18

19

20

21

22

23

24

25
```

```
 1                    GONTRAN de QUILLACQ            62
 2      A      Let me read it.
 3             It does say so, yes.  It does indicate
 4    that Morgan Stanley's prime brokerage business, he's
 5    gonna pass on my resume to them.
 6      Q      Then you write that you have a few
 7    business proposals, correct?
 8      A      Yes.
 9      Q      And you have three separate items that
10    you identify as business proposals to Peter Rawlins
11    at Clinton Group on March 24, 2017, correct?
12      A      Yes.
13      Q      What e-mail address did you send this
14    from?
15      A      My personal e-mail address at Navesink.
16      Q      And your personal e-mail address is
17    which?  Can you please spell it out for the record.
18      A      G-d-e-q-u-i-l-l-a-c-q at Navesink
19    International, gdequillacq@navesinkinternational.
20      Q      Was there a legal agreement link attached
21    to this e-mail?
22      A      No.
23      Q      Is this the first e-mail you sent to The
24    Clinton Group concerning various business proposals
25    you were making for them in 2017?
```

```
 1                    GONTRAN de QUILLACQ            178
 2          the question.
 3               MR. STECKLOW:  He's not given me an
 4          answer to the question.  He's given me an
 5          answer that he likes but it's not
 6          answering the question.
 7               I'm asking the specific position
 8          that he introduced himself to Clinton
 9          for.  He then tells me what his skill
10          sets are.  I'm not asking his skill sets.
11          I'm asking him what position he's
12          introducing himself for.
13               MR. STEWART:  I would say to you
14          that he's describing several positions in
15          his response.  You're characterizing it
16          as a skill set.  I believe -- and not
17          being as knowledgeable about this as
18          Mr. De Quillacq is -- that his
19          explanation is trying to explain to you
20          the different positions by which he was
21          introducing him as a candidate for.
22               MR. STECKLOW:  If he gave me that
23          answer, that these are all the positions
24          I'm introducing myself for, that would be
25          great, but that's not the answer I'm
```

```
 1                    GONTRAN de QUILLACQ              179
 2              getting.
 3      Q      Would you like to clarify something,
 4  Mr. de Quillacq?
 5      A      Yes.  It's relevant.
 6              You don't understand how portfolio
 7  management and work with portfolio managers work.
 8  It's pretty obvious.
 9              So I am telling you I'm introducing a
10  team.  They all have skills.  The portfolio manager
11  has selected the team.  That's it.  Whether he wants
12  me for this or that is irrelevant.  He has selected
13  the team.
14      Q      Thank you.
15              How did you seek to alert Clinton to your
16  entitlement to a recruitment fee?
17      A      At the conversation at Salt Creek, I was
18  clear that I was an executive recruiter and I was
19  entitled to a fee.  I would use my recruiters@
20  Navesink going forward because it has a disclaimer
21  at the bottom.  It has a contractual engagement at
22  the bottom.  Every e-mail going forward would be
23  with recruiters@navesink.
24              I can repeat this many times.
25      Q      How did you seek to ensure that Clinton
```

1                      GONTRAN de QUILLACQ              180

2    understood that you believe you had an entitlement

3    to a recruitment fee?

4         A      Because they said so.

5         Q      They being who?  Who specifically said

6    so?

7         A      Robert Picard and Pete Rawlins.

8         Q      Did anybody else ever say so?

9         A      They are the representative of Clinton.

10   That's good enough for me.

11        Q      Other than Robert Picard and Peter

12   Rawlins, is it your testimony that anyone else ever

13   said that they understood that you were entitled to

14   a recruiting fee?

15        A      I don't care.  I already made the

16   statement.  They agreed to it.

17                    MR. STECKLOW:  Off the record.

18                    (Whereupon, a discussion was held

19             off the record.)

20                    MR. STECKLOW:  Can you read back

21             the last question, Andrea, please.

22                    (Whereupon, the requested portion

23             of the record was read back by this

24             reporter.)

25        A      The answer is yes, because they accepted

```
1                    GONTRAN de QUILLACQ          181
2    every e-mail that comes from recruiters and they
3    clicked on that contractual agreement, which means
4    they are aware.
5        Q      Who clicked on that link?
6        A      It doesn't say.  The reports don't say.
7        Q      So you don't know who clicked on that
8    link?
9        A      It's somebody from or several people from
10   the management of Clinton and they have clicked on
11   the link 27 times.
12       Q      How do you know how many times somebody
13   from Clinton clicked on it?
14       A      One of your questions was who is managing
15   the website, and the answer is it's me.  When you
16   manage a website, you have a host and the host --
17   the way a website work, there is a computer that ask
18   for a page or an information, and the computer
19   calculates that page and sends it back to the
20   computer.
21              He needs to know which is the computer he
22   has to send it to.  The way he knows is there is
23   what's called an IP address.  It's a number.  It's
24   125.60 whatever.  Okay.  That is the computer
25   address to whom your website is sending the
```

```
 1                    GONTRAN de QUILLACQ            128

 2   need to pay both severance and the recruiting fee,

 3   is that right?

 4        A     No.  During the termination meeting, I

 5   was told my services are not required anymore.  You

 6   know, they don't like me as an employee, that can

 7   let me go.  That's fine, but I introduced the

 8   candidate and the team and myself, eventually, you

 9   know, and as a recruiter and, therefore, I am

10   entitled to a claim.

11             I might have postponed the request.  I

12   might have deferred the claim but I'm entitled to

13   it, as we had agreed, and when I saw they were not

14   in good faith, when I saw that actually they were

15   hiring of me for the purpose of not paying that fee,

16   I stated clearly that I have a claim, and I

17   eventually claimed my claim, my placement fee.

18        Q     Going back to the severance issue, did

19   you place this recruitment fee into the severance

20   e-mails you had with Clinton Group?

21        A     They send a severance proposal, not me.

22        Q     Did you ever send them an e-mail

23   concerning severance?

24        A     I stated in my meeting departure, when I

25   was told I was let go, I stated that I had a
```

1                    GONTRAN de QUILLACQ              129

2    placement fee claim and that I was claiming that

3    fee.

4        Q      Did you follow-up with that in writing?

5        A      Yes.

6        Q      When was that?

7        A      That was in -- I think in June 2018.

8        Q      When was your severance meeting?  When

9    did you have that exit meeting?

10       A      That was November 2017.

11       Q      So you followed up in writing of this

12   meeting from November 2017 seven or eight months

13   later?

14       A      I took legal advice in between.  In case

15   you forget, I talked to six or eight lawyers, and,

16   also, they took a long time to send me that

17   severance, and, also, I was supposed to have

18   follow-up conversation with George who has been

19   delaying and delaying and delaying.  Talking about

20   organizing deposition he has been delaying and

21   delaying the conversation.

22             The time it took for the claim to come in

23   is because Clinton was refusing the dialogue,

24   playing games again, because they took a long time

25   to send me a severance payment and that severance

1                    GONTRAN de QUILLACQ                    130

2    payment eventually was not acceptable.

3         Q      When did they send you that severance

4    payment?

5         A      January 2018.

6         Q      You had an exit meeting November 2017.

7         A      In which I stated my claim, yes.

8         Q      Which you believe you stated that you

9    were owed not just a severance agreement but also a

10   recruiter fee, correct?

11        A      That's your testimony.

12               Well, there's two roles.  There's the

13   employee, which is entitled severance, and I stated

14   my claim and they owed me for my claim.

15        Q      You're testifying that you made those

16   statements in this meeting in November of 2017,

17   correct?

18        A      I am testifying under oath that I made

19   that claim.

20        Q      Then in January of 2018 they made you a

21   severance offer, correct?

22        A      January 2018, yes.

23        Q      You had communications with them about

24   the severance offer, correct?

25        A      Yes.  They told me they were going to

```
 1                    GONTRAN de QUILLACQ          140

 2    that came obvious with those e-mails and with those

 3    severance agreement, as well as the separation

 4    conversation.  It's at that time that I realize that

 5    Clinton was not in good faith.

 6        Q      We'll get back to that.

 7               Earlier you testified that this alleged

 8    recruitment fee you postponed it and deferred it for

 9    a while.  Why did you do that?

10        A      Because it made sense for various

11    reasons.

12        Q      Please identify those reasons.

13        A      The first one is those employees didn't

14    have a contract.  So we never knew exactly when we

15    started.  We were supposed to have a contract.  They

16    lured us a contract.  Sorin Alexe, who was

17    representing me now when I was in there was telling

18    me that, you know, we would have a contract, but we

19    never had a formal contract, which means their start

20    date is not too obvious, and the contractual

21    agreement specifies that the fee increases over time

22    as the months pass by.

23               So if I was claiming my placement fee

24    they could have stopped the hiring immediately and

25    said goodbye, Gontran, as per our contractual
```

```
 1                  GONTRAN de QUILLACQ              141

 2      agreement, we owe you nothing, and, therefore, it

 3      made sense not to claim.

 4              Second, I came in good faith.  You are

 5      saying that I was in bad faith and I was asking to

 6      have my cake and eat it.  Because I am in good faith

 7      and because I was looking forward to a long-term

 8      relationship with Clinton that would have been worth

 9      much more than the placement fee I did not at that

10      time make my claim.

11              When it turns out that Clinton had been

12      in bad faith, on that day where I was let go out of

13      nowhere, I said in that case I am requesting my

14      placement fee.  I was entitled to it.  I never

15      withdraw it.  I just not asked it because I was in

16      good faith, and I claimed it.

17      Q       Had you not been terminated, you wouldn't

18      have made a claim for a recruiter fee?

19      A       Maybe.  Maybe not.  Maybe I would have

20      said okay, the trial period would have been gone and

21      maybe I wouldn't have claimed it.  Depend.

22      Q       What do you mean by the trial period?

23      A       So the contractual agreement specified

24      that the placement fee is due entirely after a

25      certain number of months and after one month you are
```

```
 1                    GONTRAN de QUILLACQ              142
 2    owed, I think, 25 percent of placement fee.  After
 3    two month, etcetera, etcetera, etcetera.  It's
 4    progressing.  Because the company might say you know
 5    what, the candidate actually is not what we are
 6    looking for and, therefore, we are, you know,
 7    letting go, but the more the candidate stays the
 8    more they have the time to figure out that's the
 9    right candidate, and they kept him for over a year.
10    So obviously he was the right candidate they were
11    looking for.
12         Q     Who was that?
13         A     Sorin Alexe.
14         Q     What about you, were you the right
15    candidate they were looking for?
16         A     Well, you see they hired me so they said
17    at the time yes, yes, yes, and a few months later
18    they accused me of not being competent and,
19    therefore -- or not being up to par.  It's up to
20    them, you know.  I disagree with that, but at the
21    end, they have the right to let go an employee, you
22    know, but they cannot hire an employee so that they
23    can waive a placement fee.
24         Q     Didn't Sorin Alex also agree that you
25    were not competent in the job that you were doing
```

1                    GONTRAN de QUILLACQ            218

2    placement fee they would not hire you as an

3    employee?

4         A     They could hire -- they fire the whole

5    team, yes.

6         Q     If you asked for a placement fee?

7         A     You don't understand the culture of the

8    company.

9         Q     I'm sorry, I'm asking a specific

10   question.  I'm not asking you to tell me about the

11   culture of the company.

12               You're saying one of the reasons why you

13   didn't give them a recruiting fee agreement is

14   because you thought they might fire the whole team

15   if they received that, is that correct?

16        A     No, it's not correct.  As I said before,

17   there are several reasons, one of them is yes, we do

18   not have a contract.  Two, they could let us go at

19   any time.  Three, my fee increases over time.

20        Q     So you didn't send them a fee agreement

21   because you didn't want them to, A, fire you before

22   they hired you by receiving this fee agreement or,

23   B, fire you and not hire these people until your fee

24   would increase over time, is that accurate?

25        A     No.  They already had the few agreement

```
 1                    GONTRAN de QUILLACQ              219

 2   in the link to my e-mail.

 3        Q      Well, that's a default agreement, is it

 4   not?

 5        A      It's an agreement.  It might be default

 6   but it's an agreement.  It specifies that unless we

 7   have an explicit agreement this is the agreement

 8   that binds and they agreed to it.

 9        Q      They agreed to it is Robert Picard and

10   Peter Rawlins in that Salt Creek meeting, that's how

11   they agreed to it, correct?

12        A      Among other things.  They verbally

13   accepted it and then after that with plenty of

14   e-mails and plenty of conversation and everywhere

15   it's written legal terms and contractual, click

16   here, and they always say that's fine, and they went

17   on the website and I have the proof they went 27

18   time to that link.

19        Q      What was the first date they went on the

20   website?

21        A      I don't know.

22        Q      On the 1203 and 1204 we looked at it

23   showed the most recent date as being in, I believe,

24   August of 2017, is that right?

25        A      No.  It's the last day, if I'm correct,
```

```
 1                                              300

 2                      I N D E X

 3

 4  WITNESS                EXAMINATION BY          PAGE

 5  Gontran de Quillacq   Mr. Stecklow        6 to 290

 6                        Mr. Stewart       290 to 294

 7

 8                    E X H I B I T S

 9  DEFENDANT'S                                    PAGE

10     A         Document Bates stamped           294
                 Navesink 0062 and 0063
11
       F         Screen capture of Navesink       295
12               International, Inc. website
                 successful depositions page
13
       EE        Document Bates stamped           295
14               Navesink 1395 and 1396

15     V         Document Bates stamped           295
                 Navesink 1147 through 1152
16
       D    Document Bates stamped Navesink 010   295
17
       J         Document Bates stamped           295
18               Navesink 19 through 44

19     K    Document Bates stamped Navesink 0069  295

20     FF   Document Bates stamped Navesink 1462  296

21     LL    Document Bates stamped Sorin 0023    296

22     JJ     Document Bates stamped TCG 0018     296

23     L         Document Bates stamped           296
                 Navesink 070 through 078
24
       N    Document Bates stamped Navesink 691   296
25
```

```
 1                                                    301

 2                      I N D E X   (CONT'D)

 3

 4                       E X H I B I T S

 5    DEFENDANT'S                                     PAGE

 6      MM           Document Bates stamped           296
                     Navesink 1203 and 1204
 7
        E            Document Bates stamped           297
 8                   Sorin 0025 through 0029

 9      GG    Document Bates stamped Navesink 1688    297

10      NN    Document Bates stamped Navesink 070     297

11      II           Document Bates stamped           297
                     Navesink 1781 through 1787
12
        Y            Document Bates stamped           297
13                   Navesink 1205 through 1207

14      H            Screen capture of Navesink       297
                     International, Inc. website
15                      expert CV page

16      I            Screen capture of Navesink       298
                     International, Inc. website
17              legal clients and partners' page

18

19    PLAINTIFF'S                                     PAGE

20      1            Defendant's response             298
                     to interrogatories
21

22

23

24

25
```

```
 1                                            302

 2                      I N D E X   (CONT'D)

 3

 4               INFORMATION TO BE SUPPLIED

 5    PAGE       LINE          DESCRIPTION

 6    23          2           Documents reviewed in
      23          8           preparation for the
 7                            deposition that have not
                              yet been produced
 8
      26         16           All documents reviewed in
 9    27          6           preparation for the
                              deposition that have not
10                            yet been produced

11    55         11           Native file and all
                              metadata in the native
12                            file for Exhibit EE

13   158          7           Whatever notes the witness
                              was reviewing during the
14                            deposition

15   182         10           All documents related to
                              clicks on the link from The
16                            Clinton Group onto that
                              specific legal agreement
17                            link

18   272          7           Written agreements with
                              Ankura, Barrington
19                            Financial, Bates Group,
                              Moskalev and Seda Experts
20

21

22

23

24

25
```

```
 1                                          303

 2                   I N D E X   (CONT'D)

 3

 4                        INSERTS

 5    PAGE      LINE          DESCRIPTION

 6    14        17            Specific date as to when
                              Mr. de Quillacq first spoke
 7                            with any of his attorneys

 8    22        2-3           Bates numbers of documents
                              reviewed in preparation for
 9                            the deposition

10    45        12            Dollar amount awarded at
                              FINRA arbitration
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                                                       304

 2                    C E R T I F I C A T E

 3

 4   STATE OF NEW YORK          )

 5                              :      SS:

 6   COUNTY OF NASSAU           )

 7

 8        I, ANDREA BLOECKER, a Shorthand Reporter and

 9   Notary Public within and for the State of New York,

10   do hereby certify:

11        That GONTRAN de QUILLACQ, the witness whose

12   deposition is hereinbefore set forth, was duly sworn

13   by me, and that such deposition is a true record of

14   the testimony given by such witness.

15        I further certify that I am not related to any

16   of the parties to this action by blood or marriage,

17   and that I am in no way interested in the outcome of

18   this matter.

19        IN WITNESS WHEREOF, I have hereunto set my hand

20   this 10th day of May, 2021.

21

22

23                         _____

24                               ANDREA BLOECKER

25
```

**A**

**a-p-p-r-o-f-o-n-d-i-e-s** 29:7
**A.M** 1:12 99:23 100:19 211:8,11
**ABD** 28:17,19
**ability** 8:23 9:3,7,11,16,21 98:22
  242:11
**able** 11:9,10,15 15:13 21:14 26:3
  71:4 192:8 197:22 264:4 278:12
  291:3 292:14 293:17
**above-entitled** 1:17
**absolutely** 74:21 76:8 90:6 91:15
  98:22 100:2 101:5,23 139:23
  167:7 275:12 289:16 291:25
**academic** 280:25
**accept** 51:20 132:7 133:12 225:16
  227:8 242:2,5 243:3 265:3,4
**acceptable** 127:23 130:2 139:12
  203:21 237:25
**acceptance** 228:10,19 230:6,24
  231:18
**accepted** 180:25 219:13 241:21
  242:16
**accepting** 215:19 231:24 264:25
**access** 36:3 167:12 183:4 286:24
**accessed** 188:21 220:11
**accessing** 231:6
**accompanied** 3:22
**account** 76:10,11 99:16,17 106:4
  114:24,25,25 116:22 242:3
**accountants** 187:18 194:6
**accounting** 187:2
**accuracy** 36:22
**accurate** 25:23 40:6,8 48:22 51:6,9
  51:10 174:19 218:24 265:21
  284:11 285:3
**accurately** 8:8,24 9:3,8,12,17,22,25
**accused** 142:18
**acknowledged** 164:18 165:4
**act** 82:6 252:2
**acting** 89:5 99:17 238:20 239:4,10
**action** 1:17 289:2 290:22 304:16
**actions** 290:9
**active** 248:23
**activities** 32:13 154:18 274:18
**activity** 32:20 67:6 152:24 153:18
  153:23 203:19 264:12 268:3
  274:22
**actual** 18:18 174:13
**add** 120:12 284:10 291:4
**adding** 145:14
**addition** 97:20
**address** 6:10 52:18 62:13,15,16
  74:11 75:20,23 76:2,9,12,14,21
  88:3 101:20 102:2 107:24 108:7
  108:16 109:15 110:10,11,14,17
  110:20,23 111:17,20 112:8,12,14
  119:8 120:10 121:11 134:21
  136:20 158:23 162:21 163:12

164:14,20 165:22 166:10,11,15
  166:18 167:5 181:23,25 184:23
  186:22 191:3,7,8,15 193:14
  194:15 215:17 254:10 258:8
  274:5
**addressed** 111:6,21
**addresses** 111:3 186:25 191:4,16
  244:8
**adequate** 145:22
**administrative** 290:4,16
**admit** 153:12
**advertised** 243:18
**advice** 59:21 129:14 222:24 241:12
**advisement** 272:13
**affect** 8:23 9:7,11,16,21
**affiliated** 267:2,23,24
**afternoon** 151:14
**afterward** 124:14
**against-** 1:7
**age** 61:20 97:13
**ago** 13:9,12 48:6,7,9 57:13 65:20
  203:2 255:19
**agree** 36:18 72:21 98:21 119:17
  142:24 223:4,15 224:10,21
  225:23 226:2,18,20 227:2 231:10
  232:2 242:15
**agreeable** 42:16 147:7
**agreed** 4:10,12,14,17 5:14 77:18
  104:22 107:25 108:3 112:17
  121:5,5,25 122:2,5 123:23 124:3
  124:14,16 128:13 143:13 146:16
  180:16 215:11,21 219:8,9,11
  223:12 225:10 232:9 242:16,19
**agreeing** 225:13
**agreement** 19:9 42:5 62:20 63:11
  77:14 80:2 89:2 102:16 120:16,23
  121:7,13,21,24 122:6,12,17
  123:21 124:7,17,22 125:5 127:3
  127:10,12,16,18,19,22 130:9
  131:14 132:4,4,12 133:7 137:16
  137:22 140:3,21 141:2,23 146:16
  146:22,24,25 147:19 150:20
  159:25 160:6,12,16,24 181:3
  182:15 188:5,20 189:22 210:21
  215:9,13,20 216:5,5,25 217:16
  218:13,20,22,25 219:3,5,6,7,7
  223:14 224:24 228:11,20 229:14
  229:20 230:6,24 231:9,18,24
  232:4,8 233:2,6,8 234:25 235:3
  238:20 240:18 241:8 245:6 246:5
  246:12,16,22,23 247:2,3,4,7,11
  247:13 268:7,13,14,15 269:9,11
  271:7,9 294:12 302:16
**agreements** 120:16 215:11 239:4
  239:25 240:11 269:7,22 270:10
  270:20 271:5,20 272:8 294:9
  302:18
**ah** 189:9 207:19

**ahead** 65:3 120:7 250:8,20
**aid** 36:11
**alcohol** 8:10
**alert** 179:15 225:12
**alerting** 224:23 225:2
**Alex** 117:11 142:24 213:12
**Alexe** 117:10 140:16 142:13 143:4
  143:6 144:12,17,21 159:9,18
  160:17 168:15,24 169:3,18 170:8
  173:13 176:16,19 177:5,8 197:24
  198:4,6,23 203:2 204:5 208:7
  211:2 216:3 221:8 250:4 263:6
  286:2 294:10,14
**allege** 274:18
**alleged** 140:7 262:19
**allegedly** 120:24
**allergy** 8:19,22,23
**allocate** 70:7
**allow** 36:20 150:21 183:4 185:20
  193:15 194:16 249:22
**allowed** 96:5 152:9,9,21 153:5,6,17
  187:6 194:14 201:10 206:4
  231:14 274:21
**allows** 31:4 44:3
**alpha** 32:18
**amount** 44:24 45:2,10 124:2,23
  127:18 201:8 242:15 247:17,21
  261:22 262:22 264:22,24 265:11
  265:20 277:20,22 278:4,18,21,23
  279:16 303:10
**analysis** 198:14 202:12,12
**analyst** 248:11 249:7,8
**analyze** 266:9
**Andrea** 1:19 31:7 33:10 78:23
  86:23 108:21 109:11,25 136:3
  180:21 190:4 192:7 200:3 201:22
  249:19 288:17 304:8,23
**Ankura** 267:21,22,23,25 268:2,15
  268:19 272:9 302:18
**anniversary** 248:22
**answer** 3:8,12,17,18,21,22,22,23
  7:9,24 8:4 10:20,23,25 11:19,20
  11:22 17:22 18:11,16 20:2 22:15
  24:13 25:25 31:9 33:4 36:7,16
  37:24 44:21 46:14 70:9,20,22,25
  71:2,9,20,21 72:7,7,14 75:3,4
  77:24 78:11,13,15,22 79:5,8,9
  83:16 84:17 85:4,21,23 86:8,19
  87:5,15 89:23 96:17,22 100:14
  108:25 110:6,8 111:25 115:15
  124:10 145:21,22 149:6,7 150:7
  150:12,14 152:3 157:2,9,14 158:4
  164:2 166:22 168:6 173:18
  174:13 175:14 177:25 178:4,5,23
  178:25 180:25 181:15 193:11
  202:20 203:15 204:25 205:24
  206:2 212:7,14 217:12 225:5,25
  227:13 228:3 232:3,5 234:19,22

234:23 235:7 242:10,12,20,22
  249:4 252:8 257:6 265:13,15
  273:5,11 274:12 276:8 279:18
  282:23 291:5 292:6 293:12
answered 3:20 4:7 72:12 78:2 115:7
  138:4 157:5 177:25 204:24 273:6
  273:8 274:11 299:12
answering 22:14 33:6 64:25 65:2
  100:13 135:6 178:6
answers 18:15 36:11 47:11 133:3
  150:6 157:20,23 207:7 299:13
anticipating 96:18
anticipation 28:3
anybody 20:11 53:10 99:6 180:8
  187:18 189:9 191:13,14 237:17
  241:14
anymore 54:19 128:5 147:12 222:3
anyplace 76:5
anytime 244:14
anyway 204:13
apart 258:22
apologize 36:18
apologizing 162:13
apostrophe 29:6,16
apparently 122:19 163:24,25
  208:17
appear 166:18
appearing 5:18
appears 230:2
applied 160:24
applies 10:10,11
apply 3:9 160:16
applying 34:4
appreciate 45:19
approach 69:16 201:12 261:19
  268:8 273:15,16
approfondies 29:6
appropriate 3:10 4:15 186:3
  239:19,23,24 280:4 285:24
appropriately 272:23
approximately 39:23 40:6 106:15
  106:18 133:13 164:21 277:9
April 1:11 19:13,13,14,18 162:4,19
  163:2,3,16 164:8,13 165:2,5
  299:10
arbitration 16:3 44:8,15 45:23 51:2
  51:4,8,11 289:2 303:10
area 12:8,9,11 39:5
areas 153:14
argument 228:7 244:14
arrangement 159:9,17 294:19
arrived 34:5
article 3:10 185:20
ascertain 103:25
asked 17:17 20:2 22:15 24:12 26:2
  38:5 42:14,15,21 44:23 47:23
  58:17 71:2,4,10 72:12 78:9,15
  100:11 102:10,15 103:15 141:15

144:12,13,15 145:12,19 147:3,3
  157:5,6,17 177:24 197:7 199:13
  199:14 203:9,10 204:6,23 212:25
  214:5 217:25 218:6 221:14
  225:11 231:11 235:8 245:22
  250:9 273:6,8,11 274:10 279:19
  279:19 281:21 284:4 288:8 292:3
  299:12
asking 7:12 10:17 18:17,19,20
  22:16,18 23:13 24:9 27:8,9 33:5
  35:17 44:21,22 48:24 64:13,24
  65:23,24 66:16 72:6 75:22 82:25
  83:2 85:20 86:18 87:19 88:15
  100:10 101:8 115:19,20 126:24
  141:5 150:5,8 152:7,17 153:22
  157:14 171:10,12 172:11 174:14
  175:11 177:9 178:7,10,11 185:22
  187:15 193:17 197:9 213:8,8
  215:5,8 217:4,13 218:9,10 228:2
  230:22 232:15 234:7 237:25
  239:17,19 240:16 246:25 265:14
  278:25 282:9 283:4,5 284:14
  286:25 287:8
asks 78:10
ass 291:13
assent 223:4 227:17
assess 199:23
asset 114:21 209:23 260:5
assets 70:2 207:23 278:13
Associate 42:13,15
associated 95:11 98:2 173:8
associates 40:11,18,24 41:6,12,22
  41:24 42:3 187:6
association 272:2,3
assume 291:10
assumption 96:9,13 188:11
assumptions 96:7 236:3
Atlantic 38:19 39:12,14 40:5,9,10
  40:17 41:11 42:17 54:18,20
attach 17:6
attached 62:20 63:11 77:3 165:15
attendance 3:15
attention 293:13
attorney 1:18 2:4,9 3:13,21 4:5 7:4
  13:14,20 14:25 15:11 16:12,12,21
  18:2,22,25 19:16,20,22 26:21
  27:15 28:11 232:11 237:22 267:4
  290:11 293:3 294:16
attorney/ 17:5
attorneys 4:17,18 7:11 14:5,16,18
  15:12 17:12 50:17 268:4 303:7
atypical 199:24
August 219:24 220:4,5,13,18 221:4
  228:24 229:9 234:14 277:14
authority 93:16
automatically 42:14 105:17
available 131:7 272:19
Avenue 2:5 187:12

award 45:4 291:20
awarded 45:11 303:10
aware 9:6,10 10:3 11:2 90:9,25
  181:4 202:22 223:24

### B

b 3:6,11 173:5 217:19 218:23
  248:17 251:15 300:8 301:4
B1 248:4,10
back 12:4,8,10 18:14 27:3 33:11,13
  38:2,6 46:16 48:11 71:14,17
  73:16 77:19,22 78:20,24 79:2
  81:6 85:24 86:6,9,11,20 87:2,21
  89:25 90:4 92:13 102:5 108:20,23
  109:13,22,23 110:4 128:18
  136:23 137:7 140:6 151:13 157:4
  164:17 166:8 180:20,23 181:19
  183:11 184:11,11 187:22 190:3,6
  200:2,5 201:21,24 217:8,10 228:6
  233:19,22 243:20 278:3
background 10:5 171:23
bad 141:5,12 198:25 199:4,9
band 58:13
bank 30:17,17 34:23 97:24 114:25
banks 33:2 34:24
banner 158:21
Barrington 268:21 269:4,7,10
  272:9 302:18
based 36:8 90:20 97:19 125:25
  144:17 145:13 191:3 202:5
  207:10
basically 32:23 42:9 94:21 114:24
  147:3 156:8 167:14 200:10
  210:18 231:9 233:3 241:23 254:2
  264:22 291:21
basics 7:6
basis 3:13,23 291:5
Bates 21:3,5,7,10,12,12,20,23 45:14
  53:22 59:8 60:19 102:22 134:11
  134:13 150:3 183:2 226:12,14
  230:9 231:7 244:19 269:12
  272:10 294:25 295:10,14,18,22
  296:2,6,10,14,18,22 297:2,6,10
  297:14,18,22 300:10,13,15,16,17
  300:19,20,21,22,23,24 301:6,7,9
  301:10,11,12 302:19 303:8
bathroom 249:18
Bay 211:18 262:21 263:2 264:18
BB 211:18
bear 126:13
beautiful 205:10 291:20
began 198:7 201:2 222:6
beginning 7:6 41:5 43:10 172:21
  201:2
behalf 1:16 16:23 81:24 223:25
Behbehani 152:13 274:17,24
belief 5:17 91:17 148:25 149:8
  150:15 183:23 188:17,21 227:6

227:17 231:15
**believe** 11:11 16:24 56:25 58:24
  60:11 63:6 88:18 90:20 91:16
  97:20 106:15 108:4 115:16
  121:22 125:9 126:17,23 130:8
  132:17 144:9 145:16 148:20,25
  149:7,21 168:12 173:16 178:16
  180:2 182:10,23 200:17,18
  201:20 219:23 222:22 223:2
  225:24 245:6 265:23 276:16
  286:3 287:2 293:16
**believed** 89:16 121:13 144:12,21
  145:4 250:3 265:10
**believes** 86:14 90:23 143:8
**belong** 67:5,13
**belonging** 68:7
**belongs** 114:25 185:14,15 191:7,17
  191:21,23,25 201:11 202:24
**beneficial** 152:25 153:23
**benefit** 205:7,8 206:7,13 207:13,14
  207:17,18,20 273:10 275:21
  278:6,14 279:2,23 280:8,12,15
  281:8,18,22,24 282:6,15,16,21
  283:6,14
**benefited** 281:10
**benefits** 206:9 225:6,9
**Bernie** 56:3,11,13 61:8,18 97:4
  100:3 273:15,17
**best** 5:16 18:3,7 36:7 50:14 64:7
  138:12,19 158:17 198:10 224:15
  229:16 238:2 242:10
**beta** 32:17
**better** 251:10 255:7 280:5 289:19
**beyond** 64:19
**big** 30:16 34:3 246:12
**bigger** 136:17
**bill** 105:12 247:24
**billed** 68:3 116:23
**billing** 247:24
**billion** 117:4
**billions** 85:2
**bills** 264:13
**bind** 227:8,15
**binding** 98:22 121:13,23 122:12
  222:16 223:3 227:16,19 233:2
  240:24
**binds** 219:8
**bit** 15:11 39:16,24 274:16
**blame** 204:14 207:4 291:15
**blank** 21:22 45:8,10
**blind** 99:24
**blindly** 99:20,21
**block** 254:3 292:23
**Bloecker** 1:19 304:8,23
**blog** 50:11
**blood** 304:16
**blue** 184:21
**board** 91:11 94:3,16 95:6 97:17

98:8,11,21
**bold** 154:24 155:6
**Booth** 211:18 262:21 263:2 264:18
**boss** 35:12 145:5 213:7
**bottom** 64:6 79:25 80:11 119:15,16
  120:2,13 121:23 146:16 159:3
  179:21,22 207:15 227:7 231:9
  243:15 254:7 258:9
**bought** 94:24
**bound** 124:15 224:6 227:21 228:10
  228:20
**brand** 42:15
**breach** 222:19
**break** 151:11 183:7,9,20 228:6
  232:19,24 249:17,24,25
**Brexit** 199:19,22 200:7
**Brickman** 2:4 14:3,20,22 15:18,25
  17:17 18:2,3,4,7,9,22 241:13
**bring** 74:5 126:3 174:5 175:23
  185:20 189:5 221:6 275:20,22
  277:23 281:13,13,14,14,15,15
**bringing** 289:17
**brings** 175:24,25
**brokerage** 62:4
**Brothers** 32:3,4,8,11 33:17,19,24
**brought** 126:4 213:23 279:11 280:3
  280:20,23,23 281:25 282:7
  291:19
**build** 174:5 285:16
**building** 171:24 172:3
**built** 117:14
**bus** 291:14,16
**bus/dev** 63:24 69:24 71:22 82:20,20
  83:25 87:6
**business** 35:7 48:19 53:18 54:12,15
  54:17 56:20 58:22 60:12,15 62:4
  62:7,10,24 63:8,24 69:3,6,8,25
  81:12,16,22 82:23 83:5,9,12,15
  83:19 84:11,18 85:6,10,12,14,18
  86:3 88:19 97:25 116:8,9 125:21
  147:5 152:22 213:24 222:18
  247:8 251:17,19
**businesses** 154:19
**bust** 34:15 276:4
**butchered** 6:19

---
### C
---

**c** 2:2 3:6 6:2 173:6 299:2 304:2,2
**C-e-n-t-r-a-l-e** 29:19
**c-i-t-e** 29:17
**cake** 141:6
**calculate** 280:22
**calculates** 181:19
**calendar** 24:23
**call** 6:24 28:6 29:9 126:3 197:12
**called** 29:4,18 30:16 32:2,16,17,17
  32:25 38:18 42:13 58:6 76:11,13
  106:4 114:23 131:15 165:15

181:23 193:7 214:14 273:16
**calls** 261:11
**cally** 285:18
**cancel** 134:25 135:15
**candidate** 52:9 53:4 119:20 124:11
  124:25 126:9,10 128:8 142:5,7,9
  142:10,15 160:3 161:3 178:21
  195:5 201:8,9,13 240:4,7 247:15
  248:12 255:6,6,22,24 258:7
  278:19,20,20,21,21
**candidates** 67:19 125:23 148:13,15
  148:17 238:17 244:8 254:14
  255:11,21 257:2 259:2,10
**Canterbury** 270:2
**cap** 248:20,25
**capacity** 18:4,8 39:8 94:21,24,24
  118:24 119:2 173:3 176:22
  177:13 278:10 280:25 281:3
**capital** 34:10,12 94:21 193:5
  261:10,14,15 263:3 264:9,15,15
  264:17,23,25 265:8,11,20,24,25
  283:16
**capture** 259:25 267:11 287:13
  295:5 298:2,7 300:11 301:14,16
**Card** 34:5
**cards** 105:10 250:14
**care** 92:7,9 180:15 233:17 246:23
**career** 37:5 237:2
**carely** 80:3
**case** 15:10,14,19,22 16:6 17:13,14
  17:18,25 18:9,21 22:6,11,20,24
  23:5,7,10 25:2 27:7,8 43:6,24
  44:2 122:8 127:21 129:14 133:8
  136:21 141:13 153:2 182:6 196:6
  232:12 265:23 268:9 290:13
  293:9 294:7
**cases** 266:15,22 268:5,8
**cash** 30:24 68:3
**cause** 3:20 25:9,17
**CDs** 158:25 159:2
**cell** 76:6
**Centrale** 29:18
**CEO** 91:23 113:3,7
**certain** 141:25 278:4 293:11
**certainly** 115:8 138:5 217:22
  231:20 246:16 278:25 283:8
**certificates** 196:24
**certify** 299:8 304:10,15
**CFO** 127:7 131:5
**chain** 103:8,24 164:19,23 165:23
**chance** 134:16
**change** 108:15 120:9,25 166:24
  167:5,15,16,24,25 168:4
**changed** 29:18 48:11 101:20
  108:16,19 119:9 166:17 167:11
  196:9
**changes** 11:15,16
**changing** 98:6 121:11

**chapter** 133:21 134:4 136:2,8,13,24 137:5 138:7,10,14 139:16,19
**characterizing** 178:15
**charge** 4:18 32:12 204:16 213:18 265:5
**charged** 275:9
**check** 272:18
**chief** 147:10,11 152:2 153:19 287:7 290:4,16
**choice** 101:21 118:20 222:5
**choose** 139:3
**chose** 259:16
**chronological** 259:22
**CIO** 91:23
**circles** 174:14
**circumstances** 31:24 33:21 252:18
**cited** 177:16
**city** 32:4
**Civil** 3:6
**claim** 16:15,16 23:6 44:13 127:8,20 127:20 128:10,12,16,17 129:2,22 130:7,14,14,19 131:12 132:15 133:5,9 135:2,7 137:11,12,24 139:12,24,25 141:3,10,18 149:21 157:19 159:7,15 160:4,10 235:12 235:20 250:22
**claimed** 86:3 128:17 141:16,21
**claiming** 129:2 140:23
**claims** 294:6
**clarify** 152:25 179:3
**classes** 28:23 29:4
**clause** 247:23
**clean** 242:24 243:2
**clear** 3:13,23 12:6 41:9 79:20 99:10 143:3 179:18 213:20 214:7 215:22 243:17
**clearly** 4:8 76:24 77:3 80:3 94:23 98:5 128:16 159:4 191:6 215:16 255:10
**clerk** 4:11
**click** 182:4 184:5 188:14 189:23 196:20 219:15 234:11
**clicked** 146:23 181:3,5,7,10,13 189:7,11,16 223:18 228:18,23,23 229:2,10 233:12,15,17 234:2,8,13 234:16 247:6
**clicking** 188:7 228:17
**clicks** 182:13 302:15
**client** 10:16 16:14 17:6 19:24,25 35:20 105:9,9,11 106:3 122:14 126:12 240:5,8,20,21 245:25 246:6 247:11 251:21 255:3,3,4 256:8 267:17
**clients** 53:18 105:22,23,25 176:12 215:13 236:10 239:4,7,9 240:25 245:23 251:18 267:12,14 298:9 301:17
**Clinton** 1:8 7:4 48:2,16 51:22 52:2

52:4,10 53:10,12 54:5,6 55:16 56:4,9,24 57:16,23 58:3 60:3,7,9 60:25 61:5,24 62:11,24 63:7,23 64:15 65:25 70:2 75:6 80:10,22 80:23 81:5,5,9,11,13,14,16,17,24 82:15 83:21 88:16,17 89:17 90:8 91:11,12,12,12,14,21,22,24,25 92:3,6,6,8,9,25,25 93:3,5,6,12,13 93:16,20,23 94:2,3,3,5,6,8,11,14 94:16 95:3,4,7,14,19,21 96:3,11 97:18 98:5,9,11,13,18,18,21,23 98:25 99:2,5,17,18 101:21,24 102:17 109:4 111:11,15 112:2,4 113:2,9 114:3 115:12 119:22 121:16,18 126:23 128:20 129:23 132:24 133:10,24 134:4,18 135:17 137:13 138:2,15 139:24 140:5 141:8,11 143:2 144:8 146:5 146:7 147:23 148:12,19 149:2,9 149:10,22 150:16 151:16,18,23 151:24 152:19,25 153:19,24 154:3 155:21 157:19 158:18 159:8,16,20 160:5,11,15,23 162:6 162:10,23 163:7,10 164:5 168:9 169:25 170:10 171:18 172:2,13 174:15,19 175:5,17,20 176:4 177:2,17,22 178:8 179:15,25 180:9 181:10,13 182:6,14 183:24 185:14,16,17,19 186:3,5,13,16 187:4,8,11,13,15 188:18,21 189:19 190:23 191:7,11,14,24 192:10,21,22,23,24 193:4,8,12 193:19,19,20 194:10,13,14,22 195:2 202:15,17,24 203:6,11,15 203:18,23 204:11,21 205:7,15,21 206:8,11,19 208:11 212:20 213:6 213:7,9,11,17 214:6,11,13 215:24 216:5,18,24 217:16 223:9,25 224:23 227:24 228:9 229:13 230:5,23 231:17 233:7,16 234:4,9 234:12,17,24 235:8 236:21 241:3 241:14,21 242:5,15 243:3,9,12,25 250:4,25 253:9 255:11 256:23 260:21 261:3 262:4,19 264:20,21 265:2,12,19,24 272:25 273:14 274:17,22 275:4,23 276:4,12,17 278:11,15 279:2,24,25 280:3,4,9 280:13,16 281:10,19 282:7,17,23 283:6,11,14,15 284:6,15,16,19,25 285:25 286:21,23 287:3,5 288:8 293:9 294:10,13,20 302:16
**Clinton's** 47:21 94:5
**clinton.com** 93:19 99:2,14,14 101:3 101:4,5,9 111:5
**close** 15:16 133:21,23 136:2,13,24 137:4 138:6,9 139:16,18 213:3 250:14
**closed** 35:6 38:4 134:4 136:7

**Closing** 138:14
**clue** 213:3
**co-founder** 260:24
**co-owner** 113:3
**colleagues** 13:22,23
**collect** 207:22
**color** 281:11
**come** 12:10 18:14 49:14 73:16 129:22 137:7 145:15 173:6 186:5 187:9 198:22 199:7 210:17 241:2 250:3,10,11 254:19 258:6 259:20
**comes** 109:3 145:11 181:2 258:17
**coming** 65:5 68:16 76:24 94:13 108:17 109:3,7 165:25 168:7 213:4,4 246:19,20
**comma** 58:11,11
**commencement** 248:23
**comment** 248:2 291:21,23
**comments** 3:15 11:16 212:17
**commodities** 30:22,25
**communicate** 27:14 28:12 145:14 160:15,23 243:11 244:10
**communicated** 27:16 65:24 131:16 243:25
**communication** 4:4,5,6,8 27:5 106:11 107:20 174:5 230:4,23 231:17
**communications** 74:12 76:18,20 80:10 126:14 127:24 130:23 131:9 132:23 159:8,16,24 160:5 160:11
**companies** 40:17 115:17 152:22 240:14 266:25 267:2,3,9,20
**company** 30:15,19 31:9,19,25 32:2 34:15 38:18 40:12,21 41:17 42:10 42:12,13 56:20 64:4 68:3 83:18 84:20,22 85:13 89:5 91:13,21 92:9 93:20 94:6,20 98:18 102:3 105:12 106:2 112:3,7 113:4,7,8 114:7,19,19,20,20,21,22 115:2,3 115:14 116:15,23 117:2,6,7,14,16 117:17 118:4,14 123:19 125:22 126:18 127:7,21 137:20 138:21 138:22 142:4 147:2,4 154:14 159:6 170:6 187:7 193:7 194:11 194:11 206:21 218:8,11 235:15 240:2,10,12 253:7 256:7 260:14 265:8,19 268:2 277:24 280:13
**company's** 94:5 102:2 147:4
**compensation** 247:16 248:14,18 268:18 269:3,20 270:6,17 271:3 271:16 283:2,4
**competencies** 143:15
**competency** 143:11
**competent** 68:14,20 69:3 77:11 84:24 142:18,25 143:7,8,14 144:9 144:13,24 281:7
**complained** 114:15

**complaint** 188:16 220:9
**complete** 3:24 10:25 94:10 299:11
**completed** 209:20 250:23 283:2
    286:18
**completely** 112:5 133:23
**complex** 30:21 57:25 266:10,13,18
    289:11,14
**complexities** 118:10,17
**compliance** 3:7 147:10,11 152:2,8
    152:12 153:19 274:20 291:24
**complicated** 117:25 252:13,15
    268:5
**complimentary** 175:23,25
**comprise** 32:13
**computer** 35:21 181:17,18,20,21,24
    183:5 184:10,11,23 206:22
**computers** 193:22 264:14 285:16
**concentrate** 279:8
**concept** 83:18
**concern** 159:24
**concerned** 258:18
**concerning** 27:18 62:24 63:7 94:13
    127:24 128:23 159:8,17 160:5,11
    258:7
**concerns** 134:23
**concluded** 298:17
**condition** 9:6,10
**conduct** 3:2 4:2 238:10
**conference** 1:10,19 5:18
**conferred** 206:8,13 229:11
**confidence** 39:9
**confidential** 55:17 206:5 272:20
**confidentiality** 3:19
**confirm** 145:2 245:13
**confirmation** 135:11
**confirmed** 90:16
**confirms** 145:8
**conflict** 251:25 252:10,14,19
**confused** 12:23
**connected** 52:5 57:16 58:17,25
    258:15,20
**connectivity** 285:16
**consciously** 166:24 167:7 168:7
**consent** 4:6 5:13
**consequence** 289:24
**consequential** 259:14
**consider** 237:13
**consideration** 114:4 115:13,23
    116:16 255:18,21 256:3,24 257:2
    257:19,20 258:3 290:12
**considered** 64:7 145:13
**considering** 15:24
**consistently** 41:14 43:11
**consists** 45:13 161:15
**construct** 280:22 285:18
**consultant** 47:15,16,18 48:15 49:23
    64:19 65:5,7,10,15 66:3,4,5,7,18
    66:25 87:9,12 155:9 268:10

**consultation** 17:10
**consultations** 17:11
**consulted** 237:23
**consulting** 47:20 66:6 154:14 155:8
    267:3,9,19 268:2 269:11 270:23
    271:6 289:19
**consumed** 8:10
**CONT'D** 301:2 302:2 303:2
**contact** 14:21 56:13 68:13 75:15
    194:22 195:2 281:15
**contacted** 43:4 56:8 291:24
**contacts** 54:22 212:6
**contain** 21:3 71:24 72:4,8,22
**contained** 294:5
**containing** 188:19
**contains** 72:2,5 89:9 254:6
**content** 7:10 13:24 50:12,13 152:10
    211:4
**continue** 78:14 151:23 152:18
    231:12
**continuing** 25:25 153:4,15 155:20
    157:2
**contract** 42:15,16 75:8 77:3 80:11
    89:9 98:23 103:7 104:21 119:17
    120:2 123:3 124:12,24 125:3,10
    126:5 131:14 132:4 137:19
    139:11 140:14,15,16,18,19 146:4
    146:7 148:19,22 149:2,8,21
    150:15,19 151:5 157:19 189:6,7
    210:20 212:18,19,20,22,25 213:2
    213:8,9,12,13,14,16 214:8 215:2
    215:4,5,6,7,19 216:8,15,16,18,19
    216:21,23 217:5,13,19 218:18
    222:8,10,12,15,19 223:3,5,21,21
    224:6,10,21 225:22 226:19 227:2
    227:8 228:25 229:3,8,17,22 230:3
    233:25 234:4,10 235:9,10,11
    240:15,21,22,23,23 245:3,15,18
    245:24 246:2 247:10 275:17,18
    294:16,21
**contracts** 211:15,25 212:7 239:7,8
    240:2,11 245:23
**contractual** 42:5 80:2 127:18,19
    140:20,25 141:23 146:16,22,24
    146:25 147:18 150:20 179:21
    181:3 215:19 219:15 223:14
    233:5
**contractually** 124:13 161:3 225:8
**contributed** 213:20
**control** 88:5 167:21 204:12,13
    205:3,13
**controlling** 4:16
**conversation** 15:16 16:4,5,8,11
    19:8,12,14,17,24 54:5,11 58:19
    58:20,22 60:4,6 68:19,24,25 71:3
    74:21 76:9,15 77:4,6,16 78:18
    79:19 80:14 81:7 83:23 86:11
    92:15 93:2,6,9,11 94:19 95:7 96:6

    96:24 97:4,7,9,24 99:8 101:22
    103:3 108:4 112:21 120:5 129:18
    129:21 131:3,8 132:2 135:10
    139:2,4 140:4 146:18 147:15
    150:25 151:25 152:8 153:10,25
    157:12 160:2 169:22 171:3
    179:17 210:15,23 211:3,5 215:15
    219:14 243:16 251:5 258:25
    262:10,11,13,14 273:3,20 274:23
    280:18
**conversations** 13:25 16:21,24 19:15
    19:19 27:17,23 54:14 97:19 133:4
    153:17 221:24 243:22,23 261:18
**conversing** 90:18
**conveyed** 221:7
**conveying** 208:10
**copied** 152:13 163:13
**copy** 4:18 11:8 54:21 208:19
**coronavirus** 5:6
**corporate** 191:17,22 192:3 193:6
    193:13
**corporation** 191:10,10
**correct** 37:6,7 40:19,20,22,23 42:5
    44:11 47:14,15 48:5,16 49:18,19
    49:25 50:4,8,15,21 51:15,16
    52:22,23 53:11 54:25 55:2,4,7
    56:9,10,24 57:11,16,19,23 58:4
    58:12 59:16,21,25 60:7,12 61:2,3
    61:12,13,25 62:7,11 64:19,20,23
    66:4,11,14,21 68:23 69:8,13,17
    69:20 70:19 72:25 73:25 74:4,7
    74:16,19,24 76:7 80:7,12,13,18
    81:12,25 82:3,7,10,13,14 83:11
    83:21 84:7 86:5 87:19 88:3,7,10
    88:11 89:12,14,15,17 91:20 95:9
    96:25 97:9 98:13 99:20,25 101:7
    102:13,24 103:12,20,21 104:9,10
    106:13,16 107:2,7,24 108:5,13,17
    110:23,25 112:13,23 113:12,17
    113:20 114:4 118:5,7,17 119:10
    119:13,18,22 120:10,13,15,21,22
    121:2,19 122:4,7 124:7,18,22
    125:6 126:22 130:10,17,21,24
    131:11 133:11,21,24 134:5,23
    135:4,5,12 137:3 144:10,14,18
    151:18 152:14,20 153:4 154:22
    154:25 155:7,11,21,22 160:21,22
    163:4,7,10,11,17,18,19 164:2,6,9
    164:15,18,22 165:2,5,8,9,12,16
    165:19,20 166:15,16,19 167:16
    168:5,24 169:3,4,7,8,21 171:7
    173:14 176:4,9,17 183:25 188:12
    189:3,13 190:15,21 191:20 192:2
    192:11 199:13 200:23,25 201:3,6
    202:7 205:8,15 206:9,14 208:23
    208:24 209:2,3,11,23 210:4,8,9
    211:22 212:8,9 214:20 215:23
    218:15,16 219:11,25 220:4,14,16

221:2,8,12,15 223:7 226:6 227:4
227:9 233:7,10,16 234:5,6 235:14
236:2,6,8,12,18,23,24 241:19,22
242:3,6,17 246:7,10,13,17 248:5
248:6,9,15,18,23,24 249:15 251:9
253:10,17 254:11,12 255:11
256:4,16,20 257:3,11,16,19
258:19 259:2,6,10 260:19 262:8
266:6,10 274:5,8,19 277:4,17,18
279:12 282:11 286:10 287:14,20
287:25 288:4,5,7 289:3,4,6,11,12
289:14 299:11,14
**corrected** 55:23
**correctly** 38:21 55:8 94:9 156:2
  278:12
**costs** 290:14
**counsel** 5:3 6:24 16:25 183:18
  212:3
**counterparty** 54:12
**countries** 29:10
**country** 199:24 250:21
**COUNTY** 1:3 299:6 304:6
**couple** 146:19 203:2
**course** 3:15 198:12 249:20,23
**court** 1:2 3:19 4:11 10:4,8 11:3,5
  36:24 44:7,9 78:19 96:20 132:22
  241:25 242:4 282:4 290:5
**cover** 27:23 28:2 137:24,25
**CPLR** 3:10,14,21 4:13,15,16
**create** 105:25 106:3 109:15 114:20
  114:23 117:7,20
**created** 32:21 42:13 122:11 196:12
  196:14,18
**creates** 121:23
**credentials** 280:24
**credibility** 281:16
**credible** 39:10 281:7
**Creek** 76:22 77:4,16 78:17 79:20
  80:4,5,9,14 82:6 87:24 89:6 90:11
  91:4 92:14 104:22 108:4 113:11
  113:14,17,19,21 122:4 146:11,14
  179:17 219:10 228:13,15 243:13
  243:23
**critical** 209:10,20
**cross** 98:16
**culture** 218:7,11
**current** 5:5 43:14 189:24 259:25
  287:14
**currently** 65:11 158:9 272:9
**customary** 90:21 238:15,19,22
  239:3,9 294:11
**Customer** 187:11 193:20
**cut** 213:20
**CV** 260:2 298:4 301:15

**D**

**d** 3:6 6:2 29:5,16 60:19 101:12,13
  260:5 295:20 299:2 300:2,16

301:2 302:2 303:2
**D'Electricite** 29:14
**d'etudes** 29:5
**d-i-p-l-o-m-e** 29:5
**data** 164:4,5 201:8 206:21
**databases** 12:17
**date** 1:21 5:11 14:9,10,15 51:18
  56:15 140:20 162:3,5,9 219:19,23
  221:4 233:16 234:16 241:9 246:5
  247:22,24 248:15 249:14,15
  258:16 295:4,9,13,17,21,25 296:5
  296:9,13,17,21,25 297:5,9,13,17
  297:21,25 298:6,11,15 303:6
**dated** 100:18 162:19 243:5 255:9
**dates** 35:17 36:22 65:20 162:7
  269:16
**daughter** 131:6
**day** 8:20 18:12,13,14 19:10,11
  32:21 73:24 75:12 106:21 126:4
  141:12 219:25 221:6 229:12
  234:12 253:8 276:22 277:7
  279:25 280:9 299:21 304:20
**days** 32:16 75:15 195:22 199:3,4
  211:19 247:21 248:15,22 249:12
  249:13,15
**de** 1:15 2:15 5:19 6:9,15,20 7:1,2
  8:1 9:1 10:1 11:1 12:1 13:1 14:1
  14:14 15:1 16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1 24:1 25:1
  26:1,2 27:1,6 28:1 29:1 30:1,15
  30:16 31:1 32:1 33:1 34:1 35:1,14
  36:1 37:1 38:1 39:1 40:1 41:1
  42:1 43:1,25 44:1,20 45:1 46:1
  47:1 48:1 49:1 50:1 51:1 52:1
  53:1 54:1 55:1 56:1 57:1 58:1
  59:1 60:1 61:1 62:1 63:1 64:1
  65:1 66:1 67:1 68:1 69:1 70:1
  71:1 72:1 73:1 74:1 75:1 76:1,10
  76:11 77:1 78:1 79:1 80:1 81:1
  82:1 83:1 84:1 85:1 86:1 87:1
  88:1 89:1 90:1 91:1 92:1 93:1
  94:1 95:1 96:1 97:1 98:1 99:1
  100:1 101:1 102:1 103:1 104:1
  105:1 106:1 107:1 108:1,11,18
  109:1,2,8 110:1,12,16,21 111:1
  112:1 113:1 114:1 115:1 116:1,7
  117:1 118:1 119:1 120:1 121:1
  122:1 123:1 124:1 125:1 126:1
  127:1 128:1 129:1 130:1 131:1
  132:1 133:1 134:1 135:1 136:1
  137:1 138:1 139:1 140:1 141:1
  142:1 143:1 144:1 145:1 146:1
  147:1 148:1 149:1 150:1 151:1,6
  152:1 153:1 154:1 155:1 156:1
  157:1 158:1 159:1 160:1 161:1
  162:1 163:1 164:1 165:1 166:1,14
  167:1,3 168:1 169:1 170:1 171:1
  172:1 173:1,19 174:1 175:1 176:1

177:1 178:1,18 179:1,4 180:1
181:1 182:1,22 183:1,7 184:1
185:1 186:1 187:1 188:1 189:1
190:1 191:1 192:1 193:1 194:1
195:1,8,11,21 196:1,2 197:1,4
198:1 199:1 200:1 201:1 202:1
203:1 204:1,20 205:1,2 206:1
207:1 208:1 209:1 210:1 211:1
212:1 213:1 214:1 215:1 216:1
217:1 218:1 219:1 220:1 221:1
222:1 223:1 224:1,16 225:1 226:1
227:1 228:1 229:1 230:1 231:1
232:1 233:1 234:1 235:1 236:1
237:1 238:1 239:1 240:1 241:1
242:1 243:1 244:1 245:1 246:1
247:1 248:1 249:1 250:1 251:1
252:1 253:1 254:1,5 255:1 256:1
257:1 258:1 259:1 260:1 261:1
262:1 263:1 264:1 265:1 266:1
267:1 268:1 269:1 270:1 271:1
272:1 273:1 274:1 275:1 276:1
277:1 278:1 279:1 280:1 281:1
282:1 283:1 284:1 285:1 286:1
287:1 288:1 289:1 290:1,25 291:1
292:1,3 293:1,13 294:1,18 295:1
296:1 297:1 298:1 299:8,17 300:5
303:6 304:11
**DEA** 29:5
**deal** 102:14 208:11 240:7 279:11
**dealing** 126:18 138:15 240:2
**dealt** 53:12
**debt** 241:21 242:6 243:4
**decide** 33:4 78:9 126:15 132:16
  256:9
**decided** 173:7 198:12 256:15,18
  265:5,6,6,16 280:4
**decides** 256:11
**decision** 112:8 173:9 257:10 265:3
  285:23
**deemed** 4:15
**deeper** 171:2
**defamatory** 291:24
**default** 109:16 160:16,24 219:3,5
  224:24 240:23 245:3,6,15,17,25
  246:15,22,23 247:4,10
**defect** 3:13
**defendant** 1:9,18 2:9 46:2 266:18
  293:4 294:10,11
**defendant's** 59:7 295:3,8,12,16,20
  295:24 296:4,8,12,16,20,24 297:4
  297:8,12,16,20,24 298:4,10,12
  300:9 301:5,20
**defendants** 266:9
**defense** 294:15
**defer** 217:18
**deferred** 128:12 140:8
**defined** 172:21 294:12
**definitely** 47:2 280:3 282:24,25

**degree** 28:16 29:7,12,20,23,25 30:2 30:4,5,7 154:20
**delay** 157:9,10
**delaying** 129:19,19,19,20,21
**deliver** 30:24,25 278:10,17
**delivered** 31:4 288:24
**delivering** 31:2
**Delta** 32:12
**demand** 23:2,10 27:10 158:8
**demands** 182:12
**demonstrate** 68:25 77:17 79:16 143:15 150:20 185:21 186:2 194:16
**demonstrated** 68:19 190:19,22
**demonstrates** 95:4
**demonstrating** 69:2
**department** 35:6 43:5,5 53:18 187:15
**departure** 128:24 131:25 135:2 283:23
**depend** 141:21 240:20 255:5,5 262:23
**depending** 15:15 137:19,20 238:17
**depends** 104:13 255:3,25 262:24 266:20
**deponent** 3:12,18,21,23 4:4,5
**deposed** 46:5,7 49:18 50:20,22,23 50:25 51:3,5,8,12 203:2 288:25
**deposition** 3:5,8,8,9,11,18,24 4:5 7:5,6 11:8 12:3,5,14 13:3,10,13 13:16,18 19:2,6 20:12,15,22 21:2 21:25 22:5,10,20 23:4,12 24:4,11 24:21 25:5,8,12,16,20 26:5,11,14 26:18 27:11,15,18,22,24 28:4,9 28:13 36:2 47:10 48:22 49:12 50:7,14 51:14,15,17 86:17 129:20 172:22 182:17 202:25 204:4 263:7 286:9,11 290:10 299:10,13 302:7,9,14 303:9 304:12,13
**depositions** 3:2,4 4:2 46:11 49:21 49:25 50:4 86:15 289:6 295:7 300:12
**depth** 15:15
**derivatives** 287:24
**describe** 280:15
**describing** 178:14
**DESCRIPTION** 302:5 303:5
**desk** 32:12
**destroy** 158:12
**detail** 145:25
**details** 15:10 65:19 145:23 269:2
**determining** 4:6
**develop** 70:3,5
**developed** 198:4,5 284:7
**developer** 118:20
**developers** 105:17 255:14
**developing** 284:8
**development** 63:25 69:4,6,8,25

70:8 82:23 83:6,9,12,15,19 84:12 84:18 85:6,10,12,14,18 86:3 88:20 125:22
**devoted** 209:17 210:8
**dialog** 68:25
**dialogue** 79:18 129:23
**Diana** 131:3 132:2
**dictated** 288:10
**difference** 87:11
**different** 29:3 32:13 40:11 54:14 58:14 76:9 91:24 94:22 100:12 107:23 110:22,24 115:17 118:22 132:5,13 170:5 174:3,22 178:20 186:6,9,11,21 187:5,20,21 188:2 190:9 191:8,16 193:13,22,24 194:7,15 197:20 239:14,17 258:5 259:21 261:14 268:3 282:13 291:12
**differential** 263:21
**difficult** 15:9 42:16 199:23 207:2 281:12,17,24 282:6,10,10,12,17 282:21
**Dileep** 197:23
**diligence** 155:4,16
**dimension** 63:19
**diplomas** 29:3,11
**diplome** 29:5
**direct** 3:21 91:7,17 92:19 261:11
**directed** 184:7
**direction** 3:22
**directions** 150:5
**directly** 52:4 81:3 100:13,14 159:25 188:14 213:6 290:14
**director** 91:11 94:2,3,8,16 95:6,20 96:2 97:18 98:9,10,20
**disagree** 78:6 98:24 139:21 142:20 155:12 277:5 278:25
**disclaimer** 75:2 76:16 77:2 79:25 89:7,8 103:7 104:21 124:13,15 125:3 146:15,22 159:21 161:2 179:20 189:4,5,6 215:12,17 225:10 231:5,9 240:24 254:7,8
**disclaimers** 215:10
**disclose** 7:10 19:21,22 55:15 94:25 98:4 105:9 106:17 148:7 201:10 201:13 206:4 244:7
**disclosed** 16:22 30:10 95:16 166:4 182:24
**discoverable** 23:12 26:12,13,15 158:14
**discovery** 20:16,17,21 23:7 54:2 55:9 147:23 166:4 259:19 275:16
**discuss** 25:17 28:7 92:19 127:9 135:14 147:6
**discussed** 36:6 92:18 132:14,25 135:7 204:5 217:3,17 223:19 274:16 284:14
**discussing** 81:6 123:17 126:16

**discussion** 7:11 11:25 49:5 73:21 77:7 106:9 132:19 151:9 161:25 180:18 192:17 194:20 204:18 244:21 267:6
**dishonest** 138:11 139:17,22
**dismissed** 290:14
**displaying** 226:12
**dispute** 123:18 125:14
**disqualified** 146:21
**dissertation** 28:20,25
**dissolve** 42:9
**doctoral** 29:8 30:2,5,7
**doctorate** 28:21 29:2
**document** 11:20,21 12:15,23 20:16 22:12,21 23:3,11 24:12,20 25:4 25:13,15,22 26:8,10,11,12,14 48:25 53:24 54:2,3,24 55:24 59:13 65:20 72:13 134:13 143:25 144:5,23 150:8,9 151:2,2 156:12 156:17,17,19 157:3,6 158:2,25 165:15 166:4 186:14 191:25 192:20 193:16 194:17,18 202:10 223:16 230:25 232:17,21,22,23 232:25 233:4,4 244:5 245:2,14,14 245:20,21 246:2 248:2 253:21 256:2 284:13 292:11,19 293:2,6 293:11 294:4,25 295:10,14,18,22 296:2,6,10,14,18,22 297:2,6,10 297:14,18,22 300:10,13,15,16,17 300:19,20,21,22,23,24 301:6,7,9 301:10,11,12
**documentation** 120:21
**documented** 97:8 153:7,10 262:9
**documents** 12:17 20:14,17,21,25 21:6,8,9,11,14,24 22:4,9,19,23 23:8,11,13,20,23 24:2,3,9,15,18 24:22 25:2,19,23 26:4,6,17 27:2 27:10 35:22 36:3 54:23 96:5 149:25 150:22 159:4 172:20,23 182:13 183:14,18,23 184:4 232:14,15 246:19 272:18 286:25 287:2 302:6,8,15 303:8
**doing** 33:9 38:6 57:5 64:2 71:5 83:7 87:11 93:20 115:4 117:9,23 142:25 202:8 231:7 255:3
**dollar** 44:24 45:2,10 207:15 303:10
**dollars** 85:2 133:11 261:13,13,16 261:21,25 262:6 263:11 264:16 278:11
**domain** 167:12
**door** 52:20
**doubt** 91:15 101:5,23 133:15
**drafted** 50:14 72:25
**draw** 293:12
**drawdown** 276:6
**drop** 133:9
**drugs** 8:13
**dual** 176:10

**due** 5:4 27:3 141:24 155:4,16
　249:15 285:13
**duly** 6:3 304:12
**duty** 132:5

**E**

**e** 2:2,2 3:7 6:2 208:2 216:12 297:8
　299:2,2 300:2,8 301:2,4,7 302:2
　303:2 304:2,2
**E-c-o-l-e** 29:15
**E-l-e-c-t-r-i-** 29:16
**e-mail** 59:15 60:10,13,14,17,21,23
　61:7,14,15,23 62:13,15,16,21,23
　63:7,12,15,18,22 65:25 66:11,20
　68:12,15,18,23 70:11,14,15 71:24
　72:8,21,25 73:9,17,23 74:2,11,13
　75:19,23 76:2,9,12,14,17,21,23
　77:2,4 79:14,23,24,24,25 80:9
　81:19 84:5,8,13 85:17 86:2 88:2,5
　88:14,23 89:8 91:4,5 92:13,14
　93:7,15,19 94:18 96:11 97:8 98:4
　99:2,11,15,19,22,24 100:3,6,7,8,9
　100:16,17,18,21,23 101:4,9,15,18
　101:20,21 102:2 103:6,8,12,13,24
　104:15,20 106:15,18 107:2,4,6,16
　107:24 108:2,16 109:3,4,5,15,16
　110:10,11,14,17,19,23 111:2,6,9
　111:12,16,17,18,21 112:5,13,14
　112:17,20 113:13,23 116:15
　119:8,9,10,12,19 120:10,13,20
　121:11,12,18,23 122:12,14 124:6
　127:24 128:22 131:21,22 132:23
　134:15,18,20,22 135:4,13,15
　136:19 143:10,13 145:7 146:3,13
　146:13,15,20,20,21 147:14,16
　152:12,14,15,17 153:7,12,16
　154:5,8 158:23 159:19 161:2,18
　161:22,23,23 162:3,12,17,21
　163:3,6,9,12,16,21,23 164:2,7,13
　164:14,17,20,25 165:2,14,22,23
　165:24 166:10,10,11,15,18 167:5
　168:4 179:22 181:2 188:19 189:4
　208:6,9,13,20 209:15 210:10,16
　211:7,13 212:4 214:19 215:17,20
　219:2 221:18,21 223:13,23 224:4
　224:8,9,11 225:7,11,15,17 226:6
　226:7,9,11 227:3,7 228:16 230:7
　230:10,11,17,18,19,20 231:4,8,16
　231:23,25 232:3 233:12 241:16
　241:24 242:9 243:20,24 244:7,10
　253:17 254:4,9,10 255:9 256:19
　256:22,25 258:7,8,11,12,14,23
　259:9,11 273:19,20,23,25 274:4,5
　274:25 286:5,12,23 287:3,10
**e-mailed** 112:13
**e-mailing** 112:9
**e-mails** 14:11 24:24 26:20 63:3
　74:17,23 75:5 80:5,12,25 82:17

97:2 108:12 111:19 113:10,11
　119:22 127:13 128:20 133:4
　140:2 147:8,20 163:14 164:19,23
　165:11 166:18 200:19 208:15
　216:6 219:14 221:9 223:19
　241:16 243:14 253:15,25 257:15
　258:14,20 259:15,17,21 286:19
　286:22
**e-t-u-e-d-e-s** 29:6
**earlier** 12:5 83:2,5 84:14 85:24 86:2
　140:7 185:9 214:20 265:18
　274:16 286:12 290:25 292:3
**early** 170:10,11 199:12
**easier** 29:17
**easy** 15:11
**eat** 141:6
**Ecole** 29:14,15
**Economics** 270:13
**edits** 11:10
**educational** 28:16
**EE** 53:22 55:25 295:12 300:13
　302:12
**effect** 4:11
**efforts** 153:4
**eight** 15:16 17:17 129:12,15 147:25
　148:3,7 187:25
**either** 41:11 68:2 88:19 115:13
　131:8 210:17 222:2 267:17 268:9
**electronic** 12:16,17 21:19
**element** 279:9
**elements** 95:10 222:15,22 227:15
**Eleven** 269:25
**eliminate** 136:21
**Elizabeth** 2:15 195:11,14,16,20
　196:2 197:3
**email** 208:4
**emergency** 5:5
**employ** 253:10
**employed** 35:8 41:11,14 47:23,25
　68:2 105:17 151:18 152:19 201:9
　205:12 206:3 228:21,22,25
　229:13 260:7,9 287:4
**employee** 53:17 87:10,12,13 99:18
　114:18 116:21 125:15 128:6
　130:13 133:6 136:10,21,25 137:6
　137:12,13,15,17,18,21 138:16,20
　139:8,19 142:21,22 147:10
　153:18 185:24 186:7,8 187:4
　191:7 194:13 197:4 212:23
　213:11 214:4 218:3 229:23
　235:16,20,23,25 236:14 250:20
　254:25 261:2 265:8
**employees** 105:23 114:7 118:21
　140:13 187:5,18 207:11,16
　208:23 213:10
**employer** 43:14 101:24 117:12
　171:13 194:12 201:11,12 206:19
　206:24 222:9 280:5

**employment** 34:14 35:3 37:10
　38:13 39:20 41:23 42:2,7 48:17
　53:10 67:9 132:14,24 133:8
　203:13 214:10,13 215:5,7 216:2
　216:19,23 217:13,19 222:10
　228:25 229:3,8,11,14,16,17,19,25
　230:2 238:23 250:14 255:23
　256:9 260:13 261:3 264:21
　280:17 281:18 282:8,22 283:7
　284:18,23 288:9 294:13
**enclosed** 54:22
**encompass** 84:19 133:5
**encompassed** 145:24
**ended** 32:23 48:4 132:24
**ends** 236:24 238:23,25
**enforce** 3:19 74:19 75:8
**enforced** 122:16,23
**engage** 81:11
**engaged** 81:13 101:23 124:13
**engagement** 179:21
**engaging** 93:19
**enormous** 276:7 278:18,23,23
　279:16
**ensure** 179:25
**enter** 54:9 56:15 216:4
**entered** 148:19 269:6,22 270:9,19
　271:5,19
**entire** 35:6 60:21 103:19 193:7
　232:8 250:5
**entirely** 141:24
**entities** 40:25 41:20 155:25
**entitled** 128:10,12 130:13 141:14
　151:2,3,4 155:16 179:19 180:13
**entitlement** 179:16 180:2
**environment** 186:4
**equal** 28:21 29:9 133:13
**equation** 177:9,10
**equities** 30:23 35:5,7
**equivalent** 28:17
**Erin** 195:8,13,16,18,18 196:2 197:3
**error** 3:14
**errors** 11:11
**escaping** 149:4
**ESE** 29:15
**especially** 161:19,20
**ESQ** 2:6,11 6:7 290:24
**essentially** 44:18
**Establish** 88:22
**etcetera** 142:3,3,3 248:11 263:22
　264:14 291:17,17
**ethical** 237:5,10,13,19 251:20
**ethics** 237:23
**European** 199:25 259:5
**evening** 75:17 76:5
**event** 4:8 97:5,12 199:22
**events** 61:21 97:14 260:17
**eventually** 123:24 126:5 127:10
　128:8,17 130:2 137:23 139:10

261:2 273:17,19 274:24
**everybody** 10:10 35:5 116:9 167:20
186:10,20 240:13 249:24
**everybody's** 231:12
**evidence** 90:13 91:18 92:3,11,21
93:5,15 94:14 95:5,23 97:17
115:18,20,21,21 116:5 146:2,6
147:21 148:11,20,24 149:7,20
157:18 187:16 190:17 191:2,19
191:21,23 220:23 221:3 234:7,15
286:20
**exact** 72:4 126:21 252:18
**exactly** 20:7 21:7 40:14 45:5 51:19
126:11 140:14 145:7 152:10
185:12 189:14 205:25 206:15
207:20 221:17 224:7 234:2
251:18 262:22 264:19 267:4
285:3
**examination** 1:15 3:15 4:13,18 6:6
290:23 298:16 300:4
**examine** 198:8
**examined** 6:4
**examining** 3:24
**example** 26:20 283:10
**examples** 198:11 282:24
**Excel** 54:8,10,13 55:3,6,9
**excellent** 64:6 83:24 198:20,20,24
198:24 199:20,21 200:8,11,18
**exception** 146:19 151:16 152:11,18
155:24 275:2
**exceptional** 292:2
**exceptions** 159:21 162:23 164:10
**exchange** 94:18 113:13 148:16
241:17
**exchanged** 113:16 159:19 273:2
**exciting** 251:19
**exclusive** 83:25
**exclusively** 57:4 186:12
**excuse** 291:14
**execute** 290:2
**execution** 172:3,4,4,25 174:4,4,7,11
174:11,17
**executive** 71:22 72:2,4,5 77:13,18
79:21 83:17,24 84:19 155:11,13
156:9,11,13,16,20,24,25 157:7
158:19,22 159:5 177:12 179:18
224:19 237:24 244:6 246:9 248:8
257:13
**exhibit** 36:25 40:4 45:13 46:19,21
53:22 59:8,11 60:19 73:7 87:22
101:11,13 102:6 107:14 134:9,12
143:18 144:23 154:3 161:15
169:15 183:14 187:22 208:2
216:12 224:14 244:17 253:20
259:24 267:11 287:13 295:3,8,12
295:16,20,24 296:4,8,12,16,20,24
297:4,8,12,16,20,24 298:5,10,14
302:12

**exist** 287:19
**existed** 294:12
**exists** 26:8,10
**exit** 31:24 33:22 129:9 130:6
**exotic** 30:22
**expand** 64:18
**expect** 118:5 136:17 137:7 224:25
**expecting** 99:25
**experience** 38:25 39:4,11 50:4
67:22,23 116:2 252:7 260:21
266:5 268:9 281:6 288:19 289:18
289:25
**experienced** 49:25
**expert** 46:10 47:13,20 48:14,18,21
49:10,21,22,24 50:5,6,18,19
155:8 242:25 260:4 268:10 288:6
288:19 289:7,19 298:4 301:15
**expertise** 67:20,22 175:2 252:5
**experts** 271:12 272:2,5,17 287:23
287:24 302:19
**explain** 37:18 39:8 64:14 76:23
79:10,12 83:2 177:14 178:19
185:22 191:6 263:15 281:2
**explained** 43:6 78:7 114:15 125:22
184:5 263:13
**explaining** 118:16 263:18,19
**explains** 50:17 184:4
**explanation** 44:4 178:19 291:4
292:8
**explanations** 156:18 157:15
**explicit** 219:7
**express** 228:9 230:24 231:18
**expressed** 230:5 291:2
**expressly** 12:18
**expungement** 44:18,19,25
**extended** 117:24
**extending** 50:3
**extent** 3:14 20:6 273:5
**external** 64:19 65:5,6,10,15 66:3,18
66:25 83:10,17 84:21 85:7,10,14
87:7 88:20 274:22
**extremely** 77:3 79:20 80:3,3 173:22
278:16,17

**F**

**F** 46:19,21 295:8 300:11 304:2
**facilitate** 131:7
**fact** 5:19 17:2 27:4 75:12 95:2
106:23 125:16 134:25 135:7,16
137:25 138:20 139:5,10 151:22
206:17 285:13 286:9
**factors** 95:17
**failed** 9:20 202:15
**fair** 6:12 52:19,21 56:13 104:3
112:5 276:20
**faith** 128:14 140:5 141:4,5,6,12,16
243:9
**familiar** 290:3

**familiarize** 290:7
**family** 259:5
**fantastic** 126:7
**far** 17:21 55:20 202:21 204:9 252:7
258:10,18 283:21
**fast** 48:8 210:22 291:8
**fault** 203:20 207:3
**Fayaz** 123:2 126:17
**February** 196:13 254:9 255:9
256:16,24 257:25 258:14,18
259:9
**fee** 39:21 118:5 123:7 126:19,24
127:4,15 128:2,15,17,19 129:2,3
130:10 131:10,11,23 132:10,25
135:4,8 140:8,21,23 141:9,14,18
141:24 142:2,23 159:8,17,24
160:5,11,16,24 161:4,7,12 179:16
179:19 180:3,14 188:20 216:25
217:20 218:2,6,13,19,20,22,23
223:10 224:25 225:8 226:5,10,18
226:23 227:24,25 237:7,11,21
238:16,23 239:21 241:4 243:5
246:4,12,16 247:3,4,7,12,17
249:9 250:22 251:15 275:3,9
280:11 294:20
**feel** 150:13
**fees** 42:19,20,21 148:5 149:9
207:23,24 217:23 245:9 248:5
251:4 278:3 290:14
**FF** 134:9,12 296:8 300:20
**figure** 142:8
**file** 55:12,14 302:11,12
**fill** 14:14 45:9
**financial** 30:12 32:22 48:19 116:14
207:10 254:17 261:8 268:22
269:4,7,10 272:9 287:25 302:19
**find** 15:13 42:5,16 102:7 192:14
220:20 275:13 278:17,22 279:14
**finding** 15:11 278:17 279:16
**fine** 6:20,21 74:21 76:5 128:7
197:13 219:16 279:20 294:2
**finish** 7:8 83:16 96:10,16,21 121:6
149:6 193:11 272:15 276:25
282:3 291:3
**finished** 70:9 85:4 115:6 138:3
154:6 176:13 252:8 265:25
272:14 276:8
**FINRA** 16:3 43:25 44:8 45:4 51:2,4
51:8,11,14,17 291:20,20 303:10
**fire** 218:4,14,21,23
**fired** 35:5 144:8 205:19 291:9
**firm** 15:4 147:13 275:21 286:17
**firms** 15:21 17:20,24 18:20 117:9
**first** 6:3,14 12:11 14:4,15,18 15:6
30:11 32:15 34:6 38:22 39:3
40:13 61:7,10 62:23 63:6,24
64:13 67:3 69:7,12 86:9 97:3
125:8 140:13 145:3,11 146:9

154:24,25 155:7,15 156:14 161:6
161:11 166:3 195:19 199:17
200:24 202:4 208:12 210:11
219:19 220:6,11,15,17,19,20
234:12,16 237:3 238:24 239:2
247:15 250:11,16 262:4 273:3
303:6
**fit** 56:4 177:9,10
**five** 67:3 119:6 148:5,5,7 183:6
244:23 293:15,19 294:8
**fixed** 124:2
**flat** 199:18
**flavor** 152:4
**flexibility** 105:14
**float** 73:15 92:16,22
**focused** 47:13
**folder** 21:19
**follow** 28:23 40:10 258:13
**follow-up** 23:19 53:7,9 76:23 129:4
129:18 132:2 153:24 156:4 163:9
182:19 272:12,16,21
**followed** 107:6,16,19 129:11 164:21
165:7 282:19
**following** 61:16 73:24 75:17 76:5
144:17 154:19 290:10
**follows** 6:5
**food** 170:25
**force** 4:11 53:20 213:23
**forced** 123:21
**forget** 129:15 132:15 148:8,10
**forgot** 39:21 42:19,22 147:22
149:14
**form** 3:13 66:5 84:16 89:23 106:3
111:24 124:9 131:13 132:3
166:21 205:23,23 225:4 227:12
255:23 257:5
**formal** 104:19 105:4 119:23 121:15
140:19
**formally** 120:9 241:8
**format** 21:20
**forms** 66:7,9 114:18
**forth** 3:19 4:7 164:17 304:12
**forward** 17:2 77:17 88:7 90:24
113:19 125:2 132:21 141:7
143:16 146:12 151:17 155:20
179:20,22 289:23 290:13
**forwarded** 11:8
**fought** 42:11
**found** 58:2
**four** 32:9 33:18 38:15,16 48:3,6
65:20 107:19 133:16 134:2
135:10 136:6 214:12 259:10
275:6 277:2,9 280:13,16 282:7,22
283:7 288:9
**fourth** 212:4 259:4
**framed** 3:12
**France** 29:3,10
**Francis** 127:6 214:14

**Francisco** 125:25
**free** 76:5 150:13 250:21
**French** 30:17 291:14
**Friday** 99:23 100:18 163:10 164:22
165:7 210:17 212:16 221:9,18,25
**friend** 56:12 59:5 273:16
**friends** 205:25
**frivolous** 290:8
**front** 36:15
**frozen** 40:3 109:18,20,21 122:18
184:17,17,20
**frustrated** 251:16
**fulfill** 19:9
**full** 49:7
**fully** 137:7 203:25
**fund** 69:25 70:8 94:25 95:2,8,12
98:2 105:15 106:6 116:25 117:3,3
117:14,19,19,19,21 207:14,18,19
207:22 209:17 210:7 254:25
255:25,25 256:10 260:6,16
264:11 278:7
**funded** 203:25
**funding** 115:15 198:8,13 201:3
202:4 204:8
**funds** 116:11 117:23 207:9 281:3
**furnished** 4:18
**further** 4:12,14,17 39:16 112:23
147:17 157:23 159:7,16 160:4,10
202:11 254:4 290:18 294:24
304:15
**future** 5:11 30:25 31:2

## G

**G** 6:2 299:2
**G-d-e-q-u-i-l-l-a-c-q** 62:18
**G-e-n-e-r-a-l-e** 30:18
**Gabriela** 197:24
**gain** 183:4 288:19 289:18,24
**gained** 205:18
**games** 129:24
**gdequillacq** 79:23 99:9 135:14
162:24,25 163:15
**gdequillacq@navesink** 74:14 80:6
103:2,3,14 274:5
**gdequillacq@navesinkinternatio...**
62:19 110:13 165:12
**gdequillacq@navesinkinternatio...**
79:13 164:15
**general** 3:5 50:18
**Generale** 30:15,16 31:12
**generate** 19:2 206:16
**generating** 206:18
**George** 2:16 52:4,16,24 82:12,16
88:7 89:14,16,18 90:8,10,13,18
90:19,23,24 91:3,6,8,9,18,23,23
91:25 92:5,8,10,11,20,21,24
95:13,14 111:8,10,11,14,15,16
112:4,6,9,11,17,17,19,22,25

113:3,9,18 121:10 129:18 143:5,8
143:10,14 144:18 145:3,15,16,16
145:18,20,21 148:14 152:13
165:18 191:10 208:17,21 210:12
211:17 212:24 213:15 217:3,3
221:16 235:3,9 241:24 250:9
253:11 283:24 284:13 286:13
**George's** 111:9 242:9
**getting** 17:22 179:2
**GG** 214:18,18 297:12 301:9
**give** 7:5 16:19 18:15 71:20 102:7
107:5 117:22 123:25 149:11
150:5 152:4 156:18,18 183:5
187:20 196:20 207:6 218:13
228:3 244:18 278:3 282:24
**given** 3:9 68:2 134:2 144:4 177:25
178:3,4 242:10 291:20 299:14
304:14
**gives** 93:15 222:10 240:13
**giving** 13:24
**GlassBridge** 55:16 114:3 115:12
**Global** 270:12
**Gmail** 76:10 99:16
**go** 6:15,20,23 12:7 31:16 33:24
37:12,13 38:2,6,10,11 43:7 48:11
57:18 65:3 85:23 86:6,9,11,12,20
87:21 92:13,22 96:4,5 100:12
102:5,6,22 122:9 123:24 128:7,25
137:13 141:12 142:7,21 145:23
145:25 149:24,24 150:3 151:17
166:8 174:14 185:3,4 188:6,14
190:2 196:19 202:21 204:2
205:16 209:8 212:15 213:15
214:23 217:22 218:18 221:5,22
228:5 243:20 244:13 254:3
277:14 284:2 291:6,8 292:18
293:15,19
**goal** 197:25
**goes** 7:7 48:8 147:17 195:20 244:25
**going** 7:5 10:24 12:3 14:12 18:16
23:2 27:12 31:6 33:3 35:20,23
44:10 45:8,9 53:21 55:11 57:18
59:6 60:18 72:7 73:6 75:3 77:17
78:14,16,17,19,21 82:6,19 85:22
87:21 88:16 93:6 96:10,18 99:5
101:10 102:5,6 106:12 120:7,9,12
122:4 124:25 128:18 130:25
131:13,24 132:21 134:8 136:23
139:7 143:17,18 146:12,14 149:6
152:5 154:2 158:7 161:14 169:6
169:14 174:17 179:20,22 182:12
187:22 188:8 190:12 210:2
214:17 216:11 217:15 224:13
231:12 242:21 244:16,24 253:19
259:23 267:10 272:7,19 283:8
287:12 288:17 289:23 291:7
**Goldborough** 14:3
**gonna** 43:7 62:5 81:7,7 85:21 93:2

99:3 105:8,15 111:18 117:24,25
119:4 132:16 143:5,5 257:24
268:11 275:20 284:13
**Gontran** 1:15 5:19 6:9,15,20 7:1,3
8:1 9:1 10:1,19 11:1 12:1,3 13:1
13:15 14:1 15:1 16:1 17:1 18:1
19:1 20:1,5 21:1,23 22:1 23:1,16
24:1 25:1 26:1 27:1 28:1 29:1,12
30:1,11 31:1 32:1 33:1,3 34:1
35:1 36:1,5 37:1,3 38:1 39:1 40:1
41:1 42:1 43:1,25 44:1,6,20 45:1
45:22 46:1,20 47:1 48:1 49:1,8
50:1 51:1 52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1,13 60:1 61:1
62:1 63:1 64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1,19 72:1,15
73:1,15 74:1 75:1 76:1 77:1 78:1
78:10 79:1 80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1 94:1 95:1
96:1,15 97:1 98:1 99:1 100:1,10
101:1 102:1 103:1 104:1 105:1
106:1,11 107:1 108:1,11,18 109:1
109:2,7 110:1,12,16,21 111:1
112:1 113:1 114:1 115:1,20 116:1
116:7 117:1 118:1 119:1 120:1
121:1 122:1 123:1 124:1 125:1
126:1 127:1 128:1 129:1 130:1
131:1 132:1 133:1 134:1 135:1
136:1 137:1 138:1 139:1 140:1,25
141:1 142:1 143:1 144:1,6,22
145:1,4,6 146:1 147:1 148:1
149:1 150:1 151:1,6 152:1 153:1
154:1 155:1 156:1 157:1,9 158:1
159:1 160:1 161:1 162:1 163:1
164:1 165:1 166:1,13,23 167:1,3
167:22 168:1 169:1 170:1 171:1
172:1 173:1 174:1 175:1,15 176:1
177:1 178:1 179:1 180:1 181:1
182:1 183:1 184:1 185:1 186:1
187:1 188:1 189:1 190:1 191:1
192:1,19 193:1 194:1 195:1 196:1
197:1 198:1 199:1 200:1 201:1
202:1,20 203:1,20 204:1 205:1
206:1 207:1,5 208:1,25 209:1
210:1 211:1 212:1 213:1 214:1
215:1 216:1 217:1 218:1 219:1
220:1 221:1 222:1,13 223:1 224:1
224:16 225:1,5 226:1 227:1 228:1
229:1 230:1 231:1 232:1 233:1
234:1 235:1 236:1 237:1 238:1
239:1 240:1 241:1 242:1,11 243:1
244:1 245:1 246:1 247:1 248:1
249:1 250:1 251:1 252:1 253:1
254:1,5 255:1 256:1 257:1,7
258:1 259:1 260:1 261:1 262:1
263:1 264:1 265:1 266:1 267:1
268:1 269:1 270:1 271:1 272:1

273:1,4 274:1 275:1 276:1 277:1
278:1 279:1 280:1 281:1 282:1
283:1 284:1 285:1 286:1 287:1
288:1 289:1 290:1 291:1 292:1
293:1,24 294:1 295:1 296:1 297:1
298:1 299:8,17 300:5 304:11
**Gontran's** 145:22,24 287:4
**gontran@dequillacq.com** 76:13
**good** 6:14,25 7:2,2 128:14 140:5
141:4,6,16 145:4,12,17,20 151:14
176:2 180:10 198:16,25 199:3
200:8,14,14,18,21,24 201:6,18,18
202:6,7,8,13 203:12 204:9 236:9
243:9 262:16 284:9 286:13,14
287:7
**goodbye** 140:25 214:16 280:7
**government** 196:20
**great** 10:21 39:9 95:23 178:25
212:15 214:23
**Green** 34:4
**Greenberg** 15:4,4,7 16:2
**Grille** 104:23
**gross** 291:9
**ground** 86:14,18
**grounds** 4:7
**group** 1:8 7:4 38:19 39:12,15 40:5,9
40:10,18 41:12 42:17 52:2,4,10
54:18,20 56:9 60:3,25 61:5,24
62:11,24 63:7 65:25 80:22,23
81:5,5,9,11,14,14,16,17,24 82:15
90:8 92:25,25 93:3,5,7,12,14,23
94:6,8,11,14,16 95:14 101:24
102:17 113:2 114:3 115:12
128:20 134:19 135:17 138:15
139:24 154:4 158:18 162:6,10
168:9 171:18 172:2,14 177:2
182:14 185:14,16,17,19 186:16
186:16,19,25 187:2,2,4,8,11,14
187:15 188:18,21 191:7,11,15,24
192:10,21,22,23,25 193:4,8,12,19
193:20,21 194:10,13,14 202:15
202:17 203:6,23 204:21 205:15
205:21 206:8,11 208:11 215:24
229:13 243:3 253:10 256:23
260:22 261:3 264:20,21 265:2,12
265:19 269:13 272:10,25 273:14
275:4,23 276:12,17 278:15 279:3
279:25 281:10,19 282:7,17,23
283:6,11,14,15 285:2,25 286:21
287:5 293:10 294:10,13,20
302:16,19
**grow** 56:19 70:8 210:2
**growth** 209:23
**guarantee** 57:3,4 189:18,21 190:8
234:13 247:9
**guess** 125:24
**guessing** 266:21
**guidance** 59:21

**guy** 173:10
**guys** 109:24 220:25

**H**

**H** 259:24 287:13 298:5 300:8 301:4
301:14
**half** 34:13,19 48:6,9 124:3 133:10
199:20 200:15,17,22,24 201:6
202:5,6,6
**Hall** 2:16 52:4,17,24 82:12,16
89:14,17,18 90:8,10,13,18,19
91:7,8,9,18,23,23,25 92:5,11,20
92:21,24 95:13,14 112:4 121:10
143:8 152:13 165:18 191:10
235:3,9
**Hall's** 144:18
**hand** 20:23 26:21 61:21 91:6 97:15
304:19
**handle** 131:4 137:14 213:23 268:9
**handles** 203:17
**handling** 18:8
**happen** 105:8,15 115:17 116:20
268:8
**happened** 35:3 53:6 68:8 101:6
118:6,9 121:16 132:17 152:7
167:19 190:18 199:25 204:10,11
209:21
**happens** 30:23 51:23,24 53:7 82:15
91:6 95:12,13 102:25 105:11
108:14 126:2 131:5 138:24 147:9
184:24 205:11 212:23
**happy** 38:10,10 211:10 250:11
251:2 284:15,17,19,21 286:7,17
286:20 287:4
**harbor** 290:11
**hard** 95:23 115:18 116:5 191:2
240:13 278:17,17 281:16,20
**Haven** 6:12 52:19,21 56:14
**He'll** 272:21
**head** 187:7,10 191:9,17,22 192:3
193:5,21 200:16 242:9
**header** 216:18 223:17 244:5
**headhunter** 38:19,23 52:13,14 64:3
65:12 66:22,24 83:14 251:16
**headhunters** 64:7
**headline** 216:18
**hear** 7:18 40:3 44:5 109:18 122:18
122:20 156:10 184:17,19 284:3
**heard** 149:15 229:24 250:25
**hedge** 69:25 70:8 94:25,25 95:8,11
98:2 105:15 106:5 116:11,25
117:2,3,14,19,22 207:9,14,18,19
207:22 255:24,25 260:6,16 278:7
**held** 1:19 11:25 27:3 49:5 55:20
73:21 106:9 132:19 151:9 161:25
180:18 192:17 194:20 204:18
236:21 244:21 267:6 285:4,6
**help** 8:3 43:6 157:13,15 289:18

helped 213:22
helpful 172:20 292:10
helping 27:7 157:11
hereinbefore 304:12
hereto 4:18
hereunto 304:19
hey 182:4 224:23
hi 99:22 100:19
high 148:9 266:20,23
high- 289:15
high-stake 266:9
high-stakes 266:13,18 289:10,14
highest 28:15 29:11
highlighted 103:22 104:4 212:3
    247:20
highlights 154:21
highly 39:5 55:16 68:20 69:2 77:11
    84:24 281:7,7
hire 15:24 17:12 70:6 105:12 106:6
    106:13 117:6 142:22 160:17,25
    218:2,4,23 220:25 250:4,9 257:21
    276:10
hired 32:2 38:18 83:20 117:15
    124:20 125:17 126:6 139:25
    142:16 144:24 208:11 214:6
    218:22 228:19 251:22 252:22
hires 147:25
hiring 32:4 104:14,14 117:25 118:3
    118:11,13,15 127:11 128:15
    140:24 148:4,7 169:23 206:8
    266:22 275:21
history 37:5
hold 46:10 49:22 85:19 236:7,11,16
holding 49:20 93:13 98:17
home 287:24
honest 138:10,12 139:23
honestly 152:3
hope 18:17
hopefully 45:17
hoping 22:17 25:17 133:20
host 181:16,16
hour 232:22
hours 8:11,14,18 20:9 102:24 107:4
    107:19 279:13,13,14 280:6
HR 131:4 154:15 187:2
HSBC 35:13 37:5,8,13 38:14 44:2,4
    44:6 45:3,22 291:2,6,18
huh 222:9
hundred 154:14 190:13 196:4
hundreds 231:6

**I**

idea 139:25 167:3
identification 295:4,9,13,17,21,25
    296:5,9,13,17,21,25 297:5,9,13
    297:17,21,25 298:5,11,14
identified 9:15 63:16 69:6,8 93:14
    127:25 135:9 172:5,6,11,24

173:24 184:25 185:8 256:2
identifies 64:18 192:9,20 193:2,18
identify 14:8 21:5,9,14,17 26:25
    56:23 62:10 66:20 68:16 82:18
    93:13 95:8 107:10 115:18 140:12
    146:8 153:13 156:16 157:6,18
    168:18 177:8 183:2,8 196:16
    230:4,22,25 281:18,24 282:6,10
    282:11,21,25 283:9 294:9
identifying 57:15 66:10 68:7,22
    176:25 238:16 254:13 261:12
ignored 210:25 212:17
ii 3:19 244:17 297:20 301:11
iii 3:20
IJC 40:10,11,18,18,24,24 41:4,6,6
    41:12,12,22,24 42:3,8,9,13,14
    54:20 170:3,5
illustrated 190:20
IM 114:2
images 12:18
immediately 140:24 158:12 183:19
impact 9:2
implement 70:4 283:15 285:24
implemented 209:19 283:21,22
    285:5,8,11,13,15 286:4
implementing 213:19
implications 251:20
important 36:6 79:12 96:19 174:18
    174:21 266:5 279:8 280:19
impossible 190:11
imprecise 70:19,21 105:22
impressed 39:7
impressive 287:8
improper 3:20
in- 255:19
in-house 56:24 58:4 64:2
in-person 88:22
include 3:13 66:14 87:6,7 123:14
    123:14,15,16
included 55:10 123:9,19 208:23
    280:10
includes 66:12,19 83:12 85:12
    132:11 198:5
including 12:16 55:13 158:25 161:5
incompetence 291:11
incorporated 196:11 197:17
incorrect 118:18 192:12
increase 217:20 218:24
increases 140:21 217:20 218:19
incredible 119:2
independent 117:5
independently 262:17
Index 1:6
indicate 62:3 91:2 144:23 236:5
    292:25
indicated 61:23 127:14 139:9
    192:24 201:17 209:22 258:25
    274:21

indicates 40:5 95:3 135:9
indicating 212:3 292:22
indication 93:9,10
individual 68:20 79:16 101:25
    156:4 177:18,21 251:14 277:23
    289:2
individuals 82:10 90:14 237:24
    254:13 278:16
industry 30:12 38:25 40:15,19
    90:21 114:9,9,10,10 116:14
    231:21 237:24 238:11 266:5
    275:9,14 278:3 281:6
inform 75:11 121:10
information 12:16,17 19:21 47:4
    54:10 55:15 57:21 86:16 169:24
    181:18 182:2,7,11,18,23 183:8
    184:6,8,12,24 187:9 188:17,20
    201:10,13,15 202:9 204:8 206:5
    249:6 259:2 274:8 275:13 302:4
information's 274:14
informed 121:15
infrastructure 213:19 280:21
initial 61:14 103:8 104:15 247:21
    272:24 273:13 274:7
initially 124:8 127:2
initiated 124:23
inquired 106:19
inquiring 106:12
Insert 14:17 22:2 45:12
INSERTS 303:4
inside 147:2
insider 53:17
insignificant 28:2
instruct 16:14 19:25 22:15 35:20
    71:9
instructions 16:20 36:10
intel 246:6
intellectual 118:24 281:13
intend 12:19
intent 291:3
interacted 208:16
interest 105:5 251:25 273:22,24
    290:20
interested 13:25 53:5 56:22 77:10
    103:19,25 104:2,2,6,14 105:3
    112:23 113:18 123:25 124:2
    210:24,24 304:17
interesting 149:23 156:7,8 254:14
    255:20 256:25
interfere 3:15
internal 82:23 83:6,9,13,21 84:20
    85:6,11 86:5 116:4 147:4 286:15
    286:22 287:3
internally 70:6 73:15 81:6 92:16,18
    92:23 112:21 286:7 291:16
international 1:5 30:17 43:9 62:19
    138:23 154:11,13 158:22 159:3
    166:15 182:8 190:9,24 224:17,19

236:8,12,17 246:9,17 266:6
267:13 287:17 295:6 298:3,8
300:12 301:14,16
**international.com** 74:15 80:7 99:10
**internship** 30:20
**interposed** 3:7
**interrogatories** 150:2 292:5,7,23
293:8 298:13 301:20
**interrogatory** 150:11 292:11 294:5
**interrupt** 4:5 85:25 113:6 226:3
**interview** 34:6 125:21 131:25 135:8
139:7 250:8 251:6 278:19 279:21
**interviews** 262:12
**introduce** 68:18 75:2 77:7,12 79:15
103:23 104:15 105:10 114:2
115:11 119:20 148:17 161:4
175:22 177:4 195:4 203:10 204:7
254:14 255:17,20 256:23,25
257:11,16,18 258:2 278:21
**introduced** 52:9,12 53:4,7 59:24
61:8 74:20 97:23,25 117:12 120:4
120:8 123:2 124:11 126:10 128:7
137:9,11,25 146:9 148:13 158:21
168:10,12 169:22 170:4 173:21
173:25 174:9,15 176:4,5 177:5,7
177:18 178:8 203:11 223:16
256:19
**introducing** 74:25 76:24 79:21
118:23 176:8 177:2,21 178:12,21
178:24 179:9 201:7 224:2 255:13
255:22 259:10
**introduction** 103:5 104:19 105:4
112:2 119:23 160:20 168:21
174:19 256:13,16 272:24 273:13
273:18
**introductions** 160:18 258:7
**invented** 32:14,19
**invest** 94:22 105:11,13,24 106:2
114:20,22 116:24 117:8
**invested** 91:12,13 94:5,5 98:16,17
98:18 119:4
**investment** 32:15 39:4,6 67:23
84:24 94:20,24 95:15 105:15,25
113:24 114:4,8,10 115:13,23
116:2,3,16,21 154:18 155:4,17
168:13 171:14 198:3,9 217:14
254:18 255:17,21 256:3,24 257:2
257:13,19,20 258:3 261:10,15
263:14 264:12 281:5 287:7
**investments** 168:14 261:17 276:5,6
**investor** 93:23 94:15 95:7 97:18
98:8,12 254:19 261:11
**investors** 84:3 94:22 175:8 177:13
207:20,21 210:23,25 214:2
280:23
**invoice** 241:15,18 243:4
**involved** 43:3,16 54:17 101:5
174:17 224:24

**involves** 136:20
**IP** 181:23 184:23 186:21,22,25
191:3,4,6,8,15,16 193:14 194:14
205:10
**irregularity** 3:14
**irrelevant** 92:10 179:12 234:18,21
234:23 257:8 277:22 285:10,12
**issue** 28:7 76:8 128:18 132:9,10,14
132:25 133:2 204:5
**issued** 196:22,24,25 197:7
**issues** 132:8 133:23
**items** 36:3 55:21 62:9 158:14

---

### J

**J** 73:7 87:22 102:6 295:24 300:17
**James** 59:4 97:23
**January** 130:5,20,22 170:13 258:6
258:13,17,23 259:8 261:19
**Japanese** 34:23
**Jason** 2:6 5:12 45:16 107:13 244:18
290:19,24
**Jersey** 6:12 196:19
**JJ** 154:3 156:17 296:16 300:22
**job** 31:17 34:6,9 37:19,22 114:16
142:25 143:15 144:10,13,24
169:11 176:17 213:15,17 252:17
254:24 256:6 264:25
**jobs** 40:16 168:24 169:19
**joined** 169:12
**judge** 4:11 290:4,16
**judgment** 291:25
**Judith** 14:3
**July** 169:12,13 170:16 171:6
188:18 199:15 208:6 211:7 214:9
215:25 220:10,14,16,25 221:8,9
221:11,12,15,18,22,24 222:6,7
275:25 276:10
**June** 129:7 241:9 243:5
**junior** 249:7,8
**jury** 265:8
**Justice** 43:5
**justify** 228:7

---

### K

**K** 107:14 224:14 296:4 299:2
300:19
**keep** 54:7,14
**keeping** 185:4
**kept** 142:9 168:23
**kids** 61:19 97:13
**kind** 10:5 12:15 54:16 131:3 148:10
186:6 235:18 264:4 275:19
**knew** 61:4 74:9,10 80:19 140:14
158:18 159:22 188:9 201:17
204:9 243:18
**know** 7:24 10:16 11:18 12:22 15:9
24:24 34:7 35:24 36:4,12 42:10
45:6 53:6 54:4 55:5 56:21 57:10

57:12,20 60:2,9 61:22 67:21,25
84:21 86:17 87:11,13 88:18,24
95:19 98:3 100:25 103:4 104:24
105:8,23 109:2 111:18 112:14,15
114:22 117:23 120:7 126:25
127:9 128:6,9 134:15 137:9,17
140:18 142:4,6,20,22 145:18
147:6,13,15,16,17,23 148:2,16
150:3 152:15 154:5 158:10
166:25,25 167:21,23 168:6 181:7
181:12,21 185:16,17,18,23
187:24 188:4,9,25 189:10,11,12
190:12,20 194:9 195:5 197:11
198:15 202:21 203:18 204:2,20
205:3,5,14,17,20 206:5,6,6,23
208:14 214:3,4 217:21 219:21
220:7,17,18,19 221:4,17 223:21
224:24 228:4,22,23 229:2,18
230:20 231:21 233:3 234:2 237:8
237:14 239:10,12,15,20 240:25
240:25 241:20 242:8 245:16
246:2,15,18,21 247:3,4 252:7
253:2 255:8 258:10 259:12
262:12,15 266:23 267:4,8,9
269:16 275:18 281:12 283:22,23
286:5 287:11 288:14 289:6,7
291:10
**know-how** 281:14
**knowing** 51:25 79:14
**knowledge** 5:17 36:8 45:5 91:18
116:4 138:13 158:17 198:10
205:4,13,18
**knowledgeable** 178:17
**known** 32:14
**knows** 55:18 181:22

---

### L

**L** 6:2,2 161:15 296:20 299:2 300:23
**labor** 43:5 214:2,2
**lady** 52:15
**laid** 63:21
**Lalani** 123:2
**language** 224:14
**large** 39:7
**larger** 265:8
**largest** 34:23 117:3
**lasted** 276:21,24 277:2,2,16 279:3
279:25 280:2
**lately** 199:9
**launch** 67:6 209:9,20
**launched** 209:12
**law** 2:4 3:6 10:4,8 11:3,5 17:7 67:21
67:22 222:17 231:21
**lawsuit** 44:6,11,12 188:16,23
289:17,23
**lawyer** 11:8 27:8,9 86:17 290:15
**lawyered** 291:19
**lawyers** 17:17 27:7 129:15

**Lax** 16:3
**lead** 87:12
**leading** 82:18
**leads** 199:24
**learn** 53:12
**learned** 58:2
**learning** 197:15 260:19,25
**leave** 14:13 21:22 33:19 45:8
  169:11 278:3
**leaving** 169:6
**led** 39:2,20
**left** 12:6 31:20 42:4,6,11,12,19
  162:14 169:13 204:10 214:4
  232:22 253:10 286:4
**legal** 47:15,17,18,20,20 48:14 49:23
  62:20 63:11 74:18,24 75:7 80:11
  89:9 98:23 102:3 103:7 105:21
  114:21 119:17 120:3,13 121:12
  125:3 129:14 155:9 159:4 182:15
  188:5,19 219:15 222:24 223:25
  224:6,22 225:23 226:2,4,20 227:2
  232:4 255:23 267:3,9,11 268:10
  287:24 289:19 298:9 301:17
  302:16
**legally** 41:2 124:15 137:17
**Lehman** 32:3,4,7,11 33:16,19,24
**length** 19:23 274:12
**let's** 81:22 92:13,14 102:20 156:15
  192:13 211:18 214:23
**letter** 59:11 120:20 193:5 255:16
  290:11
**letterhead** 247:13
**letters** 246:12
**letting** 36:4 142:7
**level** 155:20 197:20 252:4
**leverage** 262:23,23,25
**leveraged** 261:6,8
**leveraging** 261:5
**Lexington** 2:5
**liable** 161:4 290:15
**life** 172:10 288:10
**Lighthouse** 117:17,18
**likes** 178:5
**limitation** 3:19
**limited** 201:8 228:5 291:7
**line** 40:10 43:6 56:17 145:3,9,11,12
  226:13 245:10 261:4 302:5 303:5
**lines** 293:23
**link** 62:20 63:11 104:21 181:5,8,11
  182:4,14,15 183:25 184:6 188:7
  188:15 189:8,12,17 215:18 219:2
  219:18 223:24 228:17,18 229:10
  232:5,9 233:11 234:8,11,16
  243:14 247:6 258:8 302:15,17
**LinkedIn** 36:21 94:8 95:18,21,25
  97:3,20
**list** 25:22 54:22 117:22 149:4 164:4
  164:5 228:7 244:13 267:14

**listen** 80:22 175:14 265:13
**listened** 203:4
**listening** 116:19
**lists** 266:5
**litigation** 24:6,17 26:10 43:17,20
  45:24 46:3 74:19 75:9 268:4
**little** 207:8 214:3 274:16
**live** 52:21 248:23
**lives** 52:16 56:13 95:12
**LLC** 154:13 196:25 197:2,5,8,9,11
  224:17 236:4,5,8,12,17
**LLCs** 197:8
**load** 285:17
**locating** 116:10
**log** 26:25 55:19,22 182:8 184:16
  185:24 186:3
**logged** 182:7 184:15
**logo** 224:18 246:10
**logs** 220:7 234:3
**London** 31:17,18 32:6,6 199:19
**long** 13:17 18:10 19:13,17 20:5,7
  30:19 31:19 32:7 33:16 34:2,11
  34:16,25 35:8 37:8,14,18,25
  38:12 39:14 41:4 47:25 57:13
  73:17 78:14 117:22 129:16,24
  132:3 149:4 169:9 210:3,4,4,6
  244:13 253:6 260:11
**long-term** 67:6,14 141:7
**long-winded** 115:15
**longer** 31:3 33:4 166:13 280:2
**look** 14:7,11 15:3,5,10 20:14 21:7
  21:20 35:23 36:14 44:3 51:18
  52:15 63:5 73:11 80:25 84:23
  132:21 143:15 146:25 150:22
  185:23 189:7 190:13 192:14
  198:11 200:19 215:18 250:16
  258:21 268:25 271:10
**looked** 21:11 23:6,7 24:23,23,24
  25:3 168:5 173:21 183:25 189:15
  189:21 198:14 219:22
**looking** 21:8 25:4 35:14,22 50:18
  55:24 67:5,14 72:19 101:16 102:6
  107:10,14 125:23 141:7 142:6,11
  142:15 156:17 158:2,9 193:16
  211:12 246:4 250:14 258:2
  263:13,14 266:4
**looks** 47:3 53:25 59:17 60:24 61:6
  63:9 87:25 88:8 101:2 105:3
  134:21 162:15,18 163:5 202:13
  214:8,21 236:9 244:15 245:3
  247:9
**lost** 206:12 276:5
**lot** 32:13,22 33:3 35:17 47:11 58:14
  104:16 115:16 174:3 177:14
  213:22 266:3 280:14 281:5 289:6
  289:7
**loud** 56:2 155:3 245:12
**love** 145:25 240:13

**low** 8:19
**lower** 154:20 251:4,15
**lunch** 151:15 157:17 170:24 171:2
**lured** 140:16

_____

### M

**M** 299:2
**Maas** 56:3,11 61:8 97:4 100:3
  273:15,17
**machine** 197:15 260:18,25
**Madison** 187:12
**maiden** 195:15,16,17,18,21
**mailbox** 286:23,24
**main** 54:23
**major** 117:22
**majority** 113:3
**making** 23:10 24:16 26:9,16 27:10
  62:25 96:8 120:25 188:11 220:24
  225:15 236:3 254:20 256:13
  257:12 277:6
**malax** 285:17
**manage** 70:4 84:25 106:7 114:17
  114:21 115:4 116:24 117:4,4
  168:17 173:3,5 181:16 194:11
  198:2 254:24 256:6,7 257:21
  278:12 285:20
**managed** 82:16 85:2 106:4 114:24
  115:2 116:22
**management** 114:21 116:24 179:7
  181:10 182:6 183:24 185:17,18
  186:9,12,17,19,21,25 187:7 188:6
  188:21 189:19 190:22 191:2,5,8
  191:13,25 192:4,21,22 193:3,5,13
  193:19 207:23 260:5
**manager** 32:24 56:7 57:23 84:2
  105:18,19,24 106:2,6 114:16,17
  115:2,4 116:11 117:6,11,15,20
  118:25 126:7 135:17 138:24,25
  139:4,6 168:11,14,17,19,22
  169:23 171:12 172:9 173:2,4,9,10
  173:10 174:2 175:7 176:21 177:6
  177:11 179:10 186:8 197:21
  201:16 202:11 203:14,17 204:14
  204:16 205:9 206:9,16,18,20,25
  207:4 213:11,11,13 248:11
  254:23 257:21,22 263:19,19
  265:4,16 275:5,11 276:18
**managers** 67:20 68:2 105:19
  116:10 118:22 126:4 175:8,9
  179:7 188:18 248:5 252:6 254:21
  255:13,13 256:6 257:9,14,16
  263:15 291:22
**manages** 105:19 117:18 168:14
  174:2
**managing** 70:2 91:11 94:2,7,15
  95:6,20 96:2 97:18 98:8,10,20
  181:14 224:16 235:22,24 236:4,7
  236:11,14,16 285:22

**March** 14:6 62:11 63:22 75:6,6,16
76:20 84:5 91:4,19 97:3 99:23
100:18 102:9,20 106:12 119:9,10
119:12 146:3 159:12,13,15
199:14 256:19,22 260:17 273:25
**mark** 293:6
**marked** 36:25 46:20 53:22 55:25
59:7 60:19 101:11 134:8 154:2
161:16 169:15 183:13 207:25
214:17 224:14 230:8 253:20
259:23 267:10 287:13 295:2,7,11
295:16,19,23 296:3,7,11,15,20,23
297:3,8,11,15,20,24 298:4,10,13
**market** 206:25
**marking** 244:17
**marriage** 304:16
**married** 235:18
**mass** 209:10,20
**match** 95:15
**Matey** 195:8,13,18,20 196:2 197:3
**mathemati-** 285:17
**mathematically** 285:18
**matter** 15:8 46:8 125:16 139:22
304:18
**matters** 55:17
**maturity** 31:3
**maximize** 169:20
**mean** 12:15 43:6 53:15 57:7 85:14
94:7 99:21 103:9 116:18 118:3
122:2 136:12 138:7,14 141:22
152:3 160:20 161:22 170:11
197:11 199:21 210:21 239:15
240:4 263:11,23 264:2,3,10
**meaning** 72:23
**meanings** 87:9
**means** 65:11,15 68:21 69:5 86:5
98:17 103:10 114:11,12 115:13
115:24 118:19 140:19 181:3
182:5 200:8 226:2 235:22 241:23
263:12 264:7
**meant** 133:23 139:20
**measurable** 278:14 279:2,23 280:8
280:12,15 281:18,22,24 282:6,15
282:21 283:5
**measure** 281:8,10,11 282:12,12
**measured** 283:13
**medication** 9:2
**medications** 9:14,15,19
**medicine** 8:19,22,23
**meet** 52:24 53:2 81:22 90:11,14
91:3,19 92:4,12,14,22 222:22
**meeting** 74:3 75:16 82:6,10,12,18
88:22,23 89:11 113:14,17,19,22
127:6 128:4,24 129:8,9,12 130:6
130:16 135:2 161:8 163:10 164:4
171:9,10 214:14 219:10 223:6,9
225:13,17,20 227:23 228:7,14,15
243:14 244:13 252:25 253:3

255:20
**meetings** 87:24 88:16 113:12
**member** 91:11 94:16 95:6 97:17
98:8,11,21 138:25 174:16,24
175:18,20 176:8,20 177:7 197:11
197:13 235:13 238:4,7 272:6
**members** 176:9 197:2,5,8,9,20,22
208:10 236:22
**memory** 75:22 133:11 199:17
**memory's** 199:13
**mental** 9:10
**mention** 94:19 95:11 97:25 135:3
139:3 146:11 148:8 158:20
248:20 254:3
**mentioned** 17:16 69:10 82:20 85:17
86:2 100:3 104:18 131:10,12
133:3 135:13 148:2
**mentioning** 50:11 69:16
**mentions** 95:18
**menu** 287:23
**menus** 287:21
**message** 231:19
**met** 42:10 61:19,21 75:13 94:17
97:5,12 162:5,8,9
**metadata** 55:13 302:11
**metric** 200:9,11,14
**metrics** 198:21
**middle** 195:19,20
**midyear** 199:15
**Millennium** 117:2
**million** 261:9,10,13,13,16,21,24
262:5,6,7,20,24 263:10 264:9,16
**millions** 249:2 275:20,22 276:12
278:11
**mind** 64:12 65:22,23 149:4 223:6
228:8 244:14
**minds** 223:10 225:14,17,21 227:23
**mine** 56:12 244:9
**minimal** 48:21 49:11
**minute** 183:7 249:24
**minutes** 37:21 73:19 76:4 118:16
212:10 288:16
**misconduct** 291:9
**missing** 211:16
**mistake** 12:6 291:13,17,22
**misunderstanding** 7:13
**mixing** 285:18
**MM** 183:14 187:22 297:4 301:6
**model** 31:4 70:5
**models** 70:4,7 199:23 284:7
**modest** 145:2
**moment** 149:5
**Monday** 210:18 212:16 214:24
221:19 222:2
**money** 43:2 70:5,7 84:25 105:20,25
106:7 114:17,22 115:5 116:10,24
117:5,8,18 119:3,4 137:8 139:8
168:17 173:3,5 174:2 198:2

206:12,12 209:19 247:23 254:24
256:7,7 262:17 264:3,5,6,7,12
275:19 283:23 285:22
**month** 31:15 39:25 141:25 142:3
248:22 258:22
**months** 30:21 31:13 34:8 37:20
38:15,15,16 40:14 48:3 129:12
140:22 141:25 142:17 161:13
202:6 209:16,16,18,22 210:6
214:12 217:21 277:2,3,9,11,12,13
277:16 280:13,16 282:7,22 283:7
288:9
**Morgan** 62:4 100:4 273:17
**morning** 6:14 7:2,3 221:19
**Moskalev** 270:22 271:6 272:17
302:19
**mouth** 94:13 95:24 151:4
**move** 17:2 27:13 47:22 48:14 88:7
90:24 113:18 133:21 136:2,8,13
136:24 137:5,6 138:7,10 139:16
139:19 228:5
**moved** 12:9 31:18 34:3,21 47:19
188:2 288:6
**moves** 290:13
**moving** 34:5
**Mueller** 59:4,16 97:23
**multiple** 63:18 98:14
**multitude** 177:15
**mutual** 56:12 59:5 223:3 227:16
**mutually** 225:13

---

**N**

**N** 2:2 6:2,2 169:15 296:24 299:2,2
300:2,24 301:2 302:2 303:2
**Nader** 156:2
**name** 6:8,16 7:3 15:5 28:6 29:18
31:8 32:18 43:24 53:15 108:9,9
108:12,14,17 110:11,15,19,22
111:9,12 165:25 166:9 167:12
171:19 187:11 193:20 195:13,14
195:15,16,17,18,19,19,20,21,22
197:23 246:5 274:24
**named** 58:4 163:7
**names** 196:20
**Nancy** 230:9
**narrow** 12:19
**NASSAU** 304:6
**national** 5:5
**native** 55:12,13 302:11,11
**naturally** 289:24
**nature** 99:11
**Navesink** 1:5 43:8 45:14 48:18
53:19,23 59:9 60:20 62:15,18
73:8 74:13 102:23 107:15 109:6,9
127:20 134:14 135:15,16 136:10
137:10,11,12,23,25 138:21,23
139:11 151:23 152:19,21,24
153:14,23 154:11,13 158:22

159:3 161:16 166:5 169:15 170:3
170:4,8 179:20 182:8 183:14
184:7,11,15,15,24 188:7 189:2
190:9,23,24 195:23 196:3,7,11
211:13 214:18 224:17,19 226:16
226:17 234:25 235:4,9,10,15,16
235:17,21 236:8,12,17 241:11
244:6,7 245:4,7,15 246:6,9,16
247:13 253:23 255:10 266:6
267:12 287:16 290:22 295:2,6,11
295:15,19,23 296:3,7,19,23 297:3
297:11,15,19,23 298:3,8 300:10
300:11,14,15,16,18,19,20,23,24
301:6,9,10,11,13,14,16
**Navesink's** 151:17 155:24
**navesinkinternational.com** 167:13
**Neal** 2:4 14:3,20 18:4,7,9 241:13
**necessarily** 201:14 207:24 268:6
**necessary** 64:9 102:19 225:14
**need** 18:10,14 36:10,11 37:18 70:3
70:17 72:3 76:15 79:15 81:15
89:9 92:24 96:21 103:24 128:2
150:8 152:6 157:10,13,13,15,15
157:16 158:11 174:5 189:6
211:15,16,22 213:12,13,14 215:2
215:10 217:4 223:6 237:16 238:6
238:9 243:2 264:13,13 266:2
285:15,16,17,18,19,20
**needs** 55:11 78:6 181:21 206:22
**negotiate** 125:4 291:18
**negotiated** 123:5 124:14 210:20
**negotiating** 153:21
**neither** 114:8 155:10
**network** 59:24 177:13 261:8 281:6
281:15
**networking** 56:5 58:21
**never** 7:10 30:5 48:13 49:17 50:20
105:8 132:17 140:14,19 141:14
146:21 156:3 199:25 209:6
212:19 213:4,6 214:8 217:19
222:8 223:14,15 228:21 229:13
233:6,9 234:4 235:5 241:21
288:25 289:13 291:18
**Neville** 16:3
**new** 1:2,3,20 2:5,5,10,10 6:4,12
32:21 42:13 95:11 98:2 114:7
125:24 126:2 165:23 196:19
281:4 290:4,5 299:4 304:4,9
**nice** 287:8
**NN** 230:9 297:16 301:10
**nod** 7:10
**Nomura** 34:21,22,25 35:12
**non-** 8:14
**non-responsive** 31:10
**Nope** 75:10
**normal** 36:2 90:15
**normally** 199:6 210:14 247:23
**notable** 214:3

**notably** 104:16
**Notary** 1:20 4:10 6:3 299:24 304:9
**note** 12:14 56:15,23 72:11 84:15
89:22 111:23 116:17 166:20
177:23 202:18 205:22 225:3
227:11 242:7 257:4 274:9 288:21
**noted** 3:8
**notes** 54:4,7 57:11,12 58:15 158:3,5
158:9 302:13
**notice** 122:7
**November** 129:10,12 130:6,16
150:2 161:9 170:16 171:3 199:15
205:19 214:12 261:19 276:2,11
286:4
**number** 21:20 45:6,7,10 76:6
136:18 141:25 150:3 181:23
183:2,3 184:9,10,25 185:8,13
186:6,6 187:21 200:16 226:12,14
231:7 281:20,21 294:8
**numbers** 21:23 45:14 148:6,9
185:15 186:9,10 187:5,19,20
203:7 303:8
**numerical** 201:17
**numerically** 259:14

**O**

**O** 6:2 299:2
**oath** 10:3,7 11:2,4 90:6 130:18
299:10
**object** 252:22
**objected** 252:20,25
**objecting** 252:17
**objection** 3:11,17 5:9,10 16:17,23
20:4 72:12 84:15 89:22 111:23
116:17,18 124:9 166:20 173:15
177:24 202:19 204:23 205:22
225:3 227:11 242:8 257:4 273:7
274:10 288:21
**objections** 3:4,5,5,7,9,11
**objects** 251:21
**obligates** 102:2
**obligation** 27:12 223:25 250:19
**obligations** 102:3
**obliged** 161:3 225:8
**obtain** 201:9
**obvious** 140:2,20 149:19 175:22
179:8 188:13 246:18 251:25
**obviously** 7:4 17:4 100:2,5 126:4
142:10 208:14 237:14 258:17
265:24 276:14
**occur** 37:10
**offer** 64:4 70:7 130:21,24 131:2,13
136:15 208:17,21 216:2,7,7,10,13
217:4 220:25 221:7 225:15 263:4
263:16 265:4 292:7
**offered** 31:17 127:5,16 137:21
150:24 252:17 264:21
**offering** 216:19

**offers** 261:22,24
**office** 15:7 94:6 187:7,10 189:19,20
191:9,9,18,22 192:3 193:5,21
221:19 222:7 259:14 264:14
**officer** 3:8 147:10,11 152:2,9,13
153:19 287:7 291:24
**OFFICES** 2:4
**official** 195:13,14,19
**officially** 161:21
**oh** 42:4 147:22,22 149:14 200:7
255:6 271:9 286:14
**okay** 10:14,22,23 12:20 17:3 18:13
26:23 33:15 36:17 71:13 92:18
93:25 95:12 109:7 122:21 137:11
137:16,20 141:20 147:14 148:4
150:19 152:22 154:7 158:6
161:19 166:7 175:23 181:24
182:4 184:7,10,16,20,24 186:9
207:7 209:19 211:20 212:12
213:20,21 217:4 232:17 239:18
246:21 254:3 256:5 264:13 265:5
279:5,7 293:21 294:2
**old** 189:25
**once** 26:13 43:23 65:20 98:4 126:6
163:13 165:9 176:10 203:22
212:23 247:25 255:12,22 257:8
290:13
**one-man** 58:13
**ones** 113:15,16,17 186:23
**ongoing** 266:15
**online** 263:24
**onset** 117:24 150:24 255:8
**oOo-** 5:21
**open** 26:7,9 46:18 64:17 68:19,25
79:17 156:15 182:17 192:13
**opened** 120:4
**opening** 68:24 76:8,15 83:22
101:22
**operating** 264:11,15
**opinion** 145:2
**opinions** 115:19
**opportunity** 250:12
**opposed** 223:14
**opposite** 284:2
**option** 31:3,9 32:16
**options** 30:24,25 123:15
**oral** 294:9,12,21
**order** 3:19 124:18,21 203:24 223:2
259:22
**organizations** 238:5,8
**organizing** 129:20
**origin** 245:13
**original** 101:16 263:21 271:9
**outcome** 304:17
**Outlook** 167:9,19,20 168:4,4
**outside** 25:9 51:4 96:5 115:3 243:12
250:15 274:22 284:16 288:25
**outsider** 83:18

over-dimensioned 66:2
overall 199:5 202:8 262:2
overlap 87:9
owe 141:2 226:4,10,18,22
owed 130:9,14 142:2 242:6
owned 82:16 91:22 154:14 235:18
owner 88:17 89:4,17 113:3 138:21
    194:10 195:23 196:3,4,21 197:3
    197:12,12 236:13 241:11
owners 42:11
ownership 196:7 235:25 236:5
owns 88:18 192:22 193:6

                    P

P 2:2,2
P.C 2:4
P.M 106:16,21 107:2 119:9,10,12
    151:14 162:19 163:19 164:9,14
    298:17
packaged 32:23
page 45:17 48:25 50:6,13 134:13
    135:22 162:16 181:18,19 182:3
    184:9,22,25 185:6,8 186:15
    187:22,23,24,25 188:5 189:2
    190:9 230:12,16 231:11 244:23
    292:18,22 293:15 295:7 298:4,9
    300:4,9,12 301:5,15,17,19 302:5
    303:5
pages 50:9,11,16 161:16 188:2,3
    189:15,24,25 190:10 287:21
paid 123:3,4 124:4,5,7,18,21 125:6
    125:7,9 126:8,10 136:6 148:4
    149:16,17 169:2 229:15 233:24
    249:2 251:18 288:23 289:25
panel 45:4
paper 12:16 216:18
papers 172:7,12,16,18
par 142:19
paragraph 154:10,24 155:6 156:14
    188:16 220:10 258:24 293:19
paragraphs 154:21 155:10
Paris 30:15,20 31:14
part 25:13 28:21,22,23 29:2,8,9
    34:4 37:24 44:4 47:7 49:24 50:2
    53:19 57:2 67:9 127:18 143:19
    150:23 153:9,9 159:9,18 160:6,8
    160:12 171:20 173:7,20,24 174:9
    186:3,21 188:23 189:20 197:16
    197:17,19 206:12 222:3 226:7
    233:2 235:24 237:10 252:11
    262:19 273:3 274:20 288:18
    289:17
participation 197:21
particular 32:14 79:24 268:3
parties 4:6,15,17 111:20 132:5
    304:16
partner 42:9 67:6,14 224:16 235:21
    235:22,24 236:4,8,12,17 267:18

partners 40:11,18,24 41:4,6,6,7,12
    42:8,11 263:14 267:12,14 287:25
    298:9 301:17
partnership 68:3
parts 28:22 193:12
party 3:24 227:8 246:7
pass 62:5 92:17 140:22
passed 61:24
pasted 208:20
patient 78:20 96:20
pay 39:21 42:19,22 124:16 126:12
    126:25 128:2 137:6 139:8 148:10
    241:24 264:13,13
payable 247:21,24
paying 128:15 139:25 148:12
payment 129:25 130:2,4 132:6
    133:10 135:11 161:7,12 241:3
    245:5 247:12,18,18 248:14,21
    249:11
PDF 55:3,9 57:21
pending 288:15
pension 281:3
people 39:9 54:15 70:6 77:9 80:17
    81:24 105:7 111:20 116:14 118:4
    118:14 125:19 127:13 177:14
    181:9 218:23 238:12 239:15
    257:11 264:4 275:6,7,8 276:19,20
    277:20 278:3 284:2,15,16 286:7
    286:16,20 287:3
perceived 231:20
percent 123:6,11 124:3 142:2
    154:14 190:13,14 196:4 247:14
    247:17 248:14,17 249:10 276:7
percentage 123:10,24 238:15 249:9
perfectly 158:19
perform 206:16 207:2 243:8
performance 37:22 145:13 171:11
    198:16,18,20,21,24 199:14 200:8
    200:13,21 201:18 202:23 203:17
    204:9,15 205:20 207:24 262:16
    263:22 284:10
performing 198:16 199:3,5,6,19
    206:25 243:12,25
performs 207:21
period 31:15 58:12 92:7 141:20,22
    153:5 205:11
periods 198:25 199:2,2,4,5
permission 151:22
permitted 3:14
person 3:9,21 61:16 81:15,21,23
    88:17,19 91:8 92:6,19 104:22
    117:7,8,21 126:6 131:4 147:2,6,7
    147:9 195:12,24 223:11 236:14
    239:20 252:2 255:20 278:12
person's 123:6,12
personal 55:17 62:15,16 63:15,18
    74:13 75:19 76:17,21 79:24 88:2
    88:4 101:3 131:2 134:21 135:15

    136:19 164:14 254:2 274:4
personally 104:25
personnel 155:4,17
persons 3:15
Pete 56:4,5,13 57:19,20,22 60:24
    61:4 80:15,21 81:4,7 82:9 97:22
    99:22 100:19 108:5 111:8 112:3,6
    120:7,25 121:16 180:7 215:23
    273:16,19
Peter 52:5 58:17 60:11 62:10 65:25
    73:11 74:12 75:6 81:3,13,15,19
    82:14 84:6 89:12,19 90:7,10 91:5
    91:7,18,21 92:4,12 93:3,10,16,18
    96:12 98:9,25 99:3 120:18 122:3
    160:21 162:12 180:11 219:10
peter.rawlins 99:13 111:4
peter.rawlins@clinton.com 99:7
    100:24 101:19
PhD 28:21 29:9,25 30:4
phone 76:6 263:12
phonetic 117:13
physical 9:6 143:13
physically 5:7
Picard 51:24,25 52:5 59:5,16 60:2
    74:6,9,10 75:13 80:15,19,20 81:2
    81:8,15 82:9,14 87:24 88:4 89:11
    89:18 90:7,11,17 91:3,10,22 92:4
    93:3,11,22,24,25 94:10,17 95:6
    95:12,16 96:2,12,24 97:17,23
    98:7,10,19,20,22 99:4 102:25
    104:9 106:24 107:21 108:5 112:3
    120:6,19,25 121:17 122:3 146:10
    160:21 180:7,11 215:23 219:9
    243:17,23 253:2 262:13
Picard's 94:4,14 95:18
pick 36:20 230:21
picked 263:12
picture 28:5
pieces 158:5
pill 8:20
pinpoint 189:14,16
pitch 198:13
pitching 198:7
place 105:7 113:23 114:7 116:14
    119:17 124:24 125:13,15,19
    128:19 168:24 169:3,19 176:5
    224:21 225:22 226:19 227:2
    232:4 237:6,20 239:5,10,11,13
    240:9 250:19,21,24 255:11 276:3
    283:20 285:25
placed 60:7 117:11 135:16 136:10
    138:2 160:3 176:16 235:13
    239:20 247:15 251:7,8,10,13,21
    252:3 278:4
placement 118:14 124:19 127:8
    128:17 129:2 135:8 136:22
    138:23 139:6 140:23 141:9,14,24
    142:2,23 148:3,5 149:10,16,17

150:17 161:4 206:14 217:20,23
218:2,6 225:8 226:5,10 237:6,11
237:12,21,21 239:21 250:19,23
251:15 275:10,15 277:20 279:24
294:21
**places** 169:21
**placing** 115:14 116:9 118:4,19
159:9,17 160:6,12 169:25 224:25
237:10
**plainly** 3:20
**plaintiff** 1:6,17 2:4 43:19 45:23
144:3 150:23 266:18
**plaintiff's** 292:5,20 293:7 298:13
301:19
**plaintiffs** 266:8
**plan** 212:15
**play** 202:16 203:6
**played** 250:13
**playing** 129:24
**pleading** 149:25
**pleadings** 20:16
**please** 6:8,11 7:25 12:14 19:25
20:19,19 23:18,22 44:21 47:9
59:11 60:16 62:17 69:22 70:13,16
71:2,6,15,21 77:20,24 78:4,24
79:5 83:4,16 85:25 86:19,22,24
87:5 88:14 104:5 108:25 111:24
134:15 135:20 137:5 140:12
143:23 146:8 154:5,17 156:15,18
157:4 158:14 172:16 180:21
185:6 190:4 192:19 193:11
196:16 200:3 201:22 217:8
223:24 226:14,17 232:5 234:19
242:13,21 245:12,13 249:5,18
251:23 273:7,11 279:7 280:15
282:3
**plenty** 25:2 50:9,12 84:23 91:23
95:17 97:14 105:13 106:5 115:3
116:11 117:8 123:16 146:6
148:11,16 158:18 162:8 167:10
167:18 175:10 198:14 206:22
208:15 214:3 217:22 219:13,14
221:24 238:12,12 240:14 243:19
245:23 250:15 255:2 262:10,13
273:9 279:6 285:20 287:21
**PLLC** 2:8
**PM** 56:5,6 259:2
**PM/strategist** 69:11
**PMs** 69:11 254:19
**point** 26:24 38:9 60:10,25 61:4
69:22 88:25 169:24 174:16 182:5
201:7,14 202:9 215:8 216:4
217:15 223:9,23 290:17
**pointer** 226:20
**pointing** 224:15,22
**points** 159:2 277:5 279:6
**policies** 137:20 274:20
**policy** 147:4,4 153:9,10 155:24

**polish** 173:11
**portable** 32:18
**portfolio** 32:24 56:7 57:23 67:20
68:2 84:2 105:18,18,19,24 106:2
106:6 114:15,17 115:2,4 116:9,10
116:24 117:6,10,15,20 118:22,25
126:4,7 135:16 138:24,25 139:4,5
168:10,14,17,19,22 171:12 172:9
173:2,4,8,9,10 174:2 175:6,8,9
176:20 177:6,11 179:6,7,10 186:8
197:21 201:16 202:11 203:14,16
204:13,15 205:9 206:9,16,17,20
206:24 207:3 248:5,10 252:6
254:21,23 255:13,13 256:6 257:8
257:14,16,20,21 263:15,18,19
265:4,16 275:5,11 276:18 285:19
285:19,20
**portion** 33:12 46:15 71:16 77:21
78:25 86:25 90:3 103:22 104:4
108:22 109:12 110:3 180:22
190:5 200:4 201:23 217:9 233:21
238:22
**posed** 86:20
**position** 168:9 169:3,5,10 171:25
172:6,12,13,24 173:13,24 174:24
175:19 176:24 177:20 178:7,11
**positions** 178:14,20,23 210:3,3
248:8 249:8
**positive** 202:16 204:22 285:9
**possible** 6:17 24:14 81:12 83:22
118:2
**possibly** 88:17
**post** 47:4
**post-master** 29:7
**posted** 260:2
**postponed** 128:11 140:8
**potential** 116:23 160:16,24 176:12
250:20
**potentially** 40:13 152:24 153:22
281:3
**Power** 159:2
**practically** 41:2
**practice** 3:6 111:19 240:17
**preceding** 163:21
**precise** 9:23
**prefer** 6:15 215:12 240:21
**prejudice** 3:20
**preparation** 18:25 19:6,10 20:12,15
20:22 21:2,24 22:5,10,19 23:4,12
24:4,10,21 25:5,16,20 26:4,11,17
27:11,15,24 28:3,8,12 47:11
302:6,9 303:8
**prepare** 13:2,15
**prepared** 100:5
**preparing** 13:5,9,13 25:11
**prescription** 8:14,15,16
**presence** 5:8
**present** 2:14 67:16 82:19 170:9

293:3
**presentation** 18:7 281:4 286:16
287:6
**presentations** 261:7,11 286:6
**presented** 30:3 278:9 287:6
**presenting** 115:23 118:14 263:18
**preserve** 3:18
**prestigious** 29:23
**pretty** 16:10 32:21 35:6 44:12
73:19 93:8 99:10 105:3 143:3
144:19 149:18 167:14 179:8
188:8 235:17 243:17
**previous** 34:18 86:7 92:13 103:2,24
112:20 117:12 120:4 169:3 176:3
185:6,8 282:11 291:23
**previously** 36:24 60:19 73:7 82:22
100:12 101:11 119:25 121:20
144:8 206:7 216:12 279:10
**price** 31:5 281:16
**pricing** 31:4
**prime** 62:4
**print** 224:20
**printed** 109:4
**prior** 19:4 26:13 39:11 52:4 63:3
80:5,9 91:4,19 107:20 108:12
110:10,11 119:21 157:17 170:15
173:16 182:12 183:19 201:5
202:5 220:24 234:16 282:14
**pristine** 237:18
**private** 19:15,19
**privilege** 3:18 16:15,16 17:6 26:25
27:3 55:19,22
**privileged** 16:9,11 17:2 19:25
**pro-** 213:22
**proactive** 157:12
**probably** 32:14,19 39:18,24 41:8
46:24,25 49:2 50:10 57:8 60:8
61:20 65:11 73:2 82:16 98:15,15
98:16,17 101:2 133:15 137:18
149:3,3 156:5 162:11,22 163:13
208:19 211:17 229:15 234:14
247:22 265:6
**problem** 31:3 137:21 173:11
202:23 204:11 251:12 275:19
277:25 278:9,13
**problems** 42:11
**proceed** 3:9 88:10,15,21 102:11,13
102:15 112:22 124:12
**proceeding** 88:13 151:12 183:10
250:2
**proceedings** 233:3
**process** 36:16 149:18 289:18
**produce** 24:10,15,22 25:19,22 26:3
27:4 28:24 158:16 182:20 259:16
**produced** 22:5,8,10,13,20,22,24
23:5,9 24:5,11,11,13,17,18 25:24
26:5,18 27:3 30:21 55:3 109:5
144:3 154:3 166:6 202:10 245:16

245:19,20 246:20 259:13 302:7
302:10
producing 171:13
product 30:22 31:5 32:15,21,23
production 22:22 23:3 109:6 158:8
230:12
products 32:19
profession 168:22
professional 2:10 154:15 238:8
professionals 261:9
profile 36:21 94:9 95:18,21,25 96:4
97:20 159:2
profit 119:3 206:18 275:20 278:11
283:12,14
profitable 283:20
profits 171:13 203:7,24 206:17
207:15 275:23 278:8 279:4
285:14
progressing 142:4
project 222:3 261:2
promise 78:18 263:2
promised 262:5,6,22 264:6,7,16
288:16
pronounce 197:23 274:23
pronounced 6:16
proof 90:13 95:5 114:12 115:10
143:9,12,13 144:20,22 146:23
148:18 150:18 190:13,14 193:17
193:17 219:17 227:20,22 229:16
231:24 233:12,14 294:16
proper 136:15
properly 211:19 277:24
property 118:25 281:14
proposal 63:8 64:10,14,22 67:2
69:7,12,15 81:22 123:25 128:21
131:25 132:6,11 133:5,9 139:10
215:4 216:20 217:5,14
proposals 60:12,15 62:7,10,24
63:16,21 81:12 84:6
prove 146:4 183:24 193:14
provide 21:23 55:18 77:24 78:4
79:8 149:5 150:6,16 153:11
206:21 268:3 275:17 278:12
280:8,12
provided 3:21 4:13,15 49:10 76:6
123:24 148:20,24 205:6 207:14
243:4 275:17 278:6,15 279:24
280:16 281:19 283:6,10
ptr@clinton.com 101:18 274:2
public 1:20 4:10 6:3 50:18 299:24
304:9
purple 278:22 279:14
purpose 4:5,6 56:5 58:18 68:12,15
79:15 109:16 128:15 168:15
171:2,9,17,21 172:9 175:4,16
207:13
purposely 116:22
purposes 4:13 55:10 294:3

pursuant 1:18 3:5,10 124:6,7 144:3
push 210:22
pushed 291:15
pushing 291:14
put 20:3,23 26:21 86:15 112:11
119:15 151:4 156:8 157:3,3 193:4
250:16,19 273:7 276:3 281:16,20
283:16,19 285:25

**Q**

QIs 32:16
QML 55:16 56:22 114:2 115:11
127:8 149:10,22 150:17 159:10
159:18 160:6,12 165:15 171:15
174:24 197:14,16,19,25 198:3,7
200:12 201:3 202:15 203:22
204:21 205:6,20 208:10 216:24
224:2,25 236:20 250:15 256:20
256:23 275:22 276:12 278:7
279:3 285:23,24
qualified 39:5 173:22 205:9
qualities 79:16
quality 145:19 175:9 275:11 277:23
278:10,22 279:22
quant 69:11,11,16 84:11 191:12
quantitative 32:15,24 39:6 64:8
69:4,10,17 70:3,4,5,7 83:25 84:24
85:2 95:15 175:6,7 177:11,11
185:25 186:4,7 197:15 199:23
213:21 249:8 252:5 260:18,25
280:20,22 281:5 283:10
quarter 199:17,18 200:10
question 3:20,23 4:7 7:12,14,15,18
7:21,25 8:4 10:24,25 11:18 17:10
18:5,16,17,17,18,19 20:2 22:14
22:16,16,18 23:22,25 25:23 26:2
27:9 31:11 33:6,8,11 34:18 36:16
38:2,3 44:10,21,22 51:7 64:13,24
64:25 65:2 70:13,16,18,20,21,22
70:23,24,24,25 71:2,5,5,7,10,12
71:15,20 72:6 75:4 77:20,25 78:2
78:6,8,19,20 79:5,9,10,11 83:4
85:20,21,22,23,24 86:7,8,9,19,20
86:22,24 87:5,15,16,19,20 89:23
89:24 90:2,12 96:10,16,22 100:10
100:11 102:11 103:16,18 104:3,8
104:12 108:21,25 109:11 110:2,6
110:8,9,24 115:7,10 116:19
120:18 122:9 135:6,19 138:4
144:14,15 145:19 148:18 150:13
152:4 156:7 157:5,17,20,24 158:4
166:8 170:19 173:18 174:13
175:12,13,14,15 178:2,4,6 180:21
190:4 192:7 197:6,10 200:3
201:22 202:3,19 203:9,14,18
204:6 217:6,8,17 218:10 222:14
222:17 227:20 228:2 233:20
234:19 235:8 239:17 242:12,14

242:21,22 243:3 246:3,24 249:4
251:23 254:21 257:6,23 259:20
265:14 273:5,10,11,12 274:13
276:25 279:8,9,18 282:3,9,11,14
282:23 284:4 288:15,22 291:5
292:6 293:12,25 294:5,8
questioning 3:13,16
questions 3:18 7:9 10:17,20 12:10
27:8 33:4 35:17 36:7 38:6 78:9,10
78:11,11,12,13,15 79:8 86:12,18
100:13,14 150:4,6 157:14,16
181:14 245:22 259:20,21 290:18
292:4 294:24
quick 207:8 211:17
quicker 152:5
quickly 135:25 136:13
Quillacq 1:16 2:15 5:19 6:9,15,21
7:1,2 8:1 9:1 10:1 11:1 12:1 13:1
14:1,14 15:1 16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1 24:1 25:1
26:1,2 27:1,6 28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1,14 36:1 37:1
38:1 39:1 40:1 41:1 42:1 43:1,25
44:1,20 45:1 46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1 72:1 73:1
74:1 75:1 76:1,11 77:1 78:1 79:1
80:1 81:1 82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1 96:1 97:1
98:1 99:1 100:1 101:1 102:1
103:1 104:1 105:1 106:1 107:1
108:1,11,18 109:1,2,8 110:1,12
110:16,21 111:1 112:1 113:1
114:1 115:1 116:1,7 117:1 118:1
119:1 120:1 121:1 122:1 123:1
124:1 125:1 126:1 127:1 128:1
129:1 130:1 131:1 132:1 133:1
134:1 135:1 136:1 137:1 138:1
139:1 140:1 141:1 142:1 143:1
144:1 145:1 146:1 147:1 148:1
149:1 150:1 151:1,6 152:1 153:1
154:1 155:1 156:1 157:1 158:1
159:1 160:1 161:1 162:1 163:1
164:1 165:1 166:1,14 167:1,3
168:1 169:1 170:1 171:1 172:1
173:1,19 174:1 175:1 176:1 177:1
178:1,18 179:1,4 180:1 181:1
182:1,22 183:1,7 184:1 185:1
186:1 187:1 188:1 189:1 190:1
191:1 192:1 193:1 194:1 195:1,8
195:11,21 196:1,2 197:1,4 198:1
199:1 200:1 201:1 202:1 203:1
204:1,20 205:1,2 206:1 207:1
208:1 209:1 210:1 211:1 212:1
213:1 214:1 215:1 216:1 217:1

218:1 219:1 220:1 221:1 222:1
223:1 224:1,16 225:1 226:1 227:1
228:1 229:1 230:1 231:1 232:1
233:1 234:1 235:1 236:1 237:1
238:1 239:1 240:1 241:1 242:1
243:1 244:1 245:1 246:1 247:1
248:1 249:1 250:1 251:1 252:1
253:1 254:1,5 255:1 256:1 257:1
258:1 259:1 260:1 261:1 262:1
263:1 264:1 265:1 266:1 267:1
268:1 269:1 270:1 271:1 272:1
273:1 274:1 275:1 276:1 277:1
278:1 279:1 280:1 281:1 282:1
283:1 284:1 285:1 286:1 287:1
288:1 289:1 290:1,25 291:1 292:1
292:3 293:1,13 294:1,18 295:1
296:1 297:1 298:1 299:8,17 300:5
303:6 304:11
**Quillacq.com** 76:12
**quite** 69:10 84:11

**R**

**R** 2:2 6:2 211:16 304:2
**raise** 209:7,17,19 210:7 225:12
261:16 262:5,7,15,17,19
**raised** 3:11 209:6,7,10 261:12,21
**raises** 262:18
**raising** 94:21
**rational** 217:24
**Rawlins** 52:6 56:4,13 57:19,20,22
58:18 60:11,24 62:10 65:25 73:4
73:11,23 74:12 75:6,11,15 80:15
80:21 81:3,5,8,13,15,19 82:9,14
84:6 89:12,19 90:7,11 91:3,6,7,19
91:21 92:4,12 93:3,10,16,18
96:12 97:22 98:9,25 99:3 108:5
112:4 120:7,19,25 121:17 122:3
160:21 180:7,12 215:23 219:10
273:16,19
**re-ask** 202:3
**re-explain** 71:5,6
**reach** 52:3 56:20 112:14 170:17
278:19
**reached** 81:2,2,4 170:13,18,20
171:4 176:11 199:12 247:5
**read** 26:20 33:10,13 46:16 47:7,8
55:25 56:17 62:2 64:12 67:3
71:14,17 77:19,22 78:20,24 79:2
87:2 89:25 90:4 102:9 103:22
104:4 108:20,23 109:13 110:4
126:13 134:15,17 135:18,19
145:3 154:7,11 155:3 180:20,23
190:3,6 200:2,5 201:21,24 212:14
217:7,10 226:14,25 233:19,22
245:12 248:4 261:5 293:22 299:9
**reading** 111:18 284:12
**ready** 286:3,9
**reaffirm** 36:21

**real** 212:16
**reality** 119:7 153:6 291:12,12
**realize** 12:5 140:4
**really** 17:21 18:8 135:21,22 139:18
157:8,10 200:21 250:14 263:17
263:20
**reason** 4:8 8:7 9:24 12:7 77:9
158:18 170:22 201:20 217:22
254:5
**reasonable** 276:16 277:19
**reasons** 140:11,12 218:12,17
**recall** 18:23 22:25 49:3 55:5 56:16
57:13 58:23 60:16 61:9 63:2,9
70:22 73:5 97:10 125:11 151:19
151:21 154:8 157:20 167:10,25
253:14 268:25 269:16,18 270:16
271:2,15
**receipt** 164:18 165:4
**receive** 29:20 73:3 229:4,6,8
**received** 28:16 29:13 87:23 135:11
188:19 218:15 228:24 229:2,9
268:18 269:3,19 270:6,17 271:3
271:16 283:3,5
**receiving** 26:6 218:22 227:25
**recitation** 51:6
**recognize** 46:23 53:24 125:2 161:18
161:22,23 175:9 208:4 245:2,20
246:25 248:3 253:20
**recognizing** 97:15
**recollect** 152:16 162:7 200:20
**recollection** 11:19,22 14:8 20:7
102:12 138:19
**recommend** 56:3 172:13
**recommended** 14:23,24 239:14
**recommending** 64:5
**record** 4:8 5:4 6:8,10 11:24 12:2
33:13 46:16 47:9 49:4,6 62:17
71:17 73:20,22 77:22 79:2 87:2
90:4 106:8,10 107:9 108:23
109:13 110:4 132:18,20,21
135:20 139:23 151:7,10,13
161:24 162:2 180:17,19,23
183:12,17 190:6 192:16,18
194:19,21,24 200:5 201:24
204:17,19 212:2 217:10 226:15
233:22 242:25 243:2 244:20,22
253:22 263:8 267:5,7,8 273:7
293:5 299:12,13 304:13
**recorded** 12:15
**recording** 11:20
**records** 12:16 20:24 182:21 220:7
**recruiter** 38:23 53:13 56:18,24 57:3
57:4 58:3,6,11 59:2,24 60:4,7
63:17,20 64:2,9,15 65:9,10,14
66:4,5,11,13,19 67:8,16 68:16,23
69:20,22,24 70:11,14 71:23,25
72:3,4,5,9,22,24,24 74:22 76:25
77:8,9,13,18 79:14,17,20,22

80:17,20 82:7,19,21 83:17,21,24
84:21 85:8,11,11 88:20,25 89:5
90:9 103:6,10 104:11,20 105:6
109:8,17 118:4,15 120:9 122:15
126:11 128:9 130:10 131:4 137:2
137:7,10 138:16 139:20 141:18
146:10,11 147:12,14 148:10,14
149:15,16,18 152:21 156:9,11,13
156:16,20,24,25 157:7 158:19
159:6,20,23 169:2 176:16 177:12
179:18 188:10,13 208:14 216:24
223:13 234:25 235:4,13 236:22
237:14,17,18 238:4,7,20 239:5,11
239:14 240:3,6,10 243:17,19
244:12 247:8 250:18 251:21,22
252:2,12 256:10,12 258:8 278:15
290:2
**recruiter's** 77:2 79:23 89:8 102:16
103:6
**recruiter@navesink** 166:14
**recruiters** 39:8 53:19 65:13 77:10
107:25 119:19 121:18 138:22
146:13,13,19,20 147:16,25 148:2
165:21,24 166:11,12 167:2,22
179:19 181:2 188:8 191:11
208:16 211:13 215:20 230:20
231:5 238:11 239:7 240:24
244:10 252:4,5 254:6,7,10 275:10
**recruiters@navesink** 77:17 104:20
119:13 146:3 158:24 164:11
179:23 223:17 231:16 244:11
**recruiters@navesinkinternational**
208:13 253:17
**recruiters@navesinkinternation...**
108:8 110:18 224:18
**recruiting** 39:12 40:19 47:19 48:12
63:23 66:8 82:23 83:6,10,10,13
84:10,12 85:7,7,15 86:4,5 87:7
89:2 115:14,24 116:10 126:19
127:15 128:2 131:10,22 135:4
149:22 153:4,13 155:11,14
180:14 194:23 195:3 215:6,9
216:4 218:13 223:10 224:25
233:7 237:24 243:8 244:2 278:2
288:3,6
**recruitment** 40:12,15 58:14 67:24
67:25 69:3 84:19,20 85:12 87:6
104:17 114:9,10 116:2 118:18,21
124:22 126:24 127:3 128:19
132:10,25 136:18 140:8 147:8,9
148:4 149:9 150:16 152:23
153:18 158:22 159:6 161:7,12
179:16 180:3 217:16 223:17
224:20 226:18,22 227:24,25
228:10,20 231:22 235:15 237:15
241:4 243:5 244:6 246:10 253:16
257:14 274:18 294:21
**recruitors@navesink** 99:9

**Red** 97:24
**redacted** 55:20,21
**refer** 136:10 168:8,15 171:17,21,25
  172:23 173:13,23 174:7,23 175:4
  175:16,19
**reference** 44:2 59:20 83:19 103:7
  215:18 292:4 294:4
**references** 59:18
**referencing** 113:10,15
**referred** 177:16
**referring** 77:5 168:19 172:17
**refers** 136:9
**reflected** 127:11
**refresh** 14:8 135:22
**refreshed** 11:19,21
**refund** 238:22
**refusal** 3:17,22
**refuse** 126:12 241:24
**refused** 127:12,22
**refusing** 129:23
**regarding** 5:5 196:6
**regardless** 51:7 231:19
**regards** 224:16
**register** 196:19
**Regular** 8:16
**regularly** 94:7
**regulators** 266:21
**related** 40:25 55:15 60:3 63:22
  139:2 149:9 150:15,16 170:3
  182:13 186:25 187:10 191:5
  302:15 304:15
**relates** 132:13 133:8
**relation** 15:7 27:5 52:2
**relations** 213:25
**relationship** 51:21 63:23 64:15 84:3
  95:4,18 105:14 131:5 141:8
  176:11 195:7,10 213:23 238:23
  255:24 256:9 267:21 268:21
  269:12,25 270:4,12,22 271:11,22
  272:4 280:24
**relationships** 213:24
**relatively** 87:14 278:5
**relevant** 24:25 25:7 179:5 234:20
  234:20 249:6 257:12 279:7
**relief** 3:10
**relies** 146:6
**relocation** 123:15
**rely** 146:4 202:10
**remain** 182:17
**remainder** 3:24
**remarkable** 171:23
**remember** 8:4 11:23 21:12 36:9
  38:21 39:17 40:14 43:4 45:5,7
  48:21 49:2,11 55:8 58:21 60:14
  61:11 65:21 94:9,17 99:23 100:20
  124:25 125:7 148:6 152:10 156:2
  200:15,20 205:16 221:10 241:9
  247:25 262:22 263:9 264:19

268:17,23 269:2 270:5 271:10
  286:11
**reminding** 27:19,21
**remove** 135:6 137:23
**removed** 95:19 254:6 291:21
**repeat** 10:24 18:6,15 20:20 23:22
  46:14 71:4 83:4 86:22,24 89:24
  109:10,25 119:6 131:19 152:6
  175:13 179:24 196:23 242:14
  255:14 273:12
**repeating** 116:18
**rephrase** 7:14 20:19 23:25 70:13,16
  70:17 71:6 100:15 251:24 279:7
  280:19
**replaced** 244:9
**replied** 75:23 81:14 93:18 101:2,4
  101:17 103:2,4,8,9,10 139:9
  145:19 146:20 156:3 162:23,24
  163:13 165:6 211:11 223:15,19
  228:16 233:4 250:10 259:19
  286:14
**replies** 104:24 150:23 184:11
**reply** 73:3 88:23 101:19,21 102:21
  103:12 156:10 163:25 164:3,24
  211:9 230:7,10,11,17,18,20 231:5
  231:8 232:2 246:3 259:20,21
**replying** 79:4 104:25 105:2 231:23
**report** 189:8 212:24 268:11 284:7
**reported** 291:16
**reporter** 5:2,15 33:14 36:24 46:17
  71:18 77:23 78:19 79:3 87:3 90:5
  96:20 108:24 109:14,23 110:5
  136:5 180:24 190:7 200:6 201:25
  217:11 233:23 249:17 282:4
  292:15 304:8
**reports** 181:6
**represent** 5:16 17:13 59:2 67:8,14
  72:23 89:19 91:14 111:11,15
  112:4,6 113:2,9,9 252:11,12
  290:21
**representation** 18:3
**representative** 54:6 81:9 93:2 94:11
  96:13 121:15,16 180:9
**representatives** 80:21 81:10
**represented** 18:8 96:11 99:3,6
  112:16,18,25 289:5,9
**representing** 4:19 67:17 68:6,9,11
  82:15 84:4 90:7 94:20 99:14
  140:17 215:24
**reputation** 237:18
**request** 3:12 23:17,19,21,24 24:16
  26:8,9,16,19 47:21 55:12 95:3
  101:22 128:11 155:23 182:3,7
  183:19 184:8 217:18 233:4 241:3
  253:12 259:19 272:7 274:25
  280:11
**requested** 19:20 22:7,12,21 24:19
  26:7 33:12 46:15 51:3 71:16

77:21 78:25 86:25 90:3 108:22
  109:12 110:3 135:7 180:22 182:9
  184:13,14 187:25 188:3 190:5
  195:6 200:4 201:23 202:11 217:9
  233:21 253:11 255:19 275:7,16
  276:15
**requesting** 24:20 141:13 273:20
**require** 268:5
**required** 25:19 128:5 133:9 222:23
**requirement** 237:15 238:14 247:14
**requires** 174:3
**reread** 65:19 72:17,18
**research** 28:24 32:22 49:16 69:4
  70:3 84:25 145:4,12,17 185:25
  186:4 192:24 213:21,22 237:9,19
  248:11 249:7 252:6 278:19
  283:11,25 284:7,25
**researcher** 32:25 84:2 175:7 177:12
  186:7 191:12 194:8
**researchers** 193:23 194:2
**resources.docx** 165:16
**respect** 4:16 172:15
**respectful** 6:17
**respective** 4:17
**respond** 73:18 74:8 75:25 88:12
  210:10 211:2,7 272:22
**responded** 73:11 76:4 102:10,24
  103:15 214:24 231:16 253:15
**responding** 99:19 102:2
**response** 16:18 23:15 24:16 31:7
  72:10 73:14 87:4,23 102:23
  106:22,24 144:16 150:2 157:8,25
  162:17 178:15 199:16 212:10,13
  214:22,23 241:18 245:11 288:12
  292:23 293:8 294:6 298:12
  301:20
**responsibilities** 32:10 57:2 83:8,13
  174:10
**responsibility** 57:8 58:8 92:7 93:20
  101:24 113:8 206:19,24
**responsible** 92:5 93:14 203:16
**responsive** 18:5,11,15 23:20,23
  24:2 27:2 157:16 182:11,21
  183:18
**rest** 31:10 55:16 208:18
**restricted** 3:11 66:8 231:7
**restrictions** 237:5,10,20
**restructuring** 33:23
**result** 44:14 155:23 156:6 162:24
**results** 198:18
**resume** 35:16 36:21 39:16 40:4,7
  61:24 62:5 84:23 100:5 158:20
  168:20 244:5,9 260:4 263:24
  273:19
**resumes** 223:18 244:8 253:11,12
**retain** 154:19
**retained** 16:25 17:5 266:8,17
  289:10,15

**return** 203:24
**returns** 198:24 202:16 204:22
  207:10 285:9
**reverted** 165:24
**review** 11:9 20:18,22 22:23 26:10
  143:23 154:5 278:20 283:18
**reviewed** 20:25 21:6,10,15,24 22:4
  22:9,19 23:3,9,11 24:3,10,21 25:5
  25:14,15,20 26:4,14,17 27:11
  188:19,22 220:12 302:6,8 303:8
**reviewing** 302:13
**reviews** 198:19
**Ricky** 53:15 56:18,25 58:4,6,11
  63:25 83:7
**right** 3:9,19,24 10:10 24:16 27:9
  30:6 38:6,8,10 45:7 49:21 69:7,7
  78:13,18 79:7,8 84:13 86:11
  90:22 91:6 93:7 96:14 102:8
  103:15 104:7 107:10 118:15
  120:3,8 124:21 125:25 126:2
  128:3 132:9,10 133:22 142:9,10
  142:14,21 148:11 152:16 158:14
  161:10 168:13 171:6 173:5
  174:25 185:9 195:4 201:4 202:21
  203:9 209:25 211:12 214:4
  219:24 220:3 221:5 222:12 226:8
  226:11,12,21 232:10 248:3 249:3
  250:22,25 254:15 284:22 287:24
**rights** 4:15 74:18
**Rishin** 163:7,21
**risk** 285:20
**River** 6:12
**Road** 6:12
**Rob** 120:6
**Robert** 51:23,24 52:5 59:5,16 60:2
  74:5,9,10 75:12 80:15,19,20 81:2
  81:8,14 82:9,14 87:24 89:11,18
  90:7,11,17 91:10,22 92:4 93:3,11
  93:22,24,25 94:4,10,13,17 95:5
  95:12,16,17,25 96:12,24 97:22
  98:7,10,19,20,22 99:3 102:25
  104:8 106:24 107:21 108:5 111:8
  112:3,6 120:19,24 121:17 122:3
  146:10 160:21 180:7,11 215:23
  219:9 243:16,23 253:2 262:13
**Robert@picardnj.com** 111:4
**role** 64:19 66:12,19 84:19 90:9
  94:14 98:14 109:8 172:6 176:10
  213:20
**roles** 69:25 130:12
**rolled** 203:23
**Rolodex** 39:7
**room** 13:21 35:25 126:3
**roughly** 14:6,9
**Roundtable** 272:3,5
**Roy** 163:7,22
**Ruchalski** 127:6 214:15
**rule** 3:6,7,14,14,21 290:8

**rules** 3:2,6 4:2,7 48:21 49:11,15
  50:14 86:14,18 164:10 238:10
  290:3,16
**Rumson** 52:16,20 95:13
**run** 198:11 249:18

**&mdash;&mdash; S &mdash;&mdash;**
**S** 2:2 138:22 300:8 301:4
**S-o-c-i-e-t-e** 30:18
**S-u-p-e-l-e-c** 29:19
**S-u-p-e-r-i-e-u-r-e** 29:16
**safe** 290:11
**safeguard** 158:15
**salary** 123:6,12,13 209:4 216:20
  229:4 238:16
**sales** 53:19 213:23
**Salt** 76:22 77:4,16 78:17 79:19 80:4
  80:5,9,14 82:6 87:24 89:6 90:11
  91:4 92:14 104:22 108:4 113:11
  113:14,16,19,21 122:3 146:11,14
  179:17 219:10 228:13,15 243:13
  243:22
**sample** 145:13
**San** 125:25
**sat** 204:4
**satisfied** 134:3
**save** 291:13
**saw** 92:16 128:13,14 185:4 209:6
  213:5
**saying** 40:8 65:5 66:22 68:19 81:23
  96:19 98:7,7 103:13 108:3 116:15
  118:13 134:6 136:24,25 137:2,4,5
  139:18 141:5 143:6,7 145:5
  186:24 187:14 198:23 203:20
  213:7 218:12 220:15 224:19
  225:15 233:4 266:2 279:6 282:20
**says** 59:20 64:10 65:4 66:2 88:6
  114:2 116:7,8 119:16 137:23
  145:16 156:19 157:7 158:21
  161:2 164:7 182:4 184:12,23
  187:24 191:25 209:15 210:6
  211:15 212:6,15 216:19 224:5,15
  224:20 226:9,13,18 232:3 233:3
  244:6 246:12 247:23 254:2 264:9
  266:8 285:10 287:16 291:25
**scale** 266:2
**Schoenfeld** 117:12,13
**school** 17:7 30:8 61:20,21 97:13
**screen** 35:15 37:2 46:19 49:7 144:2
  259:25 267:11 287:13 292:14
  293:16 295:5 298:2,7 300:11
  301:14,16
**scroll** 39:16 134:11 247:22
**search** 204:8 231:13
**second** 39:6 67:2 69:15 102:7 107:5
  141:4 144:2 146:10 149:11 151:8
  154:10 155:6 184:22 199:18,20
  200:14,17,22 210:16 244:19

258:23 261:4,5
**secretaries** 105:16 194:3 254:22
  255:14
**secretary** 114:16 118:19
**section** 4:7 184:21
**sections** 4:15
**Securities** 272:2,4
**Seda** 271:11 272:17 302:19
**see** 31:2 37:2 40:2,4 46:20 49:3,7,10
  59:13 60:21 72:17,20 73:9 77:9
  88:23 101:9,13 102:21 105:10
  135:24 137:21 139:13 142:16
  143:20 144:22 148:15 163:21
  166:3 169:16,20 184:16,21
  185:11 192:14 198:8,15 208:12
  210:20 230:7 231:12 241:25
  242:4 263:8 266:4 271:24 273:10
  279:21 293:17
**seek** 74:2 75:16 125:13,19 151:22
  179:15,25 201:3 202:4 216:25
  237:21 238:15 252:10 271:22,25
**seeking** 59:21,23 64:14 67:7,9
  74:18 75:8 83:20 93:12 113:23,24
  114:6 115:15 116:13,16 125:14
  126:19 127:14,15 133:16 151:16
  155:19 216:4 227:24 237:6,11
  239:10,21 240:9 250:4 254:17
  255:11 256:3 257:15 275:3
  290:14 294:3,20
**seen** 95:20 97:21 144:5 185:7
  222:11
**select** 175:8 177:13
**selected** 15:20 17:19 18:2,4,9,21
  171:19 172:8 173:20 179:11,12
**selecting** 17:21
**sell** 32:25
**send** 62:13 89:2 100:8,9,20,23
  111:19 112:5 122:14 128:21,22
  129:16,25 130:3 131:2,24 133:6
  158:11 181:22 182:6 216:25
  217:15 218:20 241:8 274:24
**sending** 60:14 102:16 107:23
  122:12 154:8 181:25 184:6 274:7
  290:11
**sends** 92:6 181:19 184:11
**senior** 188:18,21 191:13 248:8,11
**sense** 28:22 89:2,4,20 90:23 92:2
  94:10 98:5 140:10 141:3 217:18
**sent** 25:22 55:8,21 62:23 63:4,7
  80:21,23 82:17 84:6 89:18 90:10
  90:13,19 91:3,5 93:16,25 94:10
  96:12 98:24 99:7,13,19 100:4,17
  101:2,3,8,16,18 103:13 104:8
  111:2 112:3 113:11 120:20
  127:10 132:12 134:18 137:23
  152:12 153:12 159:5 161:11,13
  163:14,24 164:5,13,25 165:14,18
  165:21 208:13,20 210:12,14,16

221:18 223:13 224:9,12 230:19
231:4 233:6,9,11 241:2,10,12,24
247:11 254:4 273:19,25
**sentence** 58:10 91:2 121:22 135:18
145:15 154:17 261:6,7 263:24
**separate** 29:11 62:9 138:20
**separated** 44:4
**separately** 106:4 114:24 116:22
**separation** 87:14 133:4,6 135:8
137:14,15 139:7,8 140:3 148:14
261:20
**series** 292:4
**Seriously** 273:2
**serve** 199:17
**served** 293:9,9
**server** 184:15,15
**services** 64:4 128:5 150:16 194:23
195:3 243:8,12 244:2 276:17
**set** 3:19 4:7 86:13 178:16 187:5,20
187:21 193:14,22 252:18 282:16
304:12,19
**sets** 86:18 178:10,10
**setting** 63:23 77:6 125:20
**settle** 34:6
**settled** 266:16
**setup** 74:2 75:16
**seven** 37:9 129:12 266:21
**severance** 127:3,10,12,14,16,17,22
127:25 128:2,18,19,21,23 128:9
129:17,25,25 130:3,9,13,21,24
131:2,10,14,14,15,17,18,22,23
132:3,4,9,12,25 133:7,14,17
134:3,23,24 135:10,14 136:7,17
137:6,19,22,22 140:3
**shaken** 97:14
**share** 36:25 45:17 46:19 101:10
107:5 161:15 292:14,17
**share-** 98:16
**shared** 87:22 182:16,18 216:12,14
**shareholding** 94:4
**shares** 196:22 197:7
**sharing** 170:25 292:17
**shocked** 210:22
**shoes** 173:11
**shook** 61:20
**short** 73:19 151:11 183:9 210:3,4,4
249:25 279:3
**Shorthand** 304:8
**show** 53:21 57:21 59:7 60:13,16,18
68:13 73:7 75:21 88:14 134:8
143:18 144:20 150:9,11,24,25
151:2 154:2 169:14 185:5 186:11
187:23 190:17 193:21 194:16
214:17 216:11 220:8 224:13
226:9,17 228:19 230:19 231:4,14
232:13,14,15,17,21,22,25 234:3
244:16 253:19 258:16 259:16,23
267:10 271:24 278:8 279:4 283:8

283:12 286:12 287:12 292:10
**showed** 81:20 93:8 150:8 204:21
209:4 219:23 231:11 286:12
**showing** 95:2 96:2 100:25 135:21
167:2,3 183:13 202:6,7 207:25
220:3 225:20 226:7 230:8 245:19
284:25 285:8,14 286:20 287:3
**shown** 77:11 167:6 283:20 293:16
**shows** 182:7,8 186:14 187:13 189:8
252:18 275:18
**sic** 80:3
**sick** 131:5,6,6
**side** 32:25 137:7 225:12
**sides** 223:4
**sign** 123:21 124:17,22 127:12,22
147:3 216:25 233:10 234:24
235:3,7,9,10 274:21
**signature** 74:18,24 75:7 80:11
120:2 122:13 124:6 223:25 227:7
243:24 254:3 292:22
**signed** 4:10,11 124:7 125:5,10
235:5,11 238:19 239:3,25 240:11
240:18
**significance** 99:11
**significant** 3:20 27:25
**similar** 83:6
**simple** 79:10,11 123:8
**simply** 83:10 85:7 203:20 232:3
**sit** 18:10 205:5,17
**sitting** 13:20
**situation** 68:17 79:12 123:18 124:5
125:14 126:11,16,17,21 235:12
236:20 252:16 255:5 266:13,19
278:7 289:14,16
**situations** 266:10 289:11
**six** 15:16 17:16 34:8 37:9 39:24
40:14 116:2 129:15 133:10
161:13
**skill** 178:9,10,16 282:15
**skills** 64:8 65:6,12 68:10 84:23
104:16,17 118:24 173:2,3 174:3,6
175:23,24,24,25 177:19 179:10
251:17 268:6 273:21 280:20
281:13
**skshankar** 211:13
**sky** 281:12 282:18
**slash** 114:3 115:12
**slide** 185:3
**slightly** 110:24
**slow** 207:6
**SMA** 106:4 114:23 255:2 256:8
**small** 154:13
**smaller** 224:20
**smart** 32:17 214:2
**snap** 211:17
**Societe** 30:15,16 31:12
**soft** 87:14
**software** 118:25

**solely** 235:25 250:4
**solicit** 100:7,8,16
**solve** 133:20 135:25 136:12
**somebody** 19:5 50:3 56:9 58:5
86:14 115:23 163:6 181:9,12
183:24 188:2 189:7,11,12 190:21
239:20 240:9 248:25 268:10
275:20 278:10,18 291:12,15
**somebody's** 17:5
**Sorin** 117:10,11 140:16 142:13,24
143:3,6,10,11,14,24 144:4,12,16
144:21,22 145:5,16,19,21 159:9
159:17 160:17 161:5 168:15,24
169:3,18 170:4,8 171:19 173:7,13
173:20,24 175:24 176:6,10,15,19
177:5,8 197:21 198:4,6,22 200:13
201:16 202:25 204:4,11,15
205:25 208:2,2,7,9,14,18,19,22
208:25 210:12,17,22,25 211:2,12
212:4,24,24,25 213:2,7,8,12,18
214:7 216:3,15,17 217:2,4,13
221:8,16,18,25 250:4,9,10,13,18
252:16 261:19 263:6 277:2,11,13
279:10,17,20 283:24 284:12,13
286:2,14 294:10,13 296:11 297:7
300:21 301:8
**sorry** 20:19 38:3 44:20 46:13 47:16
52:18 59:10 64:24 83:15 85:20
151:20 196:23 200:7 218:9 235:6
260:15 272:15 276:25
**sort** 282:16
**sought** 52:3 81:11 127:2 161:6
168:23 253:9 256:22,25 257:18
292:7
**sound** 61:14,15 114:6
**source** 214:2
**sourced** 261:9 263:10,23 264:2
**space** 14:13 30:23,25 32:16 64:8
67:25 231:22 257:13 280:25
**speak** 13:24 15:6,12 17:24 20:11
53:9 81:25 87:16 93:17 151:20
170:23 192:8 241:14 264:4
271:23,25
**speaking** 3:11 41:2 85:25 162:13
**speaks** 72:13 294:6
**specialized** 268:6
**specific** 14:9,9,15 17:22 44:21
53:13 160:8 168:8 171:25 172:6,6
172:17,24 173:13,23 174:12,23
175:19 176:24 177:20 178:7
182:15 183:25 187:14 192:19
218:9 225:11 254:25 302:16
303:6
**specifically** 160:17 180:5 212:13
292:5
**specified** 132:5 139:11 141:23
147:5,24 158:23 215:16 225:9
**specifies** 99:2 127:19 140:21 208:16

219:6 224:9 231:25 244:11 294:8
**specify** 134:20 147:18 159:5 196:21
  273:21
**specifying** 225:7
**spell** 62:17
**spelling** 30:18 117:13
**spend** 279:13
**spent** 118:16 279:16
**spoke** 13:25 14:4,16,19 17:16 18:24
  19:5 20:6,7 80:17 88:6 90:23
  213:6 303:6
**spoken** 170:14 171:7
**spouse** 154:15 195:9
**spreadsheet** 54:8,10 55:4,7 168:23
  169:18 170:2,5,7
**spreadsheets** 54:13
**squirrel** 278:22 279:14
**SS** 299:5 304:5
**stage** 76:16 102:14 216:6
**stake** 143:4 266:20,23
**stakes** 289:16
**stamp** 21:3,5,7,10,12 102:22 230:9
  244:19
**stamped** 53:22 59:8 60:20 73:8
  134:13 143:24 295:2,11,15,19,23
  296:3,7,11,15,19,23 297:3,7,11
  297:15,19,23 300:10,13,15,16,17
  300:19,20,21,22,23,24 301:6,7,9
  301:10,11,12
**stamps** 21:13
**stand** 28:19 56:6 96:17 197:14
**standard** 67:19 118:3,7,8,11,13,15
  118:18 229:21 238:11 275:9,14
  278:2,5
**standards** 238:13 275:18
**stands** 29:5,15
**Stanley** 100:4 273:18
**Stanley's** 62:4
**start** 12:4 13:5,12 27:22 43:8 67:3
  71:3 86:10 140:19 145:7 211:21
  212:16 214:23 215:3 221:14
  233:16 247:22 248:15 249:14,15
  268:16,24 269:15 270:4,15,25
  271:14 285:22
**started** 13:9,14,19 31:21 34:6 41:17
  51:23 140:15 202:22 204:3
  229:18 233:24 234:9 262:14
  276:3
**starting** 27:19 221:22
**starts** 47:8 59:15 100:19 145:5
  154:10 214:19 244:24
**Statarb** 56:20
**state** 1:2,20 6:4,8,10 74:5 134:10
  138:6,9 183:17 217:2 221:9
  255:16 266:25 290:4,5 299:4
  304:4,9
**stated** 3:11 4:8 77:3 80:2 82:5
  86:10 93:22 94:23 98:25 121:20

124:13 127:6,8 128:16,24,25
  130:7,8,13 138:8 139:6 145:20,21
  146:12,14 147:15 201:16 223:11
  241:7 252:24 265:22 284:21
**statement** 3:13,23 90:19 115:22
  122:7 135:19 138:10,11,12
  139:17 144:18 145:10,15 180:16
  191:20 228:16 235:10
**statements** 3:15 130:16
**states** 28:22 138:19 212:13 215:12
  260:12 294:11
**stating** 115:11 132:16
**status** 94:8
**staying** 280:7
**stays** 142:7
**Stecklow** 2:8,11 5:14 6:7,23 7:3
  10:15 11:24 14:12 16:13 17:3,15
  19:23 21:21 31:6 33:7,10,15
  35:19 36:9,20 44:3,5 45:13,21
  46:13,18 49:4 55:11 59:6,12 71:8
  71:14,21 73:6 77:19 78:23 86:23
  89:25 101:10 102:5 106:8 107:12
  108:20 109:10,21,24 132:18
  134:12 136:3 143:17,24 150:10
  151:7,13 158:7 161:14,24 172:19
  178:3,22 180:17,20 182:10 183:6
  183:11,21 190:3 192:16 194:19
  200:2 201:21 202:2 204:17 217:7
  233:19 244:18,23 249:19,23
  253:22 267:5 272:14 288:13
  290:17 292:16 293:3 294:11
  300:5
**Stewart** 2:6 5:12,12,15,20 10:15,19
  13:20 16:13,19 17:7,9 20:3 23:18
  24:7 35:19 36:5 45:19 55:18
  59:10 71:8,19 72:11 73:20 84:15
  89:22 96:15 107:9 109:19 111:23
  116:17 124:9 134:10 150:10
  158:10 166:20 172:15 173:15
  177:23 178:13 182:19 183:16,22
  202:18 204:23 205:22 207:5
  212:2 222:13 225:3 227:11 242:7
  244:20 253:23 257:4 272:11,21
  273:4 274:9 288:21 290:20,24
  292:13,17 293:5 294:23 300:6
**sticking** 48:15
**sticks** 48:18
**stipulate** 5:4
**STIPULATED** 4:10,12,14,17
**Stipulation** 1:18
**stock** 30:24 123:14 196:24 197:7
**stocks** 196:25
**stop** 147:7 152:23 274:18 288:8
  292:16
**stopped** 140:24 260:14,16
**story** 37:14 152:6
**strategies** 69:12 155:5,17 165:16
  177:14 280:22 281:2

**strategy** 32:15 64:6 171:11,15,15
  198:3,5,9,25 199:2,8 200:12
  202:23 203:11,12 204:12,15,21
  205:6,9,10,21 206:23 207:2,21,22
  209:10,13,17,21 213:19 263:13
  263:16,17,20 276:13 283:25
  285:4,7
**strategy's** 210:7
**stratifies** 85:3
**street** 2:9 187:11
**strike** 31:7
**structure** 32:23 105:21,24 118:2
  256:10
**structured** 117:18 255:4
**structuring** 32:20
**studies** 29:8
**sub-fund** 256:8 262:15
**sub-pages** 287:19
**subdivision** 3:6,7,22
**subject** 3:9
**submitted** 81:21 242:16
**Subpoena** 144:4
**Subscribed** 299:20
**subsidiary** 117:14 255:7
**successful** 47:8,10 198:9 209:9,20
  295:7 300:12
**successfully** 209:12
**succinct** 3:23 274:14
**succinctly** 3:12 4:8
**sue** 42:23 93:12 251:18
**sued** 44:19,25
**sufficient** 203:24
**suggest** 3:12
**suggested** 132:12 273:23 274:25
**suggesting** 60:11 137:15
**suggestion** 259:5
**suing** 222:19
**Suite** 2:5
**Suites** 2:10
**summaries** 159:2
**summarize** 37:15
**summary** 168:21
**sun** 25:9
**Sunday** 163:3,16 165:2
**Supelec** 29:18 30:9
**Superieure** 29:14,15
**superior** 91:7
**supervisor** 92:20
**SUPPLIED** 302:4
**support** 157:19 191:4,20 203:19,19
  268:4 278:13
**supports** 115:21,22,25 116:5
  148:25 149:8,21
**supposed** 19:7 35:25 127:17 129:17
  140:15 206:6 209:7 229:22
  247:19
**supposedly** 217:2
**Supreme** 1:2 290:5

**sure** 10:23 15:23 18:10 45:21 88:24
    93:24 107:12 134:12 138:18
    146:9 149:13 158:15 188:9
    225:12 229:10 232:18 245:8
    249:19,19 251:8 253:2,4,5 259:11
    266:21 277:15 283:10 290:19
    292:15
**surely** 115:9
**Suresh** 160:6,25 171:17,19,21,23
    172:24 173:7,13,21,22 174:5,7,9
    174:15,23 175:24 177:6 197:22
    208:7,25 210:13,21 216:3 221:20
    253:4,4,5,6 276:21 277:7 279:11
    279:19,20,21,24 280:4
**Suresh's** 280:9
**surprised** 126:18,23 210:11,13
    239:6 252:25 253:3,5
**survive** 260:17
**swap** 31:9
**swaption** 30:22
**swear** 5:2,6
**switched** 77:15 167:22
**swore** 188:17
**sworn** 6:3 299:20 304:12
**sync** 251:5
**synonym** 71:22 72:2,5 84:18 86:4
    87:8
**synonyms** 156:19
**system** 28:18 167:18 172:4,25
    174:5,11,17 185:25 186:2 206:22
**systems** 166:25 171:24 172:3 174:4
    174:8 205:10 276:3

——————

**T**

**T** 6:2 299:2 300:8 301:4 304:2,2
**table** 216:2,7,8,9
**take** 8:20 9:20 15:13,19,21 16:6,7
    17:18,25 18:21 33:3 36:24 50:7
    50:14 86:16 105:22 117:20 183:6
    192:8 211:18 249:17,24 263:4
    272:12 290:12 291:15
**taken** 1:17 3:8 8:13,17 9:15,20
    210:14 244:9 299:10
**takes** 278:18,23
**talent** 281:14
**talk** 12:8 13:14 39:9 69:15 77:12
    81:16,22 83:23 91:8,9,22 134:24
    155:10 170:20 175:8 278:20
**talked** 36:13 51:24 61:18 97:4
    100:3 111:10,14 129:15 131:17
    131:18 134:25 156:5 214:20
    221:16,17 248:13 261:4 273:17
    284:16 286:6
**talking** 13:19 50:7 58:22 67:18,19
    77:10 92:8,25 97:22 105:16,18
    118:21 129:19 159:23 213:13
    239:16 240:8 266:5 278:24
    292:20

**talks** 53:18 115:16 155:13 209:23
    210:2 248:17,21 287:23 290:8
**Tardis** 53:15 56:18 57:2 58:4,6,11
    63:25 83:7
**task** 201:17
**TCG** 154:4 296:15 300:22
**team** 64:5 67:5,7,8,13,16,17 68:6,7
    68:9,11 76:24 77:12 79:21 84:4
    103:5,19,23 104:2,7,14,18 105:2
    105:3,5,10,11,12,15 106:13,20,23
    113:24 115:14 119:24 120:8
    127:9,11 128:8 135:17 136:11,22
    137:10,11 138:2,24 139:6 149:10
    149:22 159:10,18 160:7,8,13
    168:10,12 171:20 173:7,21,21,25
    174:9,10,16,24 175:2,18,21,22
    176:8,9,20,25 177:2,4,7 179:10
    179:11,13 197:16,18,19,22,25
    204:7 208:10,18 210:18 216:24
    218:5,14 224:2 235:13 236:15,20
    236:22 237:11,20,21 250:5
    251:15 252:3,11,12 256:20,23
    273:21,24 274:8 275:6,6,7,22
    276:19 279:3 285:23
**teams** 94:22,23 118:22
**tell** 7:16,19,22 8:4 10:7 11:4,20,21
    12:9 20:5 28:15 89:4 90:24 91:24
    147:13 156:19 184:4 185:23
    186:22 192:19 218:10 233:25
    234:20 253:20 275:24 283:24
    284:13,14 286:15
**telling** 83:23 140:17 179:9 187:17
    189:9,23
**tells** 147:12 153:19 178:9
**term** 12:15 65:15 120:13 229:24
    236:4
**terminated** 37:19,23 38:13 141:17
    276:11 284:19,24 291:11
**termination** 127:6 128:4 160:19
    161:8 241:8 291:2
**terms** 119:17 120:3 121:12 124:14
    159:4 188:20,22 189:22 211:16
    219:15 220:12 223:15 224:6,11
    224:22 225:23 226:2,4,21 227:2
    231:10,25 245:5 247:12,18
    294:12
**testified** 6:4 23:8 24:3 49:17 83:2
    84:9,13 86:4 89:16 90:10 97:11
    120:6 140:7 151:15 188:25 206:7
    225:14 243:13 263:6 265:18
    266:12 272:8 286:8 289:13
**testify** 8:7,24 9:3,7,11,16,21,25
    26:13 82:22 83:5 90:12 97:16
    203:5 266:9 268:11 279:10
    289:10,15
**testifying** 1:16 4:19 130:15,18
**testimony** 24:8 80:16 82:3 85:8
    94:12 98:6 101:25 130:11 167:4

    173:12,17 180:12 182:22 190:25
    213:9 216:22 217:12 258:12
    263:9 281:17,23 282:5,20 294:18
    299:9 304:14
**Thank** 6:18 45:20 96:23 107:12
    109:24 143:22 156:23 179:14
    183:21 243:7 294:23
**theories** 283:19
**theory** 191:3 201:3 202:5,15 203:5
    203:22 278:7 285:25
**thing** 64:3 67:10,11,15 68:4 82:21
    84:22 90:16 113:25 114:11,13
    119:15 160:14 210:16 232:6
    235:17,19 238:2 255:12 257:22
    258:4 269:14 282:13
**things** 39:3 58:7,14 63:19 91:24
    115:16 123:16 167:10,18 175:10
    177:15 206:22 209:24 211:19,22
    214:3,15 219:12 222:11 238:13
    281:9 285:5,21
**think** 7:12 15:3 16:8 17:7,8 18:18
    24:25 26:21 31:20 34:13,18 38:15
    45:6 50:10 63:3 65:11 70:21
    93:24 97:2 98:14 99:10 104:3
    109:19 117:4 127:7 129:7 132:13
    142:2 143:3 145:7 149:11,25
    153:24 156:2 168:3 169:12 171:8
    188:8 199:14 207:7 222:24
    239:16 244:24 245:17 247:20
    252:25 253:3,18 262:24 264:18
    271:8 277:14,16 284:12,24
    292:21 294:6
**thinking** 12:4
**third** 28:20 29:9 64:10,14,21
    111:20 145:9,11 200:10
**third-party** 46:8
**Thirty** 73:19 249:12,13,15
**thought** 31:21 52:18 57:24 217:25
    218:14 264:24 265:7
**Thoughtful** 47:10
**thousand** 133:11
**three** 14:5 37:20,20 38:15 40:6,9,17
    41:15,20 48:6,9,21 49:11,14
    57:13 62:9 63:16,21 67:2 81:12
    84:6 107:19 121:20 133:3 148:8
    169:13 203:18 208:23 209:16,16
    209:18,21 210:6 217:21 218:19
    239:14 275:6 277:20 293:23
**throw** 158:13
**Thursday** 102:9,20 165:14
**thyroid** 8:19 9:2
**time** 1:21 5:10 12:22 13:17 14:4
    15:11 18:24 19:4 20:10 27:22
    30:11 31:8 34:4,17 35:9 37:14
    38:22 39:4 41:10 48:8,16 51:12
    54:11 56:25 57:24 60:2 64:5
    65:22 69:2,16 78:14 80:20 93:25
    95:2 98:3 102:18,19 104:17

106:18 117:20 120:7 122:14
125:12 129:16,22,24 132:3
138:13 140:4,21 141:10 142:8,17
161:6,11 166:3 170:14 171:4,6
173:6 182:4 198:12,22 199:7,9
202:22 204:3,9 206:3 207:3
209:12 215:16 217:20 218:19,19
218:24 219:18 220:11,15,18,19
220:21 221:5 223:12 228:4,5,21
228:22,25 231:13,15 234:14
237:3 241:2 243:20 244:10,15,15
250:3 265:25 271:7 273:9 274:7
274:17 277:21,22 278:4,23,24
279:16 285:5,8,11,13 290:21
291:7
times 6:19 43:22 69:11 84:11 119:6
121:20 122:9,11,16,22,23 150:12
179:24 181:11,12 182:9 190:23
221:3 257:23 266:12,17,21,24
273:9
title 236:9 248:10
titled 248:8
today 5:18 8:8,24 9:4,8,12,17,20,22
9:25 10:4 11:3,5 13:16 19:11
20:12 25:10,18 27:19 205:5,18
273:3 293:7
today's 18:25 20:15,22 21:2,25
22:10,20 23:4 24:4,10,21 25:5,8
26:5,18 27:11,15,18,22,24 28:3,9
28:13
told 16:20 23:6 38:5 58:5 81:17,23
82:5 91:18,21 92:3,12,21 120:18
120:24 122:3 128:5,25 130:25
145:3,5,16 153:5,17 199:8 200:13
214:15 266:22 274:18 283:24
284:2 287:7 290:25
tomorrow 24:25 25:10
top 47:7 55:25 134:21 158:21
200:15 246:4,10 254:2 266:4
287:16
topics 27:22 28:2,8 50:10 78:16
total 187:25
touch 61:17 198:23 199:8
town 52:16,20 61:19 95:13 97:5,12
97:14,24
trade 264:12 276:4 285:19
traded 84:25
trader 248:11
trading 114:25 199:4 248:23
training 48:19 171:24 172:4,25
174:4,8,11,18 185:25 202:22
204:3 237:16 285:22 287:25
transcript 4:10 11:9,11,15 14:13
21:22 45:9 299:9,11
transferred 117:13
transition 41:8
Traurig 15:4,4,7 16:2
treat 207:11,16

trend 148:11
trial 1:15 4:13 11:16 141:20,22
tried 158:4 169:19
true 69:21 123:11 127:2 133:16
202:14 203:22 263:2 283:18
284:6,18,23 285:7,9 288:18
289:16,20 299:11,14 304:13
trust 106:6
trustworthy 39:10
truth 10:7 11:4 89:21 257:24
271:23,25
truthfully 8:8,24 9:3,7,11,16,21,25
try 6:16 39:17 57:18 207:6
trying 16:6 17:20 35:16 56:8,19
58:25 88:19 93:13 105:6 131:20
139:15 174:13 178:19 239:11
279:14
Tuesday 258:13
turned 55:9 261:2
turns 94:2 133:6 141:11
Twenty-five 249:10
two 13:8,9,12 20:9 28:22 29:2,3,11
30:21 31:13,15 34:13,19 37:20,20
42:11 75:15 82:10 87:8 90:16
102:24 123:24 130:12 132:8
142:3 154:21 159:20 203:16
212:10 218:18 249:24 253:25
275:6,7 276:19,19
Tykhe 34:10,11
type 47:16 118:15 125:23 238:17
248:12 261:14 269:9 275:10,14
types 267:2 278:16
typically 95:15
typo 211:23 212:6 214:20

U

U 6:2
U.S 28:18 29:9 34:3,5,5
U5 291:10,11,23
ultimate 92:5 113:8
unable 19:8 21:9 292:8
unacceptable 132:6
unclear 7:21
unconsciously 167:8
under- 96:16
underline 154:25 155:7
underneath 224:15
understand 7:15 10:12 11:7,12,14
12:12 15:10 17:20 23:14,16,17
24:2 26:19 58:16 67:20 70:18,23
70:24 71:11,12 104:6 131:20
139:13,15 179:6 185:7 197:6,10
200:7 218:7 235:6 242:25 248:25
251:23 259:18 276:21 277:3
understanding 79:9 227:25 276:4
understood 57:22 174:16 180:2,13
unemployed 34:2,16 38:12
unequivocal 228:9,19

unfortunately 286:24
UNIFORM 3:2 4:2
union 199:25
United 28:21
universe 123:9
universities 213:25 280:24 281:2
university 29:17 281:4
unlimited 264:22,24 265:11,19,24
unsure 229:12
untrue 17:4 98:19
unusual 237:4
upgrade 166:25 167:9,17
use 1:15,19,23 32:22 70:11,14
74:17,22,23 76:17,21 77:2,16
80:10 84:10,12 107:25 121:18
126:15 146:12,14 149:19 164:11
172:19 179:19 186:9,10,21 187:5
187:6,19,19 191:16 193:13 194:4
194:7,8,14 215:16,20 225:9
239:25 240:10,18 253:16 256:13
256:15,18 257:25 268:8 277:24
uses 84:10,11
usually 30:24 50:17 108:14 122:8
222:11
utilizations 283:19
utilize 75:7
utilized 4:13 58:3 246:17 283:13
utilizing 80:6 102:16

V

V 45:22 59:8,12 295:16 300:15
vacation 291:13
valid 241:22 242:3
valuable 254:20 275:21
value 145:14 221:6 229:11 276:16
276:20 277:19 280:3,5 281:11
282:18,25 283:16 284:10,25
valued 207:9,10
various 32:18 54:13 62:24 114:18
140:10 169:19
veracity 89:21
verbal 97:8 108:3 120:15,20,22
121:9,19 122:9 223:22 233:8
240:2,11,19 268:14 274:25
verbally 7:9 120:24 153:6 219:12
233:2 241:7 253:13
verified 202:12
versed 86:15
versus 43:25 44:6
vested 119:3
Victor 59:12
video 12:18
virtual 10:5 13:21
virtually 190:10
visit 220:2,3,5,6

W

W 299:2

**wait** 7:8 222:13
**waiting** 13:17 216:23
**waive** 142:23
**waived** 3:6 4:15
**walk** 184:3
**want** 6:16,20 12:7 33:4 44:5 64:18
    78:12,12,17 86:21 87:15 88:7,18
    95:22 96:17 102:15 113:18
    122:10 126:13,24 131:19 137:14
    139:16 147:17 150:19 156:10
    157:11 173:10 184:8,23 186:8
    187:21 190:14 191:9 197:12
    206:15 218:21 221:5 222:11
    223:20 228:4 232:14,14,15,19
    240:22 244:14,15 250:9,24 251:7
    255:15,17 269:17 288:16 291:4
    291:15 292:25
**wanted** 57:15 60:4 88:15,20 93:9
    93:11 102:12,17 112:22 124:24
    125:3 148:15 152:25 164:3
    170:20,24 251:8 258:25 262:17
    283:19 291:18
**wanting** 170:22
**wants** 179:11 211:9,17 240:20
    255:4
**wasn't** 93:24 112:12 120:20 131:7
    174:18 214:7 275:24 285:14
**waste** 231:12 244:15 273:9
**wasting** 228:4 244:15
**watch** 189:5
**way** 7:21 12:19 13:2 21:15 48:15
    70:8 100:12 116:13 119:3 123:3
    166:17 167:5,20 174:22 176:7
    181:17,22 186:24 207:11 214:7
    225:7 243:24 257:21 259:16
    261:6 267:24 283:13 292:13
    304:17
**ways** 106:5 115:3 116:20,23,23
    119:5 213:21 225:6 250:16 255:2
**we'll** 18:13 127:9 140:6 182:19
    183:6 192:13 214:23 272:11,12
    272:22 290:10,14
**we're** 7:4,13 19:7 35:24 37:5 45:8,9
    45:16 55:11 78:16 81:6 92:25
    105:16 107:10,14 123:16 126:16
    152:4 156:17 162:16 182:12
    205:25 208:16 232:23 291:7
**we've** 12:9 172:20 273:2 274:11
**wealth** 259:5
**weather** 24:25 25:4,18
**web** 1:10,19 5:18 184:6 189:2
**website** 46:24,25 47:2,3,5,12 48:11
    48:25 50:7,10,12 76:11 86:16
    146:24 181:15,16,17,25 184:7
    188:8,14,22 189:2,13,24,25 190:9
    190:21,23 192:23 219:17,20
    220:11,24 243:19 259:24,25
    260:3 267:13 287:14 289:5,9

    295:6 298:3,8 300:12 301:14,16
**Wednesday** 163:2 165:5
**week** 19:8,10,11 20:9 133:13
    164:22 211:21
**weeks** 133:17 134:2 135:10 136:7
    137:19 203:2 255:19
**Weird** 222:9
**went** 16:2 34:15,15,21 102:21 119:8
    125:2 146:24 187:23 188:4 189:2
    189:12 190:8,21,23 202:4,11
    219:16,17,19 220:24 221:3
    223:18 276:4 282:15
**weren't** 12:6 16:25 112:9 124:5
    284:9
**West** 2:9
**whatsoever** 127:20 137:24 152:23
    291:19
**WHEREOF** 304:19
**wife** 27:16,18,21 28:8,11 131:6
    138:21 196:17 235:18 236:13
    241:11
**willing** 15:19,21 16:7 17:25 18:21
    25:21 77:11
**win** 44:17,24 45:2
**wind** 203:8
**windup** 88:12
**withdraw** 139:12 141:15 202:2
**Withdrawn** 288:13,15
**witness** 4:19 5:3,7,8,17 10:11,22
    36:18 47:13 48:14 49:22,24 50:5
    50:6,19 71:9 72:16 155:8 242:25
    249:21 260:4 268:10 300:4
    302:13 304:11,14,19
**witnesses** 289:8
**witnessing** 48:18
**woman** 259:5
**won** 44:16,18,23
**word** 12:19,23 30:18 69:19 70:11
    70:14 71:24 72:4,8,17,19,22,24
    84:10,10,12 172:19 211:23 212:4
    212:6 263:23 264:2 294:15
**words** 37:15 61:10 67:3 87:8 94:13
    95:24 151:4 154:25 155:7 156:16
    156:20,20,22 157:7 158:5 201:6
    223:4 226:25 227:3,7 256:12,15
    256:18 258:2
**work** 31:16 32:7 34:11,20,25 35:11
    38:17 39:2,14 40:9,13,15 41:4,21
    42:14,17 60:8 87:10,10,13 112:7
    116:12,25 145:4,6,17,22,24
    151:17,23 152:18 153:13 155:20
    155:25 175:25 176:21 179:7,7
    181:17 203:7,14 205:15 206:23
    212:16 221:22 222:6 234:10,12
    234:17 239:7 240:14 244:6 253:9
    266:14 278:22 282:25 283:2
    284:16,17,20 286:13,14,16,17,20
    287:4,7,8 288:7,19,23 289:25

**worked** 30:12,21 31:12 39:18,22
    40:5 43:11 116:13 147:24 176:3,6
    176:15,19 204:21 205:6,12,12,15
    205:21
**working** 33:16 38:22 39:12 95:9
    151:24 167:20 169:9,10 210:7
    214:15 221:14 234:9 261:10,15
    263:3 264:9,15,17,22,25 265:7,11
    265:11,20,24 284:9
**works** 70:2 116:6 149:18 293:24
**world** 69:16 117:3
**world's** 34:23
**worried** 143:4
**worth** 141:8 249:2
**wouldn't** 56:4 88:25 89:4 137:21
    141:17,21
**write** 28:24 47:4 48:20 61:10,11
    62:6 67:13 116:15 220:9 258:24
    259:4 268:11
**writing** 23:19 120:17 121:8 122:7
    129:4,11 147:19 148:23 150:19
    150:21 151:5 153:3 161:12,13
    182:20 211:17 216:9,13 217:5,16
    222:12 225:24 233:5 253:13
    271:8 272:12,16,22 287:9 294:9
    294:17
**written** 58:15 90:22 120:21 212:7
    215:13 216:5,23 219:15 223:20
    223:22 224:10,11 229:14,19
    230:4,6,23 231:17,23 233:6,9
    234:24 238:12 239:13 241:3
    268:13,15 269:6,9 270:9,19
    271:19 272:8 286:19 293:2
    302:18
**wrote** 48:24 49:3 56:25 57:6 58:9
    58:10 60:10 99:22 158:4 216:17
    223:24 242:9 291:10,11,23
    294:11
**Wylie** 2:8,11 6:7,18,23 7:3 20:4
    24:8 109:20 172:15 293:2,22

**X**

**x** 1:4,9 300:2,8 301:2,4 302:2 303:2
**x_colony** 211:14

**Y**

**Y** 253:20 256:3 297:24 301:12
**Ye-** 42:21
**yeah** 10:9 25:6 35:16 52:23 57:12
    58:13 65:17 72:16 73:2 85:5 88:8
    97:2 102:25 134:20 149:14
    151:25 162:20 165:23 175:2
    185:5 203:4 204:6 213:10 230:14
    248:10,16 253:25 265:22 266:24
    278:5,5
**year** 29:20 34:13,19 35:2,10 38:20
    39:18,19,23 40:14 142:9 159:13
    201:5,6 202:6,7 238:24 239:2

247:15 260:12
**years** 13:8,9,12 32:9 33:18 34:13,19
37:9,9 39:4 40:6,9,16 41:15 48:6
48:6,9 57:13 65:20 67:21 115:25
116:2 169:13 252:6 288:10
**yesterday** 19:3,4,12,14,17 20:8,9
25:3
**York** 1:2,3,20 2:5,5,10,10 6:4 95:11
98:2 125:24 126:2 281:4 290:4,5
299:4 304:4,9
**You're** 108:3
**young** 50:17

---
### Z
**zero** 266:14
**Zoom** 28:6

---
### 0
**00027** 212:5
**0018** 154:4 296:15 300:22
**0023** 143:25 144:22 296:11 300:21
**0025** 208:2 297:7 301:8
**0027** 211:12
**0029** 208:3 297:7 301:8
**0062** 45:14 295:2 300:10
**0063** 45:15 295:2 300:10
**0069** 107:15 296:3 300:19
**010** 60:20 295:19 300:16
**042** 102:23
**069** 226:16,17 230:15,15
**070** 161:16 230:9 296:19 297:15
300:23 301:10
**073** 162:16
**07704** 6:13
**078** 161:17 296:19 300:23

---
### 1
**1** 293:7 298:14 301:20
**1:11** 162:19
**1:51** 102:10,20
**10** 10:1 210:3 211:7 215:25 220:25
221:15,22 222:6,7 288:10,16
302:15
**10:00** 27:20
**10:01** 1:12
**10:06** 99:23 100:19
**100** 100:1 262:24
**10025** 2:10
**101** 17:7 101:1
**10170** 2:5
**102** 102:1
**103** 103:1
**104** 104:1
**105** 105:1
**105,000** 123:5
**106** 106:1
**107** 107:1
**108** 108:1

**109** 109:1
**1099** 87:12
**10th** 304:20
**11** 11:1 165:15 188:17 220:10
302:11
**11:07** 119:10,12
**110** 110:1
**111** 111:1
**112** 112:1
**113** 113:1
**114** 114:1
**1147** 59:9 295:15 300:15
**115** 115:1
**1152** 59:9 295:15 300:15
**116** 116:1
**117** 117:1
**118** 118:1
**119** 119:1
**12** 12:1 202:5 227:6 248:22 277:3
277:11,12 303:10
**120** 120:1
**1203** 183:14 186:15 191:21,23
192:5,9 219:22 297:3 301:6
**1204** 183:15 187:22 219:22 297:3
301:6
**1205** 253:23 259:14 297:23 301:13
**1206** 255:10 259:15
**1207** 253:24 255:10 297:23 301:13
**121** 121:1
**122** 122:1
**123** 123:1
**124** 124:1
**125** 125:1
**125.60** 181:24
**126** 126:1
**127** 127:1
**128** 128:1
**129** 129:1
**13** 13:1 19:13,14,18 254:9 255:9
256:16 258:14,18 259:9 277:16
**130** 130:1
**131** 131:1
**132** 132:1
**133** 133:1
**134** 134:1
**135** 135:1
**136** 136:1 290:8
**137** 137:1
**138** 138:1
**139** 139:1
**1395** 53:23 295:11 300:14
**1396** 53:23 295:11 300:14
**14** 1:11 14:1 292:18,22 299:10
303:6
**140** 140:1
**141** 141:1
**142** 142:1
**143** 143:1

**144** 144:1
**145** 145:1
**146** 146:1
**1462** 134:14 296:7 300:20
**147** 147:1
**148** 148:1
**149** 149:1
**15** 15:1
**15,000** 261:8
**150** 150:1
**150,000** 209:4
**151** 151:1
**152** 152:1
**153** 153:1
**154** 154:1
**155** 155:1
**156** 156:1
**157** 157:1
**158** 158:1 302:13
**159** 159:1
**16** 16:1 258:6,13,17,23 259:8 302:8
**160** 160:1
**161** 161:1
**162** 162:1
**163** 163:1
**164** 164:1
**165** 165:1
**166** 166:1
**167** 167:1
**168** 168:1
**1688** 214:18 297:11 301:9
**169** 169:1
**17** 17:1 188:18 214:9 220:10,14,16
221:9 303:6
**170** 170:1
**171** 171:1
**172** 172:1
**173** 173:1
**174** 174:1
**175** 175:1
**176** 176:1
**177** 177:1
**178** 178:1
**1781** 244:24 297:19 301:11
**1785** 244:23
**1787** 297:19 301:11
**1788** 244:25
**179** 179:1
**18** 18:1
**180** 180:1
**181** 181:1
**182** 182:1 302:15
**183** 183:1
**184** 184:1
**185** 185:1
**186** 186:1
**187** 187:1
**188** 188:1

**189** 189:1
**19** 19:1 73:8 162:4,19 163:2 295:23
   300:18
**190** 190:1
**191** 191:1
**192** 192:1
**193** 193:1
**194** 194:1
**195** 195:1
**196** 196:1
**197** 197:1
**198** 198:1
**199** 199:1
**1995** 30:13
**1A** 245:9

2

**2** 2:1 249:7 302:6
**2-3** 303:8
**2:05** 151:14
**20** 20:1 39:4 76:4
**200** 200:1 209:6 262:5,6,14
**2000** 31:23
**2004** 33:20 34:7
**2005** 52:10,24
**201** 201:1
**2013** 38:21 39:18 41:5,10
**2014** 41:5,8 169:12
**2015** 41:8 51:18,20
**2016** 41:10,25 43:10 170:16,16
   171:3,6 196:13 199:12,12,15,15
   199:15,18,20 200:10,15,22
   261:19
**2017** 48:4 62:11,25 96:25 100:19
   129:10,12 130:6,16 159:12,15
   161:9 162:4,19 164:8,13 169:13
   170:10,12,13 188:18 201:2 202:5
   205:19 208:6 211:7 214:12
   215:25 219:24 220:4,5,10,13,16
   220:18,25 221:4,8,12,15,23 222:6
   256:19,22 260:19 261:17,20
   273:25 276:2,10,11 286:4
**2018** 14:6 129:7 130:5,20,22 241:9
   243:5 254:9 255:10 256:16,24
   257:25 258:6,13,14 277:14
**2019** 150:2
**202** 202:1
**2020** 260:17
**2021** 1:11 299:10,22 304:20
**203** 203:1
**204** 204:1
**205** 205:1
**206** 206:1
**207** 207:1
**208** 208:1
**209** 209:1
**21** 21:1
**210** 210:1

**211** 211:1
**212** 212:1
**213** 213:1
**214** 214:1
**215** 215:1
**216** 216:1
**217** 217:1
**218** 218:1
**219** 219:1
**22** 22:1 243:5 303:8
**220** 220:1
**221** 3:2 4:2 221:1
**221.1** 3:4
**221.2** 3:17 4:7
**221.3** 4:4
**222** 222:1
**223** 223:1
**224** 224:1
**225** 225:1
**226** 226:1
**227** 227:1
**228** 228:1
**229** 229:1
**23** 23:1 163:3,16 164:8,13 165:2
   302:6,6
**230** 230:1
**231** 2:9 231:1
**232** 232:1
**233** 233:1
**234** 234:1
**235** 235:1
**236** 236:1
**237** 237:1
**238** 238:1
**239** 239:1
**24** 8:11,14,17 24:1 62:11 63:22 75:6
   76:20 84:5 97:3 99:23 100:18
   273:25 280:6
**240** 240:1
**241** 241:1
**242** 242:1
**243** 243:1
**244** 244:1
**245** 245:1
**246** 246:1
**247** 247:1
**248** 248:1
**249** 249:1
**25** 25:1 50:9 75:6 76:20 118:16
   142:2 182:5 247:14,17 248:14,17
   252:6 257:23
**250** 210:4 250:1
**250,000** 249:3 275:5 276:18
**251** 251:1
**252** 252:1
**253** 253:1
**254** 254:1
**255** 255:1

**256** 256:1
**257** 257:1
**258** 258:1
**259** 259:1
**26** 26:1 76:20 165:5 302:8
**260** 260:1
**261** 261:1
**262** 262:1
**263** 263:1
**264** 264:1
**265** 265:1
**266** 266:1
**267** 267:1
**268** 268:1
**269** 269:1
**27** 27:1 75:16 76:21 124:2 181:11
   182:9 187:25 188:3 189:23
   190:23 219:17 221:3,5 234:13
   302:9
**27.5** 123:11
**270** 270:1
**271** 271:1
**272** 272:1 302:18
**273** 273:1
**274** 274:1
**275** 275:1
**276** 276:1
**277** 277:1
**278** 278:1
**279** 279:1
**28** 28:1
**280** 280:1
**281** 281:1
**2811** 2:5
**282** 282:1
**283** 283:1
**284** 284:1
**285** 285:1
**286** 286:1
**287** 287:1
**288** 288:1
**289** 289:1
**29** 29:1
**290** 290:1 300:5,6
**291** 291:1
**292** 292:1
**293** 293:1
**294** 294:1 300:6,10
**295** 295:1 300:11,13,15,16,17,19
**296** 296:1 300:20,21,22,23,24 301:6
**297** 297:1 301:7,9,10,11,12,14
**298** 298:1 301:16,20
**299** 299:1
**2B-#3** 2:10

3

**3** 3:1 220:13,18 221:4 228:24 229:9
   234:14

**3:53** 106:16,21 119:9
**30** 30:1 37:15 67:21 91:4,19 102:9
102:20 106:12 115:25 119:9,10
119:12 146:3 148:6 159:12,15
247:21 248:15,21 256:19,22
276:6
**300** 261:9,12,16,21,24 262:19
263:10 300:1
**301** 301:1
**302** 302:1
**303** 303:1
**304** 304:1
**31** 3:10 31:1
**3115** 3:6,14,21
**32** 32:1
**33** 33:1
**34** 34:1
**35** 35:1
**350** 275:6,7 276:19
**36** 36:1
**37** 37:1
**38** 38:1
**39** 39:1

**4**

**4** 4:1
**40** 40:1
**400** 262:5,7,16 275:7
**400,000** 276:20
**401(k)** 123:14
**41** 41:1
**42** 42:1
**420** 2:5
**43** 43:1
**44** 44:1 73:8 295:23 300:18
**444** 6:12
**45** 45:1 303:10
**46** 46:1
**47** 47:1
**48** 48:1
**49** 49:1

**5**

**5** 5:1 150:2 164:22 165:7
**5:19** 298:17
**50** 50:1 210:3
**50,000** 148:6
**51** 51:1
**510** 187:11
**52** 52:1
**53** 53:1
**54** 54:1
**55** 55:1 302:11
**56** 56:1
**57** 57:1
**58** 58:1
**59** 59:1

**6**

**6** 6:1 19:13 300:5 302:9
**60** 60:1
**61** 61:1
**62** 62:1
**63** 63:1
**64** 64:1
**646** 224:17
**65** 65:1
**65.51.127.32** 185:13 193:23
**65.51.127.34** 184:22 186:12
**65.51.127.63** 185:14
**654722/2018** 1:6
**6551** 184:10,12
**66** 66:1
**67** 67:1
**68** 68:1
**69** 69:1
**691** 169:15 296:23 300:24

**7**

**7** 7:1 208:6 221:8,9,11,12,18,24
302:13,18
**7:07** 107:2
**70** 70:1
**71** 71:1
**72** 72:1
**73** 73:1
**74** 74:1
**75** 75:1
**76** 76:1
**77** 77:1
**78** 78:1
**79** 79:1

**8**

**8** 8:1 302:6
**8:56** 163:19 164:8,14
**80** 50:10 80:1 117:4
**81** 81:1
**82** 82:1
**83** 83:1
**84** 84:1
**844-1789** 224:17
**85** 85:1
**86** 86:1
**87** 87:1
**88** 88:1
**89** 31:20 89:1

**9**

**9** 9:1 196:13
**9:34** 211:8,11
**90** 31:20 90:1
**91** 91:1
**92** 92:1
**93** 29:22 93:1
**94** 94:1

**95** 31:22 95:1
**96** 96:1
**96th** 2:9
**97** 97:1
**98** 98:1
**99** 31:23 99:1
**99.9** 190:14