# EXHIBIT B

Page 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

```
NAVESINK INTERNATIONAL,        :  Index No.:
LLC,
                               :  654722/2018
         Plaintiff,
                               :  VIDEOCONFERENCE
    -against-                     DEPOSITION OF:
                               :
THE CLINTON GROUP, INC.,          ROBERT PICARD
                               :
         Defendant.
```

          TRANSCRIPT of testimony as taken by and
before LAUREEN A. CHRISTONIKOS, a Certified Court
Reporter, Registered Professional Reporter and Notary
Public of the States of New Jersey and New York, via
Zoom videoconference, on Wednesday, December 22,
2021, commencing at 10:01 a.m.

                MAGNA LEGAL SERVICES
                   (866) 624-6221
                  www.MagnaLS.com



Page 2

```
 1   A P P E A R A N C E S:
 2              (ALL PARTICIPANTS APPEARED REMOTELY.)
 3        LAW OFFICES OF NEAL BRICKMAN, P.C.
          BY:   JASON A. STEWART, ESQ.
 4              420 Lexington Avenue
                Suite 2440
 5              New York, New York 10170
          Counsel for the Plaintiff
 6
 7
          WYLIE LAW
 8        BY:   WYLIE M. STECKLOW, ESQ.
                231 West 96th Street
 9              Professional Suite #2B
                New York, New York 10025
10        Counsel for the Defendant
11
12   A L S O   P R E S E N T:
13              Gontran de Quillacq
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 20

```
 1                    ROBERT PICARD
 2   name of Pete Rawlins?
 3        A.    I am, yes.
 4        Q.    And how do you know Pete Rawlins?
 5        A.    We have known each other.  We live in
 6   similar towns or we live close by each
 7   geographically.  His children went to the same school
 8   as my partner -- my life partner's daughter.  And he
 9   was also an employee at The Clinton Group during the
10   time that I was at GlassBridge.
11        Q.    Did you ever have any occasion to work
12   with Mr. Rawlins professionally?
13        A.    I have never worked with Pete Rawlins
14   professionally.
15        Q.    Was Mr. Rawlins also present at the Salt
16   Creek Grille meeting with Gontran?
17        A.    He was, yes.
18        Q.    And what did you understand his role to
19   be at that meeting?
20        A.    I believe he was representing The Clinton
21   Group.
22        Q.    Did you ever have any communications with
23   Mr. Rawlins following that Salt Creek meeting about
24   the team that Gontran had presented?
25        A.    I don't recall.
```



```
                                                         Page 59
 1                     I N D E X
 2     EXAMINATION BY:                          PAGE
 3     Mr. Stewart                              4,55
 4     Mr. Stecklow                             30
 5                     E X H I B I T S
 6
       NUMBER       DESCRIPTION                 PAGE
 7
       *Picard-1   Bates stamped PICARD 1-47    21
 8
 9
       * denotes exhibit attached
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
                                                        Page 60
 1                C E R T I F I C A T E
 2                I, LAUREEN A. CHRISTONIKOS, a Certified
 3   Shorthand Reporter, Registered Professional Reporter
 4   and Notary Public of the States of New Jersey and New
 5   York, do hereby certify that prior to the
 6   commencement of the examination the witness was sworn
 7   by me to testify the truth, the whole truth and
 8   nothing but the truth.
 9                I do further certify that the foregoing
10   is a true and accurate transcript of the testimony as
11   taken stenographically by and before me at the time,
12   place and on the date hereinbefore set forth.
13                I do further certify that I am neither of
14   counsel nor attorney for any party in this action and
15   that I am not interested in the event nor outcome of
16   this litigation.
17
18
19
20
21   *Laureen A. Christonikos*
     Notary Public of the State of New Jersey
22   ID No. 2039678
     My commission expires January 26, 2023
23   Notary Public of the State of New York
     Reg. No. 01CH5006085
24   My commission expires December 28, 2022
     Dated January 5, 2022
25
```



**A**

**ability** 5:12,15
**able** 5:11 14:18
  31:10,12 33:2
  36:12,12 45:4,13
  45:22 47:10,18
  48:10
**Absolutely** 55:6
**accuracy** 7:19
**accurate** 5:11
  34:20 37:4 49:8
  60:10
**acquaintances**
  53:19
**acquiring** 12:21
**acquisition** 13:2
**act** 10:9 19:10
**acting** 13:16 34:17
**action** 3:13 60:14
**actively** 27:9
**actor** 43:13
**addition** 3:10
**additional** 30:17,20
**address** 5:18,19,19
  5:20,22 28:3
  38:25 55:24 56:5
  56:10,13
**advice** 41:21,24
  53:9,11 55:12
**affect** 5:15
**afford** 14:19
**ago** 21:6 24:4 31:9
  32:25 53:22
**agree** 47:25 48:2
**agreement** 6:20,22
  10:8
**Alexe** 29:20,22,25
  30:5,9,19 49:15
  50:12
**allow** 4:24 31:7
**allows** 47:6
**alternative** 7:9
**American** 43:9
**analysis** 51:24
**and/or** 14:13 17:23

26:6,18 41:6
**answer** 5:7 13:21
  13:22 26:24,25
  27:5 31:23 35:25
  45:12 46:22 47:19
**answered** 13:19
  26:21 47:23
**answers** 4:25 31:25
  45:11 47:13 48:5
  48:11
**anybody** 21:3
**Apartment** 4:3
**appear** 52:23
**APPEARED** 2:2
**appears** 38:15
  50:19
**appreciate** 7:19
  38:12 56:17
**approach** 55:2
**approaches** 44:19
  44:20 45:25 46:19
  47:4,11 48:14
**approximately** 7:2
  7:25 9:15,16
  12:12,14 13:8
**April** 37:7,14
**Ari** 52:9,12,17,18
  52:18,18,20 53:2
**Aside** 26:10 30:12
**asked** 12:3,4 13:18
  15:8 16:6,8 26:20
  33:25 38:13 44:18
  49:11
**asking** 4:25 22:13
  36:21,24 38:16
  41:12 45:10
**aspect** 52:5
**assist** 11:21
**attached** 57:6 59:9
**attorney** 3:24 4:8
  13:21 31:3 60:14
**attorneys** 3:3 31:21
**authority** 10:9,11
  19:10,12
**available** 26:9
**Avenue** 2:4 4:2

27:25 28:5,7,11
  28:15,21
**aware** 14:2 17:19
  26:15 47:12 52:15
**a.m** 1:21 39:19
  56:20

**B**

**B** 31:20 59:5
**back** 21:6 32:11,14
  32:16 33:15 45:17
  46:10 48:17 54:19
  54:23,25
**back-and** 39:17
**Bank** 9:11 10:17
  24:4 28:3
**bar** 3:12
**based** 7:21 28:7
  45:14 48:22 52:25
**basic** 4:17 6:24
**basically** 14:15,18
  19:16 27:21 38:22
**basis** 29:15
**Bates** 21:13 22:6
  59:7
**Battery** 9:13
**beach** 15:6 53:22
  54:13
**bearing** 22:6
**becoming** 11:2
**begun** 3:17
**behalf** 10:9 11:24
  19:11
**believe** 8:11,14,18
  10:17 12:14,16
  13:8 14:16 15:21
  15:24 16:6,19
  17:20 18:9,14
  19:22 20:20 23:20
  24:8 27:13,17
  32:23 33:24 34:10
  34:19 36:25 39:11
  40:17 41:10 42:9
  43:23 45:23 48:20
  49:9 50:14 51:19
  51:20

**best** 5:11 48:18
**better** 47:6
**bilingual** 15:4
**bind** 10:10
**bit** 47:22
**board** 8:6,7,9 11:9
  13:3 19:21
**book** 9:12
**Boothbay** 39:21,25
  40:3,8,14,21,25
  41:6,18 52:19,22
  55:13
**bottom** 37:15 39:13
  41:9 44:14
**brains** 50:15
**break** 5:5,8 22:20
  31:14,16,24 32:2
  32:4,7 54:18
**Brickman** 2:3 4:9
**brief** 32:13 54:22
**briefly** 32:19
**Bright** 4:3 27:25
  28:2
**bring** 17:8 19:20
  21:15 22:15
**bringing** 14:13
**brought** 4:11 50:20
  50:23
**build** 10:22
**business** 5:19,21
  7:8,10 27:9,12,13
  27:16,18 56:8

**C**

**C** 2:1 60:1,1
**called** 52:19
**Calls** 52:3
**Canada** 9:11
**candidacy** 11:17
**capacity** 7:15 13:16
  14:8
**case** 18:9 52:23
  58:4
**catch** 6:13 42:18
**cellular** 23:7
**certain** 15:5 21:8

22:24 50:10
**Certified** 1:17 60:2
**certify** 57:3 60:5,9
  60:13
**chairman** 11:9
**chance** 32:17
**CHANGE** 58:7
**charge** 3:25
**chat** 31:7
**chief** 9:17
**children** 20:7
**chose** 14:19
**CHRISTONIKOS**
  1:17 60:2
**chronologically**
  43:21,23
**circumstances**
  10:19 27:19 30:9
**City** 28:14
**clear** 13:15 14:2
  38:7 51:22
**clearer** 46:25
**click** 31:7
**Clinton** 1:7 4:11,14
  9:4,6,14,16 12:18
  15:9,12 16:21,21
  17:9,22 18:2,4,15
  19:8,11,14,24
  20:9,20 26:2,7
  27:8,11 28:20,25
  29:3,5,16,19 30:2
  30:10,16 31:4
  34:9,13 41:19
  49:6 51:12,16,20
  53:15 55:4,8 58:4
**close** 7:2 14:5 20:6
**closer** 28:8
**club** 15:7 53:22
  54:13
**come** 9:7 10:12
  12:2 13:3 17:17
  18:16 30:8 45:17
  54:19
**comedian** 43:7
**commencement**
  60:6



**commencing** 1:21
**commission** 58:23 60:22,24
**communicate** 16:3
**communication** 23:19 24:20,25 26:5
**communications** 20:22 23:8 25:24 26:8,11
**company** 6:10,12 6:16 7:12 52:19
**compensation** 55:7 55:11
**complete** 4:19
**compliance** 24:10
**concerning** 4:14 25:25 26:6 46:16
**Conduct** 3:6
**confirm** 32:23 33:6 33:9
**connection** 10:7
**consider** 41:23
**considered** 17:11
**consistent** 33:14
**consultant** 6:17 7:5 8:4,24 9:23
**consulting** 6:20 7:15 10:7 27:20
**contained** 25:11
**contemplated** 13:6
**contract** 6:11
**contracts** 10:10
**controlled** 3:20 9:20
**controlling** 10:4
**conversation** 18:5 18:6,12 32:6 41:12 42:7,11,15 42:16 43:12 46:12 53:13 56:4,9
**conversations** 11:3 11:7,8 12:22 17:21,25 26:17 40:11 41:5 55:22 56:7
**conversing** 43:2
**conveyed** 16:16
**cooperation** 44:19 44:20 45:25 46:19 47:3,11 48:14 55:2
**coordinate** 15:8 48:24
**coordinating** 13:2 51:18
**copied** 41:11
**copy** 3:23 6:23
**correct** 6:21 8:2 12:11 19:8,9,12 21:8,9 22:21,22 22:24,25 23:5,9 23:13,16,17,24 24:14 25:3,4,8,14 28:9 29:22 34:2,6 34:13 35:15 36:17 36:19 38:4,25 39:22,23 44:16 49:3,5,10,13 50:8 51:9,10 52:7,8,10 52:16 53:6,9 54:3 54:12 57:4
**corrections** 57:5
**costly** 27:22
**counsel** 2:5,10 3:18 60:14
**COUNTY** 1:2
**couple** 21:11 22:9
**course** 12:22 13:13 13:14
**court** 1:1,17 4:17 27:3
**created** 33:12
**Creek** 12:8,10,13 13:14 14:21 15:10 16:2 20:16,23 24:6,16,21 25:21 30:13 34:17 35:7 35:8,9,14,16
**curious** 43:15
**currently** 5:22,24 6:2 27:11 45:6

47:5 48:9
**C.P.L.R** 3:5,20

---
**D**
---
**D** 59:1
**Daniel** 11:10
**date** 23:15 25:11 37:13 58:5 60:12
**Dated** 60:24
**dates** 25:25
**daughter** 20:8
**day** 57:13 58:22
**days** 28:13
**de** 2:13 10:13 11:4 11:10 12:23 16:13 16:22 24:3 30:16 36:16 45:24 55:22
**deal** 40:23 41:3 42:25 55:3,8,12
**deals** 42:17
**December** 1:20 53:5 60:24
**decide** 45:15
**decision** 19:19,23
**dedicated** 29:2
**deemed** 3:19
**Defendant** 1:8 2:10
**denotes** 59:9
**DEPONENT** 58:5
**deposition** 1:6 3:14 3:18,22 7:20 21:3 21:16 57:4 58:5
**Depositions** 3:7
**describe** 53:20
**described** 24:13
**DESCRIPTION** 59:6
**determine** 12:19 14:9 33:3 37:23
**determined** 11:11
**determining** 41:15
**develop** 7:8
**different** 11:18 33:21 45:17
**direct** 18:24 19:3
**directly** 53:2

**director** 6:5 8:21 10:5
**directors** 8:6,10
**disclose** 41:12
**disclosed** 33:21
**discuss** 12:16 21:2 44:19 48:18
**discussed** 17:4 22:7
**discussing** 18:8 39:21
**discussion** 21:24 22:4 46:9,15
**discussions** 16:12 16:14 39:25 40:3 48:21
**dispute** 4:14
**distinction** 28:23
**document** 22:6 25:12 32:20 33:18 36:21 39:17
**documentation** 21:7
**documents** 7:23 21:8,10,11,13,19 22:24 23:3,6 33:3
**doing** 7:20 38:8 44:6
**dot** 52:13,14
**download** 31:8,10 31:12
**dreaming** 14:14
**dropped** 31:6
**duly** 4:4
**duties** 7:4

---
**E**
---
**E** 2:1,1,12,12 59:1 59:5 60:1,1
**earlier** 5:18 15:2 24:13 25:7 48:23 51:7
**early** 9:13
**easier** 27:4
**egg** 14:15
**either** 12:18 24:10 27:24

**election** 55:23
**ellipsis** 52:10,13,15
**Elmaleh** 43:5,7,12 43:14
**employed** 5:24 6:2 6:9 8:4 9:4,5,20 9:22 10:6 18:15 27:22 29:5,25
**employee** 8:21 10:3 11:9 18:22,23 20:9
**employment** 16:22 16:24 18:18,25 53:14
**ended** 7:17
**engage** 11:3 32:6
**engagement** 56:15
**Enjoy** 41:23
**Enterprises** 6:12 6:18 7:3
**entity** 9:20 10:3 36:6
**ERRATA** 58:1
**ESQ** 2:3,8
**estimate** 7:24
**event** 60:15
**eventually** 51:19
**everybody** 32:12
**exact** 28:3
**exactly** 51:21
**examination** 3:9,11 3:16,24 4:6 30:25 59:2 60:6
**examined** 3:15,25
**exchange** 25:12
**exhibit** 21:20,21,25 22:5 31:6,8,18 32:18 33:5 36:11 36:13 59:9
**exist** 47:17
**exists** 48:9
**expected** 40:25
**experience** 10:24
**expires** 58:23 60:22 60:24
**explain** 46:7



**express** 24:25
**expressions** 16:9
**extended** 16:23,25
**extent** 8:22
**e-mail** 26:5 32:24
  36:18 37:2,17,19
  37:21 38:4,6,7,21
  38:22,25,25 39:5
  39:5,8,9,13 55:23
  56:5,10,13
**e-mails** 26:10

---
**F**

**F** 60:1
**facilitating** 30:15
**fact** 14:2 48:22
**facts** 47:14
**failure** 3:10,17
**fair** 46:5 49:9
**familiar** 19:25
**familiarity** 15:6
**famille** 54:8,11
**family** 17:9 53:23
  53:23,25,25 54:11
  54:16
**fast** 42:17
**featured** 43:10
**fee** 40:22 41:2 55:3
**feedback** 30:4
**fees** 17:16
**filing** 3:21
**financial** 7:9
**find** 32:24
**fine** 7:24 32:10
  39:12
**finish** 4:24 27:2
**finished** 42:3,5 44:6
  44:7,9 54:18
**finishing** 44:11
**firm** 19:16,17 40:8
  49:4,4
**first** 6:3 9:7 10:16
  22:19 24:13 35:7
  35:9
**fit** 14:17
**five** 13:9 28:12

**floor** 28:5,21
**flows** 43:23 44:15
**focus** 13:13
**follow** 11:22 37:3
  38:3
**following** 16:2
  20:23 30:22 36:18
  37:20,23
**follows** 4:5
**follow-up** 25:10
  30:21 55:19
**foregoing** 57:3 60:9
**form** 3:8 46:21 52:3
**formalized** 6:19
**forth** 33:15 39:18
  60:12
**forward** 11:17
  14:10,20 56:13
**founder** 52:19
**four** 13:8 24:3
**France** 43:8
**French** 15:3,4 43:7
  43:14 54:11
**frequently** 28:10
**friends** 53:18,20
**frozen** 35:24
**full** 31:18
**fund** 9:11,13,13,17
  9:17 17:9 35:19
  40:5
**fundraising** 51:22
**funds** 9:9 40:8
**furnished** 3:24
**further** 3:23 14:22
  25:23 30:23 60:9
  60:13
**future** 11:20

---
**G**

**Gad** 43:5,7,12,14
**generally** 14:12,15
  17:6
**Geneva** 15:4
**geographically**
  20:7
**George** 8:6,25 9:7

9:20,23 10:4 12:3
16:3,6,13 17:22
19:13,18,22 23:12
23:12,13,22,23
25:24 48:17,25
49:13 53:9
**give** 4:25 5:11 7:17
  7:21,23 16:8
  24:15 31:25 41:22
  43:18 55:12
**giving** 41:24
**Glass** 52:18 53:2
**GlassBridge** 6:11
  6:17 7:3,6,11,15
  8:4,5,7,13,15,17
  8:19,25 9:23,25
  10:8,10,21 11:2
  11:10,24 12:18,20
  14:9,16,20 20:10
  24:11,19 27:15,17
  27:20,23 28:24
  29:2 34:12,15
  48:21 49:2,5 51:8
**GlassBridge's** 28:6
**go** 21:22 33:15
  38:11 46:6
**going** 4:16 17:12
  19:20 21:15,18,20
  22:5,14 31:14,17
  31:23,24 43:18
  45:12 51:15 52:21
  56:12,13,14
**golden** 14:14
**Gontran** 2:13
  10:13,16,25 11:13
  11:23 12:3,5,7
  13:10,16 14:3,4
  14:23,25 15:8,12
  16:4,13,17 17:12
  17:17,22 18:2,7,8
  18:12 19:4 20:16
  20:24 24:3,10,18
  25:2,25 26:6,12
  26:18 29:5,23
  30:16 34:5,16
  35:2,2,3,12,17

36:16,25 39:18,24
40:11,15,18,22
41:2,6,11 42:15
44:16 48:23,24
49:21,22 52:7
53:6,8,14,16,18
54:5 55:3,7,22
56:4,8,12
**Gontran's** 10:24
  49:7 50:17,19
  52:21
**Good** 4:7 31:2
  43:16
**goose** 14:14
**gorgeous** 41:23
**Great** 21:17 54:8
**Grille** 12:10,13
  15:11 20:16 24:6
  24:21 30:13
**group** 1:7 4:11,15
  6:11,15,16 9:4,6
  9:14 12:19 15:9
  15:12 16:21,22
  17:22 18:2,4,15
  19:8,11,14,24
  20:9,21 26:3,7
  27:8,11 28:20,25
  29:3,6,16,19 30:2
  30:10,16 31:4
  34:9,13 36:6
  41:19 49:6,7,20
  49:23 50:2,5
  51:12,15,16,20
  53:15 55:4,9 58:4
**Group's** 17:9
**grow** 7:7
**growing** 7:9

---
**H**

**H** 59:5
**Hall** 8:6,9,12,16,25
  9:8,21,24 10:4
  12:3 15:23 16:3,6
  16:13,17,21 17:22
  19:19,22 23:12,13
  23:25 25:2,11,24

26:6,12,17 49:13
**Hall's** 19:13
**happened** 34:22
  47:14
**happy** 5:4 22:7
  52:9,21 53:3
**head** 4:21 19:16
  50:14
**hear** 30:4
**heard** 36:6 52:11
**hedge** 9:9,11
**held** 6:6 15:11
**help** 11:21 55:8,12
**helping** 7:7 24:10
  48:22,23
**hereinbefore** 60:12
**hereto** 3:3
**hire** 24:18 40:9
**hired** 8:8 17:13
  18:21,22,23 29:19
  40:5
**hiring** 11:11 12:17
  17:22 19:4,19,23
  30:16
**home** 5:19,20 27:25
  28:6,8 53:21,21
**hour** 12:14
**hours** 5:15 41:23
  42:22
**hundred** 6:25
  54:13

---
**I**

**icon** 23:11
**ID** 60:22
**idea** 6:24 40:24
  41:4 44:24 45:3
**identified** 21:25
  22:11 31:9
**identify** 22:12
**images** 33:20
**implement** 17:9
**imply** 38:9
**implying** 38:5
**impressions** 16:4
**improve** 41:15



| | | | | |
|---|---|---|---|---|
| **include** 35:2 | 9:12,12,18,24 | **knowledge** 7:22 | 38:9 50:10 51:2,4 | 24:5,8,13,17,22 |
| **included** 13:10 | 35:17 40:6 50:11 | 8:20,23 15:10 | 51:8,11,14 54:25 | 25:19,20 30:12,13 |
| 34:5 35:2,12 | **investments** 7:9 | 18:24 19:3 23:18 | **looks** 53:7 | 34:18,22 35:7,8 |
| **including** 3:7 | **investor** 8:16,18 | 24:20 25:9 29:12 | **lot** 45:10 47:23 | 35:10,14,17 36:3 |
| **Incorporated** 31:4 | 9:14 | 29:15 | **love** 11:21 | 38:13,14,19 44:18 |
| **independently** | **involved** 48:21 | **known** 20:5 |   | **meetings** 14:22 |
| 49:23 | **in-depth** 17:6 |   | **M** | 15:8,11,15,17,19 |
| **Index** 1:4 | **issue** 17:16 | **L** | **M** 2:8 | 15:22,25 16:20,24 |
| **indicate** 23:22 42:6 | **issues** 42:12 | **L** 2:12 | **Madison** 28:5,7,11 | 17:4,11,18 48:24 |
| **indicated** 7:11 | **Item** 24:2 | **la** 54:8,11 | 28:14,21 | 51:2,18,19 |
| 23:10,15 |   | **laid** 14:14 | **MAGNA** 1:23 58:1 | **member** 8:9 15:6 |
| **indicates** 25:13 | **J** | **LAUREEN** 1:17 | **maintain** 5:21 | 17:12 51:15 |
| 36:22 37:2 42:9 | **January** 60:22,24 | 60:2 | **making** 19:19,23 | **members** 8:7 13:6 |
| **indicating** 52:20 | **Jason** 2:3 4:8 21:18 | **law** 2:3,7 4:8 | 25:5 | 13:11 54:14 |
| **indication** 23:25 | 32:8,25 | **lawsuit** 4:10 | **manage** 40:10,13 | **memory** 36:22 |
| **individual** 10:13 | **Jerry** 43:8,14 | **leader** 19:16 50:14 | 50:10 | **mention** 38:20 |
| 18:16 29:19,21 | **Jersey** 1:19 4:3 | **learn** 30:8 | **management** 6:3 | **mentioned** 11:18 |
| 35:3 | 10:18 12:6 28:2 | **LEGAL** 1:23 58:1 | 9:17 10:23 11:4 | 18:13 |
| **individuals** 14:5 | 60:4,21 | **let's** 27:3 37:17 | 24:11 | **message** 15:3 23:23 |
| 17:7 | **Joe** 11:10 | 43:17 46:6 54:19 | **manager** 11:2,12 | 24:2 25:17 36:25 |
| **informed** 18:14 | **join** 12:18,21 17:15 | **Lexington** 2:4 | 51:8,12 | 37:6 38:3,8,16,18 |
| **initial** 11:13 30:12 | 51:20 | **life** 20:8 43:10 | **managers** 12:18 | 41:11,22 42:20 |
| **initially** 28:12 52:7 | **joined** 29:23 | **line** 55:19 | 40:9 | 46:2,19 47:4 |
| **inquire** 18:20 | **joining** 19:24 | **LINE(S)** 58:7 | **manages** 40:8 | 49:12 52:25 54:5 |
| **insight** 52:5 | **June** 49:13 | **literally** 50:15 | **managing** 6:5 50:9 | **messages** 25:22 |
| **instance** 9:25 11:15 | **JURAT** 57:1 | **litigation** 60:16 | **March** 23:15,19,20 | 26:4 36:15 42:13 |
| **instances** 17:10 |   | **little** 6:14 46:25 | 25:23 | **met** 8:6 10:17 24:3 |
| **instruct** 13:21 | **K** | **live** 20:5,6 | **mark** 21:19,20 | 24:9,18 54:15 |
| **instruction** 13:20 | **keep** 27:22 41:25 | **lived** 15:4 | **marked** 21:11 22:5 | **middle** 53:5 |
| **instructions** 4:17 | **kind** 5:21 10:10 | **LLC** 1:4 | 23:2 25:12 | **minute** 31:15 |
| **interact** 11:15 29:4 | **knew** 16:17 | **located** 27:23 28:21 | **matter** 31:22 | **minutes** 31:9 32:9 |
| 29:25 | **know** 5:6 8:12,16 | **location** 28:2 | **mean** 4:22,22 40:4 | **missed** 52:11 |
| **interest** 10:25 | 14:4 15:17 16:16 | **locations** 28:8 | 40:6 44:20,20 | **missing** 31:19 |
| 12:20 14:10 | 20:4 25:13,16 | **long** 6:6 7:14 12:12 | 48:19 | **mistaken** 34:19 |
| **interested** 60:15 | 27:8,11 28:2 | **long-winded** 46:24 | **meaning** 13:2 | **moment** 13:14 |
| **interesting** 14:11 | 31:10,18 33:22 | 47:22 | **means** 43:6 46:13 | **money** 27:21 40:13 |
| **International** 1:4 | 34:7,21,22 35:3 | **look** 7:16,17 31:25 | 47:11 48:14,20 | **months** 18:18 21:6 |
| 4:10 | 36:4,11 37:16,17 | 33:2,23,25 36:10 | **meant** 45:25 | 24:4 |
| **interpretations** | 37:18,21 38:6 | 39:16 41:9 43:17 | **medications** 5:14 | **morning** 4:7,13 |
| 16:4 | 39:4 40:20,21,24 | 43:18,21 44:5 | **meet** 9:7 10:13,16 | 30:23 31:2 |
| **introduce** 22:4 | 40:25 42:3 44:6 | 49:11 52:6 53:4,5 | 12:3,4 48:17 | **motion** 3:12 |
| **introduced** 34:16 | 44:21 45:2 46:13 | 54:4 | **meeting** 10:20 | **move** 3:8,11 11:17 |
| 35:4,4,6,13 49:25 | 47:17 48:8,12 | **looked** 48:13 | 11:13 12:5,12,15 | 14:19 |
| **introduction** 30:15 | 50:4,12,17 51:11 | **looking** 7:23 10:21 | 12:16 13:14,15 | **moving** 14:10 |
| **investing** 9:9 14:13 | 51:13,14 53:3,12 | 10:22 17:8 23:14 | 14:21 15:11 16:2 | 42:17 |
| **investment** 7:10 | 53:19 56:7 | 26:13,19 35:17 | 16:10 20:16,19,23 | **muddying** 46:8 |



**Multistrategy** 9:16
**muted** 55:5

**N**

**N** 2:1,12 59:1
**name** 4:7 6:14
    10:13 12:8 18:17
    20:2 23:10,11
    29:20 36:8 43:13
    43:13 58:4,5
**narrow** 55:18
**nature** 12:15
**Navesink** 1:4 4:10
    4:14 26:13,18
    58:4
**Navesink's** 31:21
**Neal** 2:3 4:9
**necessarily** 14:17
**need** 21:14 44:6
    53:11
**needed** 6:24 11:20
    24:18 42:18,21
**needs** 11:20,21 53:9
**negotiate** 41:16
**Negotiating** 41:18
**negotiations** 50:25
**neither** 60:13
**Netflix** 43:11
**never** 9:5,22 10:6
    19:10 20:13 53:20
    53:21,25 54:15
    55:10,14
**New** 1:1,2,19,19 2:5
    2:5,9,9 4:3 10:17
    12:6 28:2,14 60:4
    60:4,21,23
**nods** 4:21
**Notary** 1:18 3:15
    3:16 4:4 57:15
    58:23 60:4,21,23
**note** 35:20 46:20
    52:2
**noted** 56:20
**November** 6:7
**number** 11:18
    33:23 59:6

**O**

**O** 2:12
**object** 3:7,10
**objection** 13:18,23
    26:20 27:3 35:20
    46:20 52:2
**obligated** 40:21
**obtaining** 55:8
**obviously** 34:19
**occasion** 20:11
**occasionally** 14:24
    15:2,7
**occur** 10:20
**Ocean** 4:2 27:25
**offer** 11:23 55:7,11
**offers** 16:22,25
**office** 4:8 28:4,7
    29:3,9
**officer** 9:18
**offices** 2:3 27:23
    28:11,15,20 29:3
**off-the** 22:3
**off-the-record**
    21:24 46:9,11
**okay** 5:6,8 21:16
    23:22 31:14 32:2
    32:3 33:14,23
    34:4,18 36:21
    37:6,12,15,16,16
    38:20,24 39:20
    41:25 42:6 44:4
    44:13,14,18 47:13
    48:13 49:11 50:22
    54:17 55:15,17
**once** 28:17 36:11
    39:8 42:3 44:6
    50:22
**one's** 46:16
**open** 31:11 32:5
**opened** 31:13
**operating** 27:15
**operation** 50:16
**opinion** 16:7
**opportunity** 11:15
    12:23

**Optima** 9:17
**order** 31:20 33:2,4
    33:20,21 43:19,20
**original** 3:18,21
**originally** 24:18
**outcome** 60:15
**outcomes** 48:18
**overseeing** 9:11

**P**

**P** 2:1,1,12
**page** 22:13 33:24
    36:10,12 37:9,9
    37:10,11 39:16
    41:10,10 42:2,4,5
    43:4,17,18 44:2,2
    44:2,2,3,14,15
    48:13,16 49:11,12
    52:6 53:4 54:4
    57:6 58:7 59:2,6
**pages** 21:15,20
    22:11,15 23:2
    31:17 32:17 33:11
    33:24 43:18,22
    44:10 57:4
**part** 3:6 13:4,7 14:6
    17:15 34:11,12
    40:18 43:9 49:20
    49:23,25 50:4
    51:3,3,5,15
**PARTICIPANTS**
    2:2
**participating** 25:19
**parties** 3:3 45:19
**partner** 18:16 20:8
    29:23 40:3,4,6
**partnered** 40:22
    41:2
**partner's** 20:8
**party** 60:14
**pay** 40:22,25 55:3
**pending** 5:7
**percent** 6:25 7:2
**perception** 16:10
**Perfect** 54:20
**perfectly** 5:4 7:24

**Perio** 11:10
**period** 15:9 24:16
    42:15
**person** 13:2 19:25
    50:25
**personally** 11:22
**perspective** 41:16
**pertain** 22:15
**Pete** 12:6 20:2,4,13
    24:3
**phone** 23:7
**physically** 15:14
    29:9
**Picard** 1:7 4:1,2,7
    5:1 6:1 7:1 8:1 9:1
    10:1 11:1 12:1
    13:1,20 14:1 15:1
    16:1 17:1 18:1
    19:1 20:1 21:1,12
    21:12 22:1,3,6
    23:1,2,14 24:1
    25:1,13 26:1,22
    27:1,2 28:1 29:1
    30:1 31:1,2 32:1
    32:16,18 33:1
    34:1 35:1 36:1
    37:1 38:1 39:1
    40:1 41:1 42:1
    43:1 44:1,9 45:1,9
    46:1,11,15 47:1
    48:1 49:1 50:1
    51:1 52:1 53:1
    54:1,19 55:1,5,16
    55:21 56:1 57:2,9
    58:5 59:7
**Picard-1** 21:25
    59:7
**place** 15:17 17:11
    24:6,21 25:6
    26:11,14,19 30:13
    60:12
**placed** 26:7
**placement** 26:2
    35:18
**placing** 13:22 18:3
**plaintiff** 1:5 2:5 4:9

**please** 27:2 31:10
    32:5 36:11 41:22
    42:3 43:25 44:5
    46:23 47:21
**podcast** 43:9
**point** 5:2,5 9:3,19
    10:12 12:2 19:7
    25:22 39:24 42:7
    43:12 49:25 50:24
    50:25 54:17
**pool** 54:15
**portfolio** 12:17
    40:10
**portfolios** 9:14
**portion** 5:2
**position** 6:6 8:12,14
    11:5
**positioning** 41:16
**possession** 25:23
    45:7 47:6,8,10,17
    48:4,6,9
**possible** 38:10
    44:25
**Possibly** 41:17
**post** 18:19
**posture** 41:18
**potential** 11:4
    12:20
**potentially** 10:22
    12:17 14:6 17:8
    24:19 40:13 41:15
**practice** 14:3 16:18
    25:3
**present** 12:23
    15:14,19,23,24
    16:20 17:7 20:15
    29:9,13 30:14
    51:2
**presented** 12:25
    19:5,20 20:24
**presenting** 13:4
    14:5
**pretty** 17:6 28:12
**print** 39:12
**prior** 6:8 14:25
    35:7 60:5



**Private** 6:3
**probably** 24:16 31:3 41:20
**problem** 45:18
**proceed** 22:17
**produced** 30:6 31:19,20,21 33:4
**Professional** 1:18 2:9 60:3
**professionally** 20:12,14
**promised** 55:3
**provide** 6:24
**provided** 3:5,19 22:24 26:8 38:24 43:19 47:20
**public** 1:19 3:15,16 4:4 6:12 57:15 58:23 60:4,21,23
**publicly** 7:12
**pulling** 7:22 34:3
**purely** 48:22
**purposes** 21:16
**pursuant** 6:19
**put** 33:20 50:20
**putting** 21:13
**P.C** 2:3
**p.m** 23:21 37:7,14 38:18 42:8,21 43:4

**Q**
**QML** 36:4,7,8 49:15,16,18,19
**quality** 30:5
**quant** 25:14,19,20 26:2,6,13,18 34:2 34:5,8,11,14,25 34:25 35:4,6,13 35:18 40:16,17,18 41:6 51:15,24
**quantitative** 12:17 14:12 50:10,11
**quants** 50:7
**question** 3:8,10 5:3 5:7 27:10 30:18 32:5 34:4 45:10 46:18,23 49:18
**questions** 4:13,25 22:9,10,14,17 30:22 31:5 45:13 47:23 55:15
**quick** 54:18
**quickly** 6:14 38:10
**Quillacq** 2:13 10:14 11:4 12:23 16:13,22 24:3 30:16 36:16 45:25 55:22
**quite** 18:17 47:13

**R**
**R** 2:1,12 60:1
**raising** 42:13
**ran** 27:21 54:14
**Rawlins** 12:6 20:2 20:4,12,13,15,23
**reached** 18:20
**read** 36:12 46:23
**reading** 41:25 42:3 42:5
**ready** 22:8
**really** 24:24 46:4 48:16
**reason** 4:20 5:10 29:4,24 45:10,15 58:7
**recall** 6:23 10:24 11:14,16,16 12:4 12:5 15:20 16:14 16:15 17:24 18:5 18:6,8,17,20 20:25 24:24 26:23 27:6 32:24 35:11 35:22 36:2,9,20 37:5 38:6 39:7,12 39:15 40:2 41:8 41:24 42:11,14,16 42:19,22,24,25 45:11 47:15,24 48:14 49:19 51:6 52:5,24 53:13,16
53:17 56:9,16
**receive** 39:8
**received** 32:21 37:3 37:21 39:13
**recess** 32:13 54:22
**recitation** 24:5
**recognize** 36:8
**recollect** 49:20
**recollection** 12:9 26:16 29:21 37:25 44:23 45:2,8,14 45:17,21,24 46:13 46:17,18 47:3,7 47:10,19 48:4,7 48:11 49:16 55:21 56:3,11
**record** 4:19 13:23 22:4 32:16 35:21 46:6,10,16 54:23
**recruiter** 11:19,24 12:24 13:16 17:17 18:3,21 34:17
**recruiters** 56:13
**recruiters@nave...** 38:14
**recruiters@nave...** 39:3,10,14 56:6
**recruiters@nave...** 55:24
**recruiter's** 17:16
**recruiting** 11:21 14:3 16:17 25:3 40:22 41:2 56:8 56:14
**Red** 10:17 24:4 28:3
**refer** 23:12
**reference** 25:5 34:14 55:2
**referenced** 29:18
**referencing** 24:7,12 24:17 34:8 37:10 47:4 54:12
**referred** 8:5 36:7 43:7 49:15
**reflect** 23:3
**refrain** 4:20 7:22
**refresh** 12:9 29:20 44:22 45:2,7,13 45:16,20,24 46:17 47:2,10,19 48:4,7 48:10 49:16
**refreshing** 46:12,16
**Reg** 60:23
**regarding** 55:23
**Registered** 1:18 60:3
**relates** 7:8 14:12
**relation** 42:12
**relationship** 48:23
**relatively** 14:4
**remember** 47:15 47:24
**remote** 28:12
**remotely** 2:2 27:24
**repeat** 27:4 35:25 43:24,25 55:25
**rephrase** 5:3 47:21
**replied** 37:5
**report** 8:25
**reporter** 1:18,18 4:18 27:3 60:3,3
**represent** 4:9
**representing** 20:20 49:21,22 51:17
**Republic** 6:3
**require** 5:5
**reserved** 3:9,13
**residing** 4:2
**respect** 14:8 19:8 30:18
**respective** 3:3
**responded** 21:8
**response** 22:23 23:4 25:10 32:21 38:17,24 47:15 48:15
**responsibilities** 7:5
**responsible** 7:7
**restaurant** 12:6
**resume** 10:25
**return** 3:17
**revenues** 14:18
**review** 17:7 32:17 47:18 48:10
**reviewed** 33:17 34:9,11,12,15
**reviewing** 44:9
**Ridge** 6:11,16
**right** 3:7 5:4 14:17 14:18 18:17 22:13 22:16 24:16 31:5 32:8 45:5 54:17 56:17
**rights** 3:5,19
**risk** 10:23 11:2,4 11:11 24:11 51:8 51:12
**Robert** 1:7 4:1,2 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:2,9 58:5
**role** 8:21 19:8,14 20:18 30:15,17,20 50:12,17,19,22,23 51:5,21
**roles** 11:18
**room** 29:2
**Route** 28:4
**Royal** 9:11
**Rule** 3:19
**Rules** 3:6
**Rumson** 6:11,15,16



| | | | | |
|---|---|---|---|---|
| 12:6 | served 4:12 21:6 22:20 23:3 | 26:25 53:16 | **STIPULATIONS** 3:1 | 14:10,19,23 16:5 17:12,15,15,23 |
| **S** | server 37:18 38:23 39:6 | specific 22:10 36:22 56:10 | strategy 17:7 40:6 50:10,11 | 18:3 19:4,20 20:24 25:6,7,14 |
| S 2:1,12,12 59:5 | **SERVICES** 1:23 58:1 | specifically 10:23 12:19 23:14 55:23 56:9 | Strauss 11:10 | 25:19,20 26:2,7 26:13,18 34:2,5,8 |
| Salt 12:8,10,13 13:14 14:21 15:10 16:2 20:15,23 24:6,16,21 25:20 30:13 34:16 35:7 35:8,9,14,16 | serving 7:5 8:24 17:17 18:3 | speculation 41:17 52:3 | Street 2:8 | 34:11,14,25,25 35:4,6,13,18 |
| | set 15:8 35:18 60:12 | spend 28:14 | strike 3:8,11 | 40:16,17,19 41:7 |
| | setting 25:18 51:18 | spending 6:25 | strive 7:19 | 48:24 49:2,25 |
| | share 53:21 | spoke 24:3 | structure 14:18 | 50:7,9,13,14,15 |
| Sands 54:13 | shared 11:8 26:4 | spoken 14:25 | subject 30:21 57:5 | 50:18,20,21,23 |
| satellite 28:8 | **SHEET** 58:1 | stake 10:4 | subpoena 4:12 21:7 22:20,23 23:4 32:21 | 51:3,5,15,18 |
| saw 54:14,14 | short 22:3 | stamp 23:15 33:10 33:13,14 | | 52:21 |
| saying 22:19 36:24 37:9 46:3 | Shorthand 60:3 | stamped 33:3 37:13 59:7 | Subscribed 57:12 58:22 | teams 14:13 |
| says 41:22 52:25 | shot 23:11 33:12 | stamps 21:13 22:6 33:17 | subsequent 14:22 15:11 25:12 30:13 | telephone 26:17 |
| schedule 38:13,19 | shots 23:7 | stands 36:4,9 49:18 49:19 | substance 18:11 | tell 6:8 43:5 44:7 45:23 |
| scheduling 21:3 | shoulders 4:21 | start 4:16 43:17 | successful 55:4 | telling 56:12 |
| school 20:7 | show 21:10,14 43:10,13,16 | started 7:16 28:13 | Suite 2:4,9 | tells 53:8 |
| scope 6:22 | showing 33:11 | State 1:1 60:21,23 | sum 18:11 | term 47:3 |
| screen 22:16 23:6 23:11 33:12 | shown 57:5 | statement 49:9 | summer 10:18 24:8 24:9 34:18 | terminated 18:19 29:16 30:9 53:14 |
| scroll 22:7 31:17 | shrugs 4:21 | states 1:19 24:2 60:4 | **SUPREME** 1:1 | termination 18:19 |
| Sea 4:3 27:25,25 | sic 38:14 55:24 | Stecklow 2:8 13:18 21:18 22:12 26:20 26:24 30:24,25 32:8,11,14,15 46:6,10 54:23,24 59:4 | sure 27:10 34:24 50:3 51:21 55:25 56:3 | terms 18:25 19:4 21:12 |
| second 7:18 21:22 24:15 34:3 41:11 46:7 | side 49:7 | | | testified 4:4 51:7 |
| | sides 48:18,19 | | suspect 41:14 43:11 | testify 5:16 60:7 |
| see 4:17 31:6,25 33:10,13 37:3,14 37:17,21 42:20 48:15 54:5 | signatory 10:11 | | Switzerland 15:5 | testimony 1:16 3:9 3:11 5:11 7:21 21:2 45:18 57:3 60:10 |
| | signifying 56:14 | | sworn 3:14 4:4 57:12 58:22 60:6 | |
| | similar 20:6 | | | |
| | simply 48:20 | Stecklow's 30:22 | **T** | text 15:3 23:23 25:12,22,24 26:4 36:15 41:22 42:13 44:11 46:2,19 47:4 49:12 52:25 53:6 54:25 |
| seeing 54:8 | sit 35:11 | stenographically 60:11 | T 2:12 59:5 60:1,1 | |
| seeking 21:7 25:6 38:3 | skeptic 14:12,15 | steps 42:22 43:2 | take 4:18 5:8 11:23 24:21 31:14,23,24 32:9 54:18 | |
| seen 54:15 | slash 29:2 | Stewart 2:3 4:6,8 21:22 22:2,14 27:7 30:24 31:9 32:6,10,22,25 33:7,25 35:20 46:20 52:2 55:5 55:18,20 59:3 | taken 1:16 5:14 23:7 32:13 43:20 54:22 60:11 | |
| Seinfeld 43:8,14 | sleeves 40:10 | | | |
| select 21:11,14 | socialized 54:2 | | talk 33:25 | texting 52:7 |
| send 38:13,25 | someone's 46:12 | | talked 54:25 | texts 26:10 39:18 42:2 44:15 |
| sense 14:2 48:17 | son 54:14,15 | | talking 10:2 25:7 34:24 53:8 | |
| sent 23:19,23 32:25 36:19 37:2,22,22 37:23 38:2,4,5,6 38:18 39:9 | Sorin 29:20,22,25 30:19 49:15 | **STIPULATED** 3:2 3:23 | team 10:22 12:17 12:21 13:3,4,5,7 | Thank 13:24 30:23 30:24 32:12 43:15 44:12 54:21 55:16 56:18,19 |
| | sorry 6:13 26:25 34:10 35:24 52:15 | | | |
| | sounds 24:23 | | | |
| separate 21:19 | space 28:24,24 | | | |
| serve 7:14 8:20 11:23 | speak 53:2 | | | things 44:25 47:17 |
| | speaking 15:3,4 | | | |



| | | | | |
|---|---|---|---|---|
| **think** 7:16 13:25 14:25 18:19 21:13 25:18 31:2,7 32:5 41:14 42:22 47:9 48:17
**thinking** 42:23
**third-party** 40:9
**thought** 14:11 24:9
**time** 6:25 7:2 8:24 9:3,10,19 10:2,12 11:12,14 12:2 13:12,17,25 14:4 14:16 15:7,9 19:7 20:10 26:9 27:4 28:14,16 29:10 31:24 32:25 33:10 33:11,13,14,16,17 35:7,9 41:11 42:15 55:16 56:12 56:17,20 60:11
**timeline** 34:20
**times** 28:17,19 29:8
**title** 6:4
**today** 5:12 21:4 22:5 24:14 35:12 47:7,14,20,23 55:16
**told** 5:18 12:8 29:20
**top** 23:10 33:10 37:13 44:15 48:16
**towns** 20:6
**traded** 7:12
**transaction** 14:7
**transcript** 1:16 46:8 57:5 60:10
**trial** 3:13
**Trinity** 9:13
**true** 5:11 35:16 57:4 60:10
**truth** 60:7,7,8
**trying** 35:18 37:3 38:9,12,17,19 45:19
**turned** 32:20 33:19
**TV** 43:10,13 | **two** 9:16 14:25 15:2 15:21,22 21:15,19
**type** 14:19 18:7

**U**

**ultimate** 19:23
**ultimately** 8:7
**understand** 4:12 5:2 18:23 19:13 19:15 20:18 27:10 36:23 45:9,19 46:3
**understanding** 13:12 17:14 18:15 19:18 40:2 45:22 49:24 50:20 51:17 51:20
**understood** 5:9 13:24 24:12 25:2 28:6 31:3 44:8 56:2
**Uniform** 3:6
**use** 55:23 56:12

**V**

**v** 58:4
**verbally** 44:7
**vested** 10:9
**videoconference** 1:6,20

**W**

**wait** 24:15 27:2 37:9 52:11
**waived** 3:22
**waiver** 3:12,19
**want** 27:4 46:24 54:17
**wasn't** 13:25 51:21 51:22
**way** 43:16,21
**Wealth** 6:3
**weather** 41:24
**Wednesday** 1:20
**week** 28:13,17,19
**went** 16:10 20:7 | **weren't** 16:8
**West** 2:8
**We'll** 32:11
**we're** 4:13 7:20 10:2 31:16 32:7 32:16 53:19
**withdrawn** 25:9 46:14 50:3 53:24
**witness** 3:15,25 13:24 26:23 27:6 35:22 52:4 57:2 60:6
**word** 52:11
**work** 9:23 20:11 28:7 29:13 30:5 43:20
**worked** 20:13
**working** 6:10,17 7:2 11:19 27:24 39:25 41:6 49:4
**wouldn't** 5:10 11:11
**write** 46:24
**written** 6:20 21:7
**wrote** 42:20 43:5 48:16 54:5
**www.MagnaLS.c...** 1:25 58:2
**WYLIE** 2:7,8

**X**

**X** 59:1,5

**Y**

**Yeah** 19:22 38:12 42:5 52:4
**year** 14:25
**years** 9:16 15:2,5 18:9 53:22
**yesterday** 54:9
**York** 1:1,2,19 2:5,5 2:9,9 28:14 60:5 60:23
**Yup** 36:14

**Z** | **Zoom** 1:20

**#**

**#2B** 2:9

**0**

**0001** 21:12 22:6
**0047** 21:12
**006** 37:13,15
**01** 23:2
**01CH5006085** 60:23
**07760** 4:3

**1**

**1** 22:5 31:8 32:17 32:18 33:15
**1st** 6:7
**1-1** 21:20
**1-2** 21:21
**1-47** 59:7
**10** 32:9,11
**10:01** 1:21
**10:40** 39:19
**10:52** 32:14
**100** 7:2
**10025** 2:9
**10170** 2:5
**11** 32:11
**11:24** 54:19
**11:30** 54:19
**11:32** 56:20
**12/22/21** 58:5
**13** 37:7,14
**16** 49:13
**17** 28:13
**18** 28:13
**19** 39:16,18 41:10
**1990s** 9:10

**2**

**2** 42:8
**2:30** 42:8
**20** 9:15 41:10 58:22
**2005/2006** 9:15
**2016** 7:17,25 10:18 | 24:9 34:19
**2017** 23:15,19,20 25:23 37:7,14 39:18 42:8,12 49:13 53:5 54:6
**2018** 7:17,25 28:13
**2019** 6:7
**2021** 1:21
**2022** 57:13 60:24 60:24
**2023** 60:22
**2039678** 60:22
**21** 42:2,4,5 59:7
**22** 1:20
**22nd** 42:8,12,21
**221** 3:6
**23** 43:22 44:2,15 48:16
**231** 2:8
**24** 5:15 23:15 25:23 43:18,22 44:2,14 48:13
**24th** 23:19,20
**2440** 2:4
**25** 54:4
**26** 43:4 60:22
**27** 43:22 44:3
**28** 60:24
**28th** 43:4
**29** 52:6 54:6

**3**

**3** 24:2
**3:15** 42:21
**3:22** 43:4
**30** 59:4
**31** 53:4
**3116** 3:19
**36** 43:22 44:2
**37** 43:22 44:2 49:12

**4**

**4** 4:3
**4,55** 59:3
**4:11** 37:7,14,16 38:18 |



**4:41** 23:21
**420** 2:4
**44** 33:23,24
**45** 23:14
**46** 22:15
**47** 21:20 22:7,15
   23:3 25:13 31:16
   32:17 33:15
**47-page** 22:6 31:8
  36:11

---
**5**
---
**5** 37:9 60:24
**510** 28:5,21
**520** 28:4

---
**6**
---
**6** 36:10,12 37:9,11
**624-6221** 1:24 58:2
**654722/2018** 1:5

---
**7**
---
**7** 53:5

---
**8**
---
**8th** 28:5,21
**858** 4:2 27:25
**866** 1:24 58:2

---
**9**
---
**96th** 2:8

