# EXHIBIT C

Page 1

Volume:  I

Pages:  1 To 88

Exhibits:  See Index

SUPREME COURT OF THE STATE OF NEW YORK

INDEX NO. 654722/2018

)

NAVESINK INTERNATIONAL, LLC,                 )

    Plaintiff,                 )

)

   vs.                 )

)

THE CLINTON GROUP, INC.,                 )

    Defendant.                 )

)

)

    DEPOSITION OF SORIN ALEXE, a witness
called on behalf of the Plaintiff, taken
pursuant the New York State Federal Rules of
Civil Procedure, before Susan E. DiFraia,
Certified Shorthand Reporter and Notary Public
in and for the Commonwealth of Massachusetts,
on Monday, March 22, 2021 commencing at
10:00a.m.



Page 2

```
 1       APPEARANCES:
 2       LAW OFFICES OF NEAL BRICKMAN, P.C.
         420 Lexington Avenue
 3       New York, NY
         BY:  Jason A. Stewart, Esquire
 4       E-Mail:  Jason@brickmanlaw.com
         Attorney for the Plaintiff.
 5
 6
         WYLIE LAW
 7       231 West 96th Street
         New York, NY 10025
 8       BY:  Wylie M. Stecklow, Esquire
         Tel:  212.566.8000
 9       E-Mail:  Ecf@wylielaw.com
         Attorney for the Defendant.
10
11
12                       *  *  *  *  *
13
14
15
16
17
18
19
20
21
22
23
24
```



Page 46

1        collaboratively as a team going forward?

2               MR. SECKLOW:  I'm going to object as to

3               the relevance of that to the underlying

4               claim here but obviously allow the

5               witness to answer.

6    A.  I don't understand -- I don't remember

7        something like that.

8    Q.  You told us earlier there was no employment

9        contracts when you started with the Clinton

10       Group, correct?

11   A.  Yes, it was just a form saying that you are

12       employed and the salary.

13   Q.  Was the salary consistent with the terms laid

14       out in the July 7th e-mail?

15   A.  That was initial proposal for the salary

16       because the salary was paid by Clinton and as

17       soon as the partnership would make money would

18       move to the -- to a higher level.  But, yes, it

19       was 160 for everybody.

20   Q.  Did you receive that base salary?

21   A.  Yes.

22   Q.  And was it at that rate?

23   A.  Yes.

24   Q.  At any point in time during the year you were



Page 47

```
 1        with Clinton Group, did it increase?
 2   A.   No.
 3   Q.   Did you receive the bonus incentive that was
 4        described within the terms of the offer?
 5   A.   It was no bonus.
 6   Q.   There was no bonus meaning there was no bonus
 7        offered or meaning there was no bonus to pay?
 8   A.   There was no positive profits so the percentage
 9        was from nothing.
10   Q.   From your perspective was there something that
11        precipitated Gontran's exit from the Clinton
12        Group?
13   A.   Yes, I think George asked me at some point.  We
14        have to go back and find it.  It's in my other
15        notes.  Page 23 I guess.  Yes, sometimes in
16        mid-November 2017 George asked me about such
17        that Clinton was carrying on.  And I heard from
18        an e-mail of what he was doing and I sent it to
19        George.
20   Q.   At the time in November of 2017 was Gontran
21        engaging in research on the project?  Was that
22        his role?
23   A.   It was not his role, but he couldn't start
24        finding outside investors so meanwhile he was
```



Page 48

```
 1        trying to help with doing something.
 2   Q.   Was it that the project wasn't ready for
 3        outside investors, is that why he wasn't able
 4        to search for outside investors?
 5   A.   The project was not ready, yes.
 6   Q.   Did you offer the opinion to George that
 7        Gontran was not adding value at the time in
 8        November of 2017?
 9   A.   I mentioned that he was supposed to look for
10        raising money.
11   Q.   In the absence of being able to do that, was it
12        your opinion that he wasn't adding any value?
13   A.   I didn't say anything like that.
14   Q.   Is there an employee at Clinton Group by the
15        name of Waraporn Tongprasit?
16   A.   She was there at some point.
17   Q.   Did she ever have any involvement with your
18        project at the Clinton Group?
19   A.   She was participating with some presentations.
20        She was also helping, acquiring data from the
21        system and yes, I guess she was kind of the
22        interface between the group and technology
23        group.
24   Q.   When you say she was participating in
```



```
 1        presentations, what kind of presentations are
 2        you talking about?
 3   A.   Sometimes we have investors, they wanted to
 4        know more about what we are doing and we want
 5        to -- we went to Boston once to try to present
 6        it to some students and to some investors
 7        there.  So she was anticipating with --
 8        sometimes once I couldn't make it and she made
 9        the presentation instead of me.
10   Q.   Were any of those presentations for the
11        purposes of raising money?
12   A.   No.
13   Q.   After Gontran left the Clinton Group, did
14        Waraporn become further involved in any way
15        with your project?
16   A.   No.
17   Q.   Was she an employee of the Clinton Group prior
18        to you being hired there?
19   A.   Yes.
20   Q.   What was her title?
21   A.   I don't know.  I really don't know.  It's kind
22        of a researcher, slash management slash
23        operations.  It's hard to define.
24   Q.   Was there an organizational chart at the
```



```
 1        Clinton Group?
 2   A.   I don't know about that.  I know it was, you
 3        know, a CEO, I know the head of the start up
 4        group, and after that I don't know exactly.
 5        You know there are departments like system and
 6        operations and portfolio managers or research,
 7        but I don't know exactly how -- how that was
 8        defined.
 9   Q.   Who was your direct report?
10   A.   I was reporting to George.
11   Q.   At all times?
12   A.   Yes.
13   Q.   And ultimately was there something that
14        prompted you to move on from the Clinton Group?
15   A.   Well, Clinton Group was kind of slowing down
16        and at some point it was -- it was not going to
17        move on.
18   Q.   Were you caused to resign your position or
19        something else?
20   A.   At some point they said they cannot pay the
21        salary anymore so I went for a couple of weeks
22        more and then I decided to find something else.
23   Q.   Did you ever come to learn that Gontran sought
24        a recruiter's fee with respect to your hiring
```



```
 1        at the Clinton Group?
 2   A.   He told me that at some point.
 3   Q.   Did you know if Gontran was ever provided or
 4        paid any kind of recruiter's fee for placing
 5        you with the Clinton Group?
 6   A.   I don't know.
 7   Q.   Do you know if George Hall ever made any
 8        payment to Gontran with respect to placing you?
 9   A.   I don't know about that.
10   Q.   Did you ever have any discussions with George
11        Hall about Gontran receiving a placement fee or
12        a recruiter's fee?
13   A.   No, the only thing is it's in the documents
14        that I mentioned that I made a point that
15        Gontran had some interaction.
16   Q.   So you thought there was merit in the
17        introduction of having put you and the Clinton
18        Group together?
19   A.   It was merit in introduction of the partnership
20        to Clinton Group.
21   Q.   And by merit, do you mean some value deferred?
22   A.   Well, it happens -- it happened I think because
23        he was making all the connections.
24   Q.   Did Mr. Hall ever offer to you that Gontran
```



Page 52

```
 1        would be taken care of or compensated for that
 2        introduction?
 3   A.   He said something like when I mentioned that
 4        kind of merit, he said that that can be taken
 5        care of in a different way, rather than having
 6        Gontran employed.
 7   Q.   Did you understand what Mr. Hall meant as to
 8        how Gontran could be further compensated?
 9   A.   No, this is only one sentence that I remember.
10        I'm pretty sure that there was not anything
11        else.
12   Q.   And did that occur prior to Gontran being
13        terminated?
14   A.   Yes.
15   Q.   Would this have been in approximately November
16        of 2017?
17   A.   Yes, mid-November.
18   Q.   So did this -- was this part of the
19        conversation about Gontran's research that you
20        identified earlier?
21   A.   Yes.
22   Q.   And was -- did Mr. Hall raise at all the fact
23        that if Gontran had remained as part of the
24        team the project would not be able to move
```



1  Q.  Sure.

2              MR. STEWART:  I'm going to mark

3              plaintiff's Exhibit 4 here.

4              THE COURT REPORTER:  Can I just quickly

5              use the ladies loom?

6              MR. STEWART:  Sure, let's take a break.

7                  (Recess taken)

8              MR. STEWART:  No. 4 is going to be the

9              document Bates stamped, 00001 and 2, a

10             two page document.

11             MR. STECKLOW:  This is Exhibit 4, right?

12             MR. STEWART:  Plaintiff's four, right.

13             MR. STECKLOW:  Yes.

14                 (Document marked as Alexe

15                 Exhibit 4 for identification)

16  Q.  Mr. Alexe, we're back on the record.  I'm

17      showing you through the video share screen

18      what's been marked as Plaintiff's Exhibit 4.

19      If it's easier for you to follow along on your

20      own copy, it's the Bates stamped document

21      Sorin, 0001 and 2.  I believe this is an e-mail

22      correspondence exchange that you produced in

23      response to your subpoena, is that correct?

24  A.  Yes, please go to page 3.



Page 40

1    Q.   So we'll include the third page as well?

2             MR. STECKLOW:  So Exhibit 4 is now going

3             to be 001 through 003.

4             MR. STEWART:  Correct.

5             MR. STECKLOW:  Okay.

6    Q.   At the risk of backtracking, Plaintiff's

7         Exhibit 4 is going to be Sorin, 0001 through

8         04.

9             THE COURT REPORTER:  Okay.

10   Q.   And turning your attention to page 003, there

11        is an e-mail correspondence exchange here

12        indicated on the top from George Hall at

13        clinton.com, and this is dated Friday July 7,

14        2017.  Is this the e-mail that you were

15        describing to us in your prior testimony?

16   A.   Yes.  This is e-mail that basically was a

17        response to our pitch, and -- to the

18        limitations that Clinton cannot be an investor,

19        but Clinton Group could be an umbrella for this

20        partnership.  So let's say kind of submerged

21        out of hedge funds of Clinton Group.  So this

22        is description of how that subgroup of Clinton

23        is operated.

24   Q.   And if I'm understanding the proposal



Page 41

1      correctly, it was a proposal for employment, is

2      that correct?

3   A.  It's a proposal for three jobs for me, Suresh

4      and Gontran.  And it described bonus

5      compensation and other details and for how

6      to -- how to eventually raise money to just do

7      what we are looking for.

8   Q.  And this e-mail was directed to yourself,

9      correct?

10  A.  Yes.

11  Q.  Was there anyone else that was copied on this

12     e-mail?

13  A.  I shared that e-mail.  I sent it to Gontran and

14     Suresh immediately.  So we discussed this

15     e-mail after that.

16  Q.  Do you know why Mr. Hall sent the e-mail

17     directly to you and did not include the others

18     on the e-mail?

19  A.  We had a phone call before that and he

20     basically gave me this numbers and this ideas.

21     And then he said, I'm going to put that into

22     a -- an e-mail.  So it's a follow up of a phone

23     conversation.

24  Q.  And is that the phone conversation that's



Page 8

```
 1    Q.   What's your current title at Wall Eye Trading?
 2    A.   I think it's portfolio manager.
 3    Q.   And for how long have you held that position?
 4    A.   Four months.
 5    Q.   Prior to that where were you employed before
 6         that?
 7    A.   I have a company, Gamma Alpha, and I provide
 8         consulting.
 9    Q.   Were you self-employed?
10    A.   Yes.
11    Q.   For how long were you self-employed under the
12         Gamma Alpha Corporation?
13    A.   For about two years.
14    Q.   Where were you employed before that?
15    A.   Clinton Group.
16    Q.   And for how long were you employed for the
17         Clinton Group?
18    A.   About one year.
19    Q.   What was your title with the Clinton Group?
20    A.   I think portfolio manager.
21    Q.   When you say "you think portfolio manager,"
22         were you hired in a certain position?  Did it
23         change at some point during your tenure?
24    A.   No.  But there is no documentation so I say I
```



```
 1                          CERTIFICATE
 2
      COMMONWEALTH OF MASSACHUSETTS)
 3    SUFFOLK, SS.                 )
 4
               I, Susan E. DiFraia, Certified
 5    Shorthand Reporter and Notary Public in and for
      the Commonwealth of Massachusetts, hereby
 6    certify that:
 7               SORIN ALEXE, the person hereinbefore
      set forth, was by me satisfactorily identified
 8    by means of a Massachusetts driver's license,
      and was duly sworn to testify to the truth and
 9    nothing but the truth by me and that the
      foregoing transcript is a true and accurate
10    transcription of my stenotype notes to the best
      of my knowledge, skill, and ability.
11
               I further certify that I am not
12    related to any of the parties in this matter by
      blood or marriage and that I am in no way
13    interested in the outcome of this matter.
14               IN WITNESS WHEREOF, I have hereunto
      set my hand and affixed my notarial seal this
15    20th day of April 2021.
16
17    _____
18                          Notary Public
                            My commission expires
19                          11/17/2025
20
21         ***********************
22
      THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES
23    NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY
      MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR
24    DIRECTION OF THE CERTIFYING REPORTER.
```



Page 1

**A**

A-l-e-x-e 6:6
a.m 42:6 65:18
ability 5:11,16
  88:10
able 11:20,21
  43:6 48:3,11
  52:24
absence 43:7
  44:6,14,20
  48:11
accept 38:10
  84:10
accepted 31:22
  69:21
accepting 27:24
account 28:3
accurate 5:12
  63:5,8 72:14
  77:4,21 86:2
  88:9
accurately 5:22
acquiring 48:20
act 26:17 57:8
  61:12 64:10
  84:16
acting 14:8 23:10
  60:15 61:2 84:6
activities 29:23
actual 55:13
adding 48:7,12
  75:1
address 6:7,13
affixed 88:14
afforded 31:4
afternoon 4:12
ago 62:18
agreeable 54:18
agreement 4:18
  29:11
aiding 22:2
Alexe 1:12 3:4
  4:3,12 6:6 9:14
  21:7,13 24:13
  25:21 39:14,16

53:17 54:3 60:4
  64:22 75:19
  81:22 85:6 86:1
  88:7
allocated 31:6
allocations 31:2
allow 5:8 46:4
allowed 62:19
alpha 8:7,12 66:8
alternative 26:15
  61:11
alternatives
  26:13
altogether 29:5
  59:9
American 27:16
amount 31:4
  65:10
and/or 56:3,4,16
  58:11 88:23
anecdotal 82:10
answer 5:6,9,24
  16:18 18:15
  24:24 25:1
  33:21 37:3
  43:15 46:5 54:9
  81:7 84:24
answered 10:9
  18:15
answers 4:24
  54:14 86:3
anticipated 5:7
  68:12 71:24
  72:7
anticipating 49:7
  69:7
anticipation 19:9
anybody 21:24
anymore 50:21
anyway 78:6
apartment 6:8,12
apparently 69:21
APPEARANC...
  2:1
applied 11:23
apply 4:19 14:14

88:23
applying 11:10
appointments
  16:11
appreciate 33:22
  85:6
approach 23:18
  26:13
approached
  23:21
appropriate 81:1
approval 77:11
approve 77:13,14
approximately
  7:3 13:12 23:5
  42:6 52:15
April 23:17,21
  25:10,11 26:2,7
  35:22,23 43:10
  44:11 64:13
  88:15
arbitrage 11:13
Archibald 23:1
area 11:8,12 74:7
arrangement
  28:10,18 32:7
arrived 36:8
aside 42:10
asked 47:13,16
  55:7,8 73:12
  78:7
asking 23:23
  38:6 54:10,15
  54:22 58:10
  65:5 80:21,22
asks 65:22
assume 6:1 54:16
assuming 79:15
assumption
  81:20
attached 56:5
  86:4
attachment
  10:16 66:8
attention 40:10
  42:2

attorney 2:4,9
  4:13
attributed 29:20
authorization
  77:17
Avenue 2:2 6:8
aware 59:3 63:20
  80:16,18,22
  84:5,9

**B**

B 3:8,12 69:24
  70:2 71:7
B&L 28:13
B6 6:8
back 9:8 10:16
  10:22 11:3
  16:18 17:19
  39:16 47:14
  53:15 55:5
  69:15
background
  77:10 78:3
backtracking
  40:6
balance 45:22
bank 28:4
base 46:20
bases 14:3
basic 4:16
basically 29:24
  40:16 41:20
  55:9
basis 71:4
Bates 10:10,22
  21:5 24:9 39:9
  39:20 54:21
  60:1 66:21 71:8
  75:9,12
Bay 27:20,21
  28:2,7,11,17,19
  32:5,21 79:10
  80:4
BD 6:24
bear 60:8
began 15:9 23:4

beginning 79:24
begun 43:10
behalf 1:12 14:8
  23:11
believe 23:10
  39:21 56:22
  57:13 61:2
  64:24 65:2
best 16:18 33:22
  88:10
big 72:13
birth 6:16
bit 11:18 31:19
  37:4
blood 88:12
bonus 41:4 47:3
  47:5,6,6,7
Booth 27:20,21
  28:2,7,11,17,19
  32:5,21 79:10
  80:4
Boston 49:5 79:1
  84:11
bottle 80:1
bottom 75:13
break 39:6 53:14
  80:8
BRICKMAN 2:2
brief 53:13
bring 12:5
broad 73:19
brought 11:5
  42:24 43:4
Bucharest 7:8,9
budget 69:14
  79:22
business 37:20
  38:9 61:18,21
  61:24 62:8,10
  62:14,16
buy 12:16

**C**

C 3:12 4:1 75:7
  75:11
cafeteria 34:13



call 14:19 18:11
  18:12 41:19
  42:5,8,13,16
  44:23 65:22
  70:20,23
called 1:12 4:4
  18:16,19 58:13
  65:24 66:8
candidacy 16:21
  17:1
candidate 22:1
capacity 28:7
capital 19:7
  30:14 31:4,5,8
  76:10 83:10,17
care 19:24 52:1,5
carrying 47:17
catch 30:17
caused 15:16
  50:18
CEO 50:3
certain 8:22 11:4
  28:12 31:3
CERTIFICATE
  88:1
CERTIFICAT...
  88:22
Certified 1:14
  88:4
certify 86:2 88:6
  88:11
CERTIFYING
  88:24
chance 10:15
change 8:23
changes 77:16,20
  77:23,24 78:1
chart 49:24
chat 69:20
check 10:19
chunk 72:14
circulate 55:9
Civil 1:13
claim 46:4
clarifying 22:13
clearly 25:8

client 82:5
Clinton 1:8 8:15
  8:17,19 9:2
  10:7 11:4,6
  12:19,23 13:10
  13:13 23:18,22
  24:2,5,23 25:6
  26:8 27:24
  28:15,23 32:22
  34:1,2,3,19,21
  36:3,7 38:7
  40:18,19,21,22
  45:2,12,23 46:9
  46:16 47:1,11
  47:17 48:14,18
  49:13,17 50:1
  50:14,15 51:1,5
  51:17,20 55:6
  56:4 57:24
  58:22 60:14,16
  60:20 61:16,23
  63:3,17 64:2,6
  64:12,16 71:5
  72:3,18 74:4,10
  78:18 81:3,13
  83:6,7 84:14,17
  84:22
clinton.com
  40:13
close 28:1
code 12:17
collaboration
  73:3
collaboratively
  46:1
colleagues 20:9
  20:10
collecting 81:3
collectively 28:19
combinatorics
  7:13
combiner 12:16
  12:16
come 14:1 15:3
  36:19 37:5 38:2
  50:23 82:14

commencing
  1:15
comment 81:10
commission
  88:18
commitment
  73:24
Commonwealth
  1:14 88:2,5
communication
  18:5 60:13
communications
  56:2,15 58:10
  58:20
companies 15:23
  16:12 27:10,14
  78:15
company 8:7
  13:2 26:23 33:8
  37:8,19
compensate
  28:12
compensated
  52:1,8
compensation
  14:21 15:1
  31:10 41:5
complete 7:1,3
completed 76:24
completely 78:20
  79:6
computers 62:6
conceived 31:14
  33:10
concept 23:6
  64:18
concerning 56:3
  56:16 58:11,21
concluded 85:8
conclusion 36:20
  37:6
conditions 35:2
  63:10,14 69:21
conference 34:11
conferring 78:13
confirm 62:24

Connecticut 6:9
connection 5:18
connections
  51:23
consequence
  84:23
consistent 46:13
consultant 25:22
  37:11
consulting 8:8
contact 14:5
  20:20,22 21:1
  65:6 73:23
contacted 44:17
contacting 73:10
contain 24:21
contained 42:11
contains 86:2
contemplated
  29:11
contemplating
  61:20
contemplation
  31:21
continual 79:16
continue 69:12
contract 9:4
contracts 46:9
contribute 12:11
CONTROL
  88:23
conversation
  16:5 18:4,7,20
  41:23,24 42:15
  42:20,22 43:11
  43:17,20 44:4,7
  44:9 52:19
  56:11 57:23
  58:1,15 64:9
  67:3
conversations
  19:1 45:21
copied 41:11
copies 55:20
copy 39:20 62:16
copyright 12:10

78:9,12
corporation 7:22
  8:12
correct 13:5
  24:12 25:3
  26:20 28:20,24
  31:15 35:11
  36:4 38:18,22
  39:23 40:4 41:2
  41:9 46:10
  55:18,22 56:5
  56:12,19,20,23
  58:15 59:2
  60:17 61:7,8
  62:14 63:12,19
  64:7,12,20 65:6
  65:11,22 66:9
  67:1,4,11,15,23
  68:1,6,12,15
  69:3,4,18 70:14
  70:15,16,18,21
  70:24 71:5,18
  72:1,7,24 73:6
  73:15 74:5,10
  74:14,16 75:1,5
  76:6,8 77:7,11
  77:13 78:9
  81:13 84:14,18
  84:19
correction 86:3
correctly 41:1
correspondence
  34:15 39:22
  40:11
counsel 4:4
couple 9:6 50:21
  54:4 81:23
course 12:15
  15:15 21:12
  23:9 27:1 42:22
court 1:3 4:20
  39:4 40:9 43:23
  44:2 66:12,16
cover 36:22
covered 12:10
  78:9,11



**create** 12:6 20:2 31:23
**created** 32:1 61:6 61:18 75:4
**creating** 15:21 62:13 74:24
**Credit** 17:5
**CROSS** 54:1
**culminate** 27:23
**current** 8:1
**currently** 7:14,16

**D**

**D** 4:1
**daily** 37:10
**data** 11:20,22 14:3 20:1 36:22 36:24 37:1 48:20
**date** 6:16
**dated** 40:13 65:17
**day** 35:12 36:10 45:9 86:5,9 88:15
**days** 67:4 83:13
**deal** 28:1 81:2,19
**December** 21:17
**decide** 20:23 30:6 81:9
**decided** 24:6 32:11,23 34:2 35:12 36:12 45:5 50:22 60:22
**decision** 14:20 32:20 33:24 34:18 45:15
**decreased** 79:23
**defendant** 1:8 2:9 54:23 71:7 75:10
**defendant's** 53:20,22 69:23
**Defendants** 70:1
**deferred** 51:21

**define** 49:23 73:20
**defined** 50:8 58:8
**defining** 73:18
**definitely** 84:12
**degree** 7:12
**deliver** 73:23
**demand** 59:12
**department** 30:3 30:7,21 37:21
**departments** 30:6 33:11 50:5
**depending** 58:4
**deploying** 59:8
**Deponent's** 86:7
**deposition** 1:12 4:17 10:12 21:11
**deQuillacq** 13:16 13:19
**describe** 12:13 78:5
**described** 28:17 41:4 47:4 64:4
**describing** 11:16 29:9 40:15
**description** 3:9 38:11 40:22
**design** 12:2 20:3
**detail** 21:20
**details** 41:5 42:10 66:6,24
**determined** 45:1
**develop** 12:3
**development** 30:24 38:1
**different** 11:24 26:23 37:4 52:5 58:4 77:22
**differently** 31:19
**difficult** 32:19 79:11 80:1
**DiFraia** 1:13 88:4
**Dileep** 25:17 26:5 33:6,10,16

35:22,23 37:13
**Dileep's** 36:20 37:6,23
**dimensions** 71:20
**direct** 3:5 4:10 22:5 50:9 88:23
**directed** 41:8
**direction** 32:6 88:24
**directly** 38:3,21 41:17 65:6 66:4
**discuss** 35:1 38:9 63:23
**discussed** 26:11 29:23 34:4,8 41:14 42:12 43:14 45:3,4 71:22
**discussing** 15:18 63:10
**discussion** 18:19 24:1 26:12 33:3 33:4 34:5 43:10 43:12 55:4 56:22 57:5 58:14 59:13,24 60:19 63:16 75:18
**discussions** 18:22 23:9 24:7 29:13 43:9 51:10 82:21
**disinclined** 26:8
**distribute** 19:14
**Distributed** 29:1
**distribution** 29:17,22 30:6 31:5
**division** 17:11,13 79:7
**document** 3:9,10 3:10,11,11,12 3:12 9:14,21 21:5,7 23:15,20 24:9,11,13,16 24:19 25:1

38:12,24 39:9 39:10,14,20 53:19,22 60:4 60:11,12 61:5 64:5,23 66:15 66:18,22,23 70:3 74:17 75:19,23,24 76:1 77:1,6,12
**documentation** 8:24 23:12
**documented** 9:1
**documents** 9:24 10:4,10,21,23 14:14 51:13 55:9,10,21 57:10,11,12,13 57:15 58:19 59:1,16,18
**doing** 4:17 31:17 38:7 47:18 48:1 49:4
**draw** 42:2
**drew** 31:11
**driver's** 4:6 88:8
**duly** 4:7 88:8

**E**

**E** 1:13 3:1,8 4:1,1 87:1,1,1 88:4
**e-mail** 2:4,9 18:5 21:19 22:6,17 34:14 38:5,14 39:21 40:11,14 40:16 41:8,12 41:13,15,16,18 41:22 42:15 44:23,24 46:14 47:18 62:20,22 65:8,9,10,13,17 69:15,16,17 71:2
**e-mails** 10:5 17:2 45:3 55:5 56:5 56:7 58:16,17
**earlier** 35:21

38:15 43:14 46:8 52:20 54:6 57:22 63:2 65:4 67:4 70:12 71:15 76:22 78:7
**easier** 39:19
**easy** 9:17
**Ecf@wylielaw....** 2:9
**economic** 14:21 14:24
**education** 6:18
**educational** 78:3
**effort** 72:19,22
**efforts** 56:17 58:12 74:9
**either** 45:23 58:2 73:8
**Emergent** 17:9
**employed** 7:14 7:16 8:5,14,16 9:5 12:20 13:2 13:3,4,7 29:5 37:9 46:12 52:6 74:9
**employee** 48:14 49:17
**employer** 14:17 16:22
**employer/empl...** 28:24
**employment** 9:3 11:3 13:10 15:9 17:5,9 27:2 28:6,22 36:14 36:16 38:4,21 41:1 46:8
**engaged** 71:16 72:19
**engaging** 47:21 71:13
**entail** 14:13
**entire** 25:7
**entirely** 31:18 43:16



entities 27:3
entity 29:8 56:18
  79:6 80:5
environment
  35:3
equal 30:9
Equally 5:22
equation 33:7,17
equity 11:11 12:1
Esquire 2:3,8
eventually 41:6
everybody 45:7
  46:19
evolved 37:16
exactly 36:23
  42:4,15 50:4,7
  82:11
examination 3:5
  4:4,10 54:1
  82:1 84:1
examined 4:8
example 45:16
exchange 39:22
  40:11
exclusively 18:21
execution 20:1
exhibit 3:9 9:12
  9:15,19 10:24
  21:4,8 24:9,14
  39:3,11,15,18
  40:2,7 53:20,23
  54:23 60:8
  64:24 65:1,2,4
  66:20 69:24
  70:2 71:7 74:18
  74:21 75:7,11
Exhibits 1:2
exist 59:2 61:5
  75:5
exit 47:11
expectation
  63:18 70:24
  80:17 84:9,20
expected 63:24
expenses 62:5
experience 76:3

76:14 77:10
experiences 82:3
expertise 11:5
expires 88:18
explain 79:19
explanations
  76:13
extent 16:17
Eye 7:17,19,20
  7:21 8:1

---
**F**

fact 45:10 52:22
  54:17 60:1 74:8
factory 66:8
failed 5:15
fair 80:24 81:9
  81:10,19
familial 25:24
familiar 20:5
far 6:2
fast 79:23
February 9:8,10
  23:7 44:11
Federal 1:13
fee 50:24 51:4,11
  51:12 62:7,10
  63:14,18 64:1
  64:18 67:7
  70:14,24 80:3
  80:18,19 81:2
  81:16 82:15,19
  82:23 84:10,21
fees 82:7 85:3
file 59:24
finalized 6:23
financing 79:15
find 22:19 43:13
  47:14 50:22
  57:9,19 62:24
finding 16:3
  47:24
finish 5:5,8 54:6
  54:9 62:23
finished 75:22
  76:16

first 4:7 9:20
  13:18 14:1 16:8
  16:19 18:3,20
  23:6 25:9 35:12
  36:8 45:9 55:4
  55:20 65:8,17
  68:23 69:2,8
  71:16 73:12
  77:21 78:21
  79:4
fit 33:12
five 45:13,13
  67:20
flow 79:16
focus 18:21
follow 34:14
  39:19 41:22
  53:9 81:24
  83:21
followed 44:24
following 26:6
follows 4:9
foregoing 86:2
  88:9,22
forget 56:24
form 9:5 29:8
  46:11 81:5
format 59:19
forth 55:5 86:3
  88:7
forward 34:1,3
  34:18 35:4,10
  35:15 36:3,12
  43:7 44:6,14
  45:1,15,17,23
  46:1 53:1 63:12
  67:1 69:19
  71:24 72:5
forwarded 69:17
found 60:17
four 8:4 25:14
  27:8 34:23
  39:12 45:13,13
  63:4 66:22
frame 68:17 72:9
  73:4

framework 42:14
Friday 40:13
front 57:1
fulfill 69:2
full 6:4
fund 15:21 28:14
  59:7 72:14
  78:19 79:3,8
fund-raiser
  71:17
fund-raising
  73:22 74:13
fundamentals
  11:22
funded 26:16
  58:3,5,6 61:12
  64:10
funding 68:9
  73:6 79:13
fundraise 73:14
fundraising
  33:13 73:16,18
  73:20
funds 40:21 68:6
  68:14 74:6,8,11
further 36:13
  49:14 52:8
  83:20 88:11

---
**G**

G 4:1
Gabriella 25:20
gained 13:9
gaining 73:6
Gamma 8:7,12
general 18:23
generally 7:5
generate 11:24
generated 25:2
generic 11:15
George 38:3,14
  40:12 42:3
  45:20 47:13,16
  47:19 48:6
  50:10 51:7,10
  56:9 65:5,20

69:16
getting 19:2
  25:17 35:4 58:3
  71:23 73:9
  81:18
give 5:6,11,16 6:4
  16:18 57:3
  65:22 66:17
  76:15
given 57:18
  77:16
giving 4:16,20
  33:22 54:15
  73:17 79:13
go 14:15 16:1
  21:11 27:8 30:1
  30:2,4,5,16,18
  30:20 33:23
  34:3 39:24
  47:14 55:24
  56:1,1,14 64:23
  66:24 67:20,22
  78:18 80:8
goes 5:20
going 11:3 16:15
  18:13 19:14,15
  21:3,9 24:4,5
  25:18 28:4 33:8
  34:3 36:14
  37:10,19 39:2,8
  40:2,7 41:21
  43:12,13 44:6
  44:14 46:1,2
  50:16 53:9,12
  54:3 55:24 57:6
  57:7,8 59:11
  64:23 68:14,19
  69:15 71:7 75:7
  79:5,17 80:7
  81:16
Gontran 10:6
  13:16,23 14:1,4
  14:10,22 15:17
  16:9,19 17:4
  18:4 19:10
  20:15,16,18,20



21:14,19 22:1
22:16,24 23:5
23:10,18,21
24:1,22 25:16
26:4,10 29:18
30:21 33:5 35:6
35:9 36:3 38:18
41:4,13 42:19
43:3 44:7,10,21
45:11,21 47:20
48:7 49:13
50:23 51:3,8,11
51:15,24 52:6,8
52:12,23 53:4
55:8,10,21 56:3
56:16 58:4,11
58:18,21 60:13
60:14,23 61:9
62:8,13 63:23
64:3,9,16,17
67:10 68:22
69:12 70:16,18
70:20,22 71:4
71:12,16 72:10
72:18 73:13
74:23 78:16,21
79:4 80:4,17
81:1,15 82:17
84:5
**Gontran's** 47:11
52:19 55:3
68:18 74:9
**good** 4:12 32:14
54:7 73:22
**gotten** 71:2
**GQ** 59:24
**granted** 76:23
**Graph** 7:13
**Great** 80:12
**group** 1:8 8:15
8:17,19 9:2
10:7 11:4,6
12:19,23 13:10
13:13 23:18,22
24:2,3,5,23
25:6 26:8 27:4

28:15,23 32:22
32:24 34:1,2,3
34:19,21 36:3,7
37:12 38:7
40:19,21 45:2
45:12,24 46:10
47:1,12 48:14
48:18,22,23
49:13,17 50:1,4
50:14,15 51:1,5
51:18,20 55:6
56:4 58:7,22
60:14,16,21,23
61:16,23 63:3
63:17 64:7,12
64:17 68:21
71:5 72:3 74:4
74:10 81:3,13
84:14,17,22
**guess** 11:8 16:2
16:23 26:22
37:2 44:11
47:15 48:21
**guessing** 36:17
**guys** 43:23 58:3
61:19 80:5

**H**

**H** 3:8 87:1
**half** 36:9
**Hall** 38:3 40:12
41:16 42:17,23
43:6,18 44:5,17
51:7,11,24 52:7
52:22 65:5,11
66:23 69:16
70:6,10 71:3
**Hancock** 6:15
**hand** 88:14
**handle** 19:21
**happen** 18:11
26:17
**happened** 23:3
51:22 64:11
68:5 69:5
**happens** 51:22

**happy** 45:5 54:13
59:22 60:22,24
**hard** 33:19,20
49:23
**head** 5:2 50:3
**hear** 32:12 63:23
64:17
**heard** 10:2 47:17
81:15
**hedge** 28:14
40:21 72:13
79:3
**held** 8:3
**help** 20:18 36:24
48:1 68:19
69:12 72:23
74:12
**helped** 12:2
**helping** 22:19
48:20
**hereinbefore**
88:7
**hereunto** 88:14
**herewith** 86:3
**hey** 81:15
**Hi** 42:3
**high** 19:13 66:6
79:18,20
**higher** 46:18
**highest** 6:18
**hire** 20:17 26:8
60:20,24 64:1
**hired** 8:22 9:2
17:16 28:6 30:3
30:5 34:22 35:4
38:20 49:18
60:15 69:1
**hiring** 19:3 26:13
30:1 32:5 50:24
56:4
**history** 12:21
**hitting** 72:6
**hold** 12:8
**honestly** 78:2
**How's** 62:23
**HOWARD** 9:11

**Humbert** 22:16
**hypothesis** 26:11

**I**

**idea** 37:22,23,24
**ideas** 41:20
**identification**
9:15 21:8 24:14
39:15 53:23
67:9,13 70:2
75:11
**identified** 4:6
52:20 56:23
59:20 60:7 62:1
62:5 74:18 88:7
**identifies** 60:12
**identify** 57:17
60:5
**identifying** 57:14
70:9
**immediately**
41:14
**impact** 5:11,15
**important** 4:23
5:3,21,23 36:21
37:7
**importantly** 54:5
**incentive** 47:3
**include** 25:15
40:1 41:17 78:2
**included** 25:21
42:20 58:16
60:1 62:7 80:3
**including** 67:10
71:4
**incorporation**
19:22
**increase** 47:1
**independent**
78:20
**Index** 1:2,3
**indicated** 40:12
**indicates** 77:1
**individual** 13:15
20:5 22:15
25:20

**individuals** 43:8
44:15 78:14
**information** 70:6
76:11 84:5
**infrastructure**
36:7
**initial** 26:7 46:15
60:19 79:21
**initially** 30:7,9
55:8
**initials** 76:5,8
**inside** 58:7 83:6,7
**instance** 18:20
29:24
**instructions** 4:17
4:19 6:2 54:4
**integration** 12:17
**intellectual** 78:14
**intended** 30:12
**interaction** 16:9
51:15
**interested** 36:18
88:13
**interface** 48:22
**International** 1:5
4:14
**interviews** 14:18
**introduce** 20:14
21:19,24 22:1
22:15 24:8
**introduced** 17:1
20:16 21:14
22:4
**introduction**
20:19 21:21
24:6 51:17,19
52:2
**invested** 74:4
**investment** 17:15
28:9
**investor** 40:18
**investors** 16:3
27:12 31:16
47:24 48:3,4
49:3,6 59:7
73:10,24



involved 27:18
27:19 49:14
64:16 82:4,21
involvement 22:5
48:17 64:7
irrelevant 21:11
issues 19:22 20:1
36:6,22
item 19:16

_____

**J**

January 23:7
Jason 2:3 4:12
53:21 59:12
62:19 71:8
74:21 76:20
80:10
Jason@brickm...
2:4
Jersey 7:2
job 16:3 17:1
19:2 22:18,20
35:16,18,20
37:9 71:5 76:14
78:22 84:10,14
jobs 22:7 29:6
41:3
join 33:9 37:10
37:20 44:20
July 13:11,12
38:20 40:13
42:5 44:17,24
46:14 65:9,17
69:15
June 34:20

_____

**K**

keep 29:9 71:7
kind 9:3 12:8
18:2 26:11
40:20 48:21
49:1,21 50:15
51:4 52:4 58:7
73:3 76:10
know 5:20,24
13:15 14:24

15:2 17:13,13
19:22 20:8,22
20:24 22:22
23:2 26:21
31:17 33:3
34:16 36:9 37:9
37:17,24 41:16
42:19,21 49:4
49:21,21 50:2,2
50:3,3,4,5,7
51:3,6,7,9 53:7
54:12 57:2,15
67:17 73:1,7,10
75:13,22,24
76:9,9,16 77:22
82:10,11,18
83:9,16,18
84:16,20 85:1,1
85:2
knowledge 82:7
82:10,24 84:4
84:13 88:10

_____

**L**

ladies 39:5
laid 46:13
language 77:22
law 2:2,6 78:13
lawyers 55:3
leading 82:21
learn 50:23 66:5
learning 25:23
left 36:16 49:13
78:18
legal 19:22
let's 29:24 39:6
40:20 64:23
letters 76:13
level 6:18 19:13
37:20 46:18
66:6 68:8
Lexington 2:2
libraries 12:14
license 4:7 88:8
Lighthouse 16:13
27:15

limitations 40:18
line 77:5 87:3
lines 9:6 38:9
link 10:12
listed 10:5
little 11:18 31:19
37:4
LLC 1:5
load 11:20
location 34:12
long 8:3,11,16
13:7 42:8 45:11
62:18 67:18,20
67:22 68:4 83:9
longer 33:6
look 6:20 10:15
36:24 37:9 48:9
62:18,24 65:8
80:11
looked 60:20
looking 15:4,6,15
20:17 22:6,17
35:16,18,20
37:17 41:7
42:12 59:6,23
60:4,10 66:20
73:7 75:22
78:22 79:2 85:3
looks 10:17 24:2
36:18 75:16
loom 39:5
lot 16:15 77:24
78:1

_____

**M**

M 2:8 3:1
main 36:23
maintain 6:10
making 12:12
27:19 31:21
51:23
manage 23:23
managed 28:3
management
28:5 49:22
manager 8:2,20

8:21 29:18
managers 50:6
maneuver 71:10
March 1:15 6:17
mark 9:12 21:4
23:16 39:2
53:19 54:22
75:7
marked 9:14,18
21:7 24:9,13
39:14,18 53:22
64:24 70:1
75:10,14
market 11:9
31:16
marketed 31:15
markets 12:1
marriage 88:12
masked 76:11
Massachusetts
1:14 6:11 88:2
88:5,8
match 55:12,15
76:14
matches 21:16
materialize 16:10
17:22
materialized
32:3
materials 6:21
19:10
mathematical
11:10,23
matter 88:12,13
matters 83:13
mean 4:24 5:1
32:17 45:7
51:21 59:5,6
79:19
meaning 47:6,7
means 12:13,13
16:6 34:6 73:8
73:16,22 85:2
88:8,23
meant 52:7
measured 74:15

medication 5:10
5:14
meet 13:22 14:1
34:21,23
meeting 14:19
25:9 26:2,7
34:9,15,17
35:24 44:10
57:24 64:3,15
72:22
meetings 18:2
19:5,9 25:19
27:1,3,4,6 35:5
61:15 63:17,21
63:22 64:2
72:10 73:5
members 25:12
25:13 29:1,7
57:23 60:21
61:10 62:2
memory 58:14
mention 64:17
67:6
mentioned 11:19
23:12 26:24
48:9 51:14 52:3
54:6 60:18
61:10 63:2 64:3
70:23 78:21
mentioning
73:16
merit 51:16,19
51:21 52:4
met 13:18 16:19
34:7 63:3
methods 18:17
mid-November
47:16 52:17
middle 42:2
mine 12:18
minutes 42:9
misspoke 22:9
model 68:4,11,15
69:6,6 72:6
74:14,23
models 11:10



12:1
**modified** 77:9
**moment** 33:24
**Monday** 1:15
**money** 15:7,20
  17:14 18:9,22
  18:24 19:20,21
  23:23 28:4 30:2
  30:2,21 32:17
  38:6 41:6 46:17
  48:10 49:11
  68:20,22 72:12
  72:20,24 74:3
  78:19 79:16
  83:2,4
**month** 68:5,23
  69:9
**months** 8:4 45:13
  45:14 68:9 69:2
  71:17 73:13
  83:13,15
**move** 15:4 33:24
  34:18 35:4,10
  35:15 36:12
  43:6 45:1,15,17
  45:23 46:18
  50:14,17 52:24
  63:11 71:24
**moved** 32:6
**moving** 36:3 72:5
**multiple** 27:3

**N**

**N** 3:1,1 4:1
**name** 4:12 6:4
  13:15 19:24
  20:5 22:16
  25:20 48:15
  59:24
**names** 11:14,15
  27:13 57:16,18
  59:19
**narrow** 18:2
**native** 59:18
**natural** 38:1
**naturally** 37:17

**Navesink** 1:5
  4:14 21:5 56:3
  56:16 58:11,20
  71:8 75:15
  76:19 80:20
**Navesink's** 56:16
  58:12
**NEAL** 2:2
**necessary** 71:23
**neck** 80:1
**need** 36:13
**negative** 69:9,9
**never** 31:24 32:3
  63:16
**new** 1:3,13 2:3,7
  7:2 15:12,15
  16:2 19:3 22:20
  34:10
**nice** 66:5
**nods** 5:2
**normally** 5:14
  83:9,12
**notarial** 88:14
**Notary** 14:4,8
  86:10 88:5,18
**notation** 59:20
**note** 11:21
**noted** 56:21
**notes** 10:8 24:21
  47:15 53:14
  55:17 80:9
  88:10
**notice** 9:9
**noticed** 79:17
**November** 47:20
  48:8 52:15
  55:21 74:23
  83:4
**number** 38:16
  82:11
**numbers** 30:16
  30:19 31:16,20
  41:20 42:10
  55:11,13 57:17
  82:12
**NY** 2:3,7

**O**

**O** 3:1 4:1
**object** 18:13 21:9
  46:2
**Objection** 81:5
**observed** 32:19
**obviously** 21:10
  46:4 59:11
**occasions** 38:15
**occur** 52:12
**offer** 16:20 32:10
  38:8,21 42:23
  43:2,2 44:12,20
  45:20 47:4 48:6
  51:24 70:9,12
  79:10
**offered** 47:7
**offers** 27:23
**office** 9:9
**OFFICES** 2:2
**Oh** 84:12
**okay** 9:16,20
  13:23 24:8
  27:11 40:5,9
  54:20 55:1,20
  55:24 56:21
  57:21 58:19
  59:10 60:4
  64:15 66:16
  67:6 68:22
  69:22 70:5
  73:12 75:7 77:1
  78:16 80:2,12
  80:24 81:21
**once** 49:5,8 68:3
  68:19 74:9
**OO4** 56:8 65:1,4
**open** 12:14
**operate** 29:16
**operated** 40:23
**operates** 26:21
**operation** 6:19
**operational**
  79:22
**operations** 11:23

37:11 49:23
  50:6
**operator** 29:19
**opinion** 48:6,12
**opinions** 42:23
  43:3
**opportunities**
  15:12,16,19
  18:8,23 19:6
**opportunity** 19:3
  28:9,22,23 32:6
  32:9,21 38:4
**opposed** 28:15
**opted** 35:10
**order** 71:24
**organization**
  17:12
**organizational**
  49:24
**organize** 53:14
**oriented** 21:20
**originally** 25:11
  33:10
**outcome** 88:13
**outside** 37:12
  47:24 48:3,4
  74:12
**overall** 58:1
**ownership** 7:23
  29:20,22

**P**

**P** 4:1
**P.C** 2:2
**p.m** 85:8
**package** 60:2
  80:3
**page** 3:4,9 23:13
  23:19 38:12,24
  39:10,24 40:1
  40:10 42:1,2,11
  47:15 60:3,17
  65:14 66:11,21
  66:22 75:21
  87:3
**pages** 1:1 86:3

**paid** 46:16 51:4
**pains** 86:5
**Paloma** 16:12
  27:15
**par** 21:12
**parallel** 68:7
**parameters**
  29:14
**Park** 20:6,8,14
  20:16 22:11,22
  33:6,10 45:11
  52:18,23 53:4
  55:1,4 59:15
  72:22 80:2 81:2
  81:12,15
**partake** 71:14
**participated**
  62:13
**participating**
  35:11 48:19,24
  73:2
**participation**
  62:4
**parties** 4:18
  88:12
**partner** 25:17
  28:14
**partners** 16:12
  17:9 45:4 71:4
**partnership**
  15:22 16:4
  19:13,17,18,19
  23:5 26:16 27:5
  27:6 28:18 29:2
  29:5,9,11,15,16
  31:12,23,24
  32:7 40:20
  46:17 51:19
  57:6 61:19 79:2
**pasted** 71:3
**patent** 12:8 78:7
**path** 69:11
**pay** 14:22 24:5
  47:7 50:20 80:4
**payment** 51:8



**70:13**
**PDF** 59:13
**penalties** 86:5
**people** 15:22
20:17 22:4,6
25:14,15,17
30:1,4,5 60:23
67:10
**percent** 28:12
30:13,14,14,15
30:20,22,23
**percentage** 47:8
**percentages**
29:20
**performance**
68:3,11
**performed** 74:1
**period** 64:14
68:5,23 74:11
**perjury** 86:5
**person** 4:20 16:5
16:7 19:23
22:17 34:5,7
38:16 60:21
88:7
**personal** 29:23
64:2
**perspective**
47:10
**Ph.D** 6:19,22 7:1
7:4,6 76:22,23
**Ph.Ds** 77:2
**phone** 14:19
41:19,22,24
42:8,13,16
44:23 56:9
69:20 70:20,23
**piece** 11:7,21
**pitch** 23:22 25:11
31:14,21 40:17
73:23
**pitched** 23:6
64:11
**place** 14:10 16:5
20:18 23:11
34:9 35:5 44:5

**44:8,9 56:17**
58:22 67:14
84:6 85:2
**placed** 26:19
57:8 58:3,5,7
81:13 82:17
**placement** 15:1
16:2 19:2 22:3
51:11 56:4 59:4
64:18 80:19
81:16 82:15,19
82:22 84:3,10
84:21
**placements** 82:9
**places** 16:13
**placing** 51:4,8
80:4
**Plaintiff** 1:6,12
2:4 4:5,13
**plaintiff's** 9:12
9:19 10:24 21:4
24:10 39:3,12
39:18 40:6 60:8
66:20
**plan** 61:18,21,24
62:8,11,14,16
80:2
**planning** 19:13
19:19
**platform** 72:13
**please** 5:7,20 6:4
6:7 7:18 10:2
18:15 39:24
54:6,12 71:9
72:15 75:21
**point** 8:23 15:3
15:23 18:21
33:6 36:2,23
37:5 38:2 44:13
46:24 47:13
48:16 50:16,20
51:2,14 59:3,5
61:2,9 69:13
71:12 74:15
80:7,16
**pointed** 22:9

**portfolio** 8:2,20
8:21 29:18 50:6
**pose** 45:22
**position** 8:3,22
11:9 13:1 14:14
15:5,6,8 27:24
50:18
**positive** 47:8
74:13
**possession** 10:23
**possible** 9:17
18:9
**posted** 14:2
**potential** 14:17
25:13,16 27:12
**potentially** 19:2
**precedes** 65:10
65:13
**precipitated** 18:5
47:11
**predictive** 11:24
**prepare** 24:19
**present** 25:12
26:2 27:9 35:7
38:18 49:5
61:15 63:22
**presentation**
15:24 16:1
25:18 27:9
34:24 35:1 49:9
63:7,7 73:17
76:21
**presentations**
27:14,19 38:17
48:19 49:1,1,10
**presented** 17:19
23:19,22 38:15
**presenting** 17:5,8
**pretty** 52:10
**previously** 60:7
74:18
**price** 11:22
**prior** 8:5 12:20
12:21,22 27:23
38:20 40:15
45:15 49:17

**52:12 57:24**
64:6 75:5 82:9
**private** 23:24
**probably** 36:17
62:21 69:11
81:20
**problem** 36:23
79:22
**Procedure** 1:13
**proceeding** 43:18
**process** 14:13,18
37:13 38:1
**procure** 27:2
**produce** 31:8
58:24 59:12,17
59:18
**produced** 39:22
57:15 59:14,16
**production** 4:6
55:1 75:16
78:14
**professors** 72:11
72:23
**profit** 31:7 62:4
**profits** 19:15
47:8
**program** 7:4,7
**project** 27:9 43:7
43:18 44:6,14
45:8,17,18
47:21 48:2,5,18
49:15 52:24
53:5 59:8 68:10
69:13 71:19,21
72:4 73:2 79:18
83:2,3,4,10,16
**promise** 62:17
**prompted** 50:14
**prong** 33:18
**proper** 21:21
**proposal** 38:6,10
40:24 41:1,3
46:15 66:24
67:7 68:1
**propose** 38:13
**proposed** 26:14

**33:17**
**proved** 68:3
**provide** 5:9 8:7
9:24 10:3,5
14:21 19:10
62:22
**provided** 14:24
51:3 70:5,6
74:12
**providing** 74:13
**Public** 1:14 4:8
86:10 88:5,18
**purpose** 20:20
**purposes** 22:2,19
49:11
**pursuant** 1:13
4:15
**pursue** 32:21
**put** 20:22,24 28:3
33:19 37:15
38:8,23 41:21
45:6 51:17
54:21 58:13
65:15 77:9
**putting** 20:20

---

**Q**

**Q-u-a-n-t-b-o-t**
13:5
**Quant** 20:9,11,12
**Quantbot** 12:24
13:7,12,21 14:8
14:10,24 15:4,8
15:13 17:11,15
17:23 19:5
26:20,22 78:17
78:19,20 79:1,8
82:17 84:4,7,11
**quants** 11:12
**question** 5:5,7,8
5:23,24 6:1
10:3 12:4 21:10
25:1 26:10
31:19 37:3,4
44:1 45:19 54:7
54:9,10,18



73:21,22 80:14
80:21
**questions** 10:9
16:15 21:12
33:21 53:8,16
54:15 81:21,24
86:3
**quick** 81:24
**quickly** 39:4
**quite** 75:20 76:23

—————
**R**
**R** 4:1 87:1,1
**raise** 15:20 19:21
30:2 36:6 41:6
52:22 68:9,14
68:22 72:12,20
72:23 78:19
83:4,10
**raised** 74:6,8,11
**raising** 15:7 18:9
18:21,24 19:6
30:3,14,21
48:10 49:11
68:6,19 83:2
**ramp** 67:14
68:17 69:5
**ran** 74:23 79:10
**rate** 46:22
**reach** 14:4 15:16
15:18,23 18:6,6
**reached** 18:17
38:3
**read** 10:17 86:1
87:3
**reading** 23:19
24:12
**Reads** 87:3
**ready** 24:2 48:2,5
71:18,21 83:4,8
83:17
**real** 81:23
**really** 49:21 54:8
**reason** 4:23
36:11 73:1
**reasons** 35:14

**recall** 13:9 16:20
27:13 34:17
**receive** 9:3,9
10:13 46:20
47:3 62:11
**received** 25:3
62:8 82:18
**receiving** 51:11
**Recess** 39:7
53:18 80:13
**recognize** 9:18
75:8,19
**recollect** 18:10
**recollection** 9:22
16:24 17:4,8
21:13 33:23
**record** 6:5 22:8
39:16 54:7
75:17,18 76:18
86:3
**recorded** 5:22
**records** 19:12,12
**RECROSS** 84:1
**recruiter** 13:20
14:7,16,22
20:21 21:20
22:20,24 23:11
26:18 56:17
57:8 58:12,21
60:15 61:3,13
63:24 64:11
80:3,17 82:4,5
84:6,17
**recruiter's** 50:24
51:4,12 82:18
82:22 84:12
**recruiters** 82:8
82:13,14
**recruiting** 22:2
62:10
**recruitment** 62:7
63:14,18 64:1
64:18 67:7
70:13,24 80:19
81:2 84:21
**REDIRECT** 82:1

**refer** 13:22 19:17
**reference** 70:13
**referenced** 7:6
42:1
**referred** 11:12
22:23
**referring** 23:15
65:14
**reflects** 42:15
**refresh** 9:22
21:13
**regarding** 82:22
**reject** 32:11
**rejected** 32:13
**related** 57:5
61:23 88:12
**relating** 57:11
**relation** 57:21
**relationship** 24:4
25:24 28:24
82:5 83:1
**relevance** 21:10
46:3
**remain** 45:11
**remained** 15:13
52:23 53:4
**remember** 9:23
10:8 16:14,16
16:16,17 17:7
17:10 30:23
46:6 52:9 53:2
57:21
**removed** 33:16
**Rent** 6:12
**repeat** 7:18 10:2
35:18 54:4
72:15
**rephrase** 54:12
72:16
**replacement**
43:13
**report** 50:9
**reported** 74:24
**reporter** 1:14
4:21 39:4 40:9
43:23 44:2

66:12,16 88:5
88:24
**reporting** 50:10
**represent** 77:18
**representations**
19:11
**representing**
78:2
**REPRODUCT...**
88:23
**request** 54:8
55:20 56:18
**requests** 55:13
55:16
**research** 6:19
11:10 20:2 30:4
30:15,24 33:13
47:21 50:6
52:19 71:13,16
**researcher** 49:22
**residence** 6:10
**resign** 15:8 50:18
**resistance** 25:6
**respect** 15:1 19:6
36:7 42:23 43:3
50:24 51:8
73:11 83:2
**respectively**
31:11
**responding** 55:18
**response** 9:24
10:4 39:23
40:17 56:21
59:1,14 75:4
**responsible**
19:15
**responsive** 10:24
**rest** 12:17
**restaurant** 34:11
**resulted** 74:3
**resume** 6:20 14:2
14:16,17 16:21
**returns** 69:7
71:23 72:6
**reviewed** 57:12
61:6 82:8

**reviewing** 75:24
76:17
**revisit** 44:18
**right** 10:18 14:8
16:14 17:3,7,17
17:23 21:17
25:7 26:9 31:22
35:24 39:11,12
45:9 53:15 57:9
57:19,24 64:6
65:18 74:21
77:2,14
**risk** 40:6 79:17
79:20,21
**Riverside** 6:8
**road** 6:14,14
19:20
**role** 14:7 20:2
36:20 37:6
47:22,23 58:4
68:18,20,21
69:1 71:14,17
81:9
**roles** 58:7
**Romania** 7:8,9
**room** 34:11
**rules** 1:13 4:19
**run** 17:14
**running** 20:3
**Rutgers** 7:2

—————
**S**
**S** 3:1,8 4:1 87:1
**SA** 76:5
**salaries** 62:1,3
**salary** 46:12,13
46:15,16,20
50:21 67:9 81:4
81:17,18
**satisfactorily** 4:5
88:7
**saying** 5:19,21
9:5 23:2 38:23
46:11 73:7
**says** 56:2,15
67:24



**SBD** 77:5
**Schoenfeld** 17:12
**screen** 24:16
   39:17 54:21
   59:23 65:16
   66:13
**seal** 88:14
**search** 48:4
**searching** 15:12
**SECKLOW** 46:2
**second** 43:22,22
   57:3 69:9 75:21
   76:15 77:5
**see** 1:2 22:18
   24:16 35:2
   38:12 54:20
   56:5,21 59:19
   60:11 64:20
   69:12 70:3
   77:12,14 80:11
**seek** 68:22 72:23
   81:1,16 84:16
**seeking** 15:9
   60:24 72:11
   73:14 78:18
   80:18 84:16
**seen** 77:6,15
**self** 13:1
**self-employed**
   8:9,11
**send** 16:20 45:3
   62:19,21 63:1
**sense** 26:7
**sent** 4:15 10:11
   10:16,19,21,22
   14:17 23:13
   38:5 41:13,16
   47:18 55:21
   66:9 69:16
   70:16,18 71:3
**sentence** 52:9
   60:18
**separate** 28:3
   69:17 79:6
**sequences** 11:24
**serve** 20:21 56:17

   58:12
**served** 55:2
**serving** 14:7
**set** 56:9 86:3 88:7
   88:14
**sets** 66:23
**share** 30:9,12
   39:17 65:16
   66:7 71:9
**shared** 41:13
**sharing** 56:12
   66:15
**Sherman** 6:14,14
**Shoenfeld** 17:14
   17:14
**short** 67:18,20,23
   68:4
**Shorthand** 1:14
   88:5
**shoulders** 5:3
**show** 9:11 21:3
   69:6
**showed** 67:19
**showing** 39:17
   66:12 68:11
   75:21
**shrugs** 5:2
**sic** 20:21 21:23
**side** 42:16 79:14
   79:14
**Signature** 86:7
**Signed** 86:5
**similar** 26:19
   75:3
**simply** 72:5
**simulation** 32:18
**simulations**
   61:22 79:11,17
**sir** 6:16 37:2
**site** 14:20
**situation** 26:22
**skill** 88:10
**slash** 49:22,22
**slow** 69:8
**slowing** 50:15
**smaller** 72:12

**software** 11:7,18
   11:20,21 12:2,5
   12:6,9,12,15
   78:8
**somebody** 20:18
   78:11
**soon** 19:20 46:17
**Sorin** 1:12 3:4
   4:3 6:6 10:10
   24:10 39:21
   40:7 42:1 54:22
   60:3 65:1,4,9
   66:22 74:22
   81:17 86:1 88:7
**sorry** 12:4 29:3
   32:12 35:17
   43:15 44:3
   55:24 56:24
   66:18 83:21
**sort** 59:8 67:13
   72:13,14
**sought** 50:23
**source** 12:14,17
**sources** 72:24
**speak** 5:4 56:10
   81:6
**speaking** 78:16
**special** 11:8
**specialty** 11:4
**spelled** 22:11
**split** 31:9
**spoke** 66:2 79:4
**SS** 88:3
**stages** 74:1
**stake** 7:23
**stamp** 33:19
   66:21 71:8 75:9
   75:12
**stamped** 10:10
   21:5 24:10 39:9
   39:20 54:22
   60:2
**stamps** 10:22
**Stanford** 6:9
**start** 4:16 15:21
   15:23 19:19

   38:13 45:3
   47:23 50:3 54:3
   59:7,7 67:17
   68:6,7 69:8
   79:2,5,7
**start-up** 28:14
   79:3
**started** 13:13
   46:9 69:5
**starting** 23:13,20
   73:2
**State** 1:3,13
**stated** 25:8 71:15
**statistical** 11:13
   11:22
**Stecklow** 2:8 3:6
   18:13 21:9 22:9
   30:18 32:12,15
   35:17 39:11,13
   40:2,5 43:22
   53:7,12,19 54:2
   59:11 66:14,19
   69:23 75:12
   76:20 80:7,14
   81:21 83:21
   84:2 85:4
**stenotype** 88:10
**step** 12:22 59:21
**Stewart** 2:3 3:5,5
   4:11,13 20:12
   21:3 22:8,13
   24:8 39:2,6,8
   39:12 40:4 44:1
   53:7 54:5 59:21
   60:9 65:2,5,15
   74:20 75:9
   76:18 80:12
   81:5,23 82:2
   83:19 85:5
**stick** 24:6 60:22
**stopped** 66:14
**stopping** 72:4
**story** 79:14
**strategies** 20:3,4
**strategy** 67:14,19
   71:23 72:20

**Street** 2:7
**strike** 28:16
   63:21
**students** 49:6
**studies** 7:7
**study** 7:11
**Suarez** 22:16,22
**subgroup** 40:22
**subject** 53:8
**submerged** 40:20
**submit** 14:13,16
**subparagraph**
   60:19
**subpoena** 4:15
   9:9 10:1,4,24
   24:24 25:3
   39:23 55:2,8,12
   55:14,16 56:14
   59:1,15 61:6
   75:4
**Subscribed** 86:8
**subsequent** 65:11
**subsidiary** 79:8
**SUFFOLK** 88:3
**suggested** 38:11
**suggestion** 37:14
**summarize** 76:2
**summarized**
   56:10 74:17,22
**summary** 67:3
**support** 69:14
**supposed** 19:24
   48:9
**SUPREME** 1:3
**sure** 10:3 13:24
   17:24 23:1,2
   37:2 39:1,6
   52:10 54:14
   57:4,9 76:16
**Suresh** 19:24
   25:16 26:4
   29:19 33:5 35:6
   35:8,10,23 36:6
   38:19 41:3,14
   42:19,24 44:7
   44:10,21 45:8



MAGNA
LEGAL SERVICES

45:22 67:10
70:22
**survive** 80:1
**Susan** 1:13 88:4
**Swiss** 17:6
**sworn** 4:7 86:8
88:8
**system** 48:21
50:5

---
**T**
---
**T** 3:1,8 87:1,1
**T-i-g-e-r** 22:12
**take** 5:2,10,14,15
16:5 19:24 24:2
34:9 36:14 39:6
44:2,8 80:10
**taken** 1:12 6:20
39:7 52:1,4
53:18 80:13
**takes** 83:9
**talk** 18:1,16 31:2
38:3 43:24
**talked** 33:18 56:9
**talking** 19:18
23:4 31:4,7
49:2 84:3
**team** 23:24 25:7
25:13,21 26:9
26:13 28:19
29:7 31:3 33:11
35:11 36:20
37:7,14 38:16
42:24 43:4
45:15,22 46:1
52:24 56:12
57:24 58:2
61:11,19 62:1
64:1,19 66:24
74:4 80:20,24
81:6,12
**teammates** 69:18
70:7
**tech** 19:12
**technical** 20:1
**Technologies**

12:24 13:21
14:11
**technology** 29:19
30:5,15,22
33:13 48:22
**Tel** 2:8
**telephone** 16:6
**telephonically**
34:6
**tell** 11:18 54:16
59:22 60:2
78:11
**telling** 26:6 44:4
**ten** 19:8,9 26:24
27:3 42:9 67:17
67:18
**ten-page** 9:21
**tenure** 8:23
**term** 73:20
**terminated** 52:13
**terminology**
76:12
**terms** 29:15
32:14 46:13
47:4
**testified** 4:8
**testify** 88:8
**testimony** 5:12
5:16 40:15
57:22 63:3
71:15 86:2
**texting** 67:19
**thank** 22:13 31:1
35:21 53:10,11
53:12,16 54:20
59:10 63:2
64:22 66:16
71:11 74:21
76:20 81:22
83:19 85:4,5
**theory** 7:13 72:5
**thing** 33:9 35:3
51:13 64:4 78:4
**things** 10:8,18
19:22 20:1 55:6
62:6 78:5

**think** 8:2,20,21
9:1,10 10:9
12:10 13:11,20
14:2,2 17:2
18:7,16 21:2,22
22:4 23:7,13
26:4,10 27:16
30:13,13 34:7
34:10,13 35:8
36:1 37:16
38:11 47:13
51:22 68:24
69:19,20 70:8
73:18,19 76:21
77:23 78:13,22
80:9 81:7,8,8
**thinking** 15:21
**third** 18:14 40:1
66:21
**thought** 20:17
51:16 78:8 79:5
80:24 81:19
**three** 27:7 29:6,6
33:11,18 34:7
34:23 41:3 60:9
60:10 63:4 67:9
68:5,8,23 69:2
73:12 74:20,21
**Tiger** 20:6,16
21:14,23 22:10
22:11
**tight** 32:10,14,15
**time** 12:22 14:5
15:3 16:7 18:3
18:14,21 19:1
20:14 23:6 27:1
33:19 35:5,8,9
36:13,14,19
37:5 38:2,19
44:13 46:24
47:20 48:7
53:10 56:10
62:18 68:17
72:9,18 73:4,13
80:10 81:22
83:20

**times** 5:6,19
34:21,23,23
38:17 50:11
63:4,4
**title** 8:1,19 49:20
**today** 4:14,22
5:10,15 9:13
62:23 85:5
**told** 18:8 25:5
35:21 46:8 51:2
**Tongprasit** 48:15
**top** 40:12 65:8
75:12 76:5
81:17
**topic** 7:11 44:18
73:19
**Trading** 7:17,19
7:20,21 8:1
**transcript** 86:2
88:9,22
**transcription**
88:10
**true** 5:11 63:9
71:1,6 72:9,19
74:2 84:15 86:2
88:9
**truth** 88:8,9
**try** 9:17 23:10
49:5 68:9,19
75:12
**trying** 27:2 36:22
48:1 58:9 71:19
73:8,9 74:12
79:7 85:2
**turn** 53:9
**turning** 40:10
**two** 8:13 13:8
14:18 15:24
27:7 39:10
67:18 69:18
77:2
**two-minute** 80:8
**two-to-three-m...**
53:13
**Typically** 14:18

---
**U**
---
**ultimately** 17:16
31:10,24 32:20
34:1 35:10 45:8
50:13 53:3 73:5
**ultimatum** 45:16
**umbrella** 38:8
40:19
**unable** 58:24
69:2
**unclear** 54:11
**underlying** 46:3
**underneath**
17:11
**understand** 5:19
5:23 6:2 12:4
29:4 31:1 43:15
45:19 46:6 52:7
54:11,17,18
57:19 58:9
**understanding**
36:11 40:24
60:12
**understood** 6:1
21:23 37:3
55:11
**undertake** 7:7
**unfolded** 24:22
**universities** 73:3
**university** 7:2
72:11,23
**unsuccessful**
73:5,8
**use** 11:15 12:14
39:5

---
**V**
---
**value** 42:24 43:3
48:7,12 51:21
75:1
**various** 11:23
**verbalize** 4:24
**viability** 44:13
**video** 4:18 5:18
10:12 39:17
**Village** 6:15



**volume** 1:1 11:22
**voluntarily** 36:16
**vote** 33:2 37:15
  45:6
**vs** 1:7

**W**
**Wall** 7:19,20,21
  8:1
**want** 16:17 18:2
  23:17,23 24:8
  31:17 34:24
  35:15 37:8 49:4
  54:7,14 60:20
  66:7 80:10
**wanted** 28:13
  34:24 45:1 49:3
  63:11
**Waraporn** 48:15
  49:14
**wasn't** 32:17
  48:2,3,12 68:15
  71:18 72:3
**way** 32:3 44:18
  49:14 52:5 59:6
  72:12,13,14
  76:2 77:10 78:6
  88:12
**we'll** 21:4 40:1
  53:15
**we're** 4:14,17,20
  5:18,21 39:16
  66:19,20 73:16
**we've** 10:10
  29:12 56:7
**web** 14:2
**weeks** 50:21
  67:18 83:13
**went** 15:9,24
  17:22 35:1,2
  49:5 50:21 55:5
**weren't** 68:14
  79:12
**West** 2:7
**WHEREOF**
  88:14

**Whitehouse**
  17:19
**wider** 72:12
**wife** 26:1
**Williams** 20:21
  21:23 22:10
**withdraw** 37:13
**withdrawn** 71:14
**withdrew** 45:8
**witness** 1:12 3:4
  4:4 18:14 46:5
  53:11 59:13
  88:14
**words** 10:17,20
  75:14
**work** 11:5 19:14
  33:9 35:3 36:15
  43:12 45:24
  57:6 58:2 63:11
  66:6 69:3 79:12
**worked** 28:11
  32:9 67:22
  82:13
**working** 12:19
  22:20 31:3 45:2
  58:21 63:24
  67:19 68:15
  78:17,24 82:3
**World** 7:17 20:9
  20:11,12
**wouldn't** 78:5
**wound** 36:2
**write** 42:3
**written** 61:13
**wrong** 30:20
**wrote** 66:4
**Wylie** 2:6,8 65:16

**X**
**X** 3:1,8

**Y**
**year** 8:18 9:8
  46:24
**years** 8:13 13:8
**York** 1:3,13 2:3,7

34:10

**Z**

**0**
**00001** 10:10 39:9
  42:1
**000024** 24:10
**0001** 39:21 40:7
**00011** 76:19
**00033** 23:14
**000483** 21:6
**001** 23:20 40:3
  65:1,4,9,17
**0023** 56:24 74:17
  74:22 75:3
**0024** 56:23 61:5
  75:3
**003** 40:3,10 66:22
**0033** 23:20
**00769** 71:8
**00772** 71:8
**01** 23:13 56:8
**02467** 6:15
**03** 66:11
**04** 40:8
**06905** 6:9

**1**
**1** 1:1 3:9 9:12,15
  9:19 11:1 55:11
  87:4
**1:25** 85:8
**10** 68:8,8 87:13
**10:00a.m** 1:15
**10025** 2:7
**106** 6:14,14
**11** 42:6 55:11,16
  55:18 87:14
**11/17/2025** 88:19
**11:54** 65:10 66:4
**12** 76:19 87:15
**12033** 38:12
**13** 87:16
**14** 87:17
**15** 87:18

**150,000** 81:17,18
**16** 21:2,16 87:19
**160** 46:19
**160,000** 81:3
**17** 87:20
**18** 87:21
**19** 87:22
**1960** 6:17

**2**
**2** 3:10 21:4,8
  39:9,21 64:24
  65:1 87:5
**20** 30:13,20,22,22
  87:23
**2004** 7:5
**2015** 13:12,20
  16:19,22 17:20
  21:2,15 78:23
  78:24
**2016** 16:8 21:17
  26:20
**2017** 13:11 15:17
  16:8 18:1 23:8
  23:18,21 25:12
  26:3,7 27:2
  31:15 34:20
  35:22,23 40:14
  44:18 47:16,20
  48:8 52:16 65:9
  65:18 69:15
  74:23 83:5
**2020** 55:22
**2021** 1:15 86:5,9
  88:15
**20th** 88:15
**21** 3:10 87:24
**212.566.8000** 2:8
**22** 1:15 53:19
  54:22
**23** 47:15 57:11
**231** 2:7
**24** 3:10 57:11
  60:3,4,17
**250** 67:22,22 68:4
  68:4

**3**
**3** 3:10 24:9,10,14
  38:12,24 39:24
  42:5,11 56:1,2
  65:9,17 74:21
  87:6
**30** 6:17 30:14
**33** 10:11
**34** 23:13,19 30:13
**350,000** 80:19
  81:1,16
**39** 3:11

**4**
**4** 3:5,11 39:3,8,11
  39:15,18 40:2,7
  55:24 56:1,14
  56:15,19 65:3,4
  66:20 87:7
**420** 2:2

**5**
**5** 87:8
**50** 30:23 67:20,20
**54** 3:11

**6**
**6** 87:9
**60** 30:15,23
**654722/2018** 1:3

**7**
**7** 40:13 87:10
**70** 3:12
**75** 3:12
**7th** 46:14

**8**
**8** 87:11
**82** 3:5
**84** 3:6
**85** 6:8
**88** 1:1

**9**
**9** 3:9 87:12



**9:56** 65:18
**941** 75:17
**944** 75:16
**96th** 2:7

