# EXHIBIT D

TCG - 000112

**Subject:** Re: Recruitment fee for the QML investment team
**From:** George Hall <george.hall@clinton.com>
**Date:** 8/27/2018, 7:32 PM
**To:** Erin Matey de Quillacq <Navesink@navesinkinternational.com>

And we will take our next step as well.   Good luck.

Sent from my iPhone

On Aug 27, 2018, at 7:06 PM, Erin Matey de Quillacq <Navesink@navesinkinternational.com> wrote:

> Mr. Hall,
>
> A quick note to inform you that your counsel has refused to engage in a conversation with my attorney in order to solve this matter.
> This leaves us with little or no choice on the next step.
>
> Best regards,
> Erin Matey de Quillacq
> Navesink International LLC
>
> **From:** Erin Matey de Quillacq <Navesink@navesinkinternational.com>
> **Sent:** Sunday, July 22, 2018 1:45 PM
> **To:** 'francis.ruchalski@clinton.com' <francis.ruchalski@clinton.com>; 'daiana.sersea@clinton.com' <daiana.sersea@clinton.com>
> **Cc:** 'Neal Brickman' <Neal@brickmanlaw.com>
> **Subject:** RE: Recruitment fee for the QML investment team
>
> Mr. Ruchalski, Ms. Sersea,
>
> A quick reminder that the deadline for the bill payment is end of business tomorrow 7/23, 30 days since billing.
> Invoice 107 - QML team - The Clinton Group
>
> We look forward to the quick resolution of this outstanding matter.
>
> Best regards,
> Erin Matey de Quillacq
> Navesink International LLC
>
> **From:** Erin Matey de Quillacq <Navesink@navesinkinternational.com>
> **Sent:** Friday, June 22, 2018 2:29 PM
> **To:** 'francis.ruchalski@clinton.com' <francis.ruchalski@clinton.com>; 'daiana.sersea@clinton.com' <daiana.sersea@clinton.com>
> **Cc:** 'Neal Brickman' <Neal@brickmanlaw.com>
> **Subject:** Recruitment fee for the QML investment team
>
> Mr. Ruchalski, Ms. Sersea,

TCG - 000112

I hope this email finds you well.

My name is Erin Matey de Quillacq. I am the owner of Navesink International LLC, the recruitment company which introduced an investment team to The Clinton Group in March 2017. Your firm hired this team (Sorin Alexe, Gontran de Quillacq and Suresh Shankarlingam) in July that year. Although Mr. Shankarlingam left after one day, the two other members stayed and successfully implemented the trading strategy they had presented.

As part of the hiring process, Mr. Behbehani requested that Mr. de Quillacq, Navesink International's Managing Partner and sole employee, stops all recruitment to prevent any conflict of interest between his role with The Clinton Group and other investment companies. Despite implementing this request and ceasing my firm's recruitment activity, you terminated the employment of Gontran de Quillacq in late November 2017, or five months after his joining.

During his termination, Mr. de Quillacq indicated that The Clinton Group was liable to a placement fee for the team, and that Navesink International now had no reason not to claim it. You suggested that he meets Mr. George Hall to settle this matter. Despite Mr. de Quillacq's multiple requests, this meeting was never allowed to take place. Ms. Sersea eventually emailed your separation agreement proposal in January 2018. That wholly inadequate offer was not accepted, leaving the issue unresolved.

The invoice for this placement is enclosed. It is due by July 23rd, 2018, payable by check or wire.

I am available for a phone conversation in the coming days to address this matter. Let me know if/when your schedule permits.

Best regards,
Erin Matey de Quillacq
Navesink International LLC

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email.  Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents.  Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.