# EXHIBIT G

9:05



George

Mar 24, 2017, 8:42 PM

Ok. Thanks. Not sure if I will be west coast fla anytime soon. Maybe a call by phone first? Let me know about the quant team

George,

Pete and I will coordinate for quant team and I will set up Odenath call. I've been... and remain committed to GlassBridge success. I've been in this position with start-ups before and seen others panic. We can't start shooting each other but need to stay focused on the prize. Assets, more assets and subsequent revenues. Enjoy the Sun ☀ and rest up. Warmest, Rob

PICARD000044



EXHIBIT
Hall 07
Planet Depos, LLC
MB 5/22/25

9:05



George

Mar 24, 2017, 4:41 PM

George,

1- I spoke with David Odenath (Former Legg Executive). He has 3 homes and he's currently located for the next few weeks on LongBoat Key (FLA). He's loosely affiliated with Altamont Capital (Palo Alto) and is currently involved with some strategic acquisitions within the financial services sector. He's open to talking. Should we schedule a call? Any chance you will be on the FLA West Coast anytime soon?

2- He is also close to John Hantz (Hantz Group) that

  iMessage 

      

PICARD000045

9:04



George

2- He is also close to John Hantz (Hantz Group) that would be a good strategic investor for GlassBridge.

3- I spoke with Pete... I met with Gontran de Quillacq 4 months ago in RedBank when basing GlassBridge In NJ was still contemplated. He's also a recruiter and it sounds like he may have a team to place at Clinton. We could see him again for Clinton needs...

Warm Regards,

Rob

Mar 24, 2017, 8:42 PM

Ok. Thanks. Not sure if I will

iMessage

  
      

PICARD000046