# EXHIBIT H

**Subject:** Re: QML Investment Management
**From:** Robert Picard <RPicard@glassbridge.com>
**Date:** 4/13/2017, 7:48 PM
**To:** Peter Rawlins <peter.rawlins@clinton.com>

Pete,

I figured we would review the strategy/team and if it gets serious take a deeper dive. He's only the Biz Dev guy and/or Recruiter.

RP

Sent from my mobile device. Please excuse my brevity and typos

On Apr 13, 2017, at 7:44 PM, Peter Rawlins <peter.rawlins@clinton.com> wrote:

ROB

AT some point we need to fill George in on his past litigation

On Apr 13, 2017 7:43 PM, "Peter Rawlins" <peter.rawlins@clinton.com> wrote:
> If this is for GLA, you prob want to look Joe in as well.

>> On Apr 13, 2017 7:31 PM, "Robert Picard" <RPicard@glassbridge.com> wrote:
>> Pete,
>>
>> Got it! I will coordinate with Alex.
>>
>> Warmest,
>>
>> RP
>>
>> Sent from my mobile device. Please excuse my brevity and typos
>>
>> On Apr 13, 2017, at 7:25 PM, Peter Rawlins <peter.rawlins@clinton.com> wrote:
>>
>> I assume George and Yong. Maybe check with Alex when he is free.
>>
>>> On Apr 13, 2017 7:05 PM, "Robert Picard" <RPicard@glassbridge.com> wrote:
>>> Pete,
>>>
>>> Who would be best to coordinate with on the Clinton Side?



TCG - 000213

Warm Regards,

Rob

Sent from my mobile device. Please excuse my brevity and typos

Begin forwarded message:

**From:** <recruiters@navesinkinternational.com>
**Date:** April 13, 2017 at 6:50:34 PM EDT
**To:** Robert Picard <RPicard@glassbridge.com>
**Cc:** <peter.rawlins@clinton.com>
**Subject: Re: QML Investment Management**

Hi Rob,

Thank you for texting me directly about the meeting suggestion.
I am in DC meeting clients this week. Travelling doesn't help communications, and I had not received your email.

The team looks forward to meeting with you next week.
Would some time on Wednesday work on your side? Let us know what time works best for you.
Tuesday morning would also be a possibility for us if needed.

We look forward to sharing more information about our strategy, technology and team, as well as answering your questions.

Best regards,
Gontran

On 2017-04-13 16:14, Robert Picard wrote:

> Gontran,
>
> We wanted to follow up and schedule a meeting with your team when
>
> convenient. How does next week work for you?
>
> Warm Regards,
>
> Rob

Robert A. Picard

Senior Managing Director

GlassBridge Asset Management

e: rpicard@glassbridge.com

t: +1 (732) 939-9000

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.