# EXHIBIT J

**From:** george.hall@clinton.com,
**To:** salexe@aol.com,
**Date:** Fri, Jul 7, 2017 10:57 am

Here is what I propose.

Clinton provides data, infrastructure, hardware, operations, trading, marketing and compliance.

Full benefits – upon agreement to employment terms our HR person will give you all the details

Compensation

    3 employees

        base salary 150k to be raised to 200 upon successful launch and critical mass of strategy

        Bonus compensation      60 percent of incentive fee (typically) 20 percent less base salary

    Asset growth – from existing funds

        Subject to internal risk controls it as anticipated that once developed the strategy would be launched with 10 long 10 short for operational testing period    (up to 2 weeks)

        Once testing is over it is anticipated that the strategy would grow to 50 long 50 short (depending on performance for about 1 month)

        Then 250 long 250 short and further increase based on performance

    After 3 months we will raise a fund devoted to this strategy

Other non-formula based compensation can be based on growth in overall business, contributions to existing Clinton strategies, mutual fund growth and other non performance based revenues.

If this looks ok we are ready to go.

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.