# EXHIBIT K

**Subject:** Quantitative PMs, a statarb team, business development
**From:** "Gontran de Quillacq" <gdequillacq@NavesinkInternational.com>
**Date:** 3/24/2017, 10:06 AM
**To:** <ptr@clinton.com>

Hi Pete,

Perhaps you remember me – I am a friend of Bernie Maas and the Bindases, and I live in Fair Haven.

Anyway, at a meeting with Morgan Stanley's Cap Intro yesterday, I was told that the Clinton Group was expanding its activities. They will pass along my resume, but I thought of reaching out to you directly to share a more complete picture.

I have a few business proposals:
- After a first leg as a quant PM/strategist, I became a Bus/Dev. My reviews of other quant PMs and their strategies have attracted attention in the market. You will find a few quantitative samples enclosed. Simply said, my understanding of strategies gives me an edge in conversations with both PMs and clients.
- A team I belong to is looking for a long-term partner to launch an activity. We have demonstrated strategies of Sharpe 3/3.5 with a WorldQuant approach. We will improve our activity and infrastructure with the machine learning & risk management technologies developed by the creator of IBM's Deep Blue. Would that be of interest to Clinton? An anonymized review of one of the members is also enclosed, as it also explains one of the initial strategies. That document is named "Profile Summary - S. A."
- Paloma, Cubist and Engineers Gate tell me that I am over-dimensioned for my current role as an external consultant – my trading/investment experience, quantitative background, communication skills, network will be much better leveraged within a hedge fund. I am looking for that long-term business collaboration. My own resume is enclosed, as well as a 'highlight' of past accomplishments.

Would you have a minute for a phone conversation? Or perhaps a coffee during the week-end at Buskerdoo?

Best regards,
Gontran de Quillacq
+1 (646) 844-1789
gdequillacq@NavesinkInternational.com



---Attachments:---

| | |
|---|---:|
| Sample1.pdf | 500 KB |
| Sample4.pdf | 505 KB |
| Sample10.pdf | 479 KB |
| Profile Summary - S.A. .pdf | 595 KB |
| Gontran de Quillacq - CV.DOCX | 35.0 KB |
| Gontran de Quillacq - Highlights.docx | 20.7 KB |

TCG - 000012

**Subject:** QML Investment Management
**From:** "Gontran de Quillacq" <Recruiters@NavesinkInternational.com>
**Date:** 3/30/2017, 11:07 PM
**To:** <robert@picardnj.com>, <peter.rawlins@clinton.com>

Robert, Pete, George,

We would like to introduce QML IM to GlassBridge / The Clinton Group for investment consideration.

With a demonstrated strategy of high Sharpe coupled with our innovative alpha research platform, as well as our exclusive machine learning analytics for alpha detection, portfolio construction and mass-computing, QML will have a significant edge in global equity statistical arbitrage.

You will find enclosed for your review:
- an initial PowerPoint introduction,
- a short explanation of the US Top 1200A strategy,
- and the resumes of the group members.

We look forward to the opportunity of answering any question you may have at your earliest convenience.

Best regards,
Gontran de Quillacq
Managing Partner
Navesink International LLC
+1 (646) 844-1789
Recruiters@NavesinkInternational.com



Unless we have a contract in place, you agree to our legal terms.

---Attachments:---

| | |
|---|---|
| QML IM - Introduction.pptx | 431 KB |
| US Top 1200A - Strategy description.docx | 395 KB |
| Resume - Sorin Alexe.pdf | 162 KB |
| Resume - Dileep Bhattacharya.pdf | 529 KB |
| Resume - Gabriela Alexe.pdf | 282 KB |
| Resume - Suresh Shankarlingam.pdf | 603 KB |
| Resume - Gontran de Quillacq.pdf | 277 KB |