# **EXHIBIT L**

**Subject:** Exception approval - Navesink International
**From:** Gontran de Quillacq <gontran.dequillacq@clinton.com>
**Date:** 7/25/2017, 4:00 PM
**To:** George Hall <george.hall@clinton.com>
**CC:** Nader Behbehani <nader.behbehani@clinton.com>

George,

Nader suggest that I reach out to you regarding my company, Navesink International LLC, and its its future operations while I am an employee of Clinton Group.

Navesink International LLC is a small consulting company, 100% owned by my spouse, an HR professional. It has no investment activities, only the following businesses, which I would like to retain in a much lower degree.

**Due diligence of investment personnel and their strategies**, for the purpose of investment/employment. Maintaining such an activity in full is not feasible; it would simply be too time-consuming. I have no interest in this activity as a business either. As a result, the systems (database, website pages, advertising contracts...) have already been stopped so that I could invest my time and energy in sourcing investors and partners for QML. This being said, working with senior professionals can on occasion bring solid networking benefits and constitutes a valuable source of market knowledge. Both will be beneficial to Clinton and I would therefore like the right to introduce a candidate/strategy on an exceptional basis.

**Consulting, mainly as an expert witness and legal consultant**. Mandates for this activity are relatively rare (once or twice a year), require little time and have never been to the benefit of a hedge fund or potential Clinton competitor. As you may know, the professional, the academic and the personal lives of an expert witness, as well as his presentation skills, are the subject of extensive scrutiny by both hiring and opposing counsels. As a result, being an expert witness is a token of quality and honesty, appreciated by all investment professionals. Maintaining this activity will add value to Clinton's capital raising efforts, at little or no time. I would like to keep this activity going forward.

Let me know if you would like to have a conversation so that I can address your possible questions.

Best regards,
Gontran

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.