# EXHIBIT M

**Subject:** Candidates with capital
**From:** "Gontran de Quillacq" <Recruiters@NavesinkInternational.com>
**Date:** 2/13/2018, 1:58 PM
**To:** <George.hall@clinton.com>
**CC:** <henry.sullivan@clinton.com>, "'Alexandra Eicher'" <alexandra.eicher@clinton.com>

George,

Several weeks ago, you requested an in-person meeting with me to introduce interesting candidates. This meeting is still pending.

Some of the PMs come with investors, making them doubly valuable. Here are their profiles in a few lines:

- **C.J. has found a mathematical way to detect large players coming into the FX and futures markets**. That critical advantage allows him to take similar positions and reach **very high Sharpes (3-5 over 15+ years**) overall. His track record has attracted the world's best investors through a family office, which he was associated with through marriage. At the patriarch's retirement, he left the family office, took ADIA's standing job offer and joined one of the royal princes in Cyprus. He is not interested in ADIA's proposal to relocate their main Abu Dhabi office, despite the larger AUM this would entice. Instead, he is contemplating a sub-fund opportunity in the US for him and his small team. **ADIA's money will follow him; they have never trusted him with less than $250m**.

- **I.A. applies a random forest approach to macro economic data**, trading US sectors and global equity indices independently. The two strategies are uncorrelated and both reach **SR 1.5-2.5**. She is of institutional quality, with an **UHNW background which will attract wealthy investors** wherever she goes. Currently based in Europe (France/Switzerland/Italy), her employer is a large asset manager going through a merge and cultural upheaval. She wants to move to the US East Coast.

- F.L. has transposed video analysis techniques to detect alpha in US Large Caps. Unable to raise capital in his small Californian HF on his own, he is throwing in the towel. He looks for a firm which will handle the capraising so that he can concentrate on investing. His hourly frequency strategy has a **sharpe 3.4 over two years, in $100m capacity. The daily frequency has a large capacity, but is only SR 1.8.** He managed a peak $15m.

- **H.H. is of institutional quality**. His uncle, the CEO of a large financial conglomerates, convincend him to start his CTA hedge fund in Taiwan with his help. This was a mistake; the regulatroy environment is now preventing him from raising assets. Strategy A uses three independent AI techniques to build a consensus as a L/S portfolio - **SR 3.4, capacity $1.5bn** ($24m used), holding period 3/4 weeks. Strategy B is an aggregate of 100+ technical models – **SR 3+, capacity $250m**, peak AUM used 25m, various frequencies from intraday to 1 week. Strategy C is a relative strength approach similar to cointegration, **SR 1.7, capacity $75m**, used $5m. Strategy D is futures arbitrage between various exchanges – **SR 1.6, low capacity**. HH is a US citizen. His team of quants will remain in Taiwan – cheap, competent and hard working.

Two of the above are currently entertaining offers, but are interested in having a conversation with Clinton. If you are no longer interested in these candidates, please have the courtesy of letting me know, so that I can pass on the message.

Best regards,
Gontran de Quillacq
Managing Partner
Expert Witness / Legal Consultant

TCG - 000097

Navesink International LLC

+1 (646) 844-1789

[Recruiters@NavesinkInternational.com](Recruiters@NavesinkInternational.com)



Unless we have a contract in place, you agree to our legal terms.

TCG - 000097