# EXHIBIT N




SEARCH WhoisRWS
all requests subject to terms of use          advanced search



## WHOIS-RWS

You searched for: **65.51.127.34**

### Network

| | |
|---|---|
| Net Range | 65.51.127.32 - 65.51.127.63 |
| CIDR | 65.51.127.32/27 |
| Name | CVNET-41337F20 |
| Handle | NET-65-51-127-32-1 |
| Parent | CVNET-2 (NET-65-51-0-0-1) |
| Net Type | Reassigned |
| Origin AS | AS6128 |
| Customer | Clinton Group (C05936444) |
| Registration Date | 2015-10-13 |
| Last Updated | 2015-10-13 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/net/NET-65-51-127-32-1 |
| See Also | Upstream network's resource POC records. |
| See Also | Upstream organization's POC records. |
| See Also | Related delegations. |

**RELEVANT LINKS**
- ARIN Whois/Whois-RWS Terms of Service
- Report Whois Inaccuracy
- Search ARIN Whois with RDAP

### Customer

| | |
|---|---|
| Name | Clinton Group |
| Handle | C05936444 |
| Street | 510 MADISON AVE<br>9TH FLOOR |
| City | NEW YORK |
| State/Province | NY |
| Postal Code | 10022 |
| Country | US |
| Registration Date | 2015-10-13 |
| Last Updated | 2015-10-13 |
| Comments | None |
| RESTful Link | https://whois.arin.net/rest/customer/C05936444 |
| See Also | Upstream network's NAVESINK POC records. |
| See Also | Upstream organization's POC records. |

**Statistics for:** navesinkinternational.com

| | |
|---|---|
| Last Update: | 12 Jun 2019 - 08:16   Update now |
| Reported period: | Aug ▼  2017 ▼  OK |

Back to main page

Filter :   Exclude filter :   OK

## Hosts

Total : 0 Known, 383 Unknown (unresolved ip) - 349 Unique visitors

| | Pages | Hits | Bandwidth | Last visit |
|---|---|---|---|---|
| 127.0.0.1 | 80 | 97 | 1.25 MB | 05 Aug 2017 - 14:31 |
| 118.140.38.3 | 47 | 47 | 338.65 KB | 31 Aug 2017 - 17:54 |
| 82.80.249.219 | 45 | 57 | 486.93 KB | 31 Aug 2017 - 03:39 |
| 35.162.70.167 | 26 | 26 | 62.25 KB | 28 Aug 2017 - 01:01 |
| 113.91.142.192 | 22 | 22 | 74.96 KB | 26 Aug 2017 - 03:39 |
| 52.34.24.33 | 22 | 22 | 53.31 KB | 31 Aug 2017 - 04:02 |
| 52.31.226.66 | 16 | 16 | 44.19 KB | 28 Aug 2017 - 17:53 |
| 52.41.211.72 | 12 | 12 | 28.89 KB | 28 Aug 2017 - 08:59 |
| 173.212.225.46 | 11 | 11 | 28.94 KB | 28 Aug 2017 - 18:16 |
| 47.90.92.131 | 11 | 11 | 28.94 KB | 02 Aug 2017 - 08:49 |
| 74.105.75.196 | 11 | 18 | 398.33 KB | 14 Aug 2017 - 06:39 |
| 69.58.178.57 | 10 | 10 | 66.93 KB | 14 Aug 2017 - 04:42 |
| 38.100.21.78 | 10 | 11 | 71.55 KB | 14 Aug 2017 - 09:32 |
| 73.193.215.97 | 9 | 31 | 1.44 MB | 22 Aug 2017 - 14:14 |
| 24.193.99.77 | 9 | 30 | 1.15 MB | 29 Aug 2017 - 19:30 |
| 38.140.114.34 | 8 | 23 | 2.11 MB | 14 Aug 2017 - 11:58 |
| 100.1.112.18 | 8 | 23 | 772.89 KB | 22 Aug 2017 - 14:37 |
| **65.51.127.34** | **8** | **27** | **1.12 MB** | **03 Aug 2017 - 10:05** |
| 96.239.90.156 | 7 | 26 | 583.24 KB | 03 Aug 2017 - 13:45 |
| 163.172.4.153 | 6 | 6 | 13.42 KB | 31 Aug 2017 - 15:14 |
| 198.27.85.233 | 6 | 6 | 39.49 KB | 24 Aug 2017 - 12:34 |
| 46.242.13.130 | 6 | 23 | 564.43 KB | 15 Aug 2017 - 11:59 |
| 167.114.228.206 | 6 | 6 | 39.49 KB | 19 Aug 2017 - 03:27 |
| 192.99.67.14 | 6 | 6 | 14.04 KB | 24 Aug 2017 - 23:36  NAVESINK 001204 |
| 104.193.88.243 | 6 | 6 | 39.49 KB | 24 Aug 2017 - 03:23 |
| 158.69.229.69 | 6 | 6 | 37.03 KB | 24 Aug 2017 - 22:29 |
| 45.77.139.51 | 5 | 5 | 32.70 KB | 22 Aug 2017 - 03:30 |

**Who:**
- Locales
- Hosts
  - Full list
  - Last visit
  - Unresolved IP Address
- Authenticated users
  - Full list

**When:**
- Summary
- Monthly history
- Days of month
- Days of week
- Hours

**Navigation:**
- Visits duration
- File type
- Downloads
  - Full list
- Viewed
  - Full list
- Entry
- Exit
- Operating Systems
  - Versions
  - Unknown
- Browsers
  - Versions
  - Unknown

**Referrers:**
- Origin
- Referring search engines
- Referring sites
- Search
  - Search Keyphrases
  - Search Keywords

**Others:**
- Miscellaneous
- HTTP Status codes
- Error Hits (404)