IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLINTON GROUP, INC.<br><br>    Plaintiff,<br><br>v.<br><br>GONTRAN DE QUILLACQ, an Individual, and NAVESINK INTERNATIONAL, LLC,<br><br>    Defendants. | Case No. 1:24-cv-05195-ALC<br><br>**Declaration of Wylie M. Stecklow, Esq. In Opposition to Defendants' Motion For Summary Judgement, And In Further Support Of Plaintiff's Motion For <u>Summary Judgement</u>** |

    Wylie M. Stecklow, being an attorney duly admitted to practice before this court, affirms and declares under the penalties of perjury, the following:

    1.    In support of its motion for summary judgment, on July 23, 2025, among other evidence from which Plaintiff quoted in its L.R. 56.1 Statement [Dkt. 34], Plaintiff submitted:

  (i) selected pages from the transcript of the April 14, 2021 deposition of Gontran de Quillacq, as Exhibit B [Dkt 34-2];

  (ii) selected pages from the transcript of the March 22, 2021 deposition of Sorin Alexe, as Exhibit D [Dkt 34-4], and;

  (iii) selected pages from Exhibit 10 to the May 22, 2025 deposition of George Hall – Attorney Invoices, Quinn Emmanuel, as Exhibit H [Dkt. 34-8].

    2.    In Plaintiff's Responses to Defendants' L.R. 56.1 Statement filed contemporaneously herewith, Plaintiff cites to additional pages from those transcripts, and from Exhibit 10 to the Hall deposition. For ease of reference, additional pages have been added to the previously filed exhibits and they are now identified as Exhibit_ Complete.

    3.    Attached hereto as **Exhibit B-Complete** are true and correct copies of all pages from the transcript of the April 14, 2021 deposition of Gontran de Quillacq that are cited in both

Plaintiff's L.R. 56.1 Statement and its L.R. 56.1 Responses.

4. Attached hereto as **Exhibit D-Complete** are true and correct copies of all pages from the transcript of the March 22, 2021 deposition of Sorin Alexe that are cited in both Plaintiff's L.R. 56.1 Statement and its L.R. 56.1 Responses.

5. Attached hereto as **Exhibit H-Complete** is a true and correct copy of all pages from Exhibit 10 to the May 22, 2025 deposition of George Hall – Attorney Invoices, Quinn Emmanuel.

DATED:   September 25, 2025

                                                                             Respectfully submitted,

                                                                             /s/  Wylie Stecklow
                                                                             Wylie Stecklow
                                                                             WYLIE STECKLOW PLLC
                                                                             Carnegie Hall Tower
                                                                             152 W. 57th Street, 8th Floor
                                                                             New York, NY 10019
                                                                             (212) 566 8000