# Exhibit B - Complete

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x

NAVESINK INTERNATIONAL, INC.,

                         Plaintiff,

                                    Index No. 654722/2018
            -against-

THE CLINTON GROUP, INC.,

                         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - x

                              Web Conference

                              April 14, 2021
                              10:01 A.M.


            EXAMINATION BEFORE TRIAL OF GONTRAN de

QUILLACQ, testifying on behalf of himself and the

Plaintiff in the above-entitled action, taken by the

attorney for the Defendant, pursuant to Stipulation,

held via web conference before Andrea Bloecker, a

Notary Public within and for the State of New York,

at the above time and date.

```
1                                                        2

2    A P P E A R A N C E S :

3

4         LAW OFFICES OF NEAL BRICKMAN, P.C.
                 Attorney for Plaintiff
5                420 Lexington Avenue, Suite 2811
                 New York, New York 10170
6
          BY:   JASON STEWART, ESQ.
7

8
          WYLIE STECKLOW, PLLC
9                Attorney for Defendant
                 231 West 96th Street
10               Professional Suites 2B-#3
                 New York, New York 10025
11
          BY:   WYLIE STECKLOW, ESQ.
12

13

14        ALSO PRESENT:

15        ELIZABETH de QUILLACQ

16        GEORGE HALL

17

18

19

20

21

22

23

24

25
```

1                    GONTRAN de QUILLACQ                76

2    e-mail address?

3        A    Yes.

4        Q    Within 20 minutes you responded that

5    you're free the following evening, anyplace is fine

6    and you provided him your cell phone number,

7    correct?

8        A    There is absolutely no issue in opening

9    up a conversation with a different e-mail address.

10   It could be my Gmail account.  It could be my de

11   Quillacq account.  I have a website called de

12   Quillacq.com.  I used to have an e-mail address

13   called gontran@dequillacq.com.

14             It could have been any e-mail address.  I

15   am opening up a conversation.  I don't need to have

16   a disclaimer at this stage.

17       Q    Did you use your personal e-mail in all

18   of these communications?

19       A    No.

20       Q    The communications of March 24, 25, 26

21   and 27, did you use your personal e-mail address?

22       A    When we were at Salt Creek at the

23   follow-up of these e-mail, I was -- I explain

24   clearly that I was coming and introducing that team

25   as a recruiter and, therefore, I would from now on

```
 1                    GONTRAN de QUILLACQ              77

 2   use my recruiter's e-mail that has a disclaimer and

 3   a contract attached.  I stated it extremely clearly

 4   during that Salt Creek conversation that you e-mail

 5   are referring to.

 6             We are setting up this conversation so

 7   that I can have a discussion with them and introduce

 8   myself as a recruiter then.  Why, because when you

 9   see recruiter, for whatever reason, people are not

10   interested in talking to recruiters.  When I've

11   shown that I'm highly competent, they are willing to

12   talk to me, and now I can introduce the team as an

13   executive recruiter, which is what I did with their

14   agreement.

15             I have switched from there, from that

16   conversation as Salt Creek, to become, to use the

17   recruiters@navesink to demonstrate going forward as

18   we agreed that I would be the executive recruiter.

19                    MR. STECKLOW:  Can you read back my

20             question, please.

21                    (Whereupon, the requested portion

22             of the record was read back by this

23             reporter.)

24        Q    Can you please provide an answer to that

25   question.
```

```
 1                  GONTRAN de QUILLACQ            80
 2   with a contractual agreement.  I stated this
 3   extremely carely (sic) and extremely clearly while
 4   we were at Salt Creek.
 5        Q     Prior to Salt Creek, your e-mails were
 6   utilizing the gdequillacq@navesink
 7   international.com, correct?
 8        A     Yes.
 9        Q     Prior to Salt Creek, in your e-mail
10   communications with Clinton, you did not use that
11   legal signature with the contract in the bottom of
12   your e-mails, correct?
13        A     Correct.
14        Q     Who was at the Salt Creek conversation?
15        A     Robert Picard and Pete Rawlins.
16        Q     It's your testimony that these are the
17   people you spoke to about being a recruiter, is that
18   correct?
19        A     Well, Robert Picard knew me as a
20   recruiter before and at that time Robert Picard and
21   Pete Rawlins were the representatives sent to me by
22   Clinton Group to listen to me.
23        Q     They were sent to you by Clinton Group?
24        A     Yes.
25        Q     Didn't we just look at e-mails where you
```

```
 1                    GONTRAN de QUILLACQ            128
 2   need to pay both severance and the recruiting fee,
 3   is that right?
 4        A      No.  During the termination meeting, I
 5   was told my services are not required anymore.  You
 6   know, they don't like me as an employee, that can
 7   let me go.  That's fine, but I introduced the
 8   candidate and the team and myself, eventually, you
 9   know, and as a recruiter and, therefore, I am
10   entitled to a claim.
11              I might have postponed the request.  I
12   might have deferred the claim but I'm entitled to
13   it, as we had agreed, and when I saw they were not
14   in good faith, when I saw that actually they were
15   hiring of me for the purpose of not paying that fee,
16   I stated clearly that I have a claim, and I
17   eventually claimed my claim, my placement fee.
18        Q      Going back to the severance issue, did
19   you place this recruitment fee into the severance
20   e-mails you had with Clinton Group?
21        A      They send a severance proposal, not me.
22        Q      Did you ever send them an e-mail
23   concerning severance?
24        A      I stated in my meeting departure, when I
25   was told I was let go, I stated that I had a
```

1                    GONTRAN de QUILLACQ              129

2    placement fee claim and that I was claiming that

3    fee.

4         Q      Did you follow-up with that in writing?

5         A      Yes.

6         Q      When was that?

7         A      That was in -- I think in June 2018.

8         Q      When was your severance meeting?  When

9    did you have that exit meeting?

10        A      That was November 2017.

11        Q      So you followed up in writing of this

12   meeting from November 2017 seven or eight months

13   later?

14        A      I took legal advice in between.  In case

15   you forget, I talked to six or eight lawyers, and,

16   also, they took a long time to send me that

17   severance, and, also, I was supposed to have

18   follow-up conversation with George who has been

19   delaying and delaying and delaying.  Talking about

20   organizing deposition he has been delaying and

21   delaying the conversation.

22             The time it took for the claim to come in

23   is because Clinton was refusing the dialogue,

24   playing games again, because they took a long time

25   to send me a severance payment and that severance

```
 1                    GONTRAN de QUILLACQ          135
 2   claim in my departure meeting.
 3       Q      You don't mention anything about a
 4   recruiting fee in this e-mail, correct?
 5       A      That seems correct.  As I said and as I
 6   am answering your question, it doesn't remove the
 7   fact that I discussed and requested a claim for the
 8   placement fee in my separation interview.
 9       Q      In this it indicates that you identified
10   a conversation about four weeks of severance but you
11   haven't received any confirmation or payment,
12   correct?
13       A      As mentioned, that e-mail seems to
14   discuss about a severance for myself as gdequillacq
15   Navesink, so my personal e-mail.  It does not cancel
16   the fact that Navesink has placed a portfolio
17   manager and a team at Clinton Group.
18       Q      Can you read the last sentence.  There's
19   a question and then a statement.  Can you read that
20   into the record, please.
21       A      Not really because it's not showing
22   really well.  Can you refresh the page.
23              There it is.
24       Q      Can you see it?
25       A      Can we solve this quickly?  I would like
```

```
 1                 GONTRAN de QUILLACQ          140

 2    that came obvious with those e-mails and with those

 3    severance agreement, as well as the separation

 4    conversation.  It's at that time that I realize that

 5    Clinton was not in good faith.

 6        Q      We'll get back to that.

 7               Earlier you testified that this alleged

 8    recruitment fee you postponed it and deferred it for

 9    a while.  Why did you do that?

10        A      Because it made sense for various

11    reasons.

12        Q      Please identify those reasons.

13        A      The first one is those employees didn't

14    have a contract.  So we never knew exactly when we

15    started.  We were supposed to have a contract.  They

16    lured us a contract.  Sorin Alexe, who was

17    representing me now when I was in there was telling

18    me that, you know, we would have a contract, but we

19    never had a formal contract, which means their start

20    date is not too obvious, and the contractual

21    agreement specifies that the fee increases over time

22    as the months pass by.

23               So if I was claiming my placement fee

24    they could have stopped the hiring immediately and

25    said goodbye, Gontran, as per our contractual
```

```
 1                  GONTRAN de QUILLACQ              141
 2    agreement, we owe you nothing, and, therefore, it
 3    made sense not to claim.
 4              Second, I came in good faith.  You are
 5    saying that I was in bad faith and I was asking to
 6    have my cake and eat it.  Because I am in good faith
 7    and because I was looking forward to a long-term
 8    relationship with Clinton that would have been worth
 9    much more than the placement fee I did not at that
10    time make my claim.
11              When it turns out that Clinton had been
12    in bad faith, on that day where I was let go out of
13    nowhere, I said in that case I am requesting my
14    placement fee.  I was entitled to it.  I never
15    withdraw it.  I just not asked it because I was in
16    good faith, and I claimed it.
17        Q     Had you not been terminated, you wouldn't
18    have made a claim for a recruiter fee?
19        A     Maybe.  Maybe not.  Maybe I would have
20    said okay, the trial period would have been gone and
21    maybe I wouldn't have claimed it.  Depend.
22        Q     What do you mean by the trial period?
23        A     So the contractual agreement specified
24    that the placement fee is due entirely after a
25    certain number of months and after one month you are
```

```
 1                    GONTRAN de QUILLACQ           161
 2      A       Every e-mail has a disclaimer that says
 3   we are contractually obliged and every candidate
 4   that I introduce is liable a placement fee,
 5   including Sorin.
 6      Q       When was the first time you sought
 7   payment for the recruitment fee?
 8      A       At my termination meeting.
 9      Q       In November 2017?
10      A       Right.
11      Q       When was the first time you sent a
12   payment for the recruitment fee in writing?
13      A       In writing was sent six months later.
14              MR. STECKLOW:  I'm now going to
15              share what is Exhibit L, which consists
16              of pages that are marked Navesink 070
17              through 078.
18      Q       Do you recognize this e-mail?
19      A       Not especially but okay.
20      Q       Did you say not especially or not
21   officially?
22      A       Do you recognize that e-mail.  No, I mean
23   I do not recognize that e-mail.  It is an e-mail.
24              MR. STECKLOW:  Off the record.
25              (Whereupon, a discussion was held
```

```
 1                 GONTRAN de QUILLACQ          215

 2      A      Yes.  I need the contract before we

 3  start.

 4      Q      Now, the contract proposal you were

 5  asking for, was that an employment contract or a

 6  recruiting contract?

 7      A      Employment contract.

 8      Q      At what point were you asking for a

 9  recruiting agreement?

10      A      I don't need to.  The disclaimers and our

11  agreements, they agreed to it.

12      Q      Your disclaimer states that you prefer to

13  have a written agreement with your clients, didn't

14  it?

15      A      But the conversation that we had at the

16  same time clearly specified that I would use that

17  e-mail address, that disclaimer with the

18  reference -- with the link so that they can look at

19  the contract and they are accepting the contractual

20  agreement if I use that recruiters e-mail.  They

21  agreed to it.

22      Q      Just to be clear, the they you're using

23  there is Robert Picard and Pete Rawlins, correct?

24      A      Representing Clinton Group.

25      Q      So here you are on July 10, 2017 and
```

```
 1                    GONTRAN de QUILLACQ           217
 2       A       So what I state here is Sorin supposedly
 3    has discussed with George and George has made him
 4    some offer, okay.  I'm asking Sorin we need to have
 5    a contract in writing for that proposal.
 6       Q       That's not the question.
 7                    MR. STECKLOW:  Can you read the
 8                question back, please.
 9                    (Whereupon, the requested portion
10                of the record was read back by this
11                reporter.)
12       A       The answer is no.  My testimony is I am
13    asking Sorin to ask for contract of employment or
14    proposal of investment, whatever it is.
15       Q       At what point were you going to send the
16    recruitment agreement in writing to Clinton?
17       A       We already discussed this question.  When
18    it makes sense.  I defer that request because, A, we
19    never had an employment contract.  B, because my
20    placement fee increase over time and it increases
21    about three months which, you know -- where I
22    certainly was let go.  So there's plenty of reason
23    for me not to ask for the placement fees.  It is
24    rational.
25       Q       Because you thought if you asked for the
```

1                    GONTRAN de QUILLACQ              218

2    placement fee they would not hire you as an

3    employee?

4        A     They could hire -- they fire the whole

5    team, yes.

6        Q     If you asked for a placement fee?

7        A     You don't understand the culture of the

8    company.

9        Q     I'm sorry, I'm asking a specific

10   question.  I'm not asking you to tell me about the

11   culture of the company.

12             You're saying one of the reasons why you

13   didn't give them a recruiting fee agreement is

14   because you thought they might fire the whole team

15   if they received that, is that correct?

16       A     No, it's not correct.  As I said before,

17   there are several reasons, one of them is yes, we do

18   not have a contract.  Two, they could let us go at

19   any time.  Three, my fee increases over time.

20       Q     So you didn't send them a fee agreement

21   because you didn't want them to, A, fire you before

22   they hired you by receiving this fee agreement or,

23   B, fire you and not hire these people until your fee

24   would increase over time, is that accurate?

25       A     No.  They already had the few agreement

1                  GONTRAN de QUILLACQ            219

2    in the link to my e-mail.

3        Q      Well, that's a default agreement, is it

4    not?

5        A      It's an agreement.  It might be default

6    but it's an agreement.  It specifies that unless we

7    have an explicit agreement this is the agreement

8    that binds and they agreed to it.

9        Q      They agreed to it is Robert Picard and

10   Peter Rawlins in that Salt Creek meeting, that's how

11   they agreed to it, correct?

12       A      Among other things.  They verbally

13   accepted it and then after that with plenty of

14   e-mails and plenty of conversation and everywhere

15   it's written legal terms and contractual, click

16   here, and they always say that's fine, and they went

17   on the website and I have the proof they went 27

18   time to that link.

19       Q      What was the first date they went on the

20   website?

21       A      I don't know.

22       Q      On the 1203 and 1204 we looked at it

23   showed the most recent date as being in, I believe,

24   August of 2017, is that right?

25       A      No.  It's the last day, if I'm correct,

```
 1                   GONTRAN de QUILLACQ              220

 2   last visit.

 3        Q     Right, the most recent visit, is showing

 4   as August 2017, correct?

 5        A     Last visit, yes, August 2017.

 6        Q     So when was the first visit?

 7        A     I don't know.  The records -- the logs

 8   don't show it.

 9        Q     Don't you write in your Complaint in

10   paragraph 11 it was on about July 17, 2017 that was

11   the first time they accessed the website and

12   reviewed the terms?

13        A     Well, August 3, 2017 is on or about

14   July 17.  That's correct.

15        Q     So you're saying the first time was

16   around July 17, 2017, correct?

17        A     No.  No.  I don't know when was the first

18   time.  I know it was before August 3, 2017.  I don't

19   know when the first time was.

20        Q     How would you find out when the first

21   time was?

22        A     I can't.

23        Q     So you don't have any evidence that they

24   actually went onto your website prior to making the

25   offer to hire you guys on July 10 of 2017,
```

```
1                    GONTRAN de QUILLACQ              235

2        A      No.

3        Q      Did George Hall ever sign an agreement

4   with Navesink as a recruiter?

5        A      No, he never signed.

6        Q      I'm sorry, I didn't understand the

7   answer, we have a sign?

8        A      You asked the question did Clinton ever

9   sign a contract with Navesink, did George Hall ever

10  sign the contract with Navesink, and my statement is

11  no, but a contract doesn't have to be signed.

12       Q      In this situation, you claim to be both

13  the recruiter and a member of the team being placed,

14  is that correct?

15       A      Navesink is a recruitment company.  I am

16  an employee of Navesink.  At the end, me and

17  Navesink is pretty much the same thing because it's

18  owned by my wife, but we are married and so it's kind

19  of the same thing, yes.

20       Q      You claim not to be an employee but a

21  partner at Navesink?

22       A      I am the managing partner.  That means an

23  employee.

24       Q      So managing partner is part of the

25  ownership, it's not being solely an employee,
```

```
 1                  GONTRAN de QUILLACQ              236
 2   correct?
 3       A     No.  You're making assumptions.
 4       Q     The term managing partner of an LLC does
 5   not indicate ownership in the LLC?
 6       A     Correct.
 7       Q     You do hold yourself out as managing
 8   partner of Navesink International, LLC, correct?
 9       A     Whatever title that is.  It looks good
10   for clients.
11       Q     You hold yourself out as the managing
12   partner of Navesink International, LLC, correct?
13       A     My wife is the owner.  I'm the only
14   person which is an employee so, yes, I'm managing
15   the whole team.  That's me.
16       Q     You hold yourself out as the managing
17   partner of Navesink International, LLC, isn't that
18   correct?
19       A     Yes.
20       Q     In the situation for the QML team for
21   Clinton, you held yourself out both as one of the
22   members of the team and the recruiter, isn't that
23   correct?
24       A     It ends up being correct, yes.
25       Q     How often have you done that in your
```

```
 1                    GONTRAN de QUILLACQ              237
 2   career?
 3       A      Not often.  It's the first time.  It's
 4   unusual.
 5       Q      Are there any ethical restrictions to
 6   place yourself when you're seeking a placement
 7   fee?
 8       A      Not that I know of.
 9       Q      Did you do any research into whether any
10   ethical restrictions when placing yourself as part
11   of a team and seeking a placement fee for that
12   placement?
13       A      I consider myself one of the most ethical
14   recruiter there is.  You obviously don't know much
15   about recruitment.  There is no requirement of
16   training or anything you need to have to be a
17   recruiter.  Anybody can be.  I have one of the most
18   pristine reputation there is as a recruiter.
19       Q      Did you do any research into the ethical
20   restrictions to place yourself in the team and then
21   seek a placement fee for a placement of that team?
22       A      No.  I'm not an attorney.
23       Q      Have you consulted with any ethics
24   individuals in the executive recruiting industry
25   asking if this is acceptable?
```

```
 1                    GONTRAN de QUILLACQ            240
 2     or verbal contracts when dealing with a company as a
 3     recruiter?
 4         A      You mean as a candidate or with the
 5     client.
 6         Q      As a recruiter.
 7         A      I deal with both the candidate and the
 8     client.  With whom are you talking about?
 9         Q      When you're seeking to place somebody
10     with a company as a recruiter, do you more often use
11     signed agreements or verbal contracts?
12         A      With the company, not always.  I would
13     love to, but it's hard and not everybody gives one
14     and actually plenty of companies work without
15     contract.
16         Q      I'm asking you what you do more often.
17     What is your practice more often?  Do you more often
18     use a signed agreement or more often do you do
19     verbal?
20         A      It's what the client wants.  Depend on
21     the client.  I prefer with having a contract and I
22     want to have a contract, and if I don't have a
23     contract, I have a default contract in my
24     disclaimer, which is binding and all the recruiters
25     know -- all the clients know.
```

```
 1                    GONTRAN de QUILLACQ            242

 2      Q     Because he did not accept that this was a

 3  valid account, correct?

 4      A     As I said, he said see you in court.

 5      Q     Because Clinton did not accept that this

 6  was a debt that was owed, correct?

 7                    MR. STEWART:  Just note my

 8              objection.  He doesn't know what was in

 9              George's head when he wrote that e-mail.

10              He's given you the answer to the best of

11              his ability, but, Gontran, if you can

12              answer the question, I ask that you

13              please do so.

14      A     Repeat the question.

15      Q     Did Clinton agree that this amount that

16  you submitted was agreed upon and accepted as

17  correct?

18      A     Well, why would we be here if they had

19  agreed to it.

20      Q     I'd ask that you actually answer the

21  question.  So I'm going to ask it again and please

22  answer the question.

23      A     No.

24      Q     Let me ask it so we can have a clean

25  record.  As an expert witness, you would understand
```

1                    GONTRAN de QUILLACQ              259

2   information on my PM candidates, correct?

3       A      Yes.

4       Q      Then you even write, I have a fourth

5   suggestion, a European woman with family wealth,

6   correct?

7       A      Yes.

8       Q      That's January 16.

9              The next e-mail, February 13, now you

10  have four candidates you're introducing, correct.

11      A      Are you sure there's no e-mail in

12  between?  I don't know about that.

13      Q      These were produced by you to your

14  office.  They are numerically consequential in 1205

15  and 1206.  So if there are e-mails in between then

16  you chose to produce them in a way that doesn't show

17  those e-mails in between.

18             Do you understand that?

19      A      I replied to your request for discovery.

20  They come by questions.  I reply to every question.

21  If these e-mails reply to different questions, they

22  might not be in the chronological order.

23      Q      I'm now going to show you what's marked

24  as Exhibit H.  This is also off of your website.

25  It's a screen capture from your current website.

```
1                    GONTRAN de QUILLACQ              260

2              Is this a CV that you have posted on your

3    website?

4         A     That's my expert witness resume, yes.

5         Q     What is D, asset management?

6         A     A hedge fund.

7         Q     Are you employed by them?

8         A     No.

9         Q     Were you employed by them?

10        A     Yes.

11        Q     For how long?

12        A     About a year, as it states.

13        Q     How did your employment end with them?

14        A     Company stopped.

15        Q     I'm sorry?

16        A     Stopped.  It's a hedge fund.  They did

17   not survive the March 2020 events.

18        Q     You also have here quantitative machine

19   learning, 2017, correct?

20        A     Yes.

21        Q     Is this your experience at Clinton

22   Group?

23        A     Yes.

24        Q     So you're a co-founder of what?

25        A     Of the quantitative machine learning
```

**A**

a-p-p-r-o-f-o-n-d-i-e-s 29:7
A.M 1:12 99:23 100:19 211:8,11
ABD 28:17,19
ability 8:23 9:3,7,11,16,21 98:22
    242:11
able 11:9,10,15 15:13 21:14 26:3
    71:4 192:8 197:23 264:4 278:12
    291:3 292:14 293:17
above-entitled 1:17
absolutely 74:21 76:8 90:6 91:15
    98:22 100:2 101:5,23 139:23
    167:7 275:12 289:16 291:25
academic 280:25
accept 51:20 132:7 133:12 225:16
    227:8 242:2,5 243:3 265:3,4
acceptable 127:23 130:2 139:12
    203:21 237:25
acceptance 228:10,19 230:6,24
    231:18
accepted 180:25 219:13 241:21
    242:16
accepting 215:19 231:24 264:25
access 36:3 167:12 183:4 286:24
accessed 188:21 220:11
accessing 231:6
accompanied 3:22
account 76:10,11 99:16,17 106:4
    114:24,25,25 116:22 242:3
accountants 187:18 194:6
accounting 187:2
accuracy 36:22
accurate 25:23 40:6,8 48:22 51:6,9
    51:10 174:19 218:24 265:21
    284:11 285:3
accurately 8:8,24 9:3,8,12,17,22,25
accused 142:18
acknowledged 164:18 165:4
act 82:6 252:2
acting 89:5 99:17 238:20 239:4,10
action 1:17 289:2 290:22 304:16
actions 290:9
active 248:23
activities 32:13 154:18 274:18
activity 32:20 67:6 152:24 153:18
    153:23 203:19 264:12 268:3
    274:22
actual 18:18 174:13
add 120:12 284:10 291:4
adding 145:14
addition 97:20
address 6:10 52:18 62:13,15,16
    74:11 75:20,23 76:2,9,12,14,21
    88:3 101:20 102:2 107:24 108:7
    108:16 109:15 110:10,11,14,17
    110:20,23 111:17,20 112:8,12,14
    119:8 120:10 121:11 134:21
    136:20 158:23 162:21 163:12

164:14,20 165:22 166:10,11,15
    166:18 167:5 181:23,25 184:23
    186:22 191:3,7,8,15 193:14
    194:15 215:17 254:10 258:8
    274:5
addressed 111:6,21
addresses 111:3 186:25 191:4,16
    244:8
adequate 145:22
administrative 290:4,16
admit 153:12
advertised 243:18
advice 59:21 129:14 222:24 241:12
advisement 272:13
affect 8:23 9:7,11,16,21
affiliated 267:2,23,24
afternoon 151:14
afterward 124:14
against- 1:7
age 61:20 97:13
ago 13:9,12 48:6,7,9 57:13 65:20
    203:2 255:19
agree 36:18 72:21 98:21 119:17
    142:24 223:4,15 224:10,21
    225:23 226:2,18,20 227:2 231:10
    232:2 242:15
agreeable 42:16 147:7
agreed 4:10,12,14,17 5:14 77:18
    104:22 107:25 108:3 112:17
    121:5,5,25 122:2,5 123:23 124:3
    124:14,16 128:13 143:13 146:16
    180:16 215:11,21 219:8,9,11
    223:12 225:10 232:9 242:16,19
agreeing 225:13
agreement 19:9 42:5 62:20 63:11
    77:14 80:2 89:2 102:16 120:16,23
    121:7,13,21,24 122:6,12,17
    123:21 124:7,17,22 125:5 127:3
    127:10,12,16,18,19,22 130:9
    131:14 132:4,4,12 133:7 137:16
    137:22 140:3,21 141:2,23 146:16
    146:22,24,25 147:19 150:20
    159:25 160:6,12,16,24 181:3
    182:15 188:5,20 189:22 210:21
    215:9,13,20 216:5,5,25 217:16
    218:13,20,22,25 219:3,5,6,7,7
    223:14 224:24 228:11,20 229:14
    229:20 230:6,24 231:9,18,24
    232:4,8 233:2,6,8 234:25 235:3
    238:20 240:18 241:8 245:6 246:5
    246:12,16,22,23 247:2,3,4,7,11
    247:13 268:7,13,14,15 269:9,11
    271:7,9 294:12 302:16
agreements 120:16 215:11 239:4
    239:25 240:11 269:7,22 270:10
    270:20 271:5,20 272:8 294:9
    302:18
ah 189:9 207:19

ahead 65:3 120:7 250:8,20
aid 36:11
alcohol 8:10
alert 179:15 225:12
alerting 224:23 225:2
Alex 117:11 142:24 213:12
Alexe 117:10 140:16 142:13 143:4
    143:6 144:12,17,21 159:9,18
    160:17 168:15,24 169:3,18 170:8
    173:13 176:16,19 177:5,8 197:24
    198:4,6,23 203:2 204:5 208:7
    211:2 216:3 221:8 250:4 263:6
    282:4 294:10,14
allege 274:18
alleged 140:7 262:19
allegedly 120:24
allergy 8:19,22,23
allocate 70:7
allow 36:20 150:21 183:4 185:20
    193:15 194:16 249:22
allowed 96:5 152:9,9,21 153:5,6,17
    187:6 194:14 201:10 206:4
    231:14 274:21
allows 31:4 44:3
alpha 32:18
amount 44:24 45:2,10 124:2,23
    127:18 201:8 242:15 247:17,21
    261:22 262:22 264:22,24 265:11
    265:20 277:20,22 278:4,18,21,23
    279:16 303:10
analysis 198:14 202:12,12
analyst 248:11 249:7,8
analyze 266:9
Andrea 1:19 31:7 33:10 78:23
    86:23 108:21 109:11,25 136:3
    180:21 190:4 192:7 200:3 201:22
    249:19 288:17 304:8,23
Ankura 267:21,22,23,25 268:2,15
    268:19 272:9 302:18
anniversary 248:22
answer 3:8,12,17,18,21,22,22,23
    7:9,24 8:4 10:20,23,25 11:19,20
    11:22 17:22 18:11,16 20:2 22:15
    24:13 25:25 31:9 33:4 36:7,16
    37:24 44:21 46:14 70:9,20,22,25
    71:2,9,20,21 72:7,7,14 75:3,4
    77:24 78:11,13,15,22 79:5,8,9
    83:16 84:17 85:4,21,23 86:8,19
    87:5,15 89:23 96:17,22 100:14
    108:25 110:6,8 111:25 115:15
    124:10 145:21,22 149:6,7 150:7
    150:12,14 152:3 157:2,9,14 158:4
    164:2 166:22 168:6 173:18
    174:13 175:14 177:25 178:4,5,23
    178:25 180:25 181:15 193:11
    202:20 203:15 204:25 205:24
    206:2 212:7,14 217:12 225:5,25
    227:13 228:3 232:3,5 234:19,22

234:23 235:7 242:10,12,20,22
   249:4 252:8 257:6 265:13,15
   273:5,11 274:12 276:8 279:18
   282:23 291:5 292:6 293:12
**answered** 3:20 4:7 72:12 78:2 115:7
   138:4 157:5 177:25 204:24 273:6
   273:8 274:11 299:12
**answering** 22:14 33:6 64:25 65:2
   100:13 135:6 178:6
**answers** 18:15 36:11 47:11 133:3
   150:6 157:20,23 207:7 299:13
**anticipating** 96:18
**anticipation** 28:3
**anybody** 20:11 53:10 99:6 180:8
   187:18 189:9 191:13,14 237:17
   241:14
**anymore** 54:19 128:5 147:12 222:3
**anyplace** 76:5
**anytime** 244:14
**anyway** 204:13
**apart** 258:22
**apologize** 36:18
**apologizing** 162:13
**apostrophe** 29:6,16
**apparently** 122:19 163:24,25
   208:17
**appear** 166:18
**appearing** 5:18
**appears** 230:2
**applied** 160:24
**applies** 10:10,11
**apply** 3:9 160:16
**applying** 34:4
**appreciate** 45:19
**approach** 69:16 201:12 261:19
   268:8 273:15,16
**approfondies** 29:6
**appropriate** 3:10 4:15 186:3
   239:19,23,24 280:4 285:24
**appropriately** 272:23
**approximately** 39:23 40:6 106:15
   106:18 133:13 164:21 277:9
**April** 1:11 19:13,13,14,18 162:4,19
   163:2,3,16 164:8,13 165:2,5
   299:10
**arbitration** 16:3 44:8,15 45:23 51:2
   51:4,8,11 289:2 303:10
**area** 12:8,9,11 39:5
**areas** 153:14
**argument** 228:7 244:14
**arrangement** 159:9,17 294:19
**arrived** 34:5
**article** 3:10 185:20
**ascertain** 103:25
**asked** 17:17 20:2 22:15 24:12 26:2
   38:5 42:14,15,21 44:23 47:23
   58:17 71:2,4,10 72:12 78:9,15
   100:11 102:10,15 103:15 141:15

144:12,13,15 145:12,19 147:3,3
   157:5,6,17 177:24 197:7 199:13
   199:14 203:9,10 204:6,23 212:25
   214:5 217:25 218:6 221:14
   225:11 231:11 235:8 245:22
   250:9 273:6,8,11 274:10 279:19
   279:19 281:21 284:4 288:8 292:3
   299:12
**asking** 7:12 10:17 18:17,19,20
   22:16,18 23:13 24:9 27:8,9 33:5
   35:17 44:21,22 48:24 64:13,24
   65:23,24 66:16 72:6 75:22 82:25
   83:2 85:20 86:18 87:19 88:15
   100:10 101:8 115:19,20 126:24
   141:5 150:5,8 152:7,17 153:22
   157:14 171:10,12 172:11 174:14
   175:11 177:9 178:7,10,11 185:22
   187:15 193:17 197:9 213:8,8
   215:5,8 217:4,13 218:9,10 228:2
   230:22 232:15 234:7 237:25
   239:17,19 240:16 246:25 265:14
   278:25 282:9 283:4,5 284:14
   286:25 287:8
**asks** 78:10
**ass** 291:13
**assent** 223:4 227:17
**assess** 199:23
**asset** 114:21 209:23 260:5
**assets** 70:2 207:23 278:13
**Associate** 42:13,15
**associated** 95:11 98:2 173:8
**associates** 40:11,18,24 41:6,12,22
   41:24 42:3 187:6
**association** 272:2,3
**assume** 291:10
**assumption** 96:9,13 188:11
**assumptions** 96:7 236:3
**Atlantic** 38:19 39:12,14 40:5,9,10
   40:17 41:11 42:17 54:18,20
**attach** 17:6
**attached** 62:20 63:11 77:3 165:15
**attendance** 3:15
**attention** 293:13
**attorney** 1:18 2:4,9 3:13,21 4:5 7:4
   13:14,20 14:25 15:11 16:12,12,21
   18:2,22,25 19:16,20,22 26:21
   27:15 28:11 232:11 237:22 267:4
   290:11 293:3 294:16
**attorney/** 17:5
**attorneys** 4:17,18 7:11 14:5,16,18
   15:12 17:12 50:17 268:4 303:7
**atypical** 199:24
**August** 219:24 220:4,5,13,18 221:4
   228:24 229:9 234:14 277:14
**authority** 93:16
**automatically** 42:14 105:17
**available** 131:7 272:19
**Avenue** 2:5 187:12

**award** 45:4 291:20
**awarded** 45:11 303:10
**aware** 9:6,10 10:3 11:2 90:9,25
   181:4 202:22 223:24

---

**B**

**b** 3:6,11 173:5 217:19 218:23
   248:17 251:15 300:8 301:4
**B1** 248:4,10
**back** 12:4,8,10 18:14 27:3 33:11,13
   38:2,6 46:16 48:11 71:14,17
   73:16 77:19,22 78:20,24 79:2
   81:6 85:24 86:6,9,11,20 87:2,21
   89:25 90:4 92:13 102:5 108:20,23
   109:13,22,23 110:4 128:18
   136:23 137:7 140:6 151:13 157:4
   164:17 166:8 180:20,23 181:19
   183:11 184:11,11 187:22 190:3,6
   200:2,5 201:21,24 217:8,10 228:6
   233:19,22 243:20 278:3
**background** 10:5 171:23
**bad** 141:5,12 198:25 199:4,9
**band** 58:13
**bank** 30:17,17 34:23 97:24 114:25
**banks** 33:2 34:24
**banner** 158:21
**Barrington** 268:21 269:4,7,10
   272:9 302:18
**based** 36:8 90:20 97:19 125:25
   144:17 145:13 191:3 202:5
   207:10
**basically** 32:23 42:9 94:21 114:24
   147:3 156:8 167:14 200:10
   210:18 231:9 233:3 241:23 254:2
   264:22 291:21
**basics** 7:6
**basis** 3:13,23 291:5
**Bates** 21:3,5,7,10,12,12,20,23 45:14
   53:22 59:8 60:19 102:22 134:11
   134:13 150:3 183:2 226:12,14
   230:9 231:7 244:19 269:12
   272:10 294:25 295:10,14,18,22
   296:2,6,10,14,18,22 297:2,6,10
   297:14,18,22 300:10,13,15,16,17
   300:19,20,21,22,23,24 301:6,7,9
   301:10,11,12 302:19 303:8
**bathroom** 249:18
**Bay** 211:18 262:21 263:2 264:18
**BB** 211:18
**bear** 126:13
**beautiful** 205:10 291:20
**began** 198:7 201:2 222:6
**beginning** 7:6 41:5 43:10 172:21
   201:2
**behalf** 1:16 16:23 81:24 223:25
**Behbehani** 152:13 274:17,24
**belief** 5:17 91:17 148:25 149:8
   150:15 183:23 188:17,21 227:6

227:17 231:15
**believe** 11:11 16:24 56:25 58:24
    60:11 63:6 88:18 90:20 91:16
    97:20 106:15 108:4 115:16
    121:22 125:9 126:17,23 130:8
    132:17 144:9 145:16 148:20,25
    149:7,21 168:12 173:16 178:16
    180:2 182:10,23 200:17,18
    201:20 219:23 222:22 223:2
    225:24 245:6 265:23 276:16
    286:3 287:2 293:16
**believed** 89:16 121:13 144:12,21
    145:4 250:3 265:10
**believes** 86:14 90:23 143:8
**belong** 67:5,13
**belonging** 68:7
**belongs** 114:25 185:14,15 191:7,17
    191:21,23,25 201:11 202:24
**beneficial** 152:25 153:23
**benefit** 205:7,8 206:7,13 207:13,14
    207:17,18,20 273:10 275:21
    278:6,14 279:2,23 280:8,12,15
    281:8,18,22,24 282:6,15,16,21
    283:6,14
**benefited** 281:10
**benefits** 229:6,9
**Bernie** 56:3,11,13 61:8,18 97:4
    100:3 273:15,17
**best** 5:16 18:3,7 36:7 50:14 64:7
    138:12,19 158:17 198:10 224:15
    229:16 238:2 242:10
**beta** 32:17
**better** 251:10 255:7 280:5 289:19
**beyond** 64:19
**big** 30:16 34:3 246:12
**bigger** 136:17
**bill** 105:12 247:24
**billed** 68:3 116:23
**billing** 247:24
**billion** 117:4
**billions** 85:2
**bills** 264:13
**bind** 227:8,15
**binding** 98:22 121:13,23 122:12
    222:16 223:3 227:16,19 233:2
    240:24
**binds** 219:8
**bit** 15:11 39:16,24 274:16
**blame** 204:14 207:4 291:15
**blank** 21:22 45:8,10
**blind** 99:24
**blindly** 99:20,21
**block** 254:3 292:23
**Bloecker** 1:19 304:8,23
**blog** 50:11
**blood** 304:16
**blue** 184:21
**board** 91:11 94:3,16 95:6 97:17

98:8,11,21
**bold** 154:24 155:6
**Booth** 211:18 262:21 263:2 264:18
**boss** 35:12 145:5 213:7
**bottom** 64:6 79:25 80:11 119:15,16
    120:2,13 121:23 146:16 159:3
    179:21,22 207:15 227:7 231:9
    243:15 254:7 258:9
**bought** 94:24
**bound** 124:15 224:6 227:21 228:10
    228:20
**brand** 42:15
**breach** 222:19
**break** 151:11 183:7,9,20 228:6
    232:19,24 249:17,24,25
**Brexit** 199:19,22 200:7
**Brickman** 2:4 14:3,20,22 15:18,25
    17:17 18:2,3,4,7,9,22 241:13
**bring** 74:5 126:3 174:5 175:23
    185:20 189:5 221:6 275:20,22
    277:23 281:13,13,14,14,15,15
**bringing** 289:17
**brings** 175:24,25
**brokerage** 62:4
**Brothers** 32:3,4,8,11 33:17,19,24
**brought** 126:4 213:23 279:11 280:3
    280:20,23,23 281:25 282:7
    291:19
**build** 174:5 285:16
**building** 171:24 172:3
**built** 117:14
**bus** 291:14,16
**bus/dev** 63:24 69:24 71:22 82:20,20
    83:25 87:6
**business** 35:7 48:19 53:18 54:12,15
    54:17 56:20 58:22 60:12,15 62:4
    62:7,10,24 63:8,24 69:3,6,8,25
    81:12,16,22 82:23 83:5,9,12,15
    83:19 84:11,18 85:6,10,12,14,18
    86:3 88:19 97:25 116:8,9 125:21
    147:5 152:22 213:24 222:18
    247:8 251:17,19
**businesses** 154:19
**bust** 34:15 276:4
**butchered** 6:19

---
### C
---

**c** 2:2 3:6 6:2 173:6 299:2 304:2,2
**C-e-n-t-r-a-l-e** 29:19
**c-i-t-e** 29:17
**cake** 141:6
**calculate** 280:22
**calculates** 181:19
**calendar** 24:23
**call** 6:24 28:6 29:9 126:3 197:12
**called** 29:4,18 30:16 32:2,16,17,17
    32:25 38:18 42:13 58:6 76:11,13
    106:4 114:23 131:15 165:15

181:23 193:7 214:14 273:16
**calls** 261:11
**cally** 285:18
**cancel** 134:25 135:15
**candidate** 52:9 53:4 119:20 124:11
    124:25 126:9,10 128:8 142:5,7,9
    142:10,15 160:3 161:3 178:21
    195:5 201:8,9,13 240:4,7 247:15
    248:12 255:6,6,22,24 258:7
    278:19,20,20,21,21
**candidates** 67:19 125:23 148:13,15
    148:17 238:17 244:8 254:14
    255:11,21 257:2 259:2,10
**Canterbury** 270:2
**cap** 248:20,25
**capacity** 18:4,8 39:8 94:21,24,24
    118:24 119:2 173:3 176:22
    177:13 278:10 280:25 281:3
**capital** 34:10,12 94:21 193:5
    261:10,14,15 263:3 264:9,15,15
    264:17,23,25 265:8,11,20,24,25
    283:16
**capture** 259:25 267:11 287:13
    295:5 298:2,7 300:11 301:14,16
**Card** 34:5
**cards** 105:10 250:14
**care** 92:7,9 180:15 233:17 246:23
**career** 37:5 237:2
**carely** 80:3
**case** 15:10,14,19,22 16:6 17:13,14
    17:18,25 18:9,21 22:6,11,20,24
    23:5,7,10,15 25:2 27:7,8 43:6,24
    44:2 122:8 127:21 129:14 133:8
    136:21 141:13 153:2 182:6 196:6
    232:12 265:23 268:9 290:13
    293:9 294:7
**cases** 266:15,22 268:5,8
**cash** 30:24 68:3
**cause** 3:20 25:9,17
**CDs** 158:25 159:2
**cell** 76:6
**Centrale** 29:18
**CEO** 91:23 113:3,7
**certain** 141:25 278:4 293:11
**certainly** 115:8 138:5 217:22
    231:20 246:16 278:25 283:8
**certificates** 196:24
**certify** 299:8 304:10,15
**CFO** 127:7 131:5
**chain** 103:8,24 164:19,23 165:23
**chance** 134:16
**change** 108:15 120:9,25 166:24
    167:5,15,16,24,25 168:4
**changed** 29:18 48:11 101:20
    108:16,19 119:9 166:17 167:11
    196:9
**changes** 11:15,16
**changing** 98:6 121:11

**chapter** 133:21 134:4 136:2,8,13,24 137:5 138:7,10,14 139:16,19
**characterizing** 178:15
**charge** 4:18 32:12 204:16 213:18 265:5
**charged** 275:9
**check** 272:18
**chief** 147:10,11 152:2 153:19 287:7 290:4,16
**choice** 101:21 118:20 222:5
**choose** 139:3
**chose** 259:16
**chronological** 259:22
**CIO** 91:23
**circles** 174:14
**circumstances** 31:24 33:21 252:18
**cited** 177:16
**city** 32:4
**Civil** 3:6
**claim** 16:15,16 23:6 44:13 127:8,20 127:20 128:10,12,16,17 129:2,22 130:7,14,14,19 131:12 132:15 133:5,9 135:2,7 137:11,12,24 139:12,24,25 141:3,10,18 149:21 157:19 159:7,15 160:4,10 235:12 235:20 250:22
**claimed** 86:3 128:17 141:16,21
**claiming** 129:2 140:23
**claims** 294:6
**clarify** 152:25 179:3
**classes** 28:23 29:4
**clause** 247:23
**clean** 242:24 243:2
**clear** 3:13,23 12:6 41:9 79:20 99:10 143:3 179:18 213:20 214:7 215:22 243:17
**clearly** 4:8 76:24 77:3 80:3 94:23 98:5 128:16 159:4 191:6 215:16 255:10
**clerk** 4:11
**click** 182:4 184:5 188:14 189:23 196:20 219:15 234:11
**clicked** 146:23 181:3,5,7,10,13 189:7,11,16 223:18 228:18,23,23 229:2,10 233:12,15,17 234:2,8,13 234:16 247:6
**clicking** 188:7 228:17
**clicks** 182:13 302:15
**client** 10:16 16:14 17:6 19:24,25 35:20 105:9,9,11 106:3 122:14 126:12 240:5,8,20,21 245:25 246:6 247:11 251:21 255:3,3,4 256:8 267:17
**clients** 53:18 105:22,23,25 176:12 215:13 236:10 239:4,7,9 240:25 245:23 251:18 267:12,14 298:9 301:17
**Clinton** 1:8 7:4 48:2,16 51:22 52:2

52:4,10 53:10,12 54:5,6 55:16 56:4,9,24 57:16,23 58:3 60:3,7,9 60:25 61:5,24 62:11,24 63:7,23 64:15 65:25 70:2 75:6 80:10,22 80:23 81:5,5,9,11,13,14,16,17,24 82:15 83:21 88:16,17 89:17 90:8 91:11,12,12,12,14,21,22,24,25 92:3,6,6,8,9,25,25 93:3,5,6,12,13 93:16,20,23 94:2,3,3,5,6,8,11,14 94:16 95:3,4,7,14,19,21 96:3,11 97:18 98:5,9,11,13,18,18,21,23 98:25 99:2,5,17,18 101:21,24 102:17 109:4 111:11,15 112:2,4 113:2,9 114:3 115:12 119:22 121:16,18 126:23 128:20 129:23 132:24 133:10,24 134:4,18 135:17 137:13 138:2,15 139:24 140:5 141:8,11 143:2 144:8 146:5 146:7 147:23 148:12,19 149:2,9 149:10,22 150:16 151:16,18,23 151:24 152:19,25 153:19,24 154:3 155:21 157:19 158:18 159:8,16,20 160:5,11,15,23 162:6 162:10,23 163:7,10 164:5 168:9 169:25 170:10 171:18 172:2,13 174:15,19 175:5,17,20 176:4 177:2,17,22 178:8 179:15,25 180:9 181:10,13 182:6,14 183:24 185:14,16,17,19 186:3,5,13,16 187:4,8,11,13,15 188:18,21 189:19 190:23 191:7,11,14,24 192:10,21,22,23,24 193:4,8,12 193:19,19,20 194:10,13,14,22 195:2 202:15,17,24 203:6,11,15 203:18,23 204:11,21 205:7,15,21 206:8,11,19 208:11 212:20 213:6 213:7,9,11,17 214:6,11,13 215:24 216:5,18,24 217:16 223:9,25 224:23 227:24 228:9 229:13 230:5,23 231:17 233:7,16 234:4,9 234:12,17,24 235:8 236:21 241:3 241:14,21 242:5,15 243:3,9,12,25 250:4,25 253:9 255:11 256:23 260:21 261:3 262:4,19 264:20,21 265:2,12,19,24 272:25 273:14 274:17,22 275:4,23 276:4,12,17 278:11,15 279:2,24,25 280:3,4,9 280:13,16 281:10,19 282:7,17,23 283:6,11,14,15 284:6,15,16,19,25 285:25 286:21,23 287:3,5 288:8 293:9 294:10,13,20 302:16
**Clinton's** 47:21 94:5
**clinton.com** 93:19 99:2,14,14 101:3 101:4,5,9 111:5
**close** 15:16 133:21,23 136:2,13,24 137:4 138:6,9 139:16,18 213:3 250:14
**closed** 35:6 38:4 134:4 136:7

**Closing** 138:14
**clue** 213:3
**co-founder** 260:24
**co-owner** 113:3
**colleagues** 13:22,23
**collect** 207:22
**color** 281:11
**come** 12:10 18:14 49:14 73:16 129:22 137:7 145:15 173:6 186:5 187:9 198:22 199:7 210:17 241:2 250:3,10,11 254:19 258:6 259:20
**comes** 109:3 145:11 181:2 258:17
**coming** 65:5 68:16 76:24 94:13 108:17 109:3,7 165:25 168:7 213:4,4 246:19,20
**comma** 58:11,11
**commencement** 248:23
**comment** 248:2 291:21,23
**comments** 3:15 11:16 212:17
**commodities** 30:22,25
**communicate** 27:14 28:12 145:14 160:15,23 243:11 244:10
**communicated** 27:16 65:24 131:16 243:25
**communication** 4:4,5,6,8 27:5 106:11 107:20 174:5 230:4,23 231:17
**communications** 74:12 76:18,20 80:10 126:14 127:24 130:23 131:9 132:23 159:8,16,24 160:5 160:11
**companies** 40:17 115:17 152:22 240:14 266:25 267:2,3,9,20
**company** 30:15,19 31:9,19,25 32:2 34:15 38:18 40:12,21 41:17 42:10 42:12,13 56:20 64:4 68:3 83:18 84:20,22 85:13 89:5 91:13,21 92:9 93:20 94:6,20 98:18 102:3 105:12 106:2 112:3,7 113:4,7,8 114:7,19,19,20,20,21,22 115:2,3 115:14 116:15,23 117:2,6,7,14,16 117:17 118:4,14 123:19 125:22 126:18 127:7,21 137:20 138:21 138:22 142:4 147:2,4 154:14 159:6 170:6 187:7 193:7 194:11 194:11 206:21 218:8,11 235:15 240:2,10,12 253:7 256:7 260:14 265:8,19 268:2 277:24 280:13
**company's** 94:5 102:2 147:4
**compensation** 247:16 248:14,18 268:18 269:3,20 270:6,17 271:3 271:16 283:2,4
**competencies** 143:15
**competency** 143:11
**competent** 68:14,20 69:3 77:11 84:24 142:18,25 143:7,8,14 144:9 144:13,24 281:7
**complained** 114:15

**complaint** 188:16 220:9
**complete** 3:24 10:25 94:10 299:11
**completed** 209:20 250:23 283:2
  286:18
**completely** 112:5 133:23
**complex** 30:21 57:25 266:10,13,18
  289:11,14
**complexities** 118:10,17
**compliance** 3:7 147:10,11 152:2,8
  152:12 153:19 274:20 291:24
**complicated** 117:25 252:13,15
  268:5
**complimentary** 175:23,25
**comprise** 32:13
**computer** 35:21 181:17,18,20,21,24
  183:5 184:10,11,23 206:22
**computers** 193:22 264:14 285:16
**concentrate** 279:8
**concept** 83:18
**concern** 159:24
**concerned** 258:18
**concerning** 27:18 62:24 63:7 94:13
  127:24 128:23 159:8,17 160:5,11
  258:7
**concerns** 134:23
**concluded** 298:17
**condition** 9:6,10
**conduct** 3:2 4:2 238:10
**conference** 1:10,19 5:18
**conferred** 206:8,13 229:11
**confidence** 39:9
**confidential** 55:17 206:5 272:20
**confidentiality** 3:19
**confirm** 145:2 245:13
**confirmation** 135:11
**confirmed** 90:16
**confirms** 145:8
**conflict** 251:25 252:10,14,19
**confused** 12:23
**connected** 52:5 57:16 58:17,25
  258:15,20
**connectivity** 285:16
**consciously** 166:24 167:7 168:7
**consent** 4:6 5:13
**consequence** 289:24
**consequential** 259:14
**consider** 237:13
**consideration** 114:4 115:13,23
  116:16 255:18,21 256:3,24 257:2
  257:19,20 258:3 290:12
**considered** 64:7 145:13
**considering** 15:24
**consistently** 41:14 43:11
**consists** 45:13 161:15
**construct** 280:22 285:18
**consultant** 47:15,16,18 48:15 49:23
  64:19 65:5,7,10,15 66:3,4,5,7,18
  66:25 87:9,12 155:9 268:10

**consultation** 17:10
**consultations** 17:11
**consulted** 237:23
**consulting** 47:20 66:6 154:14 155:8
  267:3,9,19 268:2 269:11 270:23
  271:6 289:19
**consumed** 8:10
**CONT'D** 301:2 302:2 303:2
**contact** 14:21 56:13 68:13 75:15
  194:22 195:2 281:15
**contacted** 43:4 56:8 291:24
**contacts** 54:22 212:6
**contain** 21:3 71:24 72:4,8,22
**contained** 294:5
**containing** 188:19
**contains** 72:2,5 89:9 254:6
**content** 7:10 13:24 50:12,13 152:10
  211:4
**continue** 78:14 151:23 152:18
  231:12
**continuing** 25:25 153:4,15 155:20
  157:2
**contract** 42:15,16 75:8 77:3 80:11
  89:9 98:23 103:7 104:21 119:17
  120:2 123:3 124:12,24 125:3,10
  126:5 131:14 132:4 137:19
  139:11 140:14,15,16,18,19 146:4
  146:7 148:19,22 149:2,8,21
  150:15,19 151:5 157:19 189:6,7
  210:20 212:18,19,20,22,25 213:2
  213:8,9,12,13,14,16 214:8 215:2
  215:4,5,6,7,19 216:8,15,16,18,19
  216:21,23 217:5,13,19 218:18
  222:8,10,12,15,19 223:3,5,21,21
  224:6,10,21 225:22 226:19 227:2
  227:8 228:25 229:3,8,17,22 230:3
  233:25 234:4,10 235:9,10,11
  240:15,21,22,23,23 245:3,15,18
  245:24 246:2 247:10 275:17,18
  294:16,21
**contracts** 211:15,25 212:7 239:7,8
  240:2,11 245:23
**contractual** 42:5 80:2 127:18,19
  140:20,25 141:23 146:16,22,24
  146:25 147:18 150:20 179:21
  181:3 215:19 219:15 223:14
  233:5
**contractually** 124:13 161:3 225:8
**contributed** 213:20
**control** 88:5 167:21 204:12,13
  205:3,13
**controlling** 4:16
**conversation** 15:16 16:4,5,8,11
  19:8,12,14,17,24 54:5,11 58:19
  58:20,22 60:4,6 68:19,24,25 71:3
  74:21 76:9,15 77:4,6,16,18 78:18
  79:19 80:14 81:7 83:23 86:11
  92:15 93:2,6,9,11 94:19 95:7 96:6

  96:24 97:4,7,9,24 99:8 101:22
  103:3 108:4 112:21 120:5 129:18
  129:21 131:3,8 132:2 135:10
  139:2,4 140:4 146:18 147:15
  150:25 151:25 152:8 153:10,25
  157:12 160:2 169:22 171:3
  179:17 210:15,23 211:3,5 215:15
  219:14 243:16 251:5 258:25
  262:10,11,13,14 273:3,20 274:23
  280:18
**conversations** 13:25 16:21,24 19:15
  19:19 27:17,23 54:14 97:19 133:4
  153:17 221:24 243:22,23 261:18
**conversing** 90:18
**conveyed** 221:7
**conveying** 208:10
**copied** 152:13 163:13
**copy** 4:18 11:8 54:21 208:19
**coronavirus** 5:6
**corporate** 191:17,22 192:3 193:6
  193:13
**corporation** 191:10,10
**correct** 37:6,7 40:19,20,22,23 42:5
  44:11 47:14,15 48:5,16 49:18,19
  49:25 50:4,8,15,21 51:15,16
  52:22,23 53:11 54:25 55:2,4,7
  56:9,10,24 57:11,16,19,23 58:4
  58:12 59:16,21,25 60:7,12 61:2,3
  61:12,13,25 62:7,11 64:19,20,23
  66:4,11,14,21 68:23 69:8,13,17
  69:20 70:19 72:25 73:25 74:4,7
  74:16,19,24 76:7 80:7,12,13,18
  81:12,25 82:3,7,10,13,14 83:11
  83:21 84:7 86:5 87:19 88:3,7,10
  88:11 89:12,14,15,17 91:20 95:9
  96:25 97:9 98:13 99:20,25 101:7
  102:13,24 103:12,20,21 104:9,10
  106:13,16 107:2,7,24 108:5,13,17
  110:23,25 112:13,23 113:12,17
  113:20 114:4 118:5,7,17 119:10
  119:13,18,22 120:10,13,15,21,22
  121:2,19 122:4,7 124:7,18,22
  125:6 126:22 130:10,17,21,24
  131:11 133:11,21,24 134:5,23
  135:4,5,12 137:3 144:10,14,18
  151:18 152:14,20 153:4 154:22
  154:25 155:7,11,21,22 160:21,22
  163:4,7,10,11,17,18,19 164:2,6,9
  164:15,18,22 165:2,5,8,9,12,16
  165:19,20 166:15,16,19 167:16
  168:5,24 169:3,4,7,8,21 171:7
  173:14 176:4,9,17 183:25 188:12
  189:3,13 190:15,21 191:20 192:2
  192:11 199:13 200:23,25 201:3,6
  202:7 205:8,15 206:9,14 208:23
  208:24 209:2,3,11,23 210:4,8,9
  211:22 212:8,9 214:20 215:23
  218:15,16 219:11,25 220:4,14,16

221:2,8,12,15 223:7 226:6 227:4
227:9 233:7,10,16 234:5,6 235:14
236:2,6,8,12,18,23,24 241:19,22
242:3,6,17 246:7,10,13,17 248:5
248:6,9,15,18,23,24 249:15 251:9
253:10,17 254:11,12 255:11
256:4,16,20 257:3,11,16,19
258:19 259:2,6,10 260:19 262:8
266:6,10 274:5,8,19 277:4,17,18
279:12 282:11 286:10 287:14,20
287:25 288:4,5,7 289:3,4,6,11,12
289:14 299:11,14
**corrected** 55:23
**correctly** 38:21 55:8 94:9 156:2
278:12
**costs** 290:14
**counsel** 5:3 6:24 16:25 183:18
212:3
**counterparty** 54:12
**countries** 29:10
**country** 199:24 250:21
**COUNTY** 1:3 299:6 304:6
**couple** 146:19 203:2
**course** 3:15 198:12 249:20,23
**court** 1:2 3:19 4:11 10:4,8 11:3,5
36:24 44:7,9 78:19 96:20 132:22
241:25 242:4 282:4 290:5
**cover** 27:23 28:2 137:24,25
**CPLR** 3:10,14,21 4:13,15,16
**create** 105:25 106:3 109:15 114:20
114:23 117:7,20
**created** 32:21 42:13 122:11 196:12
196:14,18
**creates** 121:23
**credentials** 280:24
**credibility** 281:16
**credible** 39:10 281:7
**Creek** 76:22 77:4,16 78:17 79:20
80:4,5,9,14 82:6 87:24 89:6 90:11
91:4 92:14 104:22 108:4 113:11
113:14,17,19,21 122:4 146:11,14
179:17 219:10 228:13,15 243:13
243:23
**critical** 209:10,20
**cross** 98:16
**culture** 218:7,11
**current** 5:5 43:14 189:24 259:25
287:14
**currently** 65:11 158:9 272:9
**customary** 90:21 238:15,19,22
239:3,9 294:11
**Customer** 187:11 193:20
**cut** 213:20
**CV** 260:12 298:4 301:15

---

**D**

**d** 3:6 6:2 29:5,16 60:19 101:12,13
260:5 295:20 299:2 300:2,16

301:2 302:2 303:2
**D'Electricite** 29:14
**d'etudes** 29:5
**d-i-p-l-o-m-e** 29:5
**data** 164:4,5 201:8 206:21
**databases** 12:17
**date** 1:21 5:11 14:9,10,15 51:18
56:15 140:20 162:3,5,9 219:19,23
221:4 233:16 234:16 241:9 246:5
247:22,24 248:15 249:14,15
258:16 295:4,9,13,17,21,25 296:5
296:9,13,17,21,25 297:5,9,13,17
297:21,25 298:6,11,15 303:6
**dated** 100:18 162:19 243:5 255:9
**dates** 35:17 36:22 65:20 162:7
269:16
**daughter** 131:6
**day** 8:20 18:12,13,14 19:10,11
32:21 73:24 75:12 106:21 126:4
141:12 219:25 221:6 229:12
234:12 253:8 276:22 277:7
279:25 280:9 299:21 304:20
**days** 32:16 75:15 195:22 199:3,4
211:19 247:21 248:15,22 249:12
249:13,15
**de** 1:15 2:15 5:19 6:9,15,20 7:1,2
8:1 9:1 10:1 11:1 12:1 13:1 14:1
14:14 15:1 16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1 24:1 25:1
26:1,2 27:1,6 28:1 29:1 30:1,15
30:16 31:1 32:1 33:1 34:1 35:1,14
36:1 37:1 38:1 39:1 40:1 41:1
42:1 43:1,25 44:1,20 45:1 46:1
47:1 48:1 49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1 75:1 76:1,10
76:11 77:1 78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1 98:1 99:1
100:1 101:1 102:1 103:1 104:1
105:1 106:1 107:1 108:1,11,18
109:1,2,8 110:1,12,16,21 111:1
112:1 113:1 114:1 115:1 116:1,7
117:1 118:1 119:1 120:1 121:1
122:1 123:1 124:1 125:1 126:1
127:1 128:1 129:1 130:1 131:1
132:1 133:1 134:1 135:1 136:1
137:1 138:1 139:1 140:1 141:1
142:1 143:1 144:1 145:1 146:1
147:1 148:1 149:1 150:1 151:1,6
152:1 153:1 154:1 155:1 156:1
157:1 158:1 159:1 160:1 161:1
162:1 163:1 164:1 165:1 166:1,14
167:1,3 168:1 169:1 170:1 171:1
172:1 173:1,19 174:1 175:1 176:1

177:1 178:1,18 179:1,4 180:1
181:1 182:1,22 183:1,7 184:1
185:1 186:1 187:1 188:1 189:1
190:1 191:1 192:1 193:1 194:1
195:1,8,11,21 196:1,2 197:1,4
198:1 199:1 200:1 201:1 202:1
203:1 204:1,20 205:1,2 206:1
207:1 208:1 209:1 210:1 211:1
212:1 213:1 214:1 215:1 216:1
217:1 218:1 219:1 220:1 221:1
222:1 223:1 224:1,16 225:1 226:1
227:1 228:1 229:1 230:1 231:1
232:1 233:1 234:1 235:1 236:1
237:1 238:1 239:1 240:1 241:1
242:1 243:1 244:1 245:1 246:1
247:1 248:1 249:1 250:1 251:1
252:1 253:1 254:1,5 255:1 256:1
257:1 258:1 259:1 260:1 261:1
262:1 263:1 264:1 265:1 266:1
267:1 268:1 269:1 270:1 271:1
272:1 273:1 274:1 275:1 276:1
277:1 278:1 279:1 280:1 281:1
282:1 283:1 284:1 285:1 286:1
287:1 288:1 289:1 290:1,25 291:1
292:1,3 293:1,13 294:1,18 295:1
296:1 297:1 298:1 299:8,17 300:5
303:6 304:11
**DEA** 29:5
**deal** 202:14 208:11 240:7 279:11
**dealing** 126:18 138:15 240:2
**dealt** 53:12
**debt** 241:21 242:6 243:4
**decide** 33:4 78:9 126:15 132:16
256:9
**decided** 173:7 198:12 256:15,18
265:5,6,6,16 280:4
**decides** 256:11
**decision** 112:8 173:9 257:10 265:3
285:23
**deemed** 4:15
**deeper** 171:2
**defamatory** 291:24
**default** 109:16 160:16,24 219:3,5
224:24 240:23 245:3,6,15,17,25
246:15,22,23 247:4,10
**defect** 3:13
**defendant** 1:9,18 2:9 46:2 266:18
293:4 294:10,11
**defendant's** 59:7 295:3,8,12,16,20
295:24 296:4,8,12,16,20,24 297:4
297:8,12,16,20,24 298:4,10,12
300:9 301:5,20
**defendants** 266:9
**defense** 294:15
**defer** 217:18
**deferred** 128:12 140:8
**defined** 172:21 294:12
**definitely** 47:2 280:3 282:24,25

degree 28:16 29:7,12,20,23,25 30:2
    30:4,5,7 154:20
delay 157:9,10
delaying 129:19,19,19,20,21
deliver 30:24,25 278:10,17
delivered 31:4 288:24
delivering 31:2
Delta 32:12
demand 23:2,10 27:10 158:8
demands 182:12
demonstrate 68:25 77:17 79:16
    143:15 150:20 185:21 186:2
    194:16
demonstrated 68:19 190:19,22
demonstrates 95:4
demonstrating 69:2
department 35:6 43:5,5 53:18
    187:15
departure 128:24 131:25 135:2
    283:23
depend 141:21 240:20 255:5,5
    262:23
depending 15:15 137:19,20 238:17
depends 104:13 255:3,25 262:24
    266:20
deponent 3:12,18,21,23 4:4,5
deposed 46:5,7 49:18 50:20,22,23
    50:25 51:3,5,8,12 203:2 288:25
deposition 3:5,8,8,9,11,18,24 4:5
    7:5,6 11:8 12:3,5,14 13:3,10,13
    13:16,18 19:2,6 20:12,15,22 21:2
    21:25 22:5,10,20 23:4,12 24:4,11
    24:21 25:5,8,12,16,20 26:5,11,14
    26:18 27:11,15,18,22,24 28:4,9
    28:13 36:2 47:10 48:22 49:12
    50:7,14 51:14,15,17 86:17 129:20
    172:22 182:17 202:25 204:4
    263:7 286:9,11 290:10 299:10,13
    302:7,9,14 303:9 304:12,13
depositions 3:2,4 4:2 46:11 49:21
    49:25 50:4 86:15 289:6 295:7
    300:12
depth 15:15
derivatives 287:24
describe 280:15
describing 178:14
DESCRIPTION 302:5 303:5
desk 32:12
destroy 158:12
detail 145:25
details 15:10 65:19 145:23 269:2
determining 4:6
develop 70:3,5
developed 198:4,5 284:7
developer 118:20
developers 105:17 255:14
developing 284:8
development 63:25 69:4,6,8,25

70:8 82:23 83:6,9,12,15,19 84:12
    84:18 85:6,10,12,14,18 86:3
    88:20 125:22
devoted 209:17 210:8
dialog 68:25
dialogue 79:18 129:23
Diana 131:3 132:2
dictated 288:10
difference 87:11
different 29:3 32:13 40:11 54:14
    58:14 76:9 91:24 94:22 100:12
    107:23 110:22,24 115:17 118:22
    132:5,13 170:5 174:3,22 178:20
    186:6,9,11,21 187:5,20,21 188:2
    190:9 191:8,16 193:13,22,24
    194:7,15 197:20 239:14,17 258:5
    259:21 261:14 268:3 282:13
    291:12
differential 263:21
difficult 15:9 42:16 199:23 207:2
    281:12,17,24 282:6,10,10,12,17
    282:21
Dileep 197:23
diligence 155:4,16
dimension 63:19
diplomas 29:3,11
diplome 29:5
direct 3:21 91:7,17 92:19 261:11
directed 184:7
direction 3:22
directions 150:5
directly 52:4 81:3 100:13,14 159:25
    188:14 213:6 290:14
director 91:11 94:2,3,8,16 95:6,20
    96:2 97:18 98:9,10,20
disagree 78:6 98:24 139:21 142:20
    155:12 277:5 278:25
disclaimer 75:2 76:16 77:2 79:25
    89:7,8 103:7 104:21 124:13,15
    125:3 146:15,22 159:21 161:2
    179:20 189:4,5,6 215:12,17
    225:10 231:5,9 240:24 254:7,8
disclaimers 215:10
disclose 7:10 19:21,22 55:15 94:25
    98:4 105:9 106:17 148:7 201:10
    201:13 206:4 244:7
disclosed 16:22 30:10 95:16 166:4
    182:24
discoverable 23:12 26:12,13,15
    158:14
discovery 20:16,17,21 23:7 54:2
    55:9 147:23 166:4 259:19 275:16
discuss 25:17 28:7 92:19 127:9
    135:14 147:6
discussed 36:6 92:18 132:14,25
    135:7 204:5 217:3,17 223:19
    274:16 284:14
discussing 81:6 123:17 126:16

discussion 7:11 11:25 49:5 73:21
    77:7 106:9 132:19 151:9 161:25
    180:18 192:17 194:20 204:18
    244:21 267:6
dishonest 138:11 139:17,22
dismissed 290:14
displaying 226:12
dispute 123:18 125:14
disqualified 146:21
dissertation 28:20,25
dissolve 42:9
doctoral 29:8 30:2,5,7
doctorate 28:21 29:2
document 11:20,21 12:15,23 20:16
    22:12,21 23:3,11 24:12,20 25:4
    25:13,15,22 26:8,10,11,12,14
    48:25 53:24 54:2,3,24 55:24
    59:13 65:20 72:13 134:13 143:25
    144:5,23 150:8,9 151:2,2 156:12
    156:17,17,19 157:3,6 158:2,25
    165:15 166:4 186:14 191:25
    192:20 193:16 194:17,18 202:10
    223:16 230:25 232:17,21,22,23
    232:25 233:4,4 244:5 245:2,14,14
    245:20,21 246:2 248:2 253:21
    256:2 284:13 292:11,19 293:2,6
    293:11 294:4,25 295:10,14,18,22
    296:2,6,10,14,18,22 297:2,6,10
    297:14,18,22 300:10,13,15,16,17
    300:19,20,21,22,23,24 301:6,7,9
    301:10,11,12
documentation 120:21
documented 97:8 153:7,10 262:9
documents 12:17 20:14,17,21,25
    21:6,8,9,11,14,24 22:4,9,19,23
    23:8,11,13,20,23 24:2,3,9,15,18
    24:22 25:2,19,23 26:4,6,17 27:2
    27:10 35:22 36:3 54:23 96:5
    149:25 150:22 159:4 172:20,23
    182:13 183:14,18,23 184:4
    232:14,15 246:19 272:18 286:25
    287:2 302:6,8,15 303:8
doing 33:9 38:6 57:5 64:2 71:5 83:7
    87:11 93:20 115:4 117:9,23
    142:25 202:8 231:7 255:3
dollar 44:24 45:2,10 207:15 303:10
dollars 85:2 133:11 261:13,13,16
    261:21,25 262:6 263:11 264:16
    278:11
domain 167:12
door 52:20
doubt 91:15 101:5,23 133:15
drafted 50:14 72:25
draw 293:12
drawdown 276:6
drop 133:9
drugs 8:13
dual 176:10

**due** 5:4 27:3 141:24 155:4,16
  249:11 285:13
**duly** 6:3 304:12
**duty** 132:5

---

**E**

**e** 2:2,2 3:7 6:2 208:2 216:12 297:8
  299:2,2 300:2,8 301:2,4,7 302:2
  303:2 304:2,2
**E-c-o-l-e** 29:15
**E-l-e-c-t-r-i-** 29:16
**e-mail** 59:15 60:10,13,14,17,21,23
  61:7,14,15,23 62:13,15,16,21,23
  63:7,12,15,18,22 65:25 66:11,20
  68:12,15,18,23 70:11,14,15 71:24
  72:8,21,25 73:9,17,23 74:2,11,13
  75:19,23 76:2,9,12,14,17,21,23
  77:2,4 79:14,23,24,24,25 80:9
  81:19 84:5,8,13 85:17 86:2 88:2,5
  88:14,23 89:8 91:4,5 92:13,14
  93:7,15,19 94:18 96:11 97:8 98:4
  99:2,11,15,19,22,24 100:3,6,7,8,9
  100:16,17,18,21,23 101:4,9,15,18
  101:20,21 102:2 103:6,8,12,13,24
  104:15,20 106:15,18 107:2,4,6,16
  107:24 108:2,16 109:3,4,5,15,16
  110:10,11,14,17,19,23 111:2,6,9
  111:12,16,17,18,21 112:5,13,14
  112:17,20 113:13,23 116:15
  119:8,9,10,12,19 120:10,13,20
  121:11,12,18,23 122:12,14 124:6
  127:24 128:22 131:21,22 132:23
  134:15,18,20,22 135:4,13,15
  136:19 143:10,13 145:7 146:3,13
  146:13,15,20,20,21 147:14,16
  152:12,14,15,17 153:7,12,16
  154:5,8 158:23 159:19 161:2,18
  161:22,23,23 162:3,12,17,21
  163:3,6,9,12,16,21,23 164:2,7,13
  164:14,17,20,25 165:2,14,22,23
  165:24 166:10,10,11,15,18 167:5
  168:4 179:22 181:2 188:19 189:4
  208:6,9,13,20 209:15 210:10,16
  211:7,13 212:4 214:19 215:17,20
  219:2 221:18,21 223:13,23 224:4
  224:8,9,11 225:7,11,15,17 226:6
  226:7,9,11 227:3,7 228:16 230:7
  230:10,11,17,18,19,20 231:4,8,16
  231:23,25 232:3 233:12 241:16
  241:24 242:9 243:20,24 244:7,10
  253:17 254:4,9,10 255:9 256:19
  256:22,25 258:7,8,11,12,14,23
  259:9,11 273:19,20,23,25 274:4,5
  274:25 286:5,12,23 287:3,10
**e-mailed** 112:13
**e-mailing** 112:9
**e-mails** 14:11 24:24 26:20 63:3
  74:17,23 75:5 80:5,12,25 82:17

97:2 108:12 111:19 113:10,11
  119:22 127:13 128:20 133:4
  140:2 147:8,20 163:14 164:19,23
  165:11 166:18 200:19 208:15
  216:6 219:14 221:9 223:19
  241:16 243:14 253:15,25 257:15
  258:14,20 259:15,17,21 286:19
  286:22
**e-t-u-e-d-e-s** 29:6
**earlier** 12:5 83:2,5 84:14 85:24 86:2
  140:7 185:9 214:20 265:18
  274:16 286:12 290:25 292:3
**early** 170:10,11 199:12
**easier** 29:17
**easy** 15:11
**eat** 141:6
**Ecole** 29:14,15
**Economics** 270:13
**edits** 11:10
**educational** 28:16
**EE** 53:22 55:25 295:12 300:13
  302:12
**effect** 4:11
**efforts** 153:4
**eight** 15:16 17:17 129:12,15 147:25
  148:3,7 187:25
**either** 41:11 68:2 88:19 115:13
  131:8 210:17 222:2 267:17 268:9
**electronic** 12:16,17 21:19
**element** 279:9
**elements** 95:10 222:15,22 227:15
**Eleven** 269:25
**eliminate** 136:21
**Elizabeth** 2:15 195:11,14,16,20
  196:2 197:3
**email** 208:4
**emergency** 5:5
**employ** 253:10
**employed** 35:8 41:11,14 47:23,25
  68:2 105:17 151:18 152:19 201:9
  205:12 206:3 228:21,22,25
  229:13 260:7,9 287:4
**employee** 53:17 87:10,12,13 99:18
  114:18 116:21 125:15 128:6
  130:13 133:6 136:10,21,25 137:6
  137:12,13,15,17,18,21 138:16,20
  139:8,19 142:21,22 147:10
  153:18 185:24 186:7,8 187:4
  191:7 194:13 197:4 212:23
  213:11 214:4 218:3 229:23
  235:16,20,23,25 236:14 250:20
  254:25 261:2 265:8
**employees** 105:23 114:7 118:21
  140:13 187:5,18 207:11,16
  208:23 213:10
**employer** 43:14 101:24 117:12
  171:13 194:12 201:11,12 206:19
  206:24 222:9 280:5

**employment** 34:14 35:3 37:10
  38:13 39:20 41:23 42:2,7 48:17
  53:10 67:9 132:14,24 133:8
  203:13 214:10,13 215:5,7 216:2
  216:19,23 217:13,19 222:10
  228:25 229:3,8,11,14,16,17,19,25
  230:2 238:23 250:14 255:23
  256:9 260:13 261:3 264:21
  280:17 281:18 282:8,22 283:7
  284:18,23 288:9 294:13
**enclosed** 54:22
**encompass** 84:19 133:5
**encompassed** 145:24
**ended** 32:23 48:4 132:24
**ends** 236:24 238:23,25
**enforce** 3:19 74:19 75:8
**enforced** 122:16,23
**engage** 81:11
**engaged** 81:13 101:23 124:13
**engagement** 179:21
**engaging** 93:19
**enormous** 276:7 278:18,23,23
  279:16
**ensure** 179:25
**enter** 54:9 56:15 216:4
**entered** 148:19 269:6,22 270:9,19
  271:5,19
**entire** 35:6 60:21 103:19 193:7
  232:8 250:5
**entirely** 141:24
**entities** 40:25 41:20 155:25
**entitled** 128:10,12 130:13 141:14
  151:2,3,4 155:16 179:19 180:13
**entitlement** 179:16 180:2
**environment** 186:4
**equal** 28:21 29:9 133:13
**equation** 177:9,10
**equities** 30:23 35:5,7
**equivalent** 28:17
**Erin** 195:8,13,16,18,18 196:2 197:3
**error** 3:14
**errors** 11:11
**escaping** 149:4
**ESE** 29:15
**especially** 161:19,20
**ESQ** 2:6,11 6:7 290:24
**essentially** 44:18
**Establish** 88:22
**etcetera** 142:3,3,3 248:11 263:22
  264:14 291:17,17
**ethical** 237:5,10,13,19 251:20
**ethics** 237:23
**European** 199:25 259:5
**evening** 75:17 76:5
**event** 4:8 97:5,12 199:22
**events** 61:21 97:14 260:17
**eventually** 123:24 126:5 127:10
  128:8,17 130:2 137:23 139:10

261:2 273:17,19 274:24
**everybody** 10:10 35:5 116:9 167:20
186:10,20 240:13 249:24
**everybody's** 231:12
**evidence** 90:13 91:18 92:3,11,21
93:5,15 94:14 95:5,23 97:17
115:18,20,21,21 116:5 146:2,6
147:21 148:11,20,24 149:7,20
157:18 187:16 190:17 191:2,19
191:21,23 220:23 221:3 234:7,15
286:20
**exact** 72:4 126:21 252:18
**exactly** 20:7 21:7 40:14 45:5 51:19
126:11 140:14 145:7 152:10
185:12 189:14 205:25 206:15
207:20 221:17 224:7 234:2
251:18 262:22 264:19 267:4
285:3
**examination** 1:15 3:15 4:13,18 6:6
290:23 298:16 300:4
**examine** 198:8
**examined** 6:4
**examining** 3:24
**example** 26:20 283:10
**examples** 198:11 282:24
**Excel** 54:8,10,13 55:3,6,9
**excellent** 64:6 83:24 198:20,20,24
198:24 199:20,21 200:8,11,18
**exception** 146:19 151:16 152:11,18
155:24 275:2
**exceptional** 292:2
**exceptions** 159:21 162:23 164:10
**exchange** 94:18 113:13 148:16
241:17
**exchanged** 113:16 159:19 273:2
**exciting** 251:19
**exclusive** 83:25
**exclusively** 57:4 186:12
**excuse** 291:14
**execute** 290:2
**execution** 172:3,4,4,25 174:4,4,7,11
174:11,17
**executive** 71:22 72:2,4,5 77:13,18
79:21 83:17,24 84:19 155:11,13
156:9,11,13,16,20,24,25 157:7
158:19,22 159:5 177:12 179:18
224:19 237:24 244:6 246:9 248:8
257:13
**exhibit** 36:25 40:4 45:13 46:19,21
53:22 59:8,11 60:19 73:7 87:22
101:11,13 102:6 107:14 134:9,12
143:18 144:23 154:3 161:15
169:15 183:14 187:22 208:2
216:12 224:14 244:17 253:20
259:24 267:11 287:13 295:3,8,12
295:16,20,24 296:4,8,12,16,20,24
297:4,8,12,16,20,24 298:5,10,14
302:12

**exist** 287:19
**existed** 294:12
**exists** 26:8,10
**exit** 31:24 33:22 129:9 130:6
**exotic** 30:22
**expand** 64:18
**expect** 118:5 136:17 137:7 224:25
**expecting** 99:25
**experience** 38:25 39:4,11 50:4
67:22,23 116:2 252:7 260:21
266:5 268:9 281:6 288:19 289:18
289:25
**experienced** 49:25
**expert** 46:10 47:13,20 48:14,18,21
49:10,21,22,24 50:5,6,18,19
155:8 242:25 260:4 268:10 288:6
288:19 289:7,19 298:4 301:15
**expertise** 67:20,22 175:2 252:5
**experts** 271:12 272:2,5,17 287:23
287:24 302:19
**explain** 37:18 39:8 64:14 76:23
79:10,12 83:2 177:14 178:19
185:22 191:6 263:15 281:2
**explained** 43:6 78:7 114:15 125:22
184:5 263:13
**explaining** 118:16 263:18,19
**explains** 50:17 184:4
**explanation** 44:4 178:19 291:4
292:8
**explanations** 156:18 157:15
**explicit** 219:7
**express** 228:9 230:24 231:18
**expressed** 230:5 291:2
**expressly** 12:18
**expungement** 44:18,19,25
**extended** 117:24
**extending** 50:3
**extent** 3:14 20:6 273:5
**external** 64:19 65:5,6,10,15 66:3,18
66:25 83:10,17 84:21 85:7,10,14
87:7 88:20 274:22
**extremely** 77:3 79:20 80:3,3 173:22
278:16,17

---

**F**

**F** 46:19,21 295:8 300:11 304:2
**facilitate** 131:7
**fact** 5:19 17:2 27:4 75:12 95:2
106:23 125:16 134:25 135:7,16
137:25 138:20 139:5,10 151:22
206:17 285:13 286:9
**factors** 95:17
**failed** 9:20 202:15
**fair** 6:12 52:19,21 56:13 104:3
112:5 276:20
**faith** 128:14 140:5 141:4,5,6,12,16
243:9
**familiar** 290:3

**familiarize** 290:7
**family** 259:5
**fantastic** 126:7
**far** 17:21 55:20 202:21 204:9 252:7
258:10,18 283:21
**fast** 48:8 210:22 291:8
**fault** 203:20 207:3
**Fayaz** 123:2 126:17
**February** 196:13 254:9 255:9
256:16,24 257:25 258:14,18
259:9
**fee** 39:21 118:5 123:7 126:19,24
127:4,15 128:2,15,17,19 129:2,3
130:10 131:10,11,23 132:10,25
135:4,8 140:8,21,23 141:9,14,18
141:24 142:2,23 159:8,17,24
160:5,11,16,24 161:4,7,12 179:16
179:19 180:3,14 188:20 216:25
217:20 218:2,6,13,19,20,22,23
223:10 224:25 225:8 226:5,10,18
226:23 227:24,25 237:7,11,21
238:16,23 239:21 241:4 243:5
246:4,12,16 247:3,4,7,12,17
249:9 250:22 251:15 275:3,9
280:11 294:20
**feel** 150:13
**fees** 42:19,20,21 148:5 149:9
207:23,24 217:23 245:9 248:5
251:4 278:3 290:14
**FF** 134:9,12 296:8 300:20
**figure** 142:8
**file** 55:12,14 302:11,12
**fill** 14:14 45:9
**financial** 30:12 32:22 48:19 116:14
207:10 254:17 261:8 268:22
269:4,7,10 272:9 287:25 302:19
**find** 15:13 42:5,16 102:7 192:14
220:20 275:13 278:17,22 279:14
**finding** 15:11 278:17 279:16
**fine** 6:20,21 74:21 76:5 128:7
197:13 219:16 279:20 294:2
**finish** 7:8 83:16 96:10,16,21 121:6
149:6 193:11 272:15 276:25
282:3 291:3
**finished** 70:9 85:4 115:6 138:3
154:6 176:13 252:8 265:25
272:14 276:8
**FINRA** 16:3 43:25 44:8 45:4 51:2,4
51:8,11,14,17 291:20,20 303:10
**fire** 218:4,14,21,23
**fired** 35:5 144:8 205:19 291:9
**firm** 15:4 147:13 275:21 286:17
**firms** 15:21 17:22 24:20 18:20 117:9
**first** 6:3,14 12:11 14:4,15,18 15:6
30:11 32:15 34:6 38:22 39:3
40:13 61:7,10 62:23 63:6,24
64:13 67:3 69:7,12 86:9 97:3
125:8 140:13 145:3,11 146:9

154:24,25 155:7,15 156:14 161:6
161:11 166:3 195:19 199:17
200:24 202:4 208:12 210:11
219:19 220:6,11,15,17,19,20
234:12,16 237:3 238:24 239:2
247:15 250:11,16 262:4 273:3
303:6
**fit** 56:4 177:9,10
**five** 67:3 119:6 148:5,5,7 183:6
244:23 293:15,19 294:8
**fixed** 124:2
**flat** 199:18
**flavor** 152:4
**flexibility** 105:14
**float** 73:15 92:16,22
**focused** 47:13
**folder** 21:19
**follow** 28:23 40:10 258:13
**follow-up** 23:19 53:7,9 76:23 129:4
129:18 132:2 153:24 156:4 163:9
182:19 272:12,16,21
**followed** 107:6,16,19 129:11 164:21
165:7 282:19
**following** 61:16 73:24 75:17 76:5
144:17 154:19 290:10
**follows** 6:5
**food** 170:25
**force** 4:11 53:20 213:23
**forced** 123:21
**forget** 129:15 132:15 148:8,10
**forgot** 39:21 42:19,22 147:22
149:14
**form** 3:13 66:5 84:16 89:23 106:3
111:24 124:9 131:13 132:3
166:21 205:23,23 225:4 227:12
255:23 257:5
**formal** 104:19 105:4 119:23 121:15
140:19
**formally** 120:9 241:8
**format** 21:20
**forms** 66:7,9 114:18
**forth** 3:19 4:7 164:17 304:12
**forward** 17:2 77:17 88:7 90:24
113:19 125:2 132:21 141:7
143:16 146:12 151:17 155:20
179:20,22 289:23 290:13
**forwarded** 11:8
**fought** 42:11
**found** 58:2
**four** 32:9 33:18 38:15,16 48:3,6
65:20 107:19 133:16 134:2
135:10 136:6 214:12 259:10
275:6 277:2,9 280:13,16 282:7,22
283:7 288:9
**fourth** 212:4 259:4
**framed** 3:12
**France** 29:3,10
**Francis** 127:6 214:14

**Francisco** 125:25
**free** 76:5 150:13 250:21
**French** 30:17 291:14
**Friday** 99:23 100:18 163:10 164:22
165:7 210:17 212:16 221:9,18,25
**friend** 56:12 59:5 273:16
**friends** 205:25
**frivolous** 290:8
**front** 36:15
**frozen** 40:3 109:18,20,21 122:18
184:17,17,20
**frustrated** 251:16
**fulfill** 19:9
**full** 49:7
**fully** 137:7 203:25
**fund** 69:25 70:8 94:25 95:2,8,12
98:2 105:15 106:6 116:25 117:3,3
117:14,19,19,19,21 207:14,18,19
207:22 209:17 210:7 254:25
255:25,25 256:10 260:6,16
264:11 278:7
**funded** 203:25
**funding** 115:15 198:8,13 201:3
202:4 204:8
**funds** 116:11 117:23 207:9 281:3
**furnished** 4:18
**further** 4:12,14,17 39:16 112:23
147:17 157:23 159:7,16 160:4,10
202:11 254:4 290:18 294:24
304:15
**future** 5:11 30:25 31:2

## G

**G** 6:2 299:2
**G-d-e-q-u-i-l-l-a-c-q** 62:18
**G-e-n-e-r-a-l-e** 30:18
**Gabriela** 197:24
**gain** 183:4 288:19 289:18,24
**gained** 205:18
**games** 129:24
**gdequillacq** 79:23 99:9 135:14
162:24,25 163:15
**gdequillacq@navesink** 74:14 80:6
103:2,3,14 274:5
**gdequillacq@navesinkinternatio...**
62:19 110:13 165:12
**gdequillacq@navesinkinternatio...**
79:13 164:15
**general** 3:5 50:18
**Generale** 30:15,16 31:12
**generate** 119:2 206:16
**generating** 206:18
**George** 2:16 52:4,16,24 82:12,16
88:7 89:14,16,18 90:8,10,13,18
90:19,23,24 91:3,6,8,9,18,23,23
91:25 92:5,8,10,11,20,21,24
95:13,14 111:8,10,11,14,15,16
112:4,6,9,11,17,17,19,22,25

113:3,9,18 121:10 129:18 143:5,8
143:10,14 144:18 145:3,15,16,16
145:18,20,21 148:14 152:13
165:18 191:10 208:17,21 210:12
211:17 212:24 213:15 217:3,3
221:16 235:3,9 241:24 250:9
253:11 283:24 284:13 286:13
**George's** 111:9 242:9
**getting** 17:22 179:2
**GG** 214:18,18 297:12 301:9
**give** 7:5 16:19 18:15 71:20 102:7
107:5 117:22 123:25 149:11
150:5 152:4 156:18,18 183:5
187:20 196:20 207:6 218:13
228:3 244:18 278:3 282:24
**given** 3:9 68:2 134:2 144:4 177:25
178:3,4 242:10 291:20 299:14
304:14
**gives** 93:15 222:10 240:13
**giving** 13:24
**GlassBridge** 55:16 114:3 115:12
**Global** 270:12
**Gmail** 76:10 99:16
**go** 6:15,20,23 12:7 31:16 33:24
37:12,13 38:2,6,10,11 43:7 48:11
57:18 65:3 85:23 86:6,9,11,12,20
87:21 92:13,22 96:4,5 100:12
102:5,6,22 122:9 123:24 128:7,25
137:13 141:12 142:7,21 145:23
145:25 149:24,24 150:3 151:17
166:8 174:14 185:3,4 188:6,14
190:2 196:19 202:21 204:2
205:16 209:8 212:15 213:15
214:23 217:22 218:18 221:5,22
228:5 243:20 244:13 254:3
277:14 284:2 291:6,8 292:18
293:15,19
**goal** 197:25
**goes** 7:7 48:8 147:17 195:20 244:25
**going** 7:5 10:24 12:3 14:12 18:16
23:2 27:12 31:6 33:3 35:20,23
44:10 45:8,9 53:21 55:11 57:18
59:6 60:18 72:7 73:6 75:3 77:17
78:14,16,17,19,21 82:6,19 85:22
87:21 88:16 93:6 96:10,18 99:5
101:10 102:5,6 106:12 120:7,9,12
122:4 124:25 128:18 130:25
131:13,24 132:21 134:8 136:23
139:7 143:17,18 146:12,14 149:6
152:5 154:2 158:7 161:14 169:6
169:14 174:17 179:20,22 182:12
187:22 188:8 190:12 210:2
214:17 216:11 217:15 224:13
231:12 242:21 244:16,24 253:19
259:23 267:10 272:7,19 283:8
287:12 288:17 289:23 291:7
**Goldborough** 14:3
**gonna** 43:7 62:5 81:7,7 85:21 93:2

99:3 105:8,15 111:18 117:24,25
119:4 132:16 143:5,5 257:24
268:11 275:20 284:13
**Gontran** 1:15 5:19 6:9,15,20 7:1,3
8:1 9:1 10:1,19 11:1 12:1,3 13:1
13:15 14:1 15:1 16:1 17:1 18:1
19:1 20:1,5 21:1,23 22:1 23:1,16
24:1 25:1 26:1 27:1 28:1 29:1,12
30:1,11 31:1 32:1 33:1,3 34:1
35:1 36:1,5 37:1,3 38:1 39:1 40:1
41:1 42:1 43:1,25 44:1,6,20 45:1
45:22 46:1,20 47:1 48:1 49:1,8
50:1 51:1 52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1,13 60:1 61:1
62:1 63:1 64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1,19 72:1,15
73:1,15 74:1 75:1 76:1 77:1 78:1
78:10 79:1 80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1 94:1 95:1
96:1,15 97:1 98:1 99:1 100:1,10
101:1 102:1 103:1 104:1 105:1
106:1,11 107:1 108:1,11,18 109:1
109:2,7 110:1,12,16,21 111:1
112:1 113:1 114:1 115:1,20 116:1
116:7 117:1 118:1 119:1 120:1
121:1 122:1 123:1 124:1 125:1
126:1 127:1 128:1 129:1 130:1
131:1 132:1 133:1 134:1 135:1
136:1 137:1 138:1 139:1 140:1,25
141:1 142:1 143:1 144:1,6,22
145:1,4,6 146:1 147:1 148:1
149:1 150:1 151:1,6 152:1 153:1
154:1 155:1 156:1 157:1,9 158:1
159:1 160:1 161:1 162:1 163:1
164:1 165:1 166:1,13,23 167:1,3
167:22 168:1 169:1 170:1 171:1
172:1 173:1 174:1 175:1,15 176:1
177:1 178:1 179:1 180:1 181:1
182:1 183:1 184:1 185:1 186:1
187:1 188:1 189:1 190:1 191:1
192:1,19 193:1 194:1 195:1 196:1
197:1 198:1 199:1 200:1 201:1
202:1,20 203:1,20 204:1 205:1
206:1 207:1,5 208:1,25 209:1
210:1 211:1 212:1 213:1 214:1
215:1 216:1 217:1 218:1 219:1
220:1 221:1 222:1,13 223:1 224:1
224:16 225:1,5 226:1 227:1 228:1
229:1 230:1 231:1 232:1 233:1
234:1 235:1 236:1 237:1 238:1
239:1 240:1 241:1 242:1,11 243:1
244:1 245:1 246:1 247:1 248:1
249:1 250:1 251:1 252:1 253:1
254:1,5 255:1 256:1 257:1,7
258:1 259:1 260:1 261:1 262:1
263:1 264:1 265:1 266:1 267:1
268:1 269:1 270:1 271:1 272:1

273:1,4 274:1 275:1 276:1 277:1
278:1 279:1 280:1 281:1 282:1
283:1 284:1 285:1 286:1 287:1
288:1 289:1 290:1 291:1 292:1
293:1,24 294:1 295:1 296:1 297:1
298:1 299:8,17 300:5 304:11
**Gontran's** 145:22,24 287:4
**gontran@dequillacq.com** 76:13
**good** 6:14,25 7:2,2 128:14 140:5
141:4,6,16 145:4,12,17,20 151:14
176:2 180:10 198:16,25 199:3
200:8,14,14,18,21,24 201:6,18,18
202:6,7,8,13 203:12 204:9 236:9
243:9 262:16 284:9 286:13,14
287:7
**goodbye** 140:25 214:16 280:7
**government** 196:20
**great** 10:21 39:9 95:23 178:25
212:15 214:23
**Green** 34:4
**Greenberg** 15:4,4,7 16:2
**Grille** 104:23
**gross** 291:9
**ground** 86:14,18
**grounds** 4:7
**group** 1:8 7:4 38:19 39:12,15 40:5,9
40:10,18 41:12 42:17 52:2,4,10
54:18,20 56:9 60:3,25 61:5,24
62:11,24 63:7 65:25 80:22,23
81:5,5,9,11,14,14,16,17,24 82:15
90:8 92:25,25 93:3,5,7,12,14,23
94:6,8,11,14,16 95:14 101:24
102:17 113:2 114:3 115:12
128:20 134:19 135:17 138:15
139:24 154:4 158:18 162:6,10
168:9 171:18 172:2,14 177:2
182:14 185:14,16,17,19 186:16
186:16,19,25 187:2,2,4,8,11,14
187:15 188:18,21 191:7,11,15,24
192:10,21,22,23,25 193:4,8,12,19
193:20,21 194:10,13,14 202:15
202:17 203:6,23 204:21 205:15
205:21 206:8,11 208:11 215:24
229:13 243:3 253:10 256:23
260:22 261:3 264:20,21 265:2,12
265:19 269:13 272:10,25 273:14
275:4,23 276:12,17 278:15 279:3
279:25 281:10,19 282:7,17,23
283:6,11,14,15 285:2,25 286:21
287:5 293:10 294:10,13,20
302:16,19
**grow** 56:19 70:8 210:2
**growth** 209:23
**guarantee** 57:3,4 189:18,21 190:8
234:13 247:9
**guess** 125:24
**guessing** 266:21
**guidance** 59:21

**guy** 173:10
**guys** 109:24 220:25

---

**H**

**H** 259:24 287:13 298:5 300:8 301:4
301:14
**half** 34:13,19 48:6,9 124:3 133:10
199:20 200:15,17,22,24 201:6
202:5,6,6
**Hall** 2:16 52:4,17,24 82:12,16
89:14,17,18 90:8,10,13,18,19
91:7,8,9,18,23,23,25 92:5,11,20
92:21,24 95:13,14 112:4 121:10
143:8 152:13 165:18 191:10
235:3,9
**Hall's** 144:18
**hand** 20:23 26:21 61:21 91:6 97:15
304:19
**handle** 131:4 137:14 213:23 268:9
**handles** 203:17
**handling** 18:8
**happen** 105:8,15 115:17 116:20
268:8
**happened** 35:3 53:6 68:8 101:6
118:6,9 121:16 132:17 152:7
167:19 190:18 199:25 204:10,11
209:21
**happens** 30:23 51:23,24 53:7 82:15
91:6 95:12,13 102:25 105:11
108:14 126:2 131:5 138:24 147:9
184:24 205:11 212:23
**happy** 38:10,10 211:10 250:11
251:2 284:15,17,19,21 286:7,17
286:20 287:4
**harbor** 290:11
**hard** 95:23 115:18 116:5 191:2
240:13 278:17,17 281:16,20
**Haven** 6:12 52:19,21 56:14
**He'll** 272:21
**head** 187:7,10 191:9,17,22 192:3
193:5,21 200:16 242:9
**header** 216:18 223:17 244:5
**headhunter** 38:19,23 52:13,14 64:3
65:12 66:22,24 83:14 251:16
**headhunters** 64:7
**headline** 216:18
**hear** 7:18 40:3 44:5 109:18 122:18
122:20 156:10 184:17,19 284:3
**heard** 149:15 229:24 250:25
**hedge** 69:25 70:8 94:25,25 95:8,11
98:2 105:15 106:5 116:11,25
117:2,3,14,19,22 207:9,14,18,19
207:22 255:24,25 260:6,16 278:7
**held** 1:19 11:25 27:3 49:5 55:20
73:21 106:9 132:19 151:9 161:25
180:18 192:17 194:20 204:18
236:21 244:21 267:6 285:4,6
**help** 8:3 43:6 157:13,15 289:18

helped 213:22
helpful 172:20 292:10
helping 27:7 157:11
hereinbefore 304:12
hereto 4:18
hereunto 304:19
hey 182:4 224:23
hi 99:22 100:19
high 148:9 266:20,23
high- 289:15
high-stake 266:9
high-stakes 266:13,18 289:10,14
highest 28:15 29:11
highlighted 103:22 104:4 212:3
  247:20
highlights 154:21
highly 39:5 55:16 68:20 69:2 77:11
  84:24 281:7,7
hire 15:24 17:12 70:6 105:12 106:6
  106:13 117:6 142:22 160:17,25
  218:2,4,23 220:25 250:4,9 257:21
  276:10
hired 32:2 38:18 83:20 117:15
  124:20 125:17 126:6 139:25
  142:16 144:24 208:11 214:6
  218:22 228:19 251:22 252:22
hires 147:25
hiring 32:4 104:14,14 117:25 118:3
  118:11,13,15 127:11 128:15
  140:24 148:4,7 169:23 206:8
  266:22 275:21
history 37:5
hold 46:10 49:22 85:19 236:7,11,16
holding 49:20 93:13 98:17
home 287:24
honest 138:10,12 139:23
honestly 152:3
hope 18:17
hopefully 45:17
hoping 22:17 25:17 133:20
host 181:16,16
hour 232:22
hours 8:11,14,18 20:9 102:24 107:4
  107:19 279:13,13,14 280:6
HR 131:4 154:15 187:2
HSBC 35:13 37:5,8,13 38:14 44:2,4
  44:6 45:3,22 291:2,6,18
huh 222:9
hundred 154:14 190:13 196:4
hundreds 231:6

**I**

idea 139:25 167:3
identification 295:4,9,13,17,21,25
  296:5,9,13,17,21,25 297:5,9,13
  297:17,21,25 298:5,11,14
identified 9:15 63:16 69:6,8 93:14
  127:25 135:9 172:5,6,11,24

173:24 184:25 185:8 256:2
identifies 64:18 192:9,20 193:2,18
identify 14:8 21:5,9,14,17 26:25
  56:23 62:10 66:20 68:16 82:18
  93:13 95:8 107:10 115:18 140:12
  146:8 153:13 156:16 157:6,18
  168:18 177:8 183:2,8 196:16
  230:4,22,25 281:18,24 282:6,10
  282:11,21,25 283:9 294:9
identifying 57:15 66:10 68:7,22
  176:25 238:16 254:13 261:12
ignored 210:25 212:17
ii 3:19 244:17 297:20 301:11
iii 3:20
IJC 40:10,11,18,18,24,24 41:4,6,6
  41:12,12,22,24 42:3,8,9,13,14
  54:20 170:3,5
illustrated 190:20
IM 114:2
images 12:18
immediately 140:24 158:12 183:19
impact 9:2
implement 70:4 283:15 285:24
implemented 209:19 283:21,22
  285:5,8,11,13,15 286:4
implementing 213:19
implications 251:20
important 36:6 79:12 96:19 174:18
  174:21 268:5 279:8 280:19
impossible 190:11
imprecise 70:19,21 105:22
impressed 39:7
impressive 287:8
improper 3:20
in- 255:19
in-house 56:24 58:4 64:2
in-person 88:22
include 3:13 66:14 87:6,7 123:14
  123:14,15,16
included 55:10 123:9,19 208:23
  280:10
includes 66:12,19 83:12 85:12
  132:11 198:5
including 12:16 55:13 158:25 161:5
incompetence 291:11
incorporated 196:11 197:17
incorrect 118:18 192:12
increase 217:20 218:24
increases 140:21 217:20 218:19
incredible 119:2
independent 117:5
independently 262:17
Index 1:6
indicate 62:3 91:2 144:23 236:5
  292:25
indicated 61:23 127:14 139:9
  192:24 201:17 209:22 258:25
  274:21

indicates 40:5 95:3 135:9
indicating 212:3 292:22
indication 93:9,10
individual 68:20 79:16 101:25
  156:4 177:18,21 251:14 277:23
  289:2
individuals 82:10 90:14 237:24
  254:13 278:16
industry 30:12 38:25 40:15,19
  90:21 114:9,9,10,10 116:14
  231:21 237:24 238:11 266:5
  275:9,14 278:3 281:6
inform 75:11 121:10
information 12:16,17 19:21 47:4
  54:10 55:15 57:21 86:16 169:24
  181:18 182:2,7,11,18,23 183:8
  184:6,8,12,24 187:9 188:17,20
  201:10,13,15 202:9 204:8 206:5
  249:6 259:2 274:8 275:13 302:4
information's 274:14
informed 121:15
infrastructure 213:19 280:21
initial 61:14 103:8 104:15 247:21
  272:24 273:13 274:7
initially 124:8 127:2
initiated 124:23
inquired 106:19
inquiring 106:12
Insert 14:17 22:2 45:12
INSERTS 303:4
inside 147:2
insider 53:17
insignificant 28:2
instruct 16:14 19:25 22:15 35:20
  71:9
instructions 16:20 36:10
intel 246:6
intellectual 118:24 281:13
intend 12:19
intent 291:3
interacted 208:16
interest 105:5 251:25 273:22,24
  290:20
interested 13:25 53:5 56:22 77:10
  103:19,25 104:2,2,6,14 105:3
  112:23 113:18 123:25 124:2
  210:24,24 304:17
interesting 149:23 156:7,8 254:14
  255:20 256:25
interfere 3:15
internal 82:23 83:6,9,13,21 84:20
  85:6,11 86:5 116:4 147:4 286:15
  286:22 287:3
internally 70:6 73:15 81:6 92:16,18
  92:23 112:21 286:7 291:16
international 5:30 17 43:9 62:19
  138:23 154:11,13 158:22 159:3
  166:15 182:8 190:9,24 224:17,19

236:8,12,17 246:9,17 266:6
267:13 287:17 295:6 298:3,8
300:12 301:14,16
**international.com** 74:15 80:7 99:10
**internship** 30:20
**interposed** 3:7
**interrogatories** 150:2 292:5,7,23
293:8 298:13 301:20
**interrogatory** 150:11 292:11 294:5
**interrupt** 4:5 85:25 113:6 226:3
**interview** 34:6 125:21 131:25 135:8
139:7 250:8 251:6 278:19 279:21
**interviews** 262:12
**introduce** 68:18 75:2 77:7,12 79:15
103:23 104:15 105:10 114:2
115:11 119:20 148:17 161:4
175:22 177:4 195:4 203:10 204:7
254:14 255:17,20 256:23,25
257:11,16,18 258:2 278:21
**introduced** 52:9,12 53:4,7 59:24
61:8 74:20 97:23,25 117:12 120:4
120:8 123:2 124:11 126:10 128:7
137:9,11,25 146:9 148:13 158:21
168:10,12 169:22 170:4 173:21
173:25 174:9,15 176:4,5 177:5,7
177:18 178:8 203:11 223:16
256:19
**introducing** 74:25 76:24 79:21
118:23 176:8 177:2,21 178:12,21
178:24 179:9 201:7 224:2 255:13
255:22 259:10
**introduction** 103:5 104:19 105:4
112:2 119:23 160:20 168:21
174:19 256:13,16 272:24 273:13
273:18
**introductions** 160:18 258:7
**invented** 32:14,19
**invest** 94:22 105:11,13,24 106:2
114:20,22 116:24 117:8
**invested** 91:12,13 94:5,5 98:16,17
98:18 119:4
**investment** 32:15 39:4,6 67:23
84:24 94:20,24 95:15 105:15,25
113:24 114:4,8,10 115:13,23
116:2,3,16,21 154:18 155:4,17
168:13 171:14 198:3,9 217:14
254:18 255:17,21 256:3,24 257:2
257:13,19,20 258:3 261:10,15
263:14 264:12 281:5 287:7
**investments** 168:14 261:17 276:5,6
**investor** 93:23 94:15 95:7 97:18
98:8,12 254:19 261:11
**investors** 84:3 94:22 175:8 177:13
207:20,21 210:23,25 214:2
280:23
**invoice** 241:15,18 243:4
**involved** 43:3,16 54:17 101:5
174:17 224:24

**involves** 136:20
**IP** 181:23 184:23 186:21,22,25
191:3,4,6,8,15,16 193:14 194:14
205:10
**irregularity** 3:14
**irrelevant** 92:10 179:12 234:18,21
234:23 257:8 277:22 285:10,12
**issue** 28:7 76:8 128:18 132:9,10,14
132:25 133:2 204:5
**issued** 196:22,24,25 197:7
**issues** 132:8 133:23
**items** 36:3 55:21 62:9 158:14

---

**J**

**J** 73:7 87:22 102:6 295:24 300:17
**James** 59:4 97:23
**January** 130:5,20,22 170:13 258:6
258:13,17,23 259:8 261:19
**Japanese** 34:23
**Jason** 2:6 5:12 45:16 107:13 244:18
290:19,24
**Jersey** 6:12 196:19
**JJ** 154:3 156:17 296:16 300:22
**job** 31:17 34:6,9 37:19,22 114:16
142:25 143:15 144:10,13,24
169:11 176:17 213:15,17 252:17
254:24 256:6 264:25
**jobs** 40:16 168:24 169:19
**joined** 169:12
**judge** 4:11 290:4,16
**judgment** 291:25
**Judith** 14:3
**July** 169:12,13 170:16 171:6
188:18 199:15 208:6 211:7 214:9
215:25 220:10,14,16,25 221:8,9
221:11,12,15,18,22,24 222:6,7
275:25 276:10
**June** 129:7 241:9 243:5
**junior** 249:7,8
**jury** 132:16
**Justice** 43:5
**justify** 228:7

---

**K**

**K** 107:14 224:14 296:4 299:2
300:19
**keep** 54:7,14
**keeping** 185:4
**kept** 142:9 168:23
**kids** 61:19 97:13
**kind** 10:5 12:15 54:16 131:3 148:10
186:6 235:18 264:4 275:19
**knew** 61:4 74:9,10 80:19 140:14
158:18 159:22 188:9 201:17
204:9 243:18
**know** 7:24 10:16 11:18 12:22 15:9
24:24 34:7 35:24 36:4,12 42:10
45:6 53:6 54:4 55:5 56:21 57:10

57:12,20 60:2,9 61:22 67:21,25
84:21 86:17 87:11,13 88:18,24
95:19 98:3 100:25 103:4 104:24
105:8,23 109:2 111:18 112:14,15
114:22 117:23 120:7 126:25
127:9 128:6,9 134:15 137:9,17
140:18 142:4,6,20,22 145:18
147:6,13,15,16,17,23 148:2,16
150:3 152:15 154:5 158:10
166:25,25 167:21,23 168:6 181:7
181:12,21 185:16,17,18,23
187:24 188:4,9,25 189:10,11,12
190:12,20 194:9 195:5 197:11
198:15 202:21 203:18 204:2,20
205:3,5,14,17,20 206:5,6,6,23
208:14 214:3,4 217:21 219:21
220:7,17,18,19 221:4,17 223:21
224:24 228:4,22,23 229:2,18
230:20 231:21 233:3 234:2 237:8
237:14 239:10,12,15,20 240:25
240:25 241:20 242:8 245:16
246:2,15,18,21 247:3,4 252:7
253:2 255:8 258:10 259:12
262:12,15 266:23 267:4,8,9
269:16 275:18 281:12 283:22,23
286:5 287:11 288:14 289:6,7
291:10
**know-how** 281:14
**knowing** 51:25 79:14
**knowledge** 5:17 36:8 45:5 91:18
116:4 138:13 158:17 198:10
205:4,13,18
**knowledgeable** 178:17
**known** 32:14
**knows** 55:18 181:22

---

**L**

**L** 6:2,2 161:15 296:20 299:2 300:23
**labor** 43:5 214:2,2
**lady** 52:15
**laid** 63:21
**Lalani** 123:2
**language** 224:14
**large** 39:7
**larger** 265:8
**largest** 34:23 117:3
**lasted** 276:21,24 277:2,2,16 279:3
279:25 280:2
**lately** 199:9
**launch** 67:6 209:9,20
**launched** 209:12
**law** 2:4 3:6 10:4,8 11:3,5 17:7 67:21
67:22 222:17 231:21
**lawsuit** 44:6,11,12 188:16,23
289:17,23
**lawyer** 11:8 27:8,9 86:17 290:15
**lawyered** 291:19
**lawyers** 17:17 27:7 129:15

**Lax** 16:3
**lead** 87:12
**leading** 82:18
**leads** 199:24
**learn** 53:12
**learned** 58:2
**learning** 197:15 260:19,25
**leave** 14:13 21:22 33:19 45:8
  169:11 278:3
**leaving** 169:6
**led** 39:2,20
**left** 12:6 31:20 42:4,6,11,12,19
  162:14 169:13 204:10 214:4
  232:22 253:10 286:4
**legal** 47:15,17,18,20,20 48:14 49:23
  62:20 63:11 74:18,24 75:7 80:11
  89:9 98:23 102:3 103:7 105:21
  114:21 119:17 120:3,13 121:12
  125:3 129:14 155:9 159:4 182:15
  188:5,19 219:15 222:24 223:25
  224:6,22 225:23 226:2,4,20 227:2
  232:4 255:23 267:3,9,11 268:10
  287:24 289:19 298:9 301:17
  302:16
**legally** 41:2 124:15 137:17
**Lehman** 32:3,4,7,11 33:16,19,24
**length** 19:23 274:12
**let's** 81:22 92:13,14 102:20 156:15
  192:13 211:18 214:23
**letter** 59:11 120:20 193:5 255:16
  290:11
**letterhead** 247:13
**letters** 246:12
**letting** 36:4 142:7
**level** 155:20 197:20 252:4
**leverage** 262:23,23,25
**leveraged** 261:6,8
**leveraging** 261:5
**Lexington** 2:5
**liable** 161:4 290:15
**life** 172:10 288:10
**Lighthouse** 117:17,18
**likes** 178:5
**limitation** 3:19
**limited** 201:8 228:5 291:7
**line** 40:10 43:6 56:17 145:3,9,11,12
  226:13 245:10 261:4 302:5 303:5
**lines** 293:23
**link** 62:20 63:11 104:21 181:5,8,11
  182:4,14,15 183:25 184:6 188:7
  188:15 189:8,12,17 215:18 219:2
  219:18 223:24 228:17,18 229:10
  232:5,9 233:11 234:8,11,16
  243:14 247:6 258:8 302:15,17
**LinkedIn** 36:21 94:8 95:18,21,25
  97:3,20
**list** 25:22 54:22 117:22 149:4 164:4
  164:5 228:7 244:13 267:14

**listen** 80:22 175:14 265:13
**listened** 203:4
**listening** 116:19
**lists** 266:5
**litigation** 24:6,17 26:10 43:17,20
  45:24 46:3 74:19 75:9 268:4
**little** 207:8 214:3 274:16
**live** 52:21 248:23
**lives** 52:16 56:13 95:12
**LLC** 154:13 196:25 197:2,5,8,9,11
  224:17 236:4,5,8,12,17
**LLCs** 197:8
**load** 285:17
**locating** 116:10
**log** 26:25 55:19,22 182:8 184:16
  185:24 186:3
**logged** 182:7 184:15
**logo** 224:18 246:10
**logs** 220:7 234:3
**London** 31:17,18 32:6,6 199:19
**long** 13:17 18:10 19:13,17 20:5,7
  30:19 31:19 32:7 33:16 34:2,11
  34:16,25 35:8 37:8,14,18,25
  38:12 39:14 41:4 47:25 57:13
  73:17 78:14 117:22 129:16,24
  132:3 149:4 169:9 210:3,4,4,6
  244:13 253:6 260:11
**long-term** 67:6,14 141:7
**long-winded** 115:15
**longer** 31:3 33:4 166:13 280:2
**look** 14:7,11 15:3,5,10 20:14 21:7
  21:20 35:23 36:14 44:3 51:18
  52:15 63:5 73:11 80:25 84:23
  132:21 143:15 146:25 150:22
  185:23 189:7 190:13 192:14
  198:11 200:19 215:18 250:16
  258:21 268:25 271:10
**looked** 21:11 23:6,7 24:23,23,24
  25:3 168:5 173:21 183:25 189:15
  189:21 198:14 219:22
**looking** 21:8 25:4 35:14,22 50:18
  55:24 67:5,14 72:19 101:16 102:6
  107:10,14 125:23 141:7 142:6,11
  142:15 156:17 158:2,9 193:16
  211:12 246:4 250:14 258:2
  263:13,14 266:4
**looks** 47:3 53:25 59:17 60:24 61:6
  63:9 87:25 88:8 101:2 105:3
  134:21 162:15,18 163:5 202:13
  214:8,21 236:9 244:15 245:3
  247:9
**lost** 206:12 276:5
**lot** 32:13,22 33:3 35:17 47:11 58:14
  104:16 115:16 174:3 177:14
  213:22 266:3 280:14 281:5 289:6
  289:7
**loud** 56:2 155:3 245:12
**love** 145:25 240:13

**low** 8:19
**lower** 154:20 251:4,15
**lunch** 151:15 157:17 170:24 171:2
**lured** 140:16

**M**

**M** 299:2
**Maas** 56:3,11 61:8 97:4 100:3
  273:15,17
**machine** 197:15 260:18,25
**Madison** 187:12
**maiden** 195:15,16,17,18,21
**mailbox** 286:23,24
**main** 54:23
**major** 117:22
**majority** 113:3
**making** 23:10 24:16 26:9,16 27:10
  62:25 96:8 120:25 188:11 220:24
  225:15 236:3 254:20 256:13
  257:12 277:6
**malax** 285:17
**manage** 70:4 84:25 106:7 114:17
  114:21 115:4 116:24 117:4,4
  168:17 173:3,5 181:16 194:11
  198:2 254:24 256:6,7 257:21
  278:12 285:20
**managed** 82:16 85:2 106:4 114:24
  115:2 116:22
**management** 114:21 116:24 179:7
  181:10 182:6 183:24 185:17,18
  186:9,12,17,19,21,25 187:7 188:6
  188:21 189:19 190:22 191:2,5,8
  191:13,25 192:4,21,22 193:3,5,13
  193:19 207:23 260:5
**manager** 32:24 56:7 57:23 84:2
  105:18,19,24 106:2,6 114:16,17
  115:2,4 116:11 117:6,11,15,20
  118:25 126:7 135:17 138:24,25
  139:4,6 168:11,14,17,19,22
  169:23 171:12 172:9 173:2,4,9,10
  173:10 174:2 175:7 176:21 177:6
  177:11 179:10 186:8 197:21
  201:16 202:11 203:14,17 204:14
  204:16 205:9 206:9,16,18,20,25
  207:4 213:11,11,13 248:11
  254:23 257:21,22 263:19,19
  265:4,16 275:5,11 276:18
**managers** 67:20 68:2 105:19
  116:10 118:22 126:4 175:8,9
  179:7 188:18 248:5 252:6 254:21
  255:13,13 256:6 257:9,14,16
  263:15 291:22
**manages** 105:19 117:18 168:14
  174:2
**managing** 70:2 91:11 94:2,7,15
  95:6,20 96:2 97:18 98:8,10,20
  181:14 224:16 235:22,24 236:4,7
  236:11,14,16 285:22

**March** 14:6 62:11 63:22 75:6,6,16
76:20 84:5 91:4,19 97:3 99:23
100:18 102:9,20 106:12 119:9,10
119:12 146:3 159:12,13,15
199:14 256:19,22 260:17 273:25
**mark** 293:6
**marked** 36:25 46:20 53:22 55:25
59:7 60:19 101:11 134:8 154:2
161:16 169:15 183:13 207:25
214:17 224:14 230:8 253:20
259:23 267:10 287:13 295:2,7,11
295:16,19,23 296:3,7,11,15,20,23
297:3,8,11,15,20,24 298:4,10,13
**market** 206:25
**marking** 244:17
**marriage** 304:16
**married** 235:18
**mass** 209:10,20
**match** 95:15
**Matey** 195:8,13,18,20 196:2 197:3
**mathemati-** 285:17
**mathematically** 285:18
**matter** 15:8 46:8 125:16 139:22
304:18
**matters** 55:17
**maturity** 31:3
**maximize** 169:20
**mean** 12:15 43:6 53:15 57:7 85:14
94:7 99:21 103:9 116:18 118:3
122:2 136:12 138:7,14 141:22
152:3 160:20 161:22 170:11
197:11 199:21 210:21 239:15
240:4 263:11,23 264:2,3,10
**meaning** 72:23
**meanings** 87:9
**means** 65:11,15 68:21 69:5 86:5
98:17 103:10 114:11,12 115:13
115:24 118:19 140:19 181:3
182:5 200:8 226:2 235:22 241:23
263:12 264:7
**meant** 133:23 139:20
**measurable** 278:14 279:2,23 280:8
280:12,15 281:18,22,24 282:6,15
282:21 283:5
**measure** 281:8,10,11 282:12,12
**measured** 283:13
**medication** 9:2
**medications** 9:14,15,19
**medicine** 8:19,22,23
**meet** 52:24 53:2 81:22 90:11,14
91:3,19 92:4,12,14,22 222:22
**meeting** 74:3 75:16 82:6,10,12,18
88:22,23 89:11 113:14,17,19,22
127:6 128:4,24 129:8,9,12 130:6
130:16 135:2 161:8 163:10 164:4
171:9,10 214:14 219:10 223:6,9
225:13,17,20 227:23 228:7,14,15
243:14 244:13 252:25 253:3

255:20
**meetings** 87:24 88:16 113:12
**member** 91:11 94:16 95:6 97:17
98:8,11,21 138:25 174:16,24
175:18,20 176:8,20 177:7 197:11
197:13 235:13 238:4,7 272:6
**members** 176:9 197:2,5,8,9,20,22
208:10 236:22
**memory** 75:22 133:11 199:17
**memory's** 199:13
**mental** 9:10
**mention** 94:19 95:11 97:25 135:3
139:3 146:11 148:8 158:20
248:20 254:3
**mentioned** 17:16 69:10 82:20 85:17
86:2 100:3 104:18 131:10,12
133:3 135:13 148:2
**mentioning** 50:11 69:16
**mentions** 95:18
**menu** 287:23
**menus** 287:21
**message** 231:19
**met** 42:10 61:19,21 75:13 94:17
97:5,12 162:5,8,9
**metadata** 55:13 302:11
**metric** 200:9,11,14
**metrics** 198:21
**middle** 195:19,20
**midyear** 199:15
**Millennium** 117:2
**million** 261:9,10,13,13,16,21,24
262:5,6,7,20,24 263:10 264:9,16
**millions** 249:2 275:20,22 276:12
278:11
**mind** 64:12 65:22,23 149:4 223:6
228:8 244:14
**minds** 223:10 225:14,17,21 227:23
**mine** 56:12 244:9
**minimal** 48:21 49:11
**minute** 183:7 249:24
**minutes** 37:21 73:19 76:4 118:16
212:10 288:16
**misconduct** 291:9
**missing** 211:16
**mistake** 12:6 291:13,17,22
**misunderstanding** 7:13
**mixing** 285:18
**MM** 183:14 187:22 297:4 301:6
**model** 31:4 70:5
**models** 70:4,7 199:23 284:7
**modest** 145:2
**moment** 149:5
**Monday** 210:18 212:16 214:24
221:19 222:2
**money** 43:2 70:5,7 84:25 105:20,25
106:7 114:17,22 115:5 116:10,24
117:5,8,18 119:3,4 137:8 139:8
168:17 173:3,5 174:2 198:2

206:12,12 209:19 247:23 254:24
256:7,7 262:17 264:3,5,6,7,12
275:19 283:23 285:22
**month** 31:15 39:25 141:25 142:3
248:22 258:22
**months** 30:21 31:13 34:8 37:20
38:15,15,16 40:14 48:3 129:12
140:22 141:25 142:17 161:13
202:6 209:16,16,18,22 210:6
214:12 217:21 277:2,3,9,11,12,13
277:16 280:13,16 282:7,22 283:7
288:9
**Morgan** 62:4 100:4 273:17
**morning** 6:14 7:2,3 221:19
**Moskalev** 270:22 271:6 272:17
302:19
**mouth** 94:13 95:24 151:4
**move** 17:2 27:13 47:22 48:14 88:7
90:24 113:18 133:21 136:2,8,13
136:24 137:5,6 138:7,10 139:16
139:19 228:5
**moved** 12:9 31:18 34:3,21 47:19
188:2 288:6
**moves** 290:13
**moving** 34:5
**Mueller** 59:4,16 97:23
**multiple** 63:18 98:14
**multitude** 177:15
**mutual** 56:12 59:5 223:3 227:16
**mutually** 225:13

---

### N

**N** 2:2 6:2,2 169:15 296:24 299:2,2
300:2,24 301:2 302:2 303:2
**Nader** 156:2
**name** 6:8,16 7:3 15:5 28:6 29:18
31:8 32:18 43:24 53:15 108:9,9
108:12,14,17 110:11,15,19,22
111:9,12 165:25 166:9 167:12
171:19 187:11 193:20 195:13,14
195:15,16,17,18,19,19,20,21,22
197:23 246:5 274:24
**named** 58:4 163:7
**names** 196:20
**Nancy** 230:9
**narrow** 12:19
**NASSAU** 304:6
**national** 5:5
**native** 55:12,13 302:11,11
**naturally** 289:24
**nature** 99:11
**Navesink** 1:5 43:8 45:14 48:18
53:19,23 59:9 60:20 62:15,18
73:8 74:13 102:23 107:15 109:6,9
127:20 134:14 135:15,16 136:10
137:10,11,12,23,25 138:21,23
139:11 151:23 152:19,21,24
153:14,23 154:11,13 158:22

159:3 161:16 166:5 169:15 170:3
170:4,8 179:20 182:8 183:14
184:7,11,15,15,24 188:7 189:2
190:9,23,24 195:23 196:3,7,11
211:13 214:18 224:17,19 226:16
226:17 234:25 235:4,9,10,15,16
235:17,21 236:8,12,17 241:11
244:6,7 245:4,7,15 246:6,9,16
247:13 253:23 255:10 266:6
267:12 287:16 290:22 295:2,6,11
295:15,19,23 296:3,7,19,23 297:3
297:11,15,19,23 298:3,8 300:10
300:11,14,15,16,18,19,20,23,24
301:6,9,10,11,13,14,16
**Navesink's** 151:17 155:24
**navesinkinternational.com** 167:13
**Neal** 2:4 14:3,20 18:4,7,9 241:13
**necessarily** 201:14 207:24 268:6
**necessary** 64:9 102:19 225:14
**need** 18:10,14 36:10,11 37:18 70:3
70:17 72:3 76:15 79:15 81:15
89:9 92:24 96:21 103:24 128:2
150:8 152:6 157:10,13,13,15,15
157:16 158:11 174:5 189:6
211:15,16,22 213:12,13,14 215:2
215:10 217:4 223:6 237:16 238:6
238:9 243:2 264:13,13 266:2
285:15,16,17,18,19,20
**needs** 55:19 78:6 181:21 206:22
**negotiate** 125:4 291:18
**negotiated** 123:5 124:14 210:20
**negotiating** 153:21
**neither** 114:8 155:10
**network** 59:24 177:13 261:8 281:6
281:15
**networking** 56:5 58:21
**never** 7:10 30:5 48:13 49:17 50:20
105:8 132:17 140:14,19 141:14
146:21 156:3 199:25 209:6
212:19 213:4,6 214:8 217:19
222:8 223:14,15 228:21 229:13
233:6,9 234:4 235:5 241:21
288:25 289:13 291:18
**Neville** 16:3
**new** 1:2,3,20 2:5,5,10,10 6:4,12
32:21 42:13 95:11 98:2 114:7
125:24 126:2 165:23 196:19
281:4 290:4,5 299:4 304:4,9
**nice** 287:8
**NN** 230:9 297:16 301:10
**nod** 7:10
**Nomura** 34:21,22,25 35:12
**non-** 8:14
**non-responsive** 31:10
**Nope** 75:10
**normal** 36:2 90:15
**normally** 199:6 210:14 247:23
**notable** 214:3

**notably** 104:16
**Notary** 1:20 4:10 6:3 299:24 304:9
**note** 12:14 56:15,23 72:11 84:15
89:22 111:23 116:17 166:20
177:23 202:18 205:22 225:3
227:11 242:7 257:4 274:9 288:21
**noted** 3:8
**notes** 54:4,7 57:11,12 58:15 158:3,5
158:9 302:13
**notice** 122:7
**November** 129:10,12 130:6,16
150:2 161:9 170:16 171:3 199:15
205:19 214:12 261:19 276:2,11
286:4
**number** 21:20 45:6,7,10 76:6
136:18 141:25 150:3 181:23
183:2,3 184:9,10,25 185:8,13
186:6,6 187:21 200:16 226:12,14
231:7 281:20,21 294:8
**numbers** 21:23 45:14 148:6,9
185:15 186:9,10 187:5,19,20
203:7 303:8
**numerical** 201:17
**numerically** 259:14

## O

**O** 6:2 299:2
**oath** 10:3,7 11:2,4 90:6 130:18
299:10
**object** 252:22
**objected** 252:20,25
**objecting** 252:17
**objection** 3:11,17 5:9,10 16:17,23
20:4 72:12 84:15 89:22 111:23
116:17,18 124:9 166:20 173:15
177:24 202:19 204:23 205:22
225:3 227:11 242:8 257:4 273:7
274:10 288:21
**objections** 3:4,5,5,7,9,11
**objects** 251:21
**obligates** 102:2
**obligation** 27:12 223:25 250:19
**obligations** 102:3
**obliged** 161:3 225:8
**obtain** 201:9
**obvious** 140:2,20 149:19 175:22
179:8 188:13 246:18 251:25
**obviously** 7:4 17:4 100:2,5 126:4
142:10 208:14 237:14 258:17
265:24 276:14
**occur** 37:10
**offer** 64:4 70:7 130:21,24 131:2,13
136:15 208:17,21 216:2,7,7,10,13
217:4 220:25 221:7 225:15 263:4
263:16 265:4 292:7
**offered** 31:17 127:5,16 137:21
150:24 252:17 264:21
**offering** 216:19

**offers** 261:22,24
**office** 15:7 94:6 187:7,10 189:19,20
191:9,9,18,22 192:3 193:5,21
221:19 222:7 259:14 264:14
**officer** 3:8 147:10,11 152:2,9,13
153:19 287:7 291:24
**OFFICES** 2:4
**official** 195:13,14,19
**officially** 161:21
**oh** 42:4 147:22,22 149:14 200:7
255:6 271:9 286:14
**okay** 10:14,22,23 12:20 17:3 18:13
26:23 33:15 36:17 71:13 92:18
93:25 95:12 109:7 122:21 137:11
137:16,20 141:20 147:14 148:4
150:19 152:22 154:7 158:6
161:19 166:7 175:23 181:24
182:4 184:7,10,16,20,24 186:9
207:7 209:19 211:20 212:12
213:20,21 217:4 232:17 239:18
246:21 254:3 256:5 264:13 265:5
279:5,7 293:21 294:2
**old** 189:25
**once** 26:13 43:23 65:20 98:4 126:6
163:13 165:9 176:10 203:22
212:23 247:25 255:12,22 257:8
290:13
**one-man** 58:13
**ones** 113:15,16,17 186:23
**ongoing** 266:15
**online** 263:24
**onset** 117:24 150:24 255:8
**oOo-** 5:21
**open** 26:7,9 46:18 64:17 68:19,25
79:17 156:15 182:17 192:13
**opened** 120:4
**opening** 68:24 76:8,15 83:22
101:22
**operating** 264:11,15
**opinion** 145:2
**opinions** 115:19
**opportunity** 250:12
**opposed** 223:14
**opposite** 284:2
**option** 31:3,9 32:16
**options** 30:24,25 123:15
**oral** 294:9,12,21
**order** 3:19 124:18,21 203:24 223:2
259:22
**organizations** 238:5,8
**organizing** 129:20
**origin** 245:13
**original** 101:16 263:21 271:9
**outcome** 304:17
**Outlook** 167:9,19,20 168:4,4
**outside** 25:9 51:4 96:5 115:3 243:12
250:15 274:22 284:16 288:25
**outsider** 83:18

over-dimensioned 66:2
overall 199:5 202:8 262:2
overlap 87:9
owe 141:2 226:4,10,18,22
owed 130:9,14 142:2 242:6
owned 82:16 91:22 154:14 235:18
owner 88:17 89:4,17 113:3 138:21
194:10 195:23 196:3,4,21 197:3
197:12,12 236:13 241:11
owners 42:11
ownership 196:7 235:25 236:5
owns 88:18 192:22 193:6

**P**

P 2:2,2
P.C 2:4
P.M 106:16,21 107:2 119:9,10,12
151:14 162:19 163:19 164:9,14
298:17
packaged 32:23
page 45:17 48:25 50:6,13 134:13
135:22 162:16 181:18,19 182:3
184:9,22,25 185:6,8 186:15
187:22,23,24,25 188:5 189:2
190:9 230:12,16 231:11 244:23
292:18,22 293:15 295:7 298:4,9
300:4,9,12 301:5,15,17,19 302:5
303:5
pages 50:9,11,16 161:16 188:2,3
189:15,24,25 190:10 287:21
paid 123:3,4 124:4,5,7,18,21 125:6
125:7,9 126:8,10 136:6 148:4
149:16,17 169:2 229:15 233:24
249:2 251:18 288:23 289:25
panel 45:4
paper 12:16 216:18
papers 172:7,12,16,18
par 142:19
paragraph 154:10,24 155:6 156:14
188:16 220:10 258:24 293:19
paragraphs 154:21 155:10
Paris 30:15,20 31:14
part 25:13 28:21,22,23 29:2,8,9
34:4 37:24 44:4 47:7 49:24 50:2
53:19 57:2 67:9 127:18 143:19
150:23 153:9,9 159:9,18 160:6,8
160:12 171:20 173:7,20,24 174:9
186:3,21 188:23 189:20 197:16
197:17,19 206:12 222:3 226:7
233:2 235:24 237:10 252:11
262:19 273:3 274:20 288:18
289:17
participation 197:21
particular 32:14 79:24 268:3
parties 4:6,15,17 111:20 132:5
304:16
partner 42:9 67:6,14 224:16 235:21
235:22,24 236:4,8,12,17 267:18

partners 40:11,18,24 41:4,6,6,7,12
42:8,11 263:14 267:12,14 287:25
298:9 301:17
partnership 68:3
parts 28:22 193:12
party 3:24 227:8 246:7
pass 62:5 92:17 140:22
passed 61:24
pasted 208:20
patient 78:20 96:20
pay 39:21 42:19,22 124:16 126:12
126:25 128:2 137:6 139:8 148:10
241:24 264:13,13
payable 247:21,24
paying 128:15 139:25 148:12
payment 129:25 130:2,4 132:6
133:10 135:11 161:7,12 241:3
245:5 247:12,18,18 248:14,21
249:11
PDF 55:3,9 57:21
pending 288:15
pension 281:3
people 39:9 54:15 70:6 77:9 80:17
81:24 105:7 111:20 116:14 118:4
118:14 125:19 127:13 177:14
181:9 218:23 238:12 239:15
257:11 264:4 275:6,7,8 276:19,20
277:20 278:3 284:2,15,16 286:7
286:16,20 287:3
perceived 231:20
percent 123:6,11 124:3 142:2
154:14 190:13,14 196:4 247:14
247:17 248:14,17 249:10 276:7
percentage 123:10,24 238:15 249:9
perfectly 158:19
perform 206:16 207:2 243:8
performance 37:22 145:13 171:11
198:16,18,20,21,24 199:14 200:8
200:13,21 201:18 202:23 203:17
204:9,15 205:20 207:24 262:16
263:22 284:10
performing 198:16 199:3,5,6,19
206:25 243:12,25
performs 207:21
period 31:15 58:12 92:7 141:20,22
153:5 205:11
periods 198:25 199:2,2,4,5
permission 151:22
permitted 3:14
person 3:9,21 61:16 81:15,21,23
88:17,19 91:8 92:6,19 104:22
117:7,8,21 126:6 131:4 147:2,6,7
147:9 195:12,24 223:11 236:14
239:20 252:2 255:20 278:12
person's 123:6,12
personal 55:17 62:15,16 63:15,18
74:13 75:19 76:17,21 79:24 88:2
88:4 101:3 131:2 134:21 135:15

136:19 164:14 254:2 274:4
personally 104:25
personnel 155:4,17
persons 3:15
Pete 56:4,5,13 57:19,20,22 60:24
61:4 80:15,21 81:4,7 82:9 97:22
99:22 100:19 108:5 111:8 112:3,6
120:7,25 121:16 180:7 215:23
273:16,19
Peter 52:5 58:17 60:11 62:10 65:25
73:11 74:12 75:6 81:3,13,15,19
82:14 84:6 89:12,19 90:7,10 91:5
91:7,18,21 92:4,12 93:3,10,16,18
96:12 98:9,25 99:3 120:18 122:3
160:21 162:12 180:11 219:10
peter.rawlins 99:13 111:4
peter.rawlins@clinton.com 99:7
100:24 101:19
PhD 28:21 29:9,25 30:4
phone 76:6 263:12
phonetic 117:13
physical 9:6 143:13
physically 5:7
Picard 51:24,25 52:5 59:5,16 60:2
74:6,9,10 75:13 80:15,19,20 81:2
81:8,15 82:9,14 87:24 88:4 89:11
89:18 90:7,11,17 91:3,10,22 92:4
93:3,11,22,24,25 94:10,17 95:6
95:12,16 96:2,12,24 97:17,23
98:7,10,19,20,22 99:4 102:25
104:9 106:24 107:21 108:5 112:3
120:6,19,25 121:17 122:3 146:10
160:21 180:7,11 215:23 219:9
243:17,23 253:2 262:13
Picard's 94:4,14 95:18
pick 36:20 230:21
picked 263:12
picture 28:5
pieces 158:5
pill 8:20
pinpoint 189:14,16
pitch 198:13
pitching 198:7
place 105:7 113:23 114:7 116:14
119:17 124:24 125:13,15,19
128:19 168:24 169:3,19 176:5
224:21 225:22 226:19 227:2
232:4 237:6,20 239:5,10,11,13
240:9 250:19,21,24 255:11 276:3
283:20 285:25
placed 60:7 117:11 135:16 136:10
138:2 160:3 176:16 235:13
239:20 247:15 251:7,8,10,13,21
252:3 278:4
placement 118:14 124:19 127:8
128:17 129:2 135:8 136:22
138:23 139:6 140:23 141:9,14,24
142:2,23 148:3,5 149:10,16,17

150:17 161:4 206:14 217:20,23
218:2,6 225:8 226:5,10 237:6,11
237:12,21,21 239:21 250:19,23
251:15 275:10,15 277:20 279:24
294:21
**places** 169:21
**placing** 115:14 116:9 118:4,19
159:9,17 160:6,12 169:25 224:25
237:10
**plainly** 3:20
**plaintiff** 1:6,17 2:4 43:19 45:23
144:3 150:23 266:18
**plaintiff's** 292:5,20 293:7 298:13
301:19
**plaintiffs** 266:8
**plan** 212:15
**play** 202:16 203:6
**played** 250:13
**playing** 129:24
**pleading** 149:25
**pleadings** 20:16
**please** 6:8,11 7:25 12:14 19:25
20:19,19 23:18,22 44:21 47:9
59:11 60:16 62:17 69:22 70:13,16
71:2,6,15,21 77:20,24 78:4,24
79:5 83:4,16 85:25 86:19,22,24
87:5 88:14 104:5 108:25 111:24
134:15 135:20 137:5 140:12
143:23 146:8 154:5,17 156:15,18
157:4 158:14 172:16 180:21
185:6 190:4 192:19 193:11
196:16 200:3 201:22 217:8
223:24 226:14,17 232:5 234:19
242:13,21 245:12,13 249:5,18
251:23 273:7,11 279:7 280:15
282:3
**plenty** 25:2 50:9,12 84:23 91:23
95:17 97:14 105:13 106:5 115:3
116:11 117:8 123:16 146:6
148:11,16 158:18 162:8 167:10
167:18 175:10 198:14 206:22
208:15 214:3 217:22 219:13,14
221:24 238:12,12 240:14 243:19
245:23 250:15 255:2 262:10,13
273:9 279:6 285:20 287:21
**PLLC** 2:8
**PM** 56:5,6 259:2
**PM/strategist** 69:11
**PMs** 69:11 254:19
**point** 26:24 38:9 60:10,25 61:4
69:22 88:25 169:24 174:16 182:5
201:7,14 202:9 215:8 216:4
217:15 223:9,23 290:17
**pointer** 226:20
**pointing** 224:15,22
**points** 159:2 277:5 279:6
**policies** 137:20 274:20
**policy** 147:4,4 153:9,10 155:24

**polish** 173:11
**portable** 32:18
**portfolio** 32:24 56:7 57:23 67:20
68:2 84:2 105:18,18,19,24 106:2
106:6 114:15,17 115:2,4 116:9,10
116:24 117:6,10,15,20 118:22,25
126:4,7 135:16 138:24,25 139:4,5
168:10,14,17,19,22 171:12 172:9
173:2,4,8,9,10 174:2 175:6,8,9
176:20 177:6,11 179:6,7,10 186:8
197:21 201:16 202:11 203:14,16
204:13,15 205:9 206:9,16,17,20
206:24 207:3 248:5,10 252:6
254:21,23 255:13,13 256:6 257:8
257:14,16,20,21 263:15,18,19
265:4,16 275:5,11 276:18 285:19
285:19,20
**portion** 33:12 46:15 71:16 77:21
78:25 86:25 90:3 103:22 104:4
108:22 109:12 110:3 180:22
190:5 200:4 201:23 217:9 233:21
238:22
**posed** 86:20
**position** 168:9 169:3,5,10 171:25
172:6,12,13,24 173:13,24 174:24
175:19 176:24 177:20 178:7,11
**positions** 178:14,20,23 210:3,3
248:8 249:8
**positive** 202:16 204:22 285:9
**possible** 6:17 24:14 81:12 83:22
118:2
**possibly** 88:17
**post** 47:4
**post-master** 29:7
**posted** 260:2
**postponed** 128:11 140:8
**potential** 116:23 160:16,24 176:12
250:20
**potentially** 40:13 152:24 153:22
281:3
**Power** 159:2
**practically** 41:2
**practice** 3:6 111:19 240:17
**preceding** 163:21
**precise** 72:3
**prefer** 6:15 215:12 240:21
**prejudice** 3:20
**preparation** 18:25 19:6,10 20:12,15
20:22 21:2,24 22:5,10,19 23:4,12
24:4,10,21 25:5,16,20 26:4,11,17
27:11,15,24 28:3,8,12 47:11
302:6,9 303:8
**prepare** 13:2,15
**prepared** 100:5
**preparing** 13:5,9,13 25:11
**prescription** 8:14,15,16
**presence** 5:8
**present** 2:14 67:16 82:19 170:9

293:3
**presentation** 18:7 281:4 286:16
287:6
**presentations** 261:7,11 286:6
**presented** 30:3 278:9 287:6
**presenting** 115:23 118:14 263:18
**preserve** 3:18
**prestigious** 29:23
**pretty** 16:10 32:21 35:6 44:12
73:19 93:8 99:10 105:3 143:3
144:19 149:18 167:14 179:8
188:8 235:17 243:17
**previous** 34:18 86:7 92:13 103:2,24
112:20 117:12 120:4 169:3 176:3
185:6,8 282:11 291:23
**previously** 36:24 60:19 73:7 82:22
100:12 101:11 119:25 121:20
144:8 206:7 216:12 279:10
**price** 31:5 281:16
**pricing** 31:4
**prime** 62:4
**print** 224:20
**printed** 109:4
**prior** 19:4 26:13 39:11 52:4 63:3
80:5,9 91:4,19 107:20 108:12
110:10,11 119:21 157:17 170:15
173:16 182:12 183:19 201:5
202:5 220:24 234:16 282:14
**pristine** 237:18
**private** 19:15,19
**privilege** 3:18 16:15,16 17:6 26:25
27:3 55:19,22
**privileged** 16:9,11 17:2 19:25
**pro-** 213:22
**proactive** 157:12
**probably** 32:14,19 39:18,24 41:8
46:24,25 49:2 50:10 57:8 60:8
61:20 65:11 73:2 82:16 98:15,15
98:16,17 101:2 133:15 137:18
149:3,3 156:5 162:11,22 163:13
208:19 211:17 229:15 234:14
247:22 265:6
**problem** 31:3 137:21 173:11
202:23 204:11 251:12 275:19
277:25 278:9,13
**problems** 42:11
**proceed** 3:9 88:10,15,21 102:11,13
102:15 112:22 124:12
**proceeding** 88:13 151:12 183:10
250:2
**proceedings** 233:3
**process** 36:16 149:18 289:18
**produce** 24:10,15,22 25:19,22 26:3
27:4 28:24 158:16 182:20 259:16
**produced** 22:5,8,10,13,20,22,24
23:5,9 24:5,11,13,13,17,18 25:24
26:5,18 27:3 30:21 55:3 109:5
144:3 154:3 166:6 202:10 245:16

245:19,20 246:20 259:13 302:7
302:10
producing 171:13
product 30:22 31:5 32:15,21,23
production 22:22 23:3 109:6 158:8
230:12
products 32:19
profession 168:22
professional 2:10 154:15 238:8
professionals 261:9
profile 36:21 94:9 95:18,21,25 96:4
97:20 159:2
profit 119:3 206:18 275:20 278:11
283:12,14
profitable 283:20
profits 171:13 203:7,24 206:17
207:15 275:23 278:8 279:4
285:14
progressing 142:4
project 222:3 261:2
promise 78:18 263:2
promised 262:5,6,22 264:6,7,16
288:16
pronounce 197:23 274:23
pronounced 6:16
proof 90:13 95:5 114:12 115:10
143:9,12,13 144:20,22 146:23
148:18 150:18 190:13,14 193:17
193:17 219:17 227:20,22 229:16
231:24 233:12,14 294:16
proper 136:15
properly 211:19 277:24
property 118:25 281:14
proposal 63:8 64:10,14,22 67:2
69:7,12,15 81:22 123:25 128:21
131:25 132:6,11 133:5,9 139:10
215:4 216:20 217:5,14
proposals 60:12,15 62:7,10,24
63:16,21 81:12 84:6
prove 146:4 183:24 193:14
provide 21:23 55:18 77:24 78:4
79:8 149:5 150:6,16 153:11
206:21 268:3 275:17 278:12
280:8,12
provided 3:21 4:13,15 49:10 76:6
123:24 148:20,24 205:6 207:14
243:4 275:17 278:6,15 279:24
280:16 281:19 283:6,10
ptr@clinton.com 101:18 274:2
public 1:20 4:10 6:3 50:18 299:24
304:9
purple 278:22 279:14
purpose 4:5,6 56:5 58:18 68:12,15
79:15 109:16 128:15 168:15
171:2,9,17,21 172:9 175:4,16
207:13
purposely 116:22
purposes 4:13 55:10 294:3

pursuant 1:18 3:5,10 124:6,7 144:3
push 210:22
pushed 291:15
pushing 291:14
put 20:3,23 26:21 86:15 112:11
119:15 151:4 156:8 157:3,3 193:4
250:16,19 273:7 276:3 281:16,20
283:16,19 285:25

**Q**

QIs 32:16
QML 55:16 56:22 114:2 115:11
127:8 149:10,22 150:17 159:10
159:18 160:6,12 165:15 171:15
174:24 197:14,16,19,25 198:3,7
200:12 201:3 202:15 203:22
204:21 205:6,20 208:10 216:24
224:2,25 236:20 250:15 256:20
256:23 275:22 276:12 278:7
279:3 285:23,24
qualified 39:5 173:22 205:9
qualities 79:16
quality 145:19 175:9 275:11 277:23
278:10,22 279:22
quant 69:11,11,16 84:11 191:12
quantitative 32:15,24 39:6 64:8
69:4,10,17 70:3,4,5,7 83:25 84:24
85:2 95:15 175:6,7 177:11,11
185:25 186:4,7 197:15 199:23
213:21 249:8 252:5 260:18,25
280:20,22 281:5 283:10
quarter 199:17,18 200:10
question 3:20,23 4:7 7:12,14,15,18
7:21,25 8:4 10:24,25 11:18 17:10
18:5,16,17,17,18,19 20:2 22:14
22:16,16,18 23:22,25 25:23 26:2
27:9 31:11 33:6,8,11 34:18 36:16
38:2,3 44:10,21,22 51:7 64:13,24
64:25 65:2 70:13,16,18,20,21,22
70:23,24,24,25 71:2,5,5,7,10,12
71:15,20 72:6 75:4 77:20,25 78:2
78:6,8,19,20 79:5,9,10,11 83:4
85:20,21,22,23,24 86:7,8,9,19,20
86:22,24 87:5,15,16,19,20 89:23
89:24 90:2,12 96:10,16,22 100:10
100:11 102:11 103:16,18 104:3,8
104:12 108:21,25 109:11 110:2,6
110:8,9,24 115:7,10 116:19
120:18 122:9 135:6,19 138:4
144:14,15 145:19 148:18 150:13
152:4 156:7 157:5,17,20,24 158:4
166:8 170:19 173:18 174:13
175:12,13,14,15 178:2,4,6 180:21
190:4 192:7 197:6,10 200:3
201:22 202:3,19 203:9,14,18
204:6 217:6,8,17 218:10 222:14
222:17 227:20 228:2 233:20
234:19 235:8 239:17 242:12,14

242:21,22 243:3 246:3,24 249:4
251:23 254:21 257:6,23 259:20
265:14 273:5,10,11,12 274:13
276:25 279:8,9,18 282:3,9,11,14
282:23 284:4 288:15,22 291:5
292:6 293:12,25 294:5,8
questioning 3:13,16
questions 3:18 7:9 10:17,20 12:10
27:8 33:4 35:17 36:7 38:6 78:9,10
78:11,11,12,13,15 79:8 86:12,18
100:13,14 150:4,6 157:14,16
181:14 245:22 259:20,21 290:18
292:4 294:24
quick 207:8 211:17
quicker 152:5
quickly 135:25 136:13
Quillacq 1:16 2:15 5:19 6:9,15,21
7:1,2 8:1 9:1 10:1 11:1 12:1 13:1
14:1,14 15:1 16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1 24:1 25:1
26:1,2 27:1,6 28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1,14 36:1 37:1
38:1 39:1 40:1 41:1 42:1 43:1,25
44:1,20 45:1 46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1 72:1 73:1
74:1 75:1 76:1,11 77:1 78:1 79:1
80:1 81:1 82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1 96:1 97:1
98:1 99:1 100:1 101:1 102:1
103:1 104:1 105:1 106:1 107:1
108:1,11,18 109:1,2,8 110:1,12
110:16,21 111:1 112:1 113:1
114:1 115:1 116:1,7 117:1 118:1
119:1 120:1 121:1 122:1 123:1
124:1 125:1 126:1 127:1 128:1
129:1 130:1 131:1 132:1 133:1
134:1 135:1 136:1 137:1 138:1
139:1 140:1 141:1 142:1 143:1
144:1 145:1 146:1 147:1 148:1
149:1 150:1 151:1,6 152:1 153:1
154:1 155:1 156:1 157:1 158:1
159:1 160:1 161:1 162:1 163:1
164:1 165:1 166:1,14 167:1,3
168:1 169:1 170:1 171:1 172:1
173:1,19 174:1 175:1 176:1 177:1
178:1,18 179:1,4 180:1 181:1
182:1,22 183:1,7 184:1 185:1
186:1 187:1 188:1 189:1 190:1
191:1 192:1 193:1 194:1 195:1,8
195:11,21 196:1,2 197:1,4 198:1
199:1 200:1 201:1 202:1 203:1
204:1,20 205:1,2 206:1 207:1
208:1 209:1 210:1 211:1 212:1
213:1 214:1 215:1 216:1 217:1

218:1 219:1 220:1 221:1 222:1
223:1 224:1,16 225:1 226:1 227:1
228:1 229:1 230:1 231:1 232:1
233:1 234:1 235:1 236:1 237:1
238:1 239:1 240:1 241:1 242:1
243:1 244:1 245:1 246:1 247:1
248:1 249:1 250:1 251:1 252:1
253:1 254:1,5 255:1 256:1 257:1
258:1 259:1 260:1 261:1 262:1
263:1 264:1 265:1 266:1 267:1
268:1 269:1 270:1 271:1 272:1
273:1 274:1 275:1 276:1 277:1
278:1 279:1 280:1 281:1 282:1
283:1 284:1 285:1 286:1 287:1
288:1 289:1 290:1,25 291:1 292:1
292:3 293:1,13 294:1,18 295:1
296:1 297:1 298:1 299:8,17 300:5
303:6 304:11
**Quillacq.com** 76:12
**quite** 69:10 84:11

**R**

**R** 2:2 6:2 211:16 304:2
**raise** 209:7,17,19 210:7 225:12
261:16 262:5,7,15,17,19
**raised** 3:11 209:6,7,10 261:12,21
**raises** 262:18
**raising** 94:21
**rational** 217:24
**Rawlins** 52:6 56:4,13 57:19,20,22
58:18 60:11,24 62:10 65:25 73:4
73:11,23 74:12 75:6,11,15 80:15
80:21 81:3,5,8,13,15,19 82:9,14
84:6 89:12,19 90:7,11 91:3,6,7,19
91:21 92:4,12 93:3,10,16,18
96:12 97:22 98:9,25 99:3 108:5
112:4 120:7,19,25 121:17 122:3
160:21 180:7,12 215:23 219:10
273:16,19
**re-ask** 202:3
**re-explain** 71:5,6
**reach** 52:3 56:20 112:14 170:17
278:19
**reached** 81:2,2,4 170:13,18,20
171:4 176:11 199:12 247:5
**read** 26:20 33:10,13 46:16 47:7,8
55:25 56:17 62:2 64:12 67:3
71:14,17 77:19,22 78:20,24 79:2
87:2 89:25 90:4 102:9 103:22
104:4 108:20,23 109:13 110:4
126:13 134:15,17 135:18,19
145:3 154:7,11 155:3 180:20,23
190:3,6 200:2,5 201:21,24 212:14
217:7,10 226:14,25 233:19,22
245:12 248:4 261:5 293:22 299:9
**reading** 111:18 284:12
**ready** 286:3,9
**reaffirm** 36:21

**real** 212:16
**reality** 119:7 153:6 291:12,12
**realize** 12:5 140:4
**really** 17:21 18:8 135:21,22 139:18
157:8,10 200:21 250:14 263:17
263:20
**reason** 4:8 8:7 9:24 12:7 77:9
158:18 170:22 201:20 217:22
254:5
**reasonable** 276:16 277:19
**reasons** 140:11,12 218:12,17
**recall** 18:23 22:25 49:3 55:5 56:16
57:13 58:23 60:16 61:9 63:2,9
70:22 73:5 97:10 125:11 151:19
151:21 154:8 157:20 167:10,25
253:14 268:25 269:16,18 270:16
271:2,15
**receipt** 164:18 165:4
**receive** 29:20 73:3 229:4,6,8
**received** 28:16 29:13 87:23 135:11
188:19 218:15 228:24 229:2,9
268:18 269:3,19 270:6,17 271:3
271:16 283:3,5
**receiving** 26:6 218:22 227:25
**recitation** 51:6
**recognize** 46:23 53:24 125:2 161:18
161:22,23 175:9 208:4 245:2,20
246:25 248:3 253:20
**recognizing** 97:15
**recollect** 152:16 162:7 200:20
**recollection** 11:19,22 14:8 20:7
102:12 138:19
**recommend** 56:3 172:13
**recommended** 14:23,24 239:14
**recommending** 64:5
**record** 4:8 5:4 6:8,10 11:24 12:2
33:13 46:16 47:9 49:4,6 62:17
71:17 73:20,22 77:22 79:2 87:2
90:4 106:8,10 107:9 108:23
109:13 110:4 132:18,20,21
135:20 139:23 151:7,10,13
161:24 162:2 180:17,19,23
183:12,17 190:6 192:16,18
194:19,21,24 200:5 201:24
204:17,19 212:2 217:10 226:15
233:22 242:25 243:2 244:20,22
253:22 263:8 267:5,7,8 273:7
293:5 299:12,13 304:13
**recorded** 12:15
**recording** 11:20
**records** 12:16 20:24 182:21 220:7
**recruiter** 38:23 53:13 56:18,24 57:3
57:4 58:3,6,11 59:2,24 60:4,7
63:17,20 64:2,9,15 65:9,10,14
66:4,5,11,13,19 67:8,16 68:16,23
69:20,22,24 70:11,14 71:23,25
72:3,4,5,9,22,24,24 74:22 76:25
77:8,9,13,18 79:14,17,20,22

80:17,20 82:7,19,21 83:17,21,24
84:21 85:8,11,11 88:20,25 89:5
90:9 103:6,10 104:11,20 105:6
109:8,17 118:4,15 120:9 122:15
126:11 128:9 130:10 131:4 137:2
137:7,10 138:16 139:20 141:18
146:10,11 147:12,14 148:10,14
149:15,16,18 152:21 156:9,11,13
156:16,20,24,25 157:7 158:19
159:6,20,23 169:2 176:16 177:12
179:18 188:10,13 208:14 216:24
223:13 234:25 235:4,13 236:22
237:14,17,18 238:4,7,20 239:5,11
239:14 240:3,6,10 243:17,19
244:12 247:8 250:18 251:21,22
252:2,12 256:10,12 258:8 278:15
290:2
**recruiter's** 77:2 79:23 89:8 102:16
103:6
**recruiter@navesink** 166:14
**recruiters** 39:8 53:19 65:13 77:10
107:25 119:19 121:18 138:22
146:13,13,19,20 147:16,25 148:2
165:21,24 166:11,12 167:2,22
179:19 181:2 188:8 191:11
208:16 211:13 215:20 230:20
231:5 238:11 239:7 240:24
244:10 252:4,5 254:6,7,10 275:10
**recruiters@navesink** 77:17 104:20
119:13 146:3 158:24 164:11
179:23 223:17 231:16 244:11
**recruiters@navesinkinternational**
208:13 253:17
**recruiters@navesinkinternation...**
108:8 110:18 224:18
**recruiting** 39:12 40:19 47:19 48:12
63:23 66:8 82:23 83:6,10,10,13
84:10,12 85:7,7,15 86:4,5 87:7
89:2 115:14,24 116:10 126:19
127:15 128:2 131:10,22 135:4
149:22 153:4,13 155:11,14
180:14 194:23 195:3 215:6,9
216:4 218:13 223:10 224:25
233:7 237:24 243:8 244:2 278:2
288:3,6
**recruitment** 40:12,15 58:14 67:24
67:25 69:3 84:19,20 85:12 87:6
104:17 114:9,10 116:2 118:18,21
124:22 126:24 127:3 128:19
132:10,25 136:18 140:8 147:8,9
148:4 149:9 150:16 152:23
153:18 158:22 159:6 161:7,12
179:16 180:3 217:16 223:17
224:20 226:18,22 227:24,25
228:10,20 231:22 235:15 237:15
241:4 243:5 244:6 246:10 253:16
257:14 274:18 294:21
**recruitors@navesink** 99:9

**Red** 97:24
**redacted** 55:20,21
**refer** 136:10 168:8,15 171:17,21,25 172:23 173:13,23 174:7,23 175:4 175:16,19
**reference** 44:2 59:20 83:19 103:7 215:18 292:4 294:4
**references** 59:18
**referencing** 113:10,15
**referred** 177:16
**referring** 77:5 168:19 172:17
**refers** 136:9
**reflected** 127:11
**refresh** 14:8 135:22
**refreshed** 11:19,21
**refund** 238:22
**refusal** 3:17,22
**refuse** 126:12 241:24
**refused** 127:12,22
**refusing** 129:23
**regarding** 5:5 196:6
**regardless** 51:7 231:19
**regards** 224:16
**register** 196:19
**Regular** 8:16
**regularly** 94:7
**regulators** 266:21
**related** 40:25 55:15 60:3 63:22 139:2 149:9 150:15,16 170:3 182:13 186:25 187:10 191:5 302:15 304:15
**relates** 132:13 133:8
**relation** 15:7 27:5 52:2
**relations** 213:25
**relationship** 51:21 63:23 64:15 84:3 95:4,18 105:14 131:5 141:8 176:11 195:7,10 213:23 238:23 255:24 256:9 267:21 268:21 269:12,25 270:4,12,22 271:11,22 272:4 280:24
**relationships** 213:24
**relatively** 87:14 278:5
**relevant** 24:25 25:7 179:5 234:20 234:20 249:6 257:12 279:7
**relief** 3:10
**relies** 146:6
**relocation** 123:15
**rely** 146:4 202:10
**remain** 182:17
**remainder** 3:24
**remarkable** 171:23
**remember** 8:4 11:23 21:12 36:9 38:21 39:17 40:14 43:4 45:5,7 48:21 49:2,11 55:8 58:21 60:14 61:11 65:21 94:9,17 99:23 100:20 124:25 125:7 148:6 152:10 156:2 200:15,20 205:16 221:10 241:9 247:25 262:22 263:9 264:19

268:17,23 269:2 270:5 271:10 286:11
**reminding** 27:19,21
**remove** 135:6 137:23
**removed** 95:19 254:6 291:21
**repeat** 10:24 18:6,15 20:20 23:22 46:14 71:4 83:4 86:22,24 89:24 109:10,25 119:6 131:19 152:6 175:13 179:24 196:23 242:14 255:14 273:12
**repeating** 116:18
**rephrase** 7:14 20:19 23:25 70:13,16 70:17 71:6 100:15 251:24 279:7 280:19
**replaced** 244:9
**replied** 75:23 81:14 93:18 101:2,4 101:17 103:2,4,8,9,10 139:9 145:19 146:20 156:3 162:23,24 163:13 165:6 211:11 223:15,19 228:16 233:4 250:10 259:19 286:14
**replies** 104:24 150:23 184:11
**reply** 73:3 88:23 101:19,21 102:21 103:12 156:10 163:25 164:3,24 211:9 230:7,10,11,17,18,20 231:5 231:8 232:2 246:3 259:20,21
**replying** 79:4 104:25 105:2 231:23
**report** 189:8 212:24 268:11 284:7
**reported** 291:16
**reporter** 5:2,15 33:14 36:24 46:17 71:18 77:23 78:19 79:3 87:3 90:5 96:20 108:24 109:14,23 110:5 136:5 180:24 190:7 200:6 201:25 217:11 233:23 249:17 282:4 292:15 304:8
**reports** 181:6
**represent** 5:16 17:13 59:2 67:8,14 72:23 89:19 91:14 111:11,15 112:4,6 113:2,9,9 252:11,12 290:21
**representation** 18:3
**representative** 54:6 81:9 93:2 94:11 96:13 121:15,16 180:9
**representatives** 80:21 81:10
**represented** 18:8 96:11 99:3,6 112:16,18,25 289:5,9
**representing** 4:19 67:17 68:6,9,11 82:15 84:4 90:7 94:20 99:14 140:17 215:24
**reputation** 237:18
**request** 3:12 23:17,19,21,24 24:16 26:8,9,16,19 47:21 55:12 95:3 101:22 128:11 155:23 182:3,7 183:19 184:8 217:18 233:4 241:3 253:12 259:19 272:7 274:25 280:11
**requested** 19:20 22:7,12,21 24:19 26:7 33:12 46:15 51:3 71:16

77:21 78:25 86:25 90:3 108:22 109:12 110:3 135:7 180:22 182:9 184:13,14 187:25 188:3 190:5 195:6 200:4 201:23 202:11 217:9 233:21 253:11 255:19 275:7,16 276:15
**requesting** 24:20 141:13 273:20
**require** 268:5
**required** 25:19 128:5 133:9 222:23
**requirement** 237:15 238:14 247:14
**requires** 174:3
**reread** 65:19 72:17,18
**research** 28:24 32:22 49:16 69:4 70:3 84:25 145:4,12,17 185:25 186:4 192:24 213:21,22 237:9,19 248:11 249:7 252:6 278:19 283:11,25 284:7,25
**researcher** 32:25 84:2 175:7 177:12 186:7 191:12 194:8
**researchers** 193:23 194:2
**resources.docx** 165:16
**respect** 4:16 172:15
**respectful** 6:17
**respective** 4:17
**respond** 73:18 74:8 75:25 88:12 210:10 211:2,7 272:22
**responded** 73:11 76:4 102:10,24 103:15 214:24 231:16 253:15
**responding** 99:19 102:2
**response** 16:18 23:15 24:16 31:7 72:10 73:14 87:4,23 102:23 106:22,24 144:16 150:2 157:8,25 162:17 178:15 199:16 212:10,13 214:22,23 241:18 245:11 288:12 292:23 293:8 294:6 298:12 301:20
**responsibilities** 32:10 57:2 83:8,13 174:10
**responsibility** 57:8 58:8 92:7 93:20 101:24 113:8 206:19,24
**responsible** 92:5 93:14 203:16
**responsive** 18:5,11,15 23:20,23 24:2 27:2 157:16 182:11,21 183:18
**rest** 31:10 55:16 208:18
**restricted** 3:11 66:8 231:7
**restrictions** 237:5,10,20
**restructuring** 33:23
**result** 44:14 155:23 156:6 162:24
**results** 198:18
**resume** 35:16 36:21 39:16 40:4,7 61:24 62:5 84:23 100:5 158:20 168:20 244:5,9 260:4 263:24 273:19
**resumes** 223:18 244:8 253:11,12
**retain** 154:19
**retained** 16:25 17:5 266:8,17 289:10,15

**return** 203:24
**returns** 198:24 202:16 204:22
  207:10 285:9
**reverted** 165:24
**review** 11:9 20:18,22 22:23 26:10
  143:23 154:5 278:20 283:18
**reviewed** 20:25 21:6,10,15,24 22:4
  22:9,19 23:3,9,11 24:3,10,21 25:5
  25:14,15,20 26:4,14,17 27:11
  188:19,22 220:12 302:6,8 303:8
**reviewing** 302:13
**reviews** 198:19
**Ricky** 53:15 56:18,25 58:4,6,11
  63:25 83:7
**right** 3:9,19,24 10:10 24:16 27:9
  30:6 38:6,8,10 45:7 49:21 69:7,7
  78:13,18 79:7,8 84:13 86:11
  90:22 91:6 93:7 96:14 102:8
  103:15 104:7 107:10 118:15
  120:3,8 124:21 125:25 126:2
  128:3 132:9,10 133:22 142:9,10
  142:14,21 148:11 152:16 158:14
  161:10 168:13 171:6 173:5
  174:25 185:9 195:4 201:4 202:21
  203:9 209:25 211:12 214:4
  219:24 220:3 221:5 222:12 226:8
  226:11,12,21 232:10 248:3 249:3
  250:22,25 254:15 284:22 287:24
**rights** 4:15 74:18
**Rishin** 163:7,21
**risk** 285:20
**River** 6:12
**Road** 6:12
**Rob** 120:6
**Robert** 51:23,24 52:5 59:5,16 60:2
  74:5,9,10 75:12 80:15,19,20 81:2
  81:8,14 82:9,14 87:24 89:11,18
  90:7,11,17 91:10,22 92:4 93:3,11
  93:22,24,25 94:4,10,13,17 95:5
  95:12,16,17,25 96:12,24 97:22
  98:7,10,19,20,22 99:3 102:25
  104:8 106:24 107:21 108:5 111:8
  112:3,6 120:19,24 121:17 122:3
  146:10 160:21 180:7,11 215:23
  219:9 243:16,23 253:2 262:13
**Robert@picardnj.com** 111:4
**role** 64:19 66:12,19 84:19 90:9
  94:14 98:14 109:8 172:6 176:10
  213:20
**roles** 69:25 130:12
**rolled** 203:23
**Rolodex** 39:7
**room** 13:21 35:25 126:3
**roughly** 14:6,9
**Roundtable** 272:3,5
**Roy** 163:7,22
**Ruchalski** 127:6 214:15
**rule** 3:6,7,14,14,21 290:8

**rules** 3:2,6 4:2,7 48:21 49:11,15
  50:14 86:14,18 164:10 238:10
  290:3,16
**Rumson** 52:16,20 95:13
**run** 198:11 249:18

## S

**S** 2:2 138:22 300:8 301:4
**S-o-c-i-e-t-e** 30:18
**S-u-p-e-l-e-c** 29:19
**S-u-p-e-r-i-e-u-r-e** 29:16
**safe** 290:11
**safeguard** 158:15
**salary** 123:6,12,13 209:4 216:20
  229:4 238:16
**sales** 53:19 213:23
**Salt** 76:22 77:4,16 78:17 79:19 80:4
  80:5,9,14 82:6 87:24 89:6 90:11
  91:4 92:14 104:22 108:4 113:11
  113:14,16,19,21 122:3 146:11,14
  179:17 219:10 228:13,15 243:13
  243:22
**sample** 145:13
**San** 125:25
**sat** 204:4
**satisfied** 134:3
**save** 291:13
**saw** 92:16 128:13,14 185:4 209:6
  213:5
**saying** 40:8 65:5 66:22 68:19 81:23
  96:19 98:7,7 103:13 108:3 116:15
  118:13 134:6 136:24,25 137:2,4,5
  139:18 141:5 143:6,7 145:5
  186:24 187:14 198:23 203:20
  213:7 218:12 220:15 224:19
  225:15 233:4 266:2 279:6 282:20
**says** 59:20 64:10 65:4 66:2 88:6
  114:2 116:7,8 119:16 137:23
  145:16 156:19 157:7 158:21
  161:2 164:7 182:4 184:12,23
  187:24 191:25 209:15 210:6
  211:15 212:6,15 216:19 224:5,15
  224:20 226:9,13,18 232:3 233:3
  244:6 246:12 247:23 254:2 264:9
  266:8 285:10 287:16 291:25
**scale** 266:2
**Schoenfeld** 117:12,13
**school** 17:7 30:8 61:20,21 97:13
**screen** 35:15 37:2 46:19 49:7 144:2
  259:25 267:11 287:13 292:14
  293:16 295:5 298:2,7 300:11
  301:14,16
**scroll** 39:16 134:11 247:22
**search** 204:8 231:13
**second** 39:6 67:2 69:15 102:7 107:5
  141:4 144:2 146:10 149:11 151:8
  154:10 155:6 184:22 199:18,20
  200:14,17,22 210:16 244:19

  258:23 261:4,5
**secretaries** 105:16 194:3 254:22
  255:14
**secretary** 114:16 118:19
**section** 4:7 184:21
**sections** 4:15
**Securities** 272:2,4
**Seda** 271:11 272:17 302:19
**see** 31:2 37:2 40:2,4 46:20 49:3,7,10
  59:13 60:21 72:17,20 73:9 77:9
  88:23 101:9,13 102:21 105:10
  135:24 137:21 139:13 142:16
  143:20 144:22 148:15 163:21
  166:3 169:16,20 184:16,21
  185:11 192:14 198:8,15 208:12
  210:20 230:7 231:12 241:25
  242:4 263:8 266:4 271:24 273:10
  279:21 293:17
**seek** 74:2 75:16 125:13,19 151:22
  179:15,25 201:3 202:4 216:25
  237:21 238:15 252:10 271:22,25
**seeking** 59:21,23 64:14 67:7,9
  74:18 75:8 83:20 93:12 113:23,24
  114:6 115:15 116:13,16 125:14
  126:19 127:14,15 133:16 151:16
  155:19 216:4 227:24 237:6,11
  239:10,21 240:9 250:4 254:17
  255:11 256:3 257:15 275:3
  290:14 294:3,20
**seen** 95:20 97:21 144:5 185:7
  222:11
**select** 175:8 177:13
**selected** 15:20 17:19 18:2,4,9,21
  171:19 172:8 173:20 179:11,12
**selecting** 17:21
**sell** 32:25
**send** 62:13 89:2 100:8,9,20,23
  111:19 112:5 122:14 128:21,22
  129:16,25 130:3 131:2,24 133:6
  158:11 181:22 182:6 216:25
  217:15 218:20 241:8 274:24
**sending** 60:14 102:16 107:23
  122:12 154:8 181:25 184:6 274:7
  290:11
**sends** 92:6 181:19 184:11
**senior** 188:18,21 191:13 248:8,11
**sense** 28:22 89:2,4,20 90:23 92:2
  94:10 98:5 140:10 141:3 217:18
**sent** 25:22 55:8,21 62:23 63:4,7
  80:21,23 82:17 84:6 89:18 90:10
  90:13,19 91:3,5 93:16,25 94:10
  96:12 98:24 99:7,13,19 100:4,17
  101:2,3,8,16,18 103:13 104:8
  111:2 112:3 113:11 120:20
  127:10 132:12 134:18 137:23
  152:12 153:12 159:5 161:11,13
  163:14,24 164:5,13,25 165:14,18
  165:21 208:13,20 210:12,14,16

221:18 223:13 224:9,12 230:19
231:4 233:6,9,11 241:2,10,12,24
247:11 254:4 273:19,25
**sentence** 58:10 91:2 121:22 135:18
145:15 154:17 261:6,7 263:24
**separate** 29:11 62:9 138:20
**separated** 44:4
**separately** 106:4 114:24 116:22
**separation** 87:14 133:4,6 135:8
137:14,15 139:7,8 140:3 148:14
261:20
**series** 292:4
**Seriously** 273:2
**serve** 199:17
**served** 293:9,9
**server** 184:15,15
**services** 64:4 128:5 150:16 194:23
195:3 243:8,12 244:2 276:17
**set** 3:19 4:7 86:13 178:16 187:5,20
187:21 193:14,22 252:18 282:16
304:12,19
**sets** 86:18 178:10,10
**setting** 63:23 77:6 125:20
**settle** 34:6
**settled** 266:16
**setup** 74:2 75:16
**seven** 37:9 129:12 266:21
**severance** 127:3,10,12,14,16,17,22
127:25 128:2,18,19,21,23 129:8
129:17,25,25 130:3,9,13,21,24
131:2,10,14,14,15,17,18,22,23
132:3,4,9,12,25 133:7,14,17
134:3,23,24 135:10,14 136:7,17
137:6,19,22,22 140:3
**shaken** 97:14
**share** 36:25 45:17 46:19 101:10
107:5 161:15 292:14,17
**share-** 98:16
**shared** 87:22 182:16,18 216:12,14
**shareholding** 94:4
**shares** 196:22 197:7
**sharing** 170:25 292:17
**shocked** 210:22
**shoes** 173:11
**shook** 61:20
**short** 73:19 151:11 183:9 210:3,4,4
249:25 279:3
**Shorthand** 304:8
**show** 53:21 57:21 59:7 60:13,16,18
68:13 73:7 75:21 88:14 134:8
143:18 144:20 150:9,11,24,25
151:2 154:2 169:14 185:5 186:11
187:23 190:17 193:21 194:16
214:17 216:11 220:8 224:13
226:9,17 228:19 230:19 231:4,14
232:13,14,15,17,21,22,25 234:3
244:16 253:19 258:16 259:16,23
267:10 271:24 278:8 279:4 283:8

283:12 286:12 287:12 292:10
**showed** 81:20 93:8 150:8 204:21
209:4 219:23 231:11 286:12
**showing** 95:2 96:2 100:25 135:21
167:2,3 183:13 202:6,7 207:25
220:3 225:20 226:7 230:8 245:19
284:25 285:8,14 286:20 287:3
**shown** 77:11 167:6 283:20 293:16
**shows** 182:7,8 186:14 187:13 189:8
252:18 275:18
**sic** 80:3
**sick** 131:5,6,6
**side** 32:25 137:7 225:12
**sides** 223:4
**sign** 123:21 124:17,22 127:12,22
147:3 216:25 233:10 234:24
235:3,7,9,10 274:21
**signature** 74:18,24 75:7 80:11
120:2 122:13 124:6 223:25 227:7
243:24 254:3 292:22
**signed** 4:10,11 124:7 125:5,10
235:5,11 238:19 239:3,25 240:11
240:18
**significance** 99:11
**significant** 3:20 27:25
**similar** 83:6
**simple** 79:10,11 123:8
**simply** 83:10 85:7 203:20 232:3
**sit** 18:10 205:5,17
**sitting** 13:20
**situation** 68:17 79:12 123:18 124:5
125:14 126:11,16,17,21 235:12
236:20 252:16 255:5 266:13,19
278:7 289:14,16
**situations** 266:10 289:11
**six** 15:16 17:16 34:8 37:9 39:24
40:14 116:2 129:15 133:10
161:13
**skill** 178:9,10,16 282:15
**skills** 64:8 65:6,12 68:10 84:23
104:16,17 118:24 173:2,3 174:3,6
175:23,24,24,25 177:19 179:10
251:17 268:6 273:21 280:20
281:13
**skshankar** 211:13
**sky** 281:12 282:18
**slash** 114:3 115:12
**slide** 185:3
**slightly** 110:24
**slow** 207:6
**SMA** 106:4 114:23 255:2 256:8
**small** 154:13
**smaller** 224:20
**smart** 32:17 214:2
**snap** 211:17
**Societe** 30:15,16 31:12
**soft** 87:14
**software** 118:25

**solely** 235:25 250:4
**solicit** 100:7,8,16
**solve** 133:20 135:25 136:12
**somebody** 19:5 50:3 56:9 58:5
86:14 115:23 163:6 181:9,12
183:24 188:2 189:7,11,12 190:21
239:20 240:9 248:25 268:10
275:20 278:10,18 291:12,15
**somebody's** 17:5
**Sorin** 117:10,11 140:16 142:13,24
143:3,6,10,11,14,24 144:4,12,16
144:21,22 145:5,16,19,21 159:9
159:17 160:17 161:5 168:15,24
169:3,18 170:4,8 171:19 173:7,13
173:20,24 175:24 176:6,10,15,19
177:5,8 197:21 198:4,6,22 200:13
201:16 202:25 204:4,11,15
205:25 208:2,2,7,9,14,18,19,22
208:25 210:12,17,22,25 211:2,12
212:4,24,24,25 213:2,7,8,12,18
214:7 216:3,15,17 217:2,4,13
221:8,16,18,25 250:4,9,10,13,18
252:16 261:19 263:6 277:2,11,13
279:10,17,20 283:24 284:12,13
286:2,14 294:10,13 296:11 297:7
300:21 301:8
**sorry** 29:19 38:3 44:20 46:13 47:16
52:18 59:10 64:24 83:15 85:20
151:20 196:23 200:7 218:9 235:6
260:15 272:15 276:25
**sort** 282:16
**sought** 52:3 81:11 127:2 161:6
168:23 253:9 256:22,25 257:18
292:7
**sound** 61:14,15 114:6
**source** 214:2
**sourced** 261:9 263:10,23 264:2
**space** 14:13 30:23,25 32:16 64:8
67:25 231:22 257:13 280:25
**speak** 13:24 15:6,12 17:24 20:11
53:9 81:25 87:16 93:17 151:20
170:23 192:8 241:14 264:4
271:23,25
**speaking** 3:11 41:2 85:25 162:13
**speaks** 72:13 294:6
**specialized** 268:6
**specific** 14:9,9,15 17:22 44:21
53:13 160:8 168:8 171:25 172:6,6
172:17,24 173:13,23 174:12,23
175:19 176:24 177:20 178:7
182:15 183:25 187:14 192:19
218:9 225:11 254:25 302:16
303:6
**specifically** 160:17 180:5 212:13
292:5
**specified** 132:5 139:11 141:23
147:5,24 158:23 215:16 225:9
**specifies** 99:2 127:19 140:21 208:16

219:6 224:9 231:25 244:11 294:8
**specify** 134:20 147:18 159:5 196:21
273:21
**specifying** 225:7
**spell** 62:17
**spelling** 30:18 117:13
**spend** 279:13
**spent** 118:16 279:16
**spoke** 13:25 14:4,16,19 17:16 18:24
19:5 20:6,7 80:17 88:6 90:23
213:6 303:6
**spoken** 170:14 171:7
**spouse** 154:15 195:9
**spreadsheet** 54:8,10 55:4,7 168:23
169:18 170:2,5,7
**spreadsheets** 54:13
**squirrel** 278:22 279:14
**SS** 299:5 304:5
**stage** 76:16 102:14 216:6
**stake** 143:4 266:20,23
**stakes** 289:10
**stamp** 21:3,5,7,10,12 102:22 230:9
244:19
**stamped** 53:22 59:8 60:20 73:8
134:13 143:24 295:2,11,15,19,23
296:3,7,11,15,19,23 297:3,7,11
297:15,19,23 300:10,13,15,16,17
300:19,20,21,22,23,24 301:6,7,9
301:10,11,12
**stamps** 21:13
**stand** 28:19 56:6 96:17 197:14
**standard** 67:19 118:3,7,8,11,13,15
118:18 229:21 238:11 275:9,14
278:2,5
**standards** 238:13 275:18
**stands** 29:5,15
**Stanley** 100:4 273:18
**Stanley's** 62:4
**start** 12:4 13:5,12 27:22 43:8 67:3
71:3 86:10 140:19 145:7 211:21
212:16 214:23 215:3 221:14
233:16 247:22 248:15 249:14,15
268:16,24 269:15 270:4,15,25
271:14 285:22
**started** 13:9,14,19 31:21 34:6 41:17
51:23 140:15 202:22 204:3
229:18 233:24 234:9 262:14
276:3
**starting** 27:19 221:22
**starts** 47:8 59:15 100:19 145:5
154:10 214:19 244:24
**Statarb** 56:20
**state** 1:2,20 6:4,8,10 74:5 134:10
138:6,9 183:17 217:2 221:9
255:16 266:25 290:4,5 299:4
304:4,9
**stated** 3:11 4:8 77:3 80:2 82:5
86:10 93:22 94:23 98:25 121:20

124:13 127:6,8 128:16,24,25
130:7,8,13 138:8 139:6 145:20,21
146:12,14 147:15 201:16 223:11
241:7 252:24 265:22 284:21
**statement** 3:13,23 90:19 115:22
122:7 135:19 138:10,11,12
139:17 144:18 145:10,15 180:16
191:20 228:16 235:10
**statements** 3:15 130:16
**states** 28:22 138:19 212:13 215:12
260:12 294:11
**stating** 115:11 132:16
**status** 94:8
**staying** 280:7
**stays** 142:7
**Stecklow** 2:8,11 5:14 6:7,23 7:3
10:15 11:24 14:12 16:13 17:3,15
19:23 21:21 31:6 33:7,10,15
35:19 36:9,20 44:3,5 45:13,21
46:13,18 49:4 55:11 59:6,12 71:8
71:14,21 73:6 77:19 78:23 86:23
89:25 101:10 102:5 106:8 107:12
108:20 109:10,21,24 132:18
134:12 136:3 143:17,24 150:10
151:7,13 158:7 161:14,24 172:19
178:3,22 180:17,20 182:10 183:6
183:11,21 190:3 192:16 194:19
200:2 201:21 202:2 204:17 217:7
233:19 244:18,23 249:19,23
253:22 267:5 272:14 288:13
290:17 292:16 293:3 294:11
300:5
**Stewart** 2:6 5:12,12,15,20 10:15,19
13:20 16:13,19 17:7,9 20:3 23:18
24:7 35:19 36:5 45:19 55:18
59:10 71:8,19 72:11 73:20 84:15
89:22 96:15 107:9 109:19 111:23
116:17 124:9 134:10 150:10
158:10 166:20 172:15 173:15
177:23 178:13 182:19 183:16,22
202:18 204:23 205:22 207:5
212:2 222:13 225:3 227:11 242:7
244:20 253:23 257:4 272:11,21
273:4 274:9 288:21 290:20,24
292:13,17 293:5 294:23 300:6
**sticking** 48:15
**sticks** 48:18
**stipulate** 5:4
**STIPULATED** 4:10,12,14,17
**Stipulation** 1:18
**stock** 30:24 123:14 196:24 197:7
**stocks** 196:25
**stop** 147:7 152:23 274:18 288:8
292:16
**stopped** 140:24 260:14,16
**story** 37:14 152:6
**strategies** 69:12 155:5,17 165:16
177:14 280:22 281:2

**strategy** 32:15 64:6 171:11,15,15
198:3,5,9,25 199:2,8 200:12
202:23 203:11,12 204:12,15,21
205:6,9,10,21 206:23 207:2,21,22
209:10,13,17,21 213:19 263:13
263:16,17,20 276:13 283:25
285:4,7
**strategy's** 210:7
**stratifies** 85:3
**street** 2:9 187:11
**strike** 31:7
**structure** 32:23 105:21,24 118:2
256:10
**structured** 117:18 255:4
**structuring** 32:20
**studies** 29:8
**sub-fund** 256:8 262:15
**sub-pages** 287:19
**subdivision** 3:6,7,22
**subject** 3:9
**submitted** 81:21 242:16
**Subpoena** 144:4
**Subscribed** 299:20
**subsidiary** 117:14 255:7
**successful** 47:8,10 198:9 209:9,20
295:7 300:12
**successfully** 209:12
**succinct** 3:23 274:14
**succinctly** 3:12 4:8
**sue** 42:23 93:12 251:18
**sued** 44:19,25
**sufficient** 203:24
**suggest** 3:12
**suggested** 132:12 273:23 274:25
**suggesting** 60:11 137:15
**suggestion** 259:5
**suing** 222:19
**Suite** 2:5
**Suites** 2:10
**summaries** 159:2
**summarize** 37:15
**summary** 168:21
**sun** 25:9
**Sunday** 163:3,16 165:2
**Supelec** 29:18 30:9
**Superieure** 29:14,15
**superior** 91:7
**supervisor** 92:20
**SUPPLIED** 302:4
**support** 157:19 191:4,20 203:19,19
268:4 278:13
**supports** 115:21,22,25 116:5
148:25 149:8,21
**supposed** 19:7 35:25 127:17 129:17
140:15 206:6 209:7 229:22
247:19
**supposedly** 217:2
**Supreme** 1:2 290:5

**sure** 10:23 15:23 18:10 45:21 88:24
  93:24 107:12 134:12 138:18
  146:9 149:13 158:15 188:9
  225:12 229:10 232:18 245:8
  249:19,19 251:8 253:2,4,5 259:11
  266:21 277:15 283:10 290:19
  292:15
**surely** 115:9
**Suresh** 160:6,25 171:17,19,21,23
  172:24 173:7,13,21,22 174:5,7,9
  174:15,23 175:24 177:6 197:22
  208:7,25 210:13,21 216:3 221:20
  253:4,4,5,6 276:21 277:7 279:11
  279:19,20,21,24 280:4
**Suresh's** 280:9
**surprised** 126:18,23 210:11,13
  239:6 252:25 253:3,5
**survive** 260:17
**swap** 31:9
**swaption** 30:22
**swear** 5:2,6
**switched** 77:15 167:22
**swore** 188:17
**sworn** 6:3 299:20 304:12
**sync** 251:5
**synonym** 71:22 72:2,5 84:18 86:4
  87:8
**synonyms** 156:19
**system** 28:18 167:18 172:4,25
  174:5,11,17 185:25 186:2 206:22
**systems** 166:25 171:24 172:3 174:4
  174:8 205:10 276:3

---

**T**

**T** 6:2 299:2 300:8 301:4 304:2,2
**table** 216:2,7,8,9
**take** 8:20 9:20 15:13,19,21 16:6,7
  17:18,25 18:21 33:3 36:24 50:7
  50:14 86:16 105:22 117:20 183:6
  192:8 211:18 249:17,24 263:4
  272:12 290:12 291:15
**taken** 1:17 3:8 8:13,17 9:15,20
  210:14 244:9 299:10
**takes** 278:18,23
**talent** 281:14
**talk** 12:8 13:14 39:9 69:15 77:12
  81:16,22 83:23 91:8,9,22 134:24
  155:10 170:20 175:8 278:20
**talked** 36:13 51:24 61:18 97:4
  100:3 111:10,14 129:15 131:17
  131:18 134:25 156:5 214:20
  221:16,17 248:13 261:4 273:17
  284:16 286:6
**talking** 13:19 50:7 58:22 67:18,19
  77:10 92:8,25 97:22 105:16,18
  118:21 129:19 159:23 213:13
  239:16 240:8 266:5 278:24
  292:20

**talks** 53:18 115:16 155:13 209:23
  210:2 248:17,21 287:23 290:8
**Tardis** 53:15 56:18 57:2 58:4,6,11
  63:25 83:7
**task** 201:17
**TCG** 154:4 296:15 300:22
**team** 64:5 67:5,7,8,13,16,17 68:6,7
  68:9,11 76:24 77:12 79:21 84:4
  103:5,19,23 104:2,7,14,18 105:2
  105:3,5,10,11,12,15 106:13,20,23
  113:24 115:14 119:24 120:8
  127:9,11 128:8 135:17 136:11,22
  137:10,11 138:2,24 139:6 149:10
  149:22 159:10,18 160:7,8,13
  168:10,12 171:20 173:7,21,21,25
  174:9,10,16,24 175:2,18,21,22
  176:8,9,20,25 177:2,4,7 179:10
  179:11,13 197:16,18,19,22,25
  204:7 208:10,18 210:18 216:24
  218:5,14 224:2 235:13 236:15,20
  236:22 237:11,20,21 250:5
  251:15 252:3,11,12 256:20,23
  273:21,24 274:8 275:6,6,7,22
  276:19 279:3 285:23
**teams** 94:22,23 118:22
**tell** 7:16,19,22 8:4 10:7 11:4,20,21
  12:9 20:5 28:15 89:4 90:24 91:24
  147:13 156:19 184:4 185:23
  186:22 192:19 218:10 233:25
  234:20 253:20 275:24 283:24
  284:13,14 286:15
**telling** 83:23 140:17 179:9 187:17
  189:9,23
**tells** 147:12 153:19 178:9
**term** 12:15 65:15 120:13 229:24
  236:4
**terminated** 37:19,23 38:13 141:17
  276:11 284:19,24 291:11
**termination** 127:6 128:4 160:19
  161:8 241:8 291:2
**terms** 119:17 120:3 121:12 124:14
  159:4 188:20,22 189:22 211:16
  219:15 220:12 223:15 224:6,11
  224:22 225:23 226:2,4,21 227:2
  231:10,25 245:5 247:12,18
  294:12
**testified** 6:4 23:8 24:3 49:17 83:2
  84:9,13 86:4 89:16 90:10 97:11
  120:6 140:7 151:15 188:25 206:7
  225:14 243:13 263:6 265:18
  266:12 272:8 286:8 289:13
**testify** 8:7,24 9:3,7,11,16,21,25
  26:13 82:22 83:5 90:12 97:16
  203:5 266:9 268:11 279:10
  289:10,15
**testifying** 1:16 4:19 130:15,18
**testimony** 24:8 80:16 82:3 85:8
  94:12 98:6 101:25 130:11 167:4

  173:12,17 180:12 182:22 190:25
  213:9 216:22 217:12 258:12
  263:9 281:17,23 282:5,20 294:18
  299:9 304:14
**Thank** 6:18 45:20 96:23 107:12
  109:24 143:22 156:23 179:14
  183:21 243:7 294:23
**theories** 283:19
**theory** 191:3 201:3 202:5,15 203:5
  203:22 278:7 285:25
**thing** 64:3 67:10,11,15 68:4 82:21
  84:22 90:16 113:25 114:11,13
  119:15 160:14 210:16 232:6
  235:17,19 238:2 255:12 257:22
  258:4 269:14 282:13
**things** 39:3 58:7,14 63:19 91:24
  115:16 123:16 167:10,18 175:10
  177:15 206:22 209:24 211:19,22
  214:3,15 219:12 222:11 238:13
  281:9 285:5,21
**think** 7:12 15:3 16:8 17:7,8 18:18
  24:25 26:21 31:20 34:13,18 38:15
  45:6 50:10 63:3 65:11 70:21
  93:24 97:2 98:14 99:10 104:3
  109:19 117:4 127:7 129:7 132:13
  142:2 143:3 145:7 149:11,25
  153:24 156:2 168:3 169:12 171:8
  188:8 199:14 207:7 222:24
  239:16 244:24 245:17 247:20
  252:25 253:3,18 262:24 264:18
  271:8 277:14,16 284:12,24
  292:21 294:6
**thinking** 12:4
**third** 28:20 29:9 64:10,14,21
  111:20 145:9,11 200:10
**third-party** 46:8
**Thirty** 73:19 249:12,13,15
**thought** 31:21 52:18 57:24 217:25
  218:14 264:24 265:7
**Thoughtful** 47:10
**thousand** 133:11
**three** 14:5 37:20,20 38:15 40:6,9,17
  41:15,20 48:6,9,21 49:11,14
  57:13 62:9 63:16,21 67:2 81:12
  84:6 107:19 121:20 133:3 148:8
  169:13 203:18 208:23 209:16,16
  209:18,21 210:6 217:21 218:19
  239:14 275:6 277:20 293:23
**throw** 158:13
**Thursday** 102:9,20 165:14
**thyroid** 8:19 9:2
**time** 1:21 5:10 12:22 13:17 14:4
  15:11 18:24 19:4 20:10 27:22
  30:11 31:8 34:4,17 35:9 37:14
  38:22 39:4 41:10 48:8,16 51:12
  54:11 56:25 57:24 60:2 64:5
  65:22 69:2,16 78:14 80:20 93:25
  95:2 98:3 102:18,19 104:17

106:18 117:20 120:7 122:14
125:12 129:16,22,24 132:3
138:13 140:4,21 141:10 142:8,17
161:6,11 166:3 170:14 171:4,6
173:6 182:4 198:12,22 199:7,9
202:22 204:3,9 206:3 207:3
209:12 215:16 217:20 218:19,19
218:24 219:18 220:11,15,18,19
220:21 221:5 223:12 228:4,5,21
228:22,25 231:13,15 234:14
237:3 241:2 243:20 244:10,15,15
250:3 265:25 271:7 273:9 274:7
274:17 277:21,22 278:4,23,24
279:16 285:5,8,11,13 290:21
291:7
**times** 6:19 43:22 69:11 84:11 119:6
121:20 122:9,11,16,22,23 150:12
179:24 181:11,12 182:9 190:23
221:3 257:23 266:12,17,21,24
273:9
**title** 236:9 248:10
**titled** 248:8
**today** 5:18 8:8,24 9:4,8,12,17,20,22
9:25 10:4 11:3,5 13:16 19:11
20:12 25:10,18 27:19 205:5,18
273:3 293:7
**today's** 18:25 20:15,22 21:2,25
22:10,20 23:4 24:4,10,21 25:5,8
26:5,18 27:11,15,18,22,24 28:3,9
28:13
**told** 16:20 23:6 38:5 58:5 81:17,23
82:5 91:18,21 92:3,12,21 120:18
120:24 122:3 128:5,25 130:25
145:3,5,16 153:5,17 199:8 200:13
214:15 266:22 274:18 283:24
284:2 287:7 290:25
**tomorrow** 24:25 25:10
**top** 47:7 55:25 134:21 158:21
200:15 246:4,10 254:2 266:4
287:16
**topics** 27:22 28:2,8 50:10 78:16
**total** 187:25
**touch** 61:17 198:23 199:8
**town** 52:16,20 61:19 95:13 97:5,12
97:14,24
**trade** 264:12 276:4 285:19
**traded** 84:25
**trader** 248:11
**trading** 114:25 199:4 248:23
**training** 48:19 171:24 172:4,25
174:4,8,11,18 185:25 202:22
204:3 237:16 285:22 287:25
**transcript** 4:10 11:9,11,15 14:13
21:22 45:9 299:9,11
**transferred** 117:13
**transition** 41:8
**Traurig** 15:4,4,7 16:2
**treat** 207:11,16

**trend** 148:11
**trial** 1:15 4:13 11:16 141:20,22
**tried** 158:4 169:19
**true** 69:21 123:11 127:2 133:16
202:14 203:22 263:2 283:18
284:6,18,23 285:7,9 288:18
289:16,20 299:11,14 304:13
**trust** 106:6
**trustworthy** 39:10
**truth** 10:7 11:4 89:21 257:24
271:23,25
**truthfully** 8:8,24 9:3,7,11,16,21,25
**try** 6:16 39:17 57:18 207:6
**trying** 16:6 17:20 35:16 56:8,19
58:25 88:19 93:13 105:6 131:20
139:15 174:13 178:19 239:11
279:14
**Tuesday** 258:13
**turned** 55:9 261:2
**turns** 94:2 133:6 141:11
**Twenty-five** 249:10
**two** 13:8,9,12 20:9 28:22 29:2,3,11
30:21 31:13,15 34:13,19 37:20,20
42:11 75:15 82:10 87:8 90:16
102:24 123:24 130:12 132:8
142:3 154:21 159:20 203:16
212:10 218:18 249:24 253:25
275:6,7 276:19,19
**Tykhe** 34:10,11
**type** 47:16 118:15 125:23 238:17
248:12 261:14 269:9 275:10,14
**types** 267:2 278:16
**typically** 95:15
**typo** 211:23 212:6 214:20

**U**

U 6:2
**U.S** 28:18 29:9 34:3,5,5
U5 291:10,11,23
**ultimate** 92:5 113:8
**unable** 19:8 21:9 292:8
**unacceptable** 132:6
**unclear** 7:21
**unconsciously** 167:8
**under-** 96:16
**underline** 154:25 155:7
**underneath** 224:15
**understand** 7:15 10:12 11:7,12,14
12:12 15:10 17:20 23:14,16,17
24:2 26:19 58:16 67:20 70:18,23
70:24 71:11,12 104:6 131:20
139:13,15 179:6 185:7 197:6,10
200:7 218:7 235:6 242:25 248:25
251:23 259:18 276:21 277:3
**understanding** 79:9 227:25 276:4
**understood** 57:22 174:16 180:2,13
**unemployed** 34:2,16 38:12
**unequivocal** 228:9,19

**unfortunately** 286:24
**UNIFORM** 3:2 4:2
**union** 199:25
**United** 28:21
**universe** 123:9
**universities** 213:25 280:24 281:2
**university** 29:17 281:4
**unlimited** 264:22,24 265:11,19,24
**unsure** 229:12
**untrue** 17:4 98:19
**unusual** 237:4
**upgrade** 166:25 167:9,17
**use** 12:15,19,23 32:22 70:11,14
74:17,22,23 76:17,21 77:2,16
80:10 84:10,12 107:25 121:18
126:15 146:12,14 149:19 164:11
172:19 179:19 186:9,10,21 187:5
187:6,19,19 191:16 193:13 194:4
194:7,8,14 215:16,20 225:9
239:25 240:10,18 253:16 256:13
256:15,18 257:25 268:8 277:24
**uses** 84:10,11
**usually** 30:24 50:17 108:14 122:8
222:11
**utilizations** 283:19
**utilize** 75:7
**utilized** 4:13 58:3 246:17 283:13
**utilizing** 80:6 102:16

**V**

V 45:22 59:8,12 295:16 300:15
**vacation** 291:13
**valid** 241:22 242:3
**valuable** 254:20 275:21
**value** 145:14 221:6 229:11 276:16
276:20 277:19 280:3,5 281:11
282:18,25 283:16 284:10,25
**valued** 207:9,10
**various** 32:18 54:13 62:24 114:18
140:10 169:19
**veracity** 89:21
**verbal** 97:8 108:3 120:15,20,22
121:9,19 122:9 223:22 233:8
240:2,11,19 268:14 274:23
**verbally** 7:9 120:24 153:6 219:12
233:2 241:7 253:13
**verified** 202:12
**versed** 86:15
**versus** 43:25 44:6
**vested** 119:3
**Victor** 59:12
**video** 12:18
**virtual** 10:5 13:21
**virtually** 190:10
**visit** 220:2,3,5,6

**W**

W 299:2

**wait** 7:8 222:13
**waiting** 13:17 216:23
**waive** 142:23
**waived** 3:6 4:15
**walk** 184:3
**want** 6:16,20 12:7 33:4 44:5 64:18
78:12,12,17 86:21 87:15 88:7,18
95:22 96:17 102:15 113:18
122:10 126:13,24 131:19 137:14
139:16 147:17 150:19 156:10
157:11 173:10 184:8,23 186:8
187:21 190:14 191:9 197:12
206:15 218:21 221:5 222:11
223:20 228:4 232:14,14,15,19
240:22 244:14,15 250:9,24 251:7
255:15,17 269:17 288:16 291:4
291:15 292:25
**wanted** 57:15 60:4 88:15,20 93:9
93:11 102:12,17 112:22 124:24
125:3 148:15 152:25 164:3
170:20,24 251:8 258:25 262:17
283:19 291:18
**wanting** 170:22
**wants** 179:11 211:9,17 240:20
255:4
**wasn't** 93:24 112:12 120:20 131:7
174:18 214:7 275:24 285:14
**waste** 231:12 244:15 273:9
**wasting** 228:4 244:15
**watch** 189:5
**way** 7:21 12:19 13:2 21:15 48:15
70:8 100:12 116:13 119:3 123:3
166:17 167:5,20 174:22 176:7
181:17,22 186:24 207:11 214:7
225:7 243:24 257:21 259:16
261:6 267:24 283:13 292:13
304:17
**ways** 106:5 115:3 116:20,23,23
119:5 213:21 225:6 250:16 255:2
**we'll** 18:13 127:9 140:6 182:19
183:6 192:13 214:23 272:11,12
272:22 290:10,14
**we're** 7:4,13 19:7 35:24 37:5 45:8,9
45:16 55:11 78:16 81:6 92:25
105:16 107:10,14 123:16 126:16
152:4 156:17 162:16 182:12
205:25 208:16 232:23 291:7
**we've** 12:9 172:20 273:2 274:11
**wealth** 259:5
**weather** 24:25 25:4,18
**web** 1:10,19 5:18 184:6 189:2
**website** 46:24,25 47:2,3,5,12 48:11
48:25 50:7,10,12 76:11 86:16
146:24 181:15,16,17,25 184:7
188:8,14,22 189:2,13,24,25 190:9
190:21,23 192:23 219:17,20
220:11,24 243:19 259:24,25
260:3 267:13 287:14 289:5,9

295:6 298:3,8 300:12 301:14,16
**Wednesday** 163:2 165:5
**week** 19:8,10,11 20:9 133:13
164:22 211:21
**weeks** 133:17 134:2 135:10 136:7
137:19 203:2 255:19
**Weird** 222:9
**went** 16:2 34:5,15,21 102:21 119:8
125:2 146:24 187:23 188:4 189:2
189:12 190:8,21,23 202:4,11
219:16,17,19 220:24 221:3
223:18 276:4 282:15
**weren't** 12:6 16:25 112:9 124:5
284:9
**West** 2:9
**whatsoever** 127:20 137:24 152:23
291:19
**WHEREOF** 304:19
**wife** 27:16,18,21 28:8,11 131:6
138:21 196:17 235:18 236:13
241:11
**willing** 15:19,21 16:7 17:25 18:21
25:21 77:11
**win** 44:17,24 45:2
**wind** 203:8
**windup** 88:12
**withdraw** 139:12 141:15 202:2
**Withdrawn** 288:13,15
**witness** 4:19 5:3,7,8,17 10:11,22
36:18 47:13 48:14 49:22,24 50:5
50:6,19 71:9 72:16 155:8 242:25
249:21 260:4 268:10 300:4
302:13 304:11,14,19
**witnesses** 289:8
**witnessing** 48:18
**woman** 259:5
**won** 44:16,18,23
**word** 12:19,23 30:18 69:19 70:11
70:14 71:24 72:4,8,17,19,22,24
84:10,10,12 172:19 211:23 212:4
212:6 263:23 264:2 294:15
**words** 37:15 61:10 67:3 87:8 94:13
95:24 151:4 154:25 155:7 156:16
156:20,20,22 157:7 158:5 201:6
223:4 226:25 227:3,7 256:12,15
256:18 258:2
**work** 31:16 32:7 34:11,20,25 35:11
38:17 39:2,14 40:9,13,15 41:4,21
42:14,17 60:8 87:10,10,13 112:7
116:12,25 145:4,6,17,22,24
151:17,23 152:18 153:13 155:20
155:25 175:25 176:21 179:7,7
181:17 203:7,14 205:15 206:23
212:16 221:22 222:6 234:10,12
234:17 239:7 240:14 244:6 253:9
266:14 278:22 282:25 283:2
284:16,17,20 286:13,14,16,17,20
287:4,7,8 288:7,19,23 289:25

**worked** 30:12,21 31:12 39:18,22
40:5 43:11 116:13 147:24 176:3,6
176:15,19 204:21 205:6,12,12,15
205:21
**working** 33:16 38:22 39:12 95:9
151:24 167:20 169:9,10 210:7
214:15 221:14 234:9 261:10,15
263:3 264:9,15,17,22,25 265:7,11
265:11,20,24 284:9
**works** 70:2 116:6 149:18 293:24
**world** 69:16 117:3
**world's** 34:23
**worried** 143:4
**worth** 141:8 249:2
**wouldn't** 56:4 88:25 89:4 137:21
141:17,21
**write** 28:24 47:4 48:20 61:10,11
62:6 67:13 116:15 220:9 258:24
259:4 268:11
**writing** 23:19 120:17 121:8 122:7
129:4,11 147:19 148:23 150:19
150:21 151:5 153:3 161:12,13
182:20 211:17 216:9,13 217:5,16
222:12 225:24 233:5 253:13
271:8 272:12,16,22 287:9 294:9
294:17
**written** 58:15 90:22 120:21 212:7
215:13 216:5,23 219:15 223:20
223:22 224:10,11 229:14,19
230:4,6,23 231:17,23 233:6,9
234:24 238:12 239:13 241:3
268:13,15 269:6,9 270:9,19
271:19 272:8 286:19 293:2
302:18
**wrote** 48:24 49:3 56:25 57:6 58:9
58:10 60:10 99:22 158:4 216:17
223:24 242:9 291:10,11,23
294:11
**Wylie** 2:8,11 6:7,18,23 7:3 20:4
24:8 109:20 172:15 293:2,22

**X**

**x** 1:4,9 300:2,8 301:2,4 302:2 303:2
**x_colony** 211:14

**Y**

**Y** 253:20 256:3 297:24 301:12
**Ye-** 42:21
**yeah** 10:9 25:6 35:16 52:23 57:12
58:13 63:17 72:16 73:2 85:5 88:8
97:2 102:25 134:20 149:14
151:25 162:20 165:23 175:2
185:5 203:4 204:6 213:10 230:14
248:10,16 253:25 265:22 266:24
278:5,5
**year** 29:20 34:13,19 35:2,10 38:20
39:18,19,23 40:14 142:9 159:13
201:5,6 202:6,7 238:24 239:2

247:15 260:12
**years** 13:8,9,12 32:9 33:18 34:13,19
  37:9,9 39:4 40:6,9,16 41:15 48:6
  48:6,9 57:13 65:20 67:21 115:25
  116:2 169:13 252:6 288:10
**yesterday** 19:3,4,12,14,17 20:8,9
  25:3
**York** 1:2,3,20 2:5,5,10,10 6:4 95:11
  98:2 125:24 126:2 281:4 290:4,5
  299:4 304:4,9
**You're** 108:3
**young** 50:17

---
**Z**
---
**zero** 266:14
**Zoom** 28:6

---
**0**
---
**00027** 212:5
**0018** 154:4 296:15 300:22
**0023** 143:25 144:22 296:11 300:21
**0025** 208:2 297:7 301:8
**0027** 211:12
**0029** 208:3 297:7 301:8
**0062** 45:14 295:2 300:10
**0063** 45:15 295:2 300:10
**0069** 107:15 296:3 300:19
**010** 60:20 295:19 300:16
**042** 102:23
**069** 226:16,17 230:15,15
**070** 161:16 230:9 296:19 297:15
  300:23 301:10
**073** 162:16
**07704** 6:13
**078** 161:17 296:19 300:23

---
**1**
---
**1** 293:7 298:14 301:20
**1:11** 162:19
**1:51** 102:10,20
**10** 10:1 210:3 211:7 215:25 220:25
  221:15,22 222:6,7 288:10,16
  302:15
**10:00** 27:20
**10:01** 1:12
**10:06** 99:23 100:19
**100** 100:1 262:24
**10025** 2:10
**101** 17:7 101:1
**10170** 2:5
**102** 102:1
**103** 103:1
**104** 104:1
**105** 105:1
**105,000** 123:5
**106** 106:1
**107** 107:1
**108** 108:1

**109** 109:1
**1099** 87:12
**10th** 304:20
**11** 11:1 165:15 188:17 220:10
  302:11
**11:07** 119:10,12
**110** 110:1
**111** 111:1
**112** 112:1
**113** 113:1
**114** 114:1
**1147** 59:9 295:15 300:15
**115** 115:1
**1152** 59:9 295:15 300:15
**116** 116:1
**117** 117:1
**118** 118:1
**119** 119:1
**12** 12:1 202:5 227:6 248:22 277:3
  277:11,12 303:10
**120** 120:1
**1203** 183:14 186:15 191:21,23
  192:5,9 219:22 297:3 301:6
**1204** 183:15 187:22 219:22 297:3
  301:6
**1205** 253:23 259:14 297:23 301:13
**1206** 255:10 259:15
**1207** 253:24 255:10 297:23 301:13
**121** 121:1
**122** 122:1
**123** 123:1
**124** 124:1
**125** 125:1
**125.60** 181:24
**126** 126:1
**127** 127:1
**128** 128:1
**129** 129:1
**13** 13:1 19:13,14,18 254:9 255:9
  256:16 258:14,18 259:9 277:16
**130** 130:1
**131** 131:1
**132** 132:1
**133** 133:1
**134** 134:1
**135** 135:1
**136** 136:1 290:8
**137** 137:1
**138** 138:1
**139** 139:1
**1395** 53:23 295:11 300:14
**1396** 53:23 295:11 300:14
**14** 1:11 14:1 292:18,22 299:10
  303:6
**140** 140:1
**141** 141:1
**142** 142:1
**143** 143:1

**144** 144:1
**145** 145:1
**146** 146:1
**1462** 134:14 296:7 300:20
**147** 147:1
**148** 148:1
**149** 149:1
**15** 15:1
**15,000** 261:8
**150** 150:1
**150,000** 209:4
**151** 151:1
**152** 152:1
**153** 153:1
**154** 154:1
**155** 155:1
**156** 156:1
**157** 157:1
**158** 158:1 302:13
**159** 159:1
**16** 16:1 258:6,13,17,23 259:8 302:8
**160** 160:1
**161** 161:1
**162** 162:1
**163** 163:1
**164** 164:1
**165** 165:1
**166** 166:1
**167** 167:1
**168** 168:1
**1688** 214:18 297:11 301:9
**169** 169:1
**17** 17:1 188:18 214:9 220:10,14,16
  221:9 303:6
**170** 170:1
**171** 171:1
**172** 172:1
**173** 173:1
**174** 174:1
**175** 175:1
**176** 176:1
**177** 177:1
**178** 178:1
**1781** 244:24 297:19 301:11
**1785** 244:23
**1787** 297:19 301:11
**1788** 244:25
**179** 179:1
**18** 18:1
**180** 180:1
**181** 181:1
**182** 182:1 302:15
**183** 183:1
**184** 184:1
**185** 185:1
**186** 186:1
**187** 187:1
**188** 188:1

**189** 189:1
**19** 19:1 73:8 162:4,19 163:2 295:23
   300:18
**190** 190:1
**191** 191:1
**192** 192:1
**193** 193:1
**194** 194:1
**195** 195:1
**196** 196:1
**197** 197:1
**198** 198:1
**199** 199:1
**1995** 30:13
**1A** 245:9

**2**

**2** 2:1 249:7 302:6
**2-3** 303:8
**2:05** 151:14
**20** 20:1 39:4 76:4
**200** 200:1 209:6 262:5,6,14
**2000** 31:23
**2004** 33:20 34:7
**2005** 52:10,24
**201** 201:1
**2013** 38:21 39:18 41:5,10
**2014** 41:5,8 169:12
**2015** 41:8 51:18,20
**2016** 41:10,25 43:10 170:16,16
   171:3,6 196:13 199:12,12,15,15
   199:15,18,20 200:10,15,22
   261:19
**2017** 48:4 62:11,25 96:25 100:19
   129:10,12 130:6,16 159:12,15
   161:9 162:4,19 164:8,13 169:13
   170:10,12,13 188:18 201:2 202:5
   205:19 208:6 211:7 214:12
   215:25 219:24 220:4,5,10,13,16
   220:18,25 221:4,8,12,15,23 222:6
   256:19,22 260:19 261:17,20
   273:25 276:2,10,11 286:4
**2018** 14:6 129:7 130:5,20,22 241:9
   243:5 254:9 255:10 256:16,24
   257:25 258:6,13,14 277:14
**2019** 150:2
**202** 202:1
**2020** 260:17
**2021** 1:11 299:10,22 304:20
**203** 203:1
**204** 204:1
**205** 205:1
**206** 206:1
**207** 207:1
**208** 208:1
**209** 209:1
**21** 21:1
**210** 210:1

**211** 211:1
**212** 212:1
**213** 213:1
**214** 214:1
**215** 215:1
**216** 216:1
**217** 217:1
**218** 218:1
**219** 219:1
**22** 22:1 243:5 303:8
**220** 220:1
**221** 3:2 4:2 221:1
**221.1** 3:4
**221.2** 3:17 4:7
**221.3** 4:4
**222** 222:1
**223** 223:1
**224** 224:1
**225** 225:1
**226** 226:1
**227** 227:1
**228** 228:1
**229** 229:1
**23** 23:1 163:3,16 164:8,13 165:2
   302:6,6
**230** 230:1
**231** 2:9 231:1
**232** 232:1
**233** 233:1
**234** 234:1
**235** 235:1
**236** 236:1
**237** 237:1
**238** 238:1
**239** 239:1
**24** 8:11,14,17 24:1 62:11 63:22 75:6
   76:20 84:5 97:3 99:23 100:18
   273:25 280:6
**240** 240:1
**241** 241:1
**242** 242:1
**243** 243:1
**244** 244:1
**245** 245:1
**246** 246:1
**247** 247:1
**248** 248:1
**249** 249:1
**25** 25:1 50:9 75:6 76:20 118:16
   142:2 182:5 247:14,17 248:14,17
   252:6 257:23
**250** 210:4 250:1
**250,000** 249:3 275:5 276:18
**251** 251:1
**252** 252:1
**253** 253:1
**254** 254:1
**255** 255:1

**256** 256:1
**257** 257:1
**258** 258:1
**259** 259:1
**26** 26:1 76:20 165:5 302:8
**260** 260:1
**261** 261:1
**262** 262:1
**263** 263:1
**264** 264:1
**265** 265:1
**266** 266:1
**267** 267:1
**268** 268:1
**269** 269:1
**27** 27:1 75:16 76:21 124:2 181:11
   182:9 187:25 188:3 189:23
   190:23 219:17 221:3,5 234:13
   302:9
**27.5** 123:11
**270** 270:1
**271** 271:1
**272** 272:1 302:18
**273** 273:1
**274** 274:1
**275** 275:1
**276** 276:1
**277** 277:1
**278** 278:1
**279** 279:1
**28** 28:1
**280** 280:1
**281** 281:1
**2811** 2:5
**282** 282:1
**283** 283:1
**284** 284:1
**285** 285:1
**286** 286:1
**287** 287:1
**288** 288:1
**289** 289:1
**29** 29:1
**290** 290:1 300:5,6
**291** 291:1
**292** 292:1
**293** 293:1
**294** 294:1 300:6,10
**295** 295:1 300:11,13,15,16,17,19
**296** 296:1 300:20,21,22,23,24 301:6
**297** 297:1 301:7,9,10,11,12,14
**298** 298:1 301:16,20
**299** 299:1
**2B-#3** 2:10

**3**

**3** 3:1 220:13,18 221:4 228:24 229:9
   234:14

**3:53** 106:16,21 119:9
**30** 30:1 37:15 67:21 91:4,19 102:9
   102:20 106:12 115:25 119:9,10
   119:12 146:3 148:6 159:12,15
   247:21 248:15,21 256:19,22
   276:6
**300** 261:9,12,16,21,24 262:19
   263:10 300:1
**301** 301:1
**302** 302:1
**303** 303:1
**304** 304:1
**31** 3:10 31:1
**3115** 3:6,14,21
**32** 32:1
**33** 33:1
**34** 34:1
**35** 35:1
**350** 275:6,7 276:19
**36** 36:1
**37** 37:1
**38** 38:1
**39** 39:1

**4**

**4** 4:1
**40** 40:1
**400** 262:5,7,16 275:7
**400,000** 276:20
**401(k)** 123:14
**41** 41:1
**42** 42:1
**420** 2:5
**43** 43:1
**44** 44:1 73:8 295:23 300:18
**444** 6:12
**45** 45:1 303:10
**46** 46:1
**47** 47:1
**48** 48:1
**49** 49:1

**5**

**5** 5:1 150:2 164:22 165:7
**5:19** 298:17
**50** 50:1 210:3
**50,000** 148:6
**51** 51:1
**510** 187:11
**52** 52:1
**53** 53:1
**54** 54:1
**55** 55:1 302:11
**56** 56:1
**57** 57:1
**58** 58:1
**59** 59:1

**6**

**6** 6:1 19:13 300:5 302:9
**60** 60:1
**61** 61:1
**62** 62:1
**63** 63:1
**64** 64:1
**646** 224:17
**65** 65:1
**65.51.127.32** 185:13 193:23
**65.51.127.34** 184:22 186:12
**65.51.127.63** 185:14
**654722/2018** 1:6
**6551** 184:10,12
**66** 66:1
**67** 67:1
**68** 68:1
**69** 69:1
**691** 169:15 296:23 300:24

**7**

**7** 7:1 208:6 221:8,9,11,12,18,24
   302:13,18
**7:07** 107:2
**70** 70:1
**71** 71:1
**72** 72:1
**73** 73:1
**74** 74:1
**75** 75:1
**76** 76:1
**77** 77:1
**78** 78:1
**79** 79:1

**8**

**8** 8:1 302:6
**8:56** 163:19 164:8,14
**80** 50:10 80:1 117:4
**81** 81:1
**82** 82:1
**83** 83:1
**84** 84:1
**844-1789** 224:17
**85** 85:1
**86** 86:1
**87** 87:1
**88** 88:1
**89** 31:20 89:1

**9**

**9** 9:1 196:13
**9:34** 211:8,11
**90** 31:20 90:1
**91** 91:1
**92** 92:1
**93** 29:22 93:1
**94** 94:1

**95** 31:22 95:1
**96** 96:1
**96th** 2:9
**97** 97:1
**98** 98:1
**99** 31:23 99:1
**99.9** 190:14