# Exhibit D - Complete

Page 1

Volume:  I

Pages:  1 To 88

Exhibits:  See Index

SUPREME COURT OF THE STATE OF NEW YORK

INDEX NO. 654722/2018

)

NAVESINK INTERNATIONAL, LLC,            )

Plaintiff,            )

)

vs.            )

)

THE CLINTON GROUP, INC.,            )

Defendant.            )

)

)

DEPOSITION OF SORIN ALEXE, a witness
called on behalf of the Plaintiff, taken
pursuant the New York State Federal Rules of
Civil Procedure, before Susan E. DiFraia,
Certified Shorthand Reporter and Notary Public
in and for the Commonwealth of Massachusetts,
on Monday, March 22, 2021 commencing at
10:00a.m.



```
                                                        Page 2
 1        APPEARANCES:
 2        LAW OFFICES OF NEAL BRICKMAN, P.C.
          420 Lexington Avenue
 3        New York, NY
          BY:  Jason A. Stewart, Esquire
 4        E-Mail:  Jason@brickmanlaw.com
          Attorney for the Plaintiff.
 5
 6
          WYLIE LAW
 7        231 West 96th Street
          New York, NY 10025
 8        BY:  Wylie M. Stecklow, Esquire
          Tel:  212.566.8000
 9        E-Mail:  Ecf@wylielaw.com
          Attorney for the Defendant.
10
11
12                        *  *  *  *  *
13
14
15
16
17
18
19
20
21
22
23
24
```



```
 1   A.   I'm not sure.  It may be Archibald, but I'm not
 2        sure.  I don't know.  I'm just saying that it
 3        might have happened.
 4   Q.   And when you began talking about this
 5        partnership with Gontran, approximately when in
 6        time did that concept first get pitched?
 7   A.   I think it was like January or February in
 8        2017.
 9   Q.   In the course of any of those discussions, did
10        you ever believe that Gontran was acting to try
11        to place you as a recruiter on your behalf?
12   A.   So I mentioned in the documentation that I
13        sent, I think it's page 34 starting in 01 to
14        00033.
15   Q.   And so that document you're referring to, I'll
16        mark this as --
17   A.   No.  No I just want to -- sometimes in April
18        2017 Gontran approach Clinton Group and we
19        presented our -- I'm reading on the page 34 in
20        the document starting 001 to 0033.  So
21        sometimes in April 2017, Gontran approached the
22        Clinton Group and presented our pitch, and we
23        are asking for money and we want to manage that
24        as a team.  And then it was -- I had a private
```



```
 1        discussion with Gontran and he said that it

 2        looks like Clinton Group was not ready to take

 3        the whole group.  And then he said that if he

 4        is going to be out of this relationship he is

 5        going to ask Clinton Group to pay for that

 6        introduction.  And we decided to stick together

 7        after we had these discussions.

 8                  MR. STEWART:  Okay.  I want to introduce

 9                  Exhibit 3.  The document marked Bates

10                  stamped Sorin 000024 as Plaintiff's 3.

11                  And that was the document you were just

12                  reading from, correct.

13                      (Document marked as Alexe

14                      Exhibit 3 for identification)

15   A.   Yes.

16   Q.   Do you see that document on the screen before

17        us?

18   A.   Yes.

19   Q.   And did you prepare this document?

20   A.   Yes.

21   Q.   And does this contain your notes about what

22        unfolded, in part, between Gontran and the

23        Clinton Group?

24   A.   It was the answer to your subpoena so I made
```



```
 1        this document as an answer to your question.
 2   Q.   So this was generated sometime after you
 3        received the subpoena, correct?
 4   A.   Yes.
 5   Q.   And you just told us that there was some
 6        resistance from Clinton Group about taking on
 7        an entire team; is that right?
 8   A.   That was what we -- it was not stated clearly
 9        but this was our -- after our first meeting in
10        April.
11   Q.   When the pitch was originally made in April of
12        2017, how many members were present as
13        potential team members?
14   A.   Like, four people.
15   Q.   Would those people include yourself?
16   A.   Yes.  Gontran, Suresh, it was another potential
17        partner, Dileep.  So these people getting
18        together and going for presentation and
19        meetings.
20   Q.   Was an individual by the name of Gabriella
21        Alexe also included in that team?
22   A.   It was like a consultant because it was much in
23        learning.
24   Q.   And is there a familial relationship between --
```



```
 1   A.   She's my wife, yes.
 2   Q.   Who was present for that meeting in April of
 3        2017?
 4   A.   I think it was Gontran, Suresh, myself and
 5        Dileep.
 6   Q.   So you were telling me that following that
 7        initial April 2017 meeting, it was your sense
 8        that Clinton Group was disinclined to hire a
 9        team; is that right?
10   A.   I think it was Gontran who ask the question and
11        we kind of discussed on that hypothesis.
12   Q.   And having that discussion were there
13        alternatives to a team hiring approach that
14        were proposed?
15   A.   Yes, that was an alternative if we don't get
16        funded, our partnership, and he said that this
17        might happen and then he said that he will act
18        as a recruiter.
19   Q.   And that would be similar to how he placed you
20        in Quantbot in 2016, correct?
21   A.   That is -- I don't know how that operates.  I
22        guess in the situation of Quantbot it was a
23        different company.
24   Q.   You had mentioned there were more than ten
```



```
 1   A.  Yes.  Distributed with the members of the
 2       partnership.
 3   Q.  I'm sorry.  Could you say that again.  I don't
 4       understand.
 5   A.  The partnership was employed altogether so we
 6       got like three -- three jobs for each of the
 7       members of the team.
 8   Q.  Did you ever form an entity for this
 9       partnership you keep describing?
10   A.  No.
11   Q.  Was there a contemplated partnership agreement?
12   A.  Not in recent but, yes, we've had many
13       discussions on that.
14   Q.  And what would have been the parameters of the
15       terms of that partnership?
16   A.  So the partnership would have to operate
17       according to the distribution of each of us.
18       So I was portfolio manager, Gontran would be
19       operator and Suresh would be technology.
20   Q.  Were there ownership percentages attributed to
21       each of you?
22   A.  Not an ownership but distribution of the -- was
23       discussed, not as personal but as activities.
24       So basically the -- for instance let's say that
```



```
 1      forward with Clinton Group.  Who ultimately
 2      decided that the Clinton Group -- that you were
 3      going to go forward with the Clinton Group?
 4  A.  We discussed it together.
 5  Q.  Was that discussion in person or
 6      telephonically, or by some other means?
 7  A.  I think it was in person.  We met, all three of
 8      us, and we discussed.
 9  Q.  Where did that meeting take place?
10  A.  I think in New York.
11  Q.  Was it in a conference room, a restaurant, some
12      other location?
13  A.  I think it was the cafeteria, yes.
14  Q.  Did you follow up with any e-mail
15      correspondence after that meeting?
16  A.  I don't know.
17  Q.  Do you recall when that meeting -- or the
18      decision was made to move forward with the
19      Clinton Group?
20  A.  Sometime in June 2017.
21  Q.  How many times did you meet with Clinton Group
22      before you were hired?
23  A.  Meet several times, three or four times.  So
24      they wanted a presentation, they want another
```



1    presentation.  Then we went there to discuss

2    the conditions and then we went there to see

3    environment and how the thing would work.  And

4    then we move forward getting hired.

5  Q.  And each time that those meetings took place,

6    were -- was it yourself, Gontran and Suresh

7    present?

8  A.  I think Suresh was not all the time.  But me

9    and Gontran, we were there every time.

10  Q.  Ultimately Suresh opted not to move forward

11    with participating with this team, correct?

12  A.  He decided after the first day that he doesn't

13    like it.

14  Q.  Did he have any reasons as to why he didn't

15    want to move forward?

16  A.  He said that he's not looking for another job.

17         MR. STECKLOW:  I'm sorry.  Can you

18           repeat that.  He was looking for the job

19           or he was not?

20  A.  He was not looking for another job.

21  Q.  Thank you.  And so you told us earlier that

22    Dileep was there for the April 2017 -- both

23    Dileep and Suresh were there for the April 2017

24    meeting, right?



```
 1       at the Clinton Group?

 2   A.  He told me that at some point.

 3   Q.  Did you know if Gontran was ever provided or

 4       paid any kind of recruiter's fee for placing

 5       you with the Clinton Group?

 6   A.  I don't know.

 7   Q.  Do you know if George Hall ever made any

 8       payment to Gontran with respect to placing you?

 9   A.  I don't know about that.

10   Q.  Did you ever have any discussions with George

11       Hall about Gontran receiving a placement fee or

12       a recruiter's fee?

13   A.  No, the only thing is it's in the documents

14       that I mentioned that I made a point that

15       Gontran had some interaction.

16   Q.  So you thought there was merit in the

17       introduction of having put you and the Clinton

18       Group together?

19   A.  It was merit in introduction of the partnership

20       to Clinton Group.

21   Q.  And by merit, do you mean some value deferred?

22   A.  Well, it happens -- it happened I think because

23       he was making all the connections.

24   Q.  Did Mr. Hall ever offer to you that Gontran
```



1      would be taken care of or compensated for that

2      introduction?

3  A.  He said something like when I mentioned that

4      kind of merit, he said that that can be taken

5      care of in a different way, rather than having

6      Gontran employed.

7  Q.  Did you understand what Mr. Hall meant as to

8      how Gontran could be further compensated?

9  A.  No, this is only one sentence that I remember.

10     I'm pretty sure that there was not anything

11     else.

12 Q.  And did that occur prior to Gontran being

13     terminated?

14 A.  Yes.

15 Q.  Would this have been in approximately November

16     of 2017?

17 A.  Yes, mid-November.

18 Q.  So did this -- was this part of the

19     conversation about Gontran's research that you

20     identified earlier?

21 A.  Yes.

22 Q.  And was -- did Mr. Hall raise at all the fact

23     that if Gontran had remained as part of the

24     team the project would not be able to move



Page 63

```
 1       it, I'll send it to you.

 2   Q.  Thank you.  You mentioned in your earlier

 3       testimony that you met with the Clinton Group

 4       several times, three or four times; is that

 5       accurate?

 6   A.  Yes.

 7   Q.  And you gave presentation after presentation,

 8       is that accurate?

 9   A.  That's true.

10   Q.  And you were discussing the conditions and how

11       it would work and that you wanted to move

12       forward, correct?

13   A.  Yes.

14   Q.  Were any of these conditions a recruitment fee?

15   A.  No.

16   Q.  And there was never any discussion at any of

17       these several meetings of Clinton Group of any

18       expectation of a recruitment fee; is that

19       correct?

20   A.  I am not aware.

21   Q.  But you were in these meetings -- strike that.

22           In the meetings that you were present

23       did you ever hear Gontran discuss that he was

24       working as a recruiter and expected a
```



Page 64

1    recruitment fee that they hire you or the team?

2  A.  In the meetings with Clinton, no, in a personal

3    meeting with Gontran he was mentioned something

4    like the thing I described already in the

5    document.

6  Q.  Right.  And so that was prior to the Clinton

7    Group involvement, correct?

8  A.  Yes.

9  Q.  The conversation you had with Gontran where he

10    said if we don't get funded, I can act as a

11    recruiter, happened before anyone pitched the

12    Clinton Group, correct?

13  A.  It was not before April; it was sometimes

14    during that period.

15  Q.  Okay.  But at no meeting that you were at, that

16    involved Gontran or anyone from the Clinton

17    Group did you ever hear Gontran mention the

18    concept of a recruitment fee for your placement

19    or the anyone on your team?

20  A.  It is correct, yes, I didn't see anything like

21    that.

22  Q.  Thank you, Mr. Alexe.

23        So let's going go to the document was

24    already marked.  I believe it was Exhibit 2,



## A

**A-l-e-x-e** 6:6
**a.m** 42:6 65:18
**ability** 5:11,16
  88:10
**able** 11:20,21
  43:6 48:3,11
  52:24
**absence** 43:7
  44:6,14,20
  48:11
**accept** 38:10
  84:10
**accepted** 31:22
  69:21
**accepting** 27:24
**account** 28:3
**accurate** 5:12
  63:5,8 72:14
  77:4,21 86:2
  88:9
**accurately** 5:22
**acquiring** 48:20
**act** 26:17 57:8
  61:12 64:10
  84:16
**acting** 14:8 23:10
  60:15 61:2 84:6
**activities** 29:23
**actual** 55:13
**adding** 48:7,12
  75:1
**address** 6:7,13
**affixed** 88:14
**afforded** 31:4
**afternoon** 4:12
**ago** 62:18
**agreeable** 54:18
**agreement** 4:18
  29:11
**aiding** 22:2
**Alexe** 1:12 3:4
  4:3,12 6:6 9:14
  21:7,13 24:13
  25:21 39:14,16

53:17 54:3 60:4
64:22 75:19
81:22 85:6 86:1
88:7
**allocated** 31:6
**allocations** 31:2
**allow** 5:8 46:4
**allowed** 62:19
**alpha** 8:7,12 66:8
**alternative** 26:15
  61:11
**alternatives**
  26:13
**altogether** 29:5
  59:9
**American** 27:16
**amount** 31:4
  65:10
**and/or** 56:3,4,16
  58:11 88:23
**anecdotal** 82:10
**answer** 5:6,9,24
  16:18 18:15
  24:24 25:1
  33:21 37:3
  43:15 46:5 54:9
  81:7 84:24
**answered** 10:9
  18:15
**answers** 4:24
  54:14 86:3
**anticipated** 5:7
  68:12 71:24
  72:7
**anticipating** 49:7
  69:7
**anticipation** 19:9
**anybody** 21:24
**anymore** 50:21
**anyway** 78:6
**apartment** 6:8,12
**apparently** 69:21
**APPEARANC...**
  2:1
**applied** 11:23
**apply** 4:19 14:14

88:23
**applying** 11:10
**appointments**
  16:11
**appreciate** 33:22
  85:6
**approach** 23:18
  26:13
**approached**
  23:21
**appropriate** 81:1
**approval** 77:11
**approve** 77:13,14
**approximately**
  7:3 13:12 23:5
  42:6 52:15
**April** 23:17,21
  25:10,11 26:2,7
  35:22,23 43:10
  44:11 64:13
  88:15
**arbitrage** 11:13
**Archibald** 23:1
**area** 11:8,12 74:7
**arrangement**
  28:10,18 32:7
**arrived** 36:8
**aside** 42:10
**asked** 47:13,16
  55:7,8 73:12
  78:7
**asking** 23:23
  38:6 54:10,15
  54:22 58:10
  65:5 80:21,22
**asks** 65:22
**assume** 6:1 54:16
**assuming** 79:15
**assumption**
  81:20
**attached** 56:5
  86:4
**attachment**
  10:16 66:8
**attention** 40:10
  42:2

**attorney** 2:4,9
  4:13
**attributed** 29:20
**authorization**
  77:17
**Avenue** 2:2 6:8
**aware** 59:3 63:20
  80:16,18,22
  84:5,9

## B

**B** 3:8,12 69:24
  70:2 71:7
**B&L** 28:13
**B6** 6:8
**back** 9:8 10:16
  10:22 11:3
  16:18 17:19
  39:16 47:14
  53:15 55:5
  69:15
**background**
  77:10 78:3
**backtracking**
  40:6
**balance** 45:22
**bank** 28:4
**base** 46:20
**bases** 14:3
**basic** 4:16
**basically** 29:24
  40:16 41:20
  55:9
**basis** 71:4
**Bates** 10:10,22
  21:5 24:9 39:9
  39:20 54:21
  60:1 66:21 71:8
  75:9,12
**Bay** 27:20,21
  28:2,7,11,17,19
  32:5,21 79:10
  80:4
**BD** 6:24
**bear** 60:8
**began** 15:9 23:4

**beginning** 79:24
**begun** 43:10
**behalf** 1:12 14:8
  23:11
**believe** 23:10
  39:21 56:22
  57:13 61:2
  64:24 65:2
**best** 16:18 33:22
  88:10
**big** 72:13
**birth** 6:16
**bit** 11:18 31:19
  37:4
**blood** 88:12
**bonus** 41:4 47:3
  47:5,6,6,7
**Booth** 27:20,21
  28:2,7,11,17,19
  32:5,21 79:10
  80:4
**Boston** 49:5 79:1
  84:11
**bottle** 80:1
**bottom** 75:13
**break** 39:6 53:14
  80:8
**BRICKMAN** 2:2
**brief** 53:13
**bring** 12:5
**broad** 73:19
**brought** 11:5
  42:24 43:4
**Bucharest** 7:8,9
**budget** 69:14
  79:22
**business** 37:20
  38:9 61:18,21
  61:24 62:8,10
  62:14,16
**buy** 12:16

## C

**C** 3:12 4:1 75:7
  75:11
**cafeteria** 34:13



call 14:19 18:11
    18:12 41:19
    42:5,8,13,16
    44:23 65:22
    70:20,23
called 1:12 4:4
    18:16,19 58:13
    65:24 66:8
candidacy 16:21
    17:1
candidate 22:1
capacity 28:7
capital 19:7
    30:14 31:4,5,8
    76:10 83:10,17
care 19:24 52:1,5
carrying 47:17
catch 30:17
caused 15:16
    50:18
CEO 50:3
certain 8:22 11:4
    28:12 31:3
CERTIFICATE
    88:1
CERTIFICAT...
    88:22
Certified 1:14
    88:4
certify 86:2 88:6
    88:11
CERTIFYING
    88:24
chance 10:15
change 8:23
changes 77:16,20
    77:23,24 78:1
chart 49:24
chat 69:20
check 10:19
chunk 72:14
circulate 55:9
Civil 1:13
claim 46:4
clarifying 22:13
clearly 25:8

client 82:5
Clinton 1:8 8:15
    8:17,19 9:2
    10:7 11:4,6
    12:19,23 13:10
    13:13 23:18,22
    24:2,5,23 25:6
    26:8 27:24
    28:15,23 32:22
    34:1,2,3,19,21
    36:3,7 38:7
    40:18,19,21,22
    45:2,12,23 46:9
    46:16 47:1,11
    47:17 48:14,18
    49:13,17 50:1
    50:14,15 51:1,5
    51:17,20 55:6
    56:4 57:24
    58:22 60:14,16
    60:20 61:16,23
    63:3,17 64:2,6
    64:12,16 71:5
    72:3,18 74:4,10
    78:18 81:3,13
    83:6,7 84:14,17
    84:22
clinton.com
    40:13
close 28:1
code 12:17
collaboration
    73:3
collaboratively
    46:1
colleagues 20:9
    20:10
collecting 81:3
collectively 28:19
combinatorics
    7:13
combiner 12:16
    12:16
come 14:1 15:3
    36:19 37:5 38:2
    50:23 82:14

commencing
    1:15
comment 81:10
commission
    88:18
commitment
    73:24
Commonwealth
    1:14 88:2,5
communication
    18:5 60:13
communications
    56:2,15 58:10
    58:20
companies 15:23
    16:12 27:10,14
    78:15
company 8:7
    13:2 26:23 33:8
    37:8,19
compensate
    28:12
compensated
    52:1,8
compensation
    14:21 15:1
    31:10 41:5
complete 7:1,3
completed 76:24
completely 78:20
    79:6
computers 62:6
conceived 31:14
    33:10
concept 23:6
    64:18
concerning 56:3
    56:16 58:11,21
concluded 85:8
conclusion 36:20
    37:6
conditions 35:2
    63:10,14 69:21
conference 34:11
conferring 78:13
confirm 62:24

Connecticut 6:9
connection 5:18
connections
    51:23
consequence
    84:23
consistent 46:13
consultant 25:22
    37:11
consulting 8:8
contact 14:5
    20:20,22 21:1
    65:6 73:23
contacted 44:17
contacting 73:10
contain 24:21
contained 42:11
contains 86:2
contemplated
    29:11
contemplating
    61:20
contemplation
    31:21
continual 79:16
continue 69:12
contract 9:4
contracts 46:9
contribute 12:11
CONTROL
    88:23
conversation
    16:5 18:4,7,20
    41:23,24 42:15
    42:20,22 43:11
    43:17,20 44:4,7
    44:9 52:19
    56:11 57:23
    58:1,15 64:9
    67:3
conversations
    19:1 45:21
copied 41:11
copies 55:20
copy 39:20 62:16
copyright 12:10

78:9,12
corporation 7:22
    8:12
correct 13:5
    24:12 25:3
    26:20 28:20,24
    31:15 35:11
    36:4 38:18,22
    39:23 40:4 41:2
    41:9 46:10
    55:18,22 56:5
    56:12,19,20,23
    58:15 59:2
    60:17 61:7,8
    62:14 63:12,19
    64:7,12,20 65:6
    65:11,22 66:9
    67:1,4,11,15,23
    68:1,6,12,15
    69:3,4,18 70:14
    70:15,16,18,21
    70:24 71:5,18
    72:1,7,24 73:6
    73:15 74:5,10
    74:14,16 75:1,5
    76:6,8 77:7,11
    77:13 78:9
    81:13 84:14,18
    84:19
correction 86:3
correctly 41:1
correspondence
    34:15 39:22
    40:11
counsel 4:4
couple 9:6 50:21
    54:4 81:23
course 12:15
    15:15 21:12
    23:9 27:1 42:22
court 1:3 4:20
    39:4 40:9 43:23
    44:2 66:12,16
cover 36:22
covered 12:10
    78:9,11



create 12:6 20:2
31:23
created 32:1 61:6
61:18 75:4
creating 15:21
62:13 74:24
Credit 17:5
CROSS 54:1
culminate 27:23
current 8:1
currently 7:14,16

**D**

D 4:1
daily 37:10
data 11:20,22
14:3 20:1 36:22
36:24 37:1
48:20
date 6:16
dated 40:13
65:17
day 35:12 36:10
45:9 86:5,9
88:15
days 67:4 83:13
deal 28:1 81:2,19
December 21:17
decide 20:23 30:6
81:9
decided 24:6
32:11,23 34:2
35:12 36:12
45:5 50:22
60:22
decision 14:20
32:20 33:24
34:18 45:15
decreased 79:23
defendant 1:8
2:9 54:23 71:7
75:10
defendant's
53:20,22 69:23
Defendants 70:1
deferred 51:21

define 49:23
73:20
defined 50:8 58:8
defining 73:18
definitely 84:12
degree 7:12
deliver 73:23
demand 59:12
department 30:3
30:7,21 37:21
departments
30:6 33:11 50:5
depending 58:4
deploying 59:8
Deponent's 86:7
deposition 1:12
4:17 10:12
21:11
deQuillacq 13:16
13:19
describe 12:13
78:5
described 28:17
41:4 47:4 64:4
describing 11:16
29:9 40:15
description 3:9
38:11 40:22
design 12:2 20:3
detail 21:20
details 41:5
42:10 66:6,24
determined 45:1
develop 12:3
development
30:24 38:1
different 11:24
26:23 37:4 52:5
58:4 77:22
differently 31:19
difficult 32:19
79:11 80:1
DiFraia 1:13
88:4
Dileep 25:17 26:5
33:6,10,16

35:22,23 37:13
Dileep's 36:20
37:6,23
dimensions 71:20
direct 3:5 4:10
22:5 50:9 88:23
directed 41:8
direction 32:6
88:24
directly 38:3,21
41:17 65:6 66:4
discuss 35:1 38:9
63:23
discussed 26:11
29:23 34:4,8
41:14 42:12
43:14 45:3,4
71:22
discussing 15:18
63:10
discussion 18:19
24:1 26:12 33:3
33:4 34:5 43:10
43:12 55:4
56:22 57:5
58:14 59:13,24
60:19 63:16
75:18
discussions 18:22
23:9 24:7 29:13
43:9 51:10
82:21
disinclined 26:8
distribute 19:14
Distributed 29:1
distribution
29:17,22 30:6
31:5
division 17:11,13
79:7
document 3:9,10
3:10,11,11,12
3:12 9:14,21
21:5,7 23:15,20
24:9,11,13,16
24:19 25:1

38:12,24 39:9
39:10,14,20
53:19,22 60:4
60:11,12 61:5
64:5,23 66:15
66:18,22,23
70:3 74:17
75:19,23,24
76:1 77:1,6,12
documentation
8:24 23:12
documented 9:1
documents 9:24
10:4,10,21,23
14:14 51:13
55:9,10,21
57:10,11,12,13
57:15 58:19
59:1,16,18
doing 4:17 31:17
38:7 47:18 48:1
49:4
draw 42:2
drew 31:11
driver's 4:6 88:8
duly 4:7 88:8

**E**

E 1:13 3:1,8 4:1,1
87:1,1,1 88:4
e-mail 2:4,9 18:5
21:19 22:6,17
34:14 38:5,14
39:21 40:11,14
40:16 41:8,12
41:13,15,16,18
41:22 42:15
44:23,24 46:14
47:18 62:20,22
65:8,9,10,13,17
69:15,16,17
71:2
e-mails 10:5 17:2
45:3 55:5 56:5
56:7 58:16,17
earlier 35:21

38:15 43:14
46:8 52:20 54:6
57:22 63:2 65:4
67:4 70:12
71:15 76:22
78:7
easier 39:19
easy 9:17
Ecf@wylielaw....
2:9
economic 14:21
14:24
education 6:18
educational 78:3
effort 72:19,22
efforts 56:17
58:12 74:9
either 45:23 58:2
73:8
Emergent 17:9
employed 7:14
7:16 8:5,14,16
9:5 12:20 13:2
13:3,4,7 29:5
37:9 46:12 52:6
74:9
employee 48:14
49:17
employer 14:17
16:22
employer/empl...
28:24
employment 9:3
11:3 13:10 15:9
17:5,9 27:2
28:6,22 36:14
36:16 38:4,21
41:1 46:8
engaged 71:16
72:19
engaging 47:21
71:13
entail 14:13
entire 25:7
entirely 31:18
43:16



entities 27:3
entity 29:8 56:18
 79:6 80:5
environment
 35:3
equal 30:9
Equally 5:22
equation 33:7,17
equity 11:11 12:1
Esquire 2:3,8
eventually 41:6
everybody 45:7
 46:19
evolved 37:16
exactly 36:23
 42:4,15 50:4,7
 82:11
examination 3:5
 4:4,10 54:1
 82:1 84:1
examined 4:8
example 45:16
exchange 39:22
 40:11
exclusively 18:21
execution 20:1
exhibit 3:9 9:12
 9:15,19 10:24
 21:4,8 24:9,14
 39:3,11,15,18
 40:2,7 53:20,23
 54:23 60:8
 64:24 65:1,2,4
 66:20 69:24
 70:2 71:7 74:18
 74:21 75:7,11
Exhibits 1:2
exist 59:2 61:5
 75:5
exit 47:11
expectation
 63:18 70:24
 80:17 84:9,20
expected 63:24
expenses 62:5
experience 76:3

76:14 77:10
experiences 82:3
expertise 11:5
expires 88:18
explain 79:19
explanations
 76:13
extent 16:17
Eye 7:17,19,20
 7:21 8:1

---

**F**

fact 45:10 52:22
 54:17 60:1 74:8
factory 66:8
failed 5:15
fair 80:24 81:9
 81:10,19
familial 25:24
familiar 20:5
far 6:2
fast 79:23
February 9:8,10
 23:7 44:11
Federal 1:13
fee 50:24 51:4,11
 51:12 62:7,10
 63:14,18 64:1
 64:18 67:7
 70:14,24 80:3
 80:18,19 81:2
 81:16 82:15,19
 82:23 84:10,21
fees 82:7 85:3
file 59:24
finalized 6:23
financing 79:15
find 22:19 43:13
 47:14 50:22
 57:9,19 62:24
finding 16:3
 47:24
finish 5:5,8 54:6
 54:9 62:23
finished 75:22
 76:16

first 4:7 9:20
 13:18 14:1 16:8
 16:19 18:3,20
 23:6 25:9 35:12
 36:8 45:9 55:4
 55:20 65:8,17
 68:23 69:2,8
 71:16 73:12
 77:21 78:21
 79:4
fit 33:12
five 45:13,13
 67:20
flow 79:16
focus 18:21
follow 34:14
 39:19 41:22
 53:9 81:24
 83:21
followed 44:24
following 26:6
follows 4:9
foregoing 86:2
 88:9,22
forget 56:24
form 9:5 29:8
 46:11 81:5
format 59:19
forth 55:5 86:3
 88:7
forward 34:1,3
 34:18 35:4,10
 35:15 36:3,12
 43:7 44:6,14
 45:1,15,17,23
 46:1 53:1 63:12
 67:1 69:19
 71:24 72:5
forwarded 69:17
found 60:17
four 8:4 25:14
 27:8 34:23
 39:12 45:13,13
 63:4 66:22
frame 68:17 72:9
 73:4

framework 42:14
Friday 40:13
front 57:1
fulfill 69:2
full 6:4
fund 15:21 28:14
 59:7 72:14
 78:19 79:3,8
fund-raiser
 71:17
fund-raising
 73:22 74:13
fundamentals
 11:22
funded 26:16
 58:3,5,6 61:12
 64:10
funding 68:9
 73:6 79:13
fundraise 73:14
fundraising
 33:13 73:16,18
 73:20
funds 40:21 68:6
 68:14 74:6,8,11
further 36:13
 49:14 52:8
 83:20 88:11

---

**G**

G 4:1
Gabriella 25:20
gained 13:9
gaining 73:6
Gamma 8:7,12
general 18:23
generally 7:5
generate 11:24
generated 25:2
generic 11:15
George 38:3,14
 40:12 42:3
 45:20 47:13,16
 47:19 48:6
 50:10 51:7,10
 56:9 65:5,20

69:16
getting 19:2
 25:17 35:4 58:3
 71:23 73:9
 81:18
give 5:6,11,16 6:4
 16:18 57:3
 65:22 66:17
 76:15
given 57:18
 77:16
giving 4:16,20
 33:22 54:15
 73:17 79:13
go 14:15 16:1
 21:11 27:8 30:1
 30:2,4,5,16,18
 30:20 33:23
 34:3 39:24
 47:14 55:24
 56:1,1,14 64:23
 66:24 67:20,22
 78:18 80:8
goes 5:20
going 11:3 16:15
 18:13 19:14,15
 21:3,9 24:4,5
 25:18 28:4 33:8
 34:3 36:14
 37:10,19 39:2,8
 40:2,7 41:21
 43:12,13 44:6
 44:14 46:1,2
 50:16 53:9,12
 54:3 55:24 57:6
 57:7,8 59:11
 64:23 68:14,19
 69:15 71:7 75:7
 79:5,17 80:7
 81:16
Gontran 10:6
 13:16,23 14:1,4
 14:10,22 15:17
 16:9,19 17:4
 18:4 19:10
 20:15,16,18,20



21:14,19 22:1
22:16,24 23:5
23:10,18,21
24:1,22 25:16
26:4,10 29:18
30:21 33:5 35:6
35:9 36:3 38:18
41:4,13 42:19
43:3 44:7,10,21
45:11,21 47:20
48:7 49:13
50:23 51:3,8,11
51:15,24 52:6,8
52:12,23 53:4
55:8,10,21 56:3
56:16 58:4,11
58:18,21 60:13
60:14,23 61:9
62:8,13 63:23
64:3,9,16,17
67:10 68:22
69:12 70:16,18
70:20,22 71:4
71:12,16 72:10
72:18 73:13
74:23 78:16,21
79:4 80:4,17
81:1,15 82:17
84:5
**Gontran's** 47:11
  52:19 55:3
  68:18 74:9
**good** 4:12 32:14
  54:7 73:22
**gotten** 71:2
**GQ** 59:24
**granted** 76:23
**Graph** 7:13
**Great** 80:12
**group** 1:8 8:15
  8:17,19 9:2
  10:7 11:4,6
  12:19,23 13:10
  13:13 23:18,22
  24:2,3,5,23
  25:6 26:8 27:4

28:15,23 32:22
32:24 34:1,2,3
34:19,21 36:3,7
37:12 38:7
40:19,21 45:2
45:12,24 46:10
47:1,12 48:14
48:18,22,23
49:13,17 50:1,4
50:14,15 51:1,5
51:18,20 55:6
56:4 58:7,22
60:14,16,21,23
61:16,23 63:3
63:17 64:7,12
64:17 68:21
71:5 72:3 74:4
74:10 81:3,13
84:14,17,22
**guess** 11:8 16:2
  16:23 26:22
  37:2 44:11
  47:15 48:21
**guessing** 36:17
**guys** 43:23 58:3
  61:19 80:5

---

**H**

**H** 3:8 87:1
**half** 36:9
**Hall** 38:3 40:12
  41:16 42:17,23
  43:6,18 44:5,17
  51:7,11,24 52:7
  52:22 65:5,11
  66:23 69:16
  70:6,10 71:3
**Hancock** 6:15
**hand** 88:14
**handle** 19:21
**happen** 18:11
  26:17
**happened** 23:3
  51:22 64:11
  68:5 69:5
**happens** 51:22

**happy** 45:5 54:13
  59:22 60:22,24
**hard** 33:19,20
  49:23
**head** 5:2 50:3
**hear** 32:12 63:23
  64:17
**heard** 10:2 47:17
  81:15
**hedge** 28:14
  40:21 72:13
  79:3
**held** 8:3
**help** 20:18 36:24
  48:1 68:19
  69:12 72:23
  74:12
**helped** 12:2
**helping** 22:19
  48:20
**hereinbefore**
  88:7
**hereunto** 88:14
**herewith** 86:3
**hey** 81:15
**Hi** 42:3
**high** 19:13 66:6
  79:18,20
**higher** 46:18
**highest** 6:18
**hire** 20:17 26:8
  60:20,24 64:1
**hired** 8:22 9:2
  17:16 28:6 30:3
  30:5 34:22 35:4
  38:20 49:18
  60:15 69:1
**hiring** 19:3 26:13
  30:1 32:5 50:24
  56:4
**history** 12:21
**hitting** 72:6
**hold** 12:8
**honestly** 78:2
**How's** 62:23
**HOWARD** 9:11

**Humbert** 22:16
**hypothesis** 26:11

---

**I**

**idea** 37:22,23,24
**ideas** 41:20
**identification**
  9:15 21:8 24:14
  39:15 53:23
  67:9,13 70:2
  75:11
**identified** 4:6
  52:20 56:23
  59:20 60:7 62:1
  62:5 74:18 88:7
**identifies** 60:12
**identify** 57:17
  60:5
**identifying** 57:14
  70:9
**immediately**
  41:14
**impact** 5:11,15
**important** 4:23
  5:3,21,23 36:21
  37:7
**importantly** 54:5
**incentive** 47:3
**include** 25:15
  40:1 41:17 78:2
**included** 25:21
  42:20 58:16
  60:1 62:7 80:3
**including** 67:10
  71:4
**incorporation**
  19:22
**increase** 47:1
**independent**
  78:20
**Index** 1:2,3
**indicated** 40:12
**indicates** 77:1
**individual** 13:15
  20:5 22:15
  25:20

**individuals** 43:8
  44:15 78:14
**information** 70:6
  76:11 84:5
**infrastructure**
  36:7
**initial** 26:7 46:15
  60:19 79:21
**initially** 30:7,9
  55:8
**initials** 76:5,8
**inside** 58:7 83:6,7
**instance** 18:20
  29:24
**instructions** 4:17
  4:19 6:2 54:4
**integration** 12:17
**intellectual** 78:14
**intended** 30:12
**interaction** 16:9
  51:15
**interested** 36:18
  88:13
**interface** 48:22
**International** 1:5
  4:14
**interviews** 14:18
**introduce** 20:14
  21:19,24 22:1
  22:15 24:8
**introduced** 17:1
  20:16 21:14
  22:4
**introduction**
  20:19 21:21
  24:6 51:17,19
  52:2
**invested** 74:4
**investment** 17:15
  28:9
**investor** 40:18
**investors** 16:3
  27:12 31:16
  47:24 48:3,4
  49:3,6 59:7
  73:10,24



**involved** 27:18
  27:19 49:14
  64:16 82:4,21
**involvement** 22:5
  48:17 64:7
**irrelevant** 21:11
**issues** 19:22 20:1
  36:6,22
**item** 19:16

— J —

**January** 23:7
**Jason** 2:3 4:12
  53:21 59:12
  62:19 71:8
  74:21 76:20
  80:10
**Jason@brickm...**
  2:4
**Jersey** 7:2
**job** 16:3 17:1
  19:2 22:18,20
  35:16,18,20
  37:9 71:5 76:14
  78:22 84:10,14
**jobs** 22:7 29:6
  41:3
**join** 33:9 37:10
  37:20 44:20
**July** 13:11,12
  38:20 40:13
  42:5 44:17,24
  46:14 65:9,17
  69:15
**June** 34:20

— K —

**keep** 29:9 71:7
**kind** 9:3 12:8
  18:2 26:11
  40:20 48:21
  49:1,21 50:15
  51:4 52:4 58:7
  73:3 76:10
**know** 5:20,24
  13:15 14:24

15:2 17:13,13
  19:22 20:8,22
  20:24 22:22
  23:2 26:21
  31:17 33:3
  34:16 36:9 37:9
  37:17,24 41:16
  42:19,21 49:4
  49:21,21 50:2,2
  50:3,3,4,5,7
  51:3,6,7,9 53:7
  54:12 57:2,15
  67:17 73:1,7,10
  75:13,22,24
  76:9,9,16 77:22
  82:10,11,18
  83:9,16,18
  84:16,20 85:1,1
  85:2
**knowledge** 82:7
  82:10,24 84:4
  84:13 88:10

— L —

**ladies** 39:5
**laid** 46:13
**language** 77:22
**law** 2:2,6 78:13
**lawyers** 55:3
**leading** 82:21
**learn** 50:23 66:5
**learning** 25:23
**left** 36:16 49:13
  78:18
**legal** 19:22
**let's** 29:24 39:6
  40:20 64:23
**letters** 76:13
**level** 6:18 19:13
  37:20 46:18
  66:6 68:8
**Lexington** 2:2
**libraries** 12:14
**license** 4:7 88:8
**Lighthouse** 16:13
  27:15

**limitations** 40:18
**line** 77:5 87:3
**lines** 9:6 38:9
**link** 10:12
**listed** 10:5
**little** 11:18 31:19
  37:4
**LLC** 1:5
**load** 11:20
**location** 34:12
**long** 8:3,11,16
  13:7 42:8 45:11
  62:18 67:18,20
  67:22 68:4 83:9
**longer** 33:6
**look** 6:20 10:15
  36:24 37:9 48:9
  62:18,24 65:8
  80:11
**looked** 60:20
**looking** 15:4,6,15
  20:17 22:6,17
  35:16,18,20
  37:17 41:7
  42:12 59:6,23
  60:4,10 66:20
  73:7 75:22
  78:22 79:2 85:3
**looks** 10:17 24:2
  36:18 75:16
**loom** 39:5
**lot** 16:15 77:24
  78:1

— M —

**M** 2:8 3:1
**main** 36:23
**maintain** 6:10
**making** 12:12
  27:19 31:21
  51:23
**manage** 23:23
**managed** 28:3
**management**
  28:5 49:22
**manager** 8:2,20

8:21 29:18
**managers** 50:6
**maneuver** 71:10
**March** 1:15 6:17
**mark** 9:12 21:4
  23:16 39:2
  53:19 54:22
  75:7
**marked** 9:14,18
  21:7 24:9,13
  39:14,18 53:22
  64:24 70:1
  75:10,14
**market** 11:9
  31:16
**marketed** 31:15
**markets** 12:1
**marriage** 88:12
**masked** 76:11
**Massachusetts**
  1:14 6:11 88:2
  88:5,8
**match** 55:12,15
  76:14
**matches** 21:16
**materialize** 16:10
  17:22
**materialized**
  32:3
**materials** 6:21
  19:10
**mathematical**
  11:10,23
**matter** 88:12,13
**matters** 83:13
**mean** 4:24 5:1
  32:17 45:7
  51:21 59:5,6
  79:19
**meaning** 47:6,7
**means** 12:13,13
  16:6 34:6 73:8
  73:16,22 85:2
  88:8,23
**meant** 52:7
**measured** 74:15

**medication** 5:10
  5:14
**meet** 13:22 14:1
  34:21,23
**meeting** 14:19
  25:9 26:2,7
  34:9,15,17
  35:24 44:10
  57:24 64:3,15
  72:22
**meetings** 18:2
  19:5,9 25:19
  27:1,3,4,6 35:5
  61:15 63:17,21
  63:22 64:2
  72:10 73:5
**members** 25:12
  25:13 29:1,7
  57:23 60:21
  61:10 62:2
**memory** 58:14
**mention** 64:17
  67:6
**mentioned** 11:19
  23:12 26:24
  48:9 51:14 52:3
  54:6 60:18
  61:10 63:2 64:3
  70:23 78:21
**mentioning**
  73:16
**merit** 51:16,19
  51:21 52:4
**met** 13:18 16:19
  34:7 63:3
**methods** 18:17
**mid-November**
  47:16 52:17
**middle** 42:2
**mine** 12:18
**minutes** 42:9
**misspoke** 22:9
**model** 68:4,11,15
  69:6,6 72:6
  74:14,23
**models** 11:10



12:1
**modified** 77:9
**moment** 33:24
**Monday** 1:15
**money** 15:7,20
  17:14 18:9,22
  18:24 19:20,21
  23:23 28:4 30:2
  30:2,21 32:17
  38:6 41:6 46:17
  48:10 49:11
  68:20,22 72:12
  72:20,24 74:3
  78:19 79:16
  83:2,4
**month** 68:5,23
  69:9
**months** 8:4 45:13
  45:14 68:9 69:2
  71:17 73:13
  83:13,15
**move** 15:4 33:24
  34:18 35:4,10
  35:15 36:12
  43:6 45:1,15,17
  45:23 46:18
  50:14,17 52:24
  63:11 71:24
**moved** 32:6
**moving** 36:3 72:5
**multiple** 27:3

**N**

**N** 3:1,1 4:1
**name** 4:12 6:4
  13:15 19:24
  20:5 22:16
  25:20 48:15
  59:24
**names** 11:14,15
  27:13 57:16,18
  59:19
**narrow** 18:2
**native** 59:18
**natural** 38:1
**naturally** 37:17

**Navesink** 1:5
  4:14 21:5 56:3
  56:16 58:11,20
  71:8 75:15
  76:19 80:20
**Navesink's** 56:16
  58:12
**NEAL** 2:2
**necessary** 71:23
**neck** 80:1
**need** 36:13
**negative** 69:9,9
**never** 31:24 32:3
  63:16
**new** 1:3,13 2:3,7
  7:2 15:12,15
  16:2 19:3 22:20
  34:10
**nice** 66:5
**nods** 5:2
**normally** 5:14
  83:9,12
**notarial** 88:14
**Notary** 1:14 4:8
  86:10 88:5,18
**notation** 59:20
**note** 11:21
**noted** 56:21
**notes** 10:8 24:21
  47:15 53:14
  55:17 80:9
  88:10
**notice** 9:9
**noticed** 79:17
**November** 47:20
  48:8 52:15
  55:21 74:23
  83:4
**number** 38:16
  82:11
**numbers** 30:16
  30:19 31:16,20
  41:20 42:10
  55:11,13 57:17
  82:12
**NY** 2:3,7

**O**

**O** 3:1 4:1
**object** 18:13 21:9
  46:2
**Objection** 81:5
**observed** 32:19
**obviously** 21:10
  46:4 59:11
**occasions** 38:15
**occur** 52:12
**offer** 16:20 32:10
  38:8,21 42:23
  43:2,2 44:12,20
  45:20 47:4 48:6
  51:24 70:9,12
  79:10
**offered** 47:7
**offers** 27:23
**office** 9:9
**OFFICES** 2:2
**Oh** 84:12
**okay** 9:16,20
  13:23 24:8
  27:11 40:5,9
  54:20 55:1,20
  55:24 56:21
  57:21 58:19
  59:10 60:4
  64:15 66:16
  67:6 68:22
  69:22 70:5
  73:12 75:7 77:1
  78:16 80:2,12
  80:24 81:21
**once** 49:5,8 68:3
  68:19 74:9
**OO4** 56:8 65:1,4
**open** 12:14
**operate** 29:16
**operated** 40:23
**operates** 26:21
**operation** 6:19
**operational**
  79:22
**operations** 11:23

37:11 49:23
  50:6
**operator** 29:19
**opinion** 48:6,12
**opinions** 42:23
  43:3
**opportunities**
  15:12,16,19
  18:8,23 19:6
**opportunity** 19:3
  28:9,22,23 32:6
  32:9,21 38:4
**opposed** 28:15
**opted** 35:10
**order** 71:24
**organization**
  17:12
**organizational**
  49:24
**organize** 53:14
**oriented** 21:20
**originally** 25:11
  33:10
**outcome** 88:13
**outside** 37:12
  47:24 48:3,4
  74:12
**overall** 58:1
**ownership** 7:23
  29:20,22

**P**

**P** 4:1
**P.C** 2:2
**p.m** 85:8
**package** 60:2
  80:3
**page** 3:4,9 23:13
  23:19 38:12,24
  39:10,24 40:1
  40:10 42:1,2,11
  47:15 60:3,17
  65:14 66:11,21
  66:22 75:21
  87:3
**pages** 1:1 86:3

**paid** 46:16 51:4
**pains** 86:5
**Paloma** 16:12
  27:15
**par** 21:12
**parallel** 68:7
**parameters**
  29:14
**Park** 20:6,8,14
  20:16 22:11,22
**part** 9:20 24:22
  33:6,10 45:11
  52:18,23 53:4
  55:1,4 59:15
  72:22 80:2 81:2
  81:12,15
**partake** 71:14
**participated**
  62:13
**participating**
  35:11 48:19,24
  73:2
**participation**
  62:4
**parties** 4:18
  88:12
**partner** 25:17
  28:14
**partners** 16:12
  17:9 45:4 71:4
**partnership**
  15:22 16:4
  19:13,17,18,19
  23:5 26:16 27:5
  27:6 28:18 29:2
  29:5,9,11,15,16
  31:12,23,24
  32:7 40:20
  46:17 51:19
  57:6 61:19 79:2
**pasted** 71:3
**patent** 12:8 78:7
**path** 69:11
**pay** 14:22 24:5
  47:7 50:20 80:4
**payment** 51:8



70:13
PDF 59:13
penalties 86:5
people 15:22
  20:17 22:4,6
  25:14,15,17
  30:1,4,5 60:23
  67:10
percent 28:12
  30:13,14,14,15
  30:20,22,23
percentage 47:8
percentages
  29:20
performance
  68:3,11
performed 74:1
period 64:14
  68:5,23 74:11
perjury 86:5
person 4:20 16:5
  16:7 19:23
  22:17 34:5,7
  38:16 60:21
  88:7
personal 29:23
  64:2
perspective
  47:10
Ph.D 6:19,22 7:1
  7:4,6 76:22,23
Ph.Ds 77:2
phone 14:19
  41:19,22,24
  42:8,13,16
  44:23 56:9
  69:20 70:20,23
piece 11:7,21
pitch 23:22 25:11
  31:14,21 40:17
  73:23
pitched 23:6
  64:11
place 14:10 16:5
  20:18 23:11
  34:9 35:5 44:5

44:8,9 56:17
58:22 67:14
84:6 85:2
placed 26:19
  57:8 58:3,5,7
  81:13 82:17
placement 15:1
  16:2 19:2 22:3
  51:11 56:4 59:4
  64:18 80:19
  81:16 82:15,19
  82:22 84:3,10
  84:21
placements 82:9
places 16:13
placing 51:4,8
  80:4
Plaintiff 1:6,12
  2:4 4:5,13
plaintiff's 9:12
  9:19 10:24 21:4
  24:10 39:3,12
  39:18 40:6 60:8
  66:20
plan 61:18,21,24
  62:8,11,14,16
  80:2
planning 19:13
  19:19
platform 72:13
please 5:7,20 6:4
  6:7 7:18 10:2
  18:15 39:24
  54:6,12 71:9
  72:15 75:21
point 8:23 15:3
  15:23 18:21
  33:6 36:2,23
  37:5 38:2 44:13
  46:24 47:13
  48:16 50:16,20
  51:2,14 59:3,5
  61:2,9 69:13
  71:12 74:15
  80:7,16
pointed 22:9

portfolio 8:2,20
  8:21 29:18 50:6
pose 45:22
position 8:3,22
  11:9 13:1 14:14
  15:5,6,8 27:24
  50:18
positive 47:8
  74:13
possession 10:23
possible 9:17
  18:9
posted 14:2
potential 14:17
  25:13,16 27:12
potentially 19:2
precedes 65:10
  65:13
precipitated 18:5
  47:11
predictive 11:24
prepare 24:19
present 25:12
  26:2 27:9 35:7
  38:18 49:5
  61:15 63:22
presentation
  15:24 16:1
  25:18 27:9
  34:24 35:1 49:9
  63:7,7 73:17
  76:21
presentations
  27:14,19 38:17
  48:19 49:1,1,10
presented 17:19
  23:19,22 38:15
presenting 17:5,8
pretty 52:10
previously 60:7
  74:18
price 11:22
prior 8:5 12:20
  12:21,22 27:23
  38:20 40:15
  45:15 49:17

52:12 57:24
  64:6 75:5 82:9
private 23:24
probably 36:17
  62:21 69:11
  81:20
problem 36:23
  79:22
Procedure 1:13
proceeding 43:18
process 14:13,18
  37:13 38:1
procure 27:2
produce 31:8
  58:24 59:12,17
  59:18
produced 39:22
  57:15 59:14,16
production 4:6
  55:1 75:16
  78:14
professors 72:11
  72:23
profit 31:7 62:4
profits 19:15
  47:8
program 7:4,7
project 27:9 43:7
  43:18 44:6,14
  45:8,17,18
  47:21 48:2,5,18
  49:15 52:24
  53:5 59:8 68:10
  69:13 71:19,21
  72:4 73:2 79:18
  83:2,3,4,10,16
promise 62:17
prompted 50:14
prong 33:18
proper 21:21
proposal 38:6,10
  40:24 41:1,3
  46:15 66:24
  67:7 68:1
propose 38:13
proposed 26:14

33:17
proved 68:3
provide 5:9 8:7
  9:24 10:3,5
  14:21 19:10
  62:22
provided 14:24
  51:3 70:5,6
  74:12
providing 74:13
Public 1:14 4:8
  86:10 88:5,18
purpose 20:20
purposes 22:2,19
  49:11
pursuant 1:13
  4:15
pursue 32:21
put 20:22,24 28:3
  33:19 37:15
  38:8,23 41:21
  45:6 51:17
  54:21 58:13
  65:15 77:9
putting 20:20

─────────────
        Q
─────────────
Q-u-a-n-t-b-o-t
  13:5
Quant 20:9,11,12
Quantbot 12:24
  13:7,12,21 14:8
  14:10,24 15:4,8
  15:13 17:11,15
  17:23 19:5
  26:20,22 78:17
  78:19,20 79:1,8
  82:17 84:4,7,11
quants 11:12
question 5:5,7,8
  5:23,24 6:1
  10:3 12:4 21:10
  25:1 26:10
  31:19 37:3,4
  44:1 45:19 54:7
  54:9,10,18



73:21,22 80:14
80:21
**questions** 10:9
16:15 21:12
33:21 53:8,16
54:15 81:21,24
86:3
**quick** 81:24
**quickly** 39:4
**quite** 75:20 76:23

**R**

**R** 4:1 87:1,1
**raise** 15:20 19:21
30:2 36:6 41:6
52:22 68:9,14
68:22 72:12,20
72:23 78:19
83:4,10
**raised** 74:6,8,11
**raising** 15:7 18:9
18:21,24 19:6
30:3,14,21
48:10 49:11
68:6,19 83:2
**ramp** 67:14
68:17 69:5
**ran** 74:23 79:10
**rate** 46:22
**reach** 14:4 15:16
15:18,23 18:6,6
**reached** 18:17
38:3
**read** 10:17 86:1
87:3
**reading** 23:19
24:12
**Reads** 87:3
**ready** 24:2 48:2,5
71:18,21 83:4,8
83:17
**real** 81:23
**really** 49:21 54:8
**reason** 4:23
36:11 73:1
**reasons** 35:14

**recall** 13:9 16:20
27:13 34:17
**receive** 9:3,9
10:13 46:20
47:3 62:11
**received** 25:3
62:8 82:18
**receiving** 51:11
**Recess** 39:7
53:18 80:13
**recognize** 9:18
75:8,19
**recollect** 18:10
**recollection** 9:22
16:24 17:4,8
21:13 33:23
**record** 6:5 22:8
39:16 54:7
75:17,18 76:18
86:3
**recorded** 5:22
**records** 19:12,12
**RECROSS** 84:1
**recruiter** 13:20
14:7,16,22
20:21 21:20
22:20,24 23:11
26:18 56:17
57:8 58:12,21
60:15 61:3,13
63:24 64:11
80:3,17 82:4,5
84:6,17
**recruiter's** 50:24
51:4,12 82:18
82:22 84:12
**recruiters** 82:8
82:13,14
**recruiting** 22:2
62:10
**recruitment** 62:7
63:14,18 64:1
64:18 67:7
70:13,24 80:19
81:2 84:21
**REDIRECT** 82:1

**refer** 13:22 19:17
**reference** 70:13
**referenced** 7:6
42:1
**referred** 11:12
22:23
**referring** 23:15
65:14
**reflects** 42:15
**refresh** 9:22
21:13
**regarding** 82:22
**reject** 32:11
**rejected** 32:13
**related** 57:5
61:23 88:12
**relating** 57:11
**relation** 57:21
**relationship** 24:4
25:24 28:24
82:5 83:1
**relevance** 21:10
46:3
**remain** 45:11
**remained** 15:13
52:23 53:4
**remember** 9:23
10:8 16:14,16
16:16,17 17:7
17:10 30:23
46:6 52:9 53:2
57:21
**removed** 33:16
**Rent** 6:12
**repeat** 7:18 10:2
35:18 54:4
72:15
**rephrase** 54:12
72:16
**replacement**
43:13
**report** 50:9
**reported** 74:24
**reporter** 1:14
4:21 39:4 40:9
43:23 44:2

66:12,16 88:5
88:24
**reporting** 50:10
**represent** 77:18
**representations**
19:11
**representing**
78:2
**REPRODUCT...**
88:23
**request** 54:8
55:20 56:18
**requests** 55:13
55:16
**research** 6:19
11:10 20:2 30:4
30:15,24 33:13
47:21 50:6
52:19 71:13,16
**researcher** 49:22
**residence** 6:10
**resign** 15:8 50:18
**resistance** 25:6
**respect** 15:1 19:6
36:7 42:23 43:3
50:24 51:8
73:11 83:2
**respectively**
31:11
**responding** 55:18
**response** 9:24
10:4 39:23
40:17 56:21
59:1,14 75:4
**responsible**
19:15
**responsive** 10:24
**rest** 12:17
**restaurant** 34:11
**resulted** 74:3
**resume** 6:20 14:2
14:16,17 16:21
**returns** 69:7
71:23 72:6
**reviewed** 57:12
61:6 82:8

**reviewing** 75:24
76:17
**revisit** 44:18
**right** 10:18 14:8
16:14 17:3,7,21
17:23 21:17
25:7 26:9 31:22
35:24 39:11,12
45:9 53:15 57:9
57:19,24 64:6
65:18 74:21
77:2,14
**risk** 40:6 79:17
79:20,21
**Riverside** 6:8
**road** 6:14,14
19:20
**role** 14:7 20:2
36:20 37:6
47:22,23 58:4
68:18,20,21
69:1 71:14,17
81:9
**roles** 58:7
**Romania** 7:8,9
**room** 34:11
**rules** 1:13 4:19
**run** 17:14
**running** 20:3
**Rutgers** 7:2

**S**

**S** 3:1,8 4:1 87:1
**SA** 76:5
**salaries** 62:1,3
**salary** 46:12,13
46:15,16,20
50:21 67:9 81:4
81:17,18
**satisfactorily** 4:5
88:7
**saying** 5:19,21
9:5 23:2 38:23
46:11 73:7
**says** 56:2,15
67:24



**SBD** 77:5
**Schoenfeld** 17:12
**screen** 24:16
  39:17 54:21
  59:23 65:16
  66:13
**seal** 88:14
**search** 48:4
**searching** 15:12
**SECKLOW** 46:2
**second** 43:22,22
  57:3 69:9 75:21
  76:15 77:5
**see** 1:2 22:18
  24:16 35:2
  38:12 54:20
  56:5,21 59:19
  60:11 64:20
  69:12 70:3
  77:12,14 80:11
**seek** 68:22 72:23
  81:1,16 84:16
**seeking** 15:9
  60:24 72:11
  73:14 78:18
  80:18 84:16
**seen** 77:6,15
**self** 13:1
**self-employed**
  8:9,11
**send** 16:20 45:3
  62:19,21 63:1
**sense** 26:7
**sent** 4:15 10:11
  10:16,19,21,22
  14:17 23:13
  38:5 41:13,16
  47:18 55:21
  66:9 69:16
  70:16,18 71:3
**sentence** 52:9
  60:18
**separate** 28:3
  69:17 79:6
**sequences** 11:24
**serve** 20:21 56:17

58:12
**served** 55:2
**serving** 14:7
**set** 56:9 86:3 88:7
  88:14
**sets** 66:23
**share** 30:9,12
  39:17 65:16
  66:7 71:9
**shared** 41:13
**sharing** 56:12
  66:15
**Sherman** 6:14,14
**Shoenfeld** 17:14
  17:14
**short** 67:18,20,23
  68:4
**Shorthand** 1:14
  88:5
**shoulders** 5:3
**show** 9:11 21:3
  69:6
**showed** 67:19
**showing** 39:17
  66:12 68:11
  75:21
**shrugs** 5:2
**sic** 20:21 21:23
**side** 42:16 79:14
  79:14
**Signature** 86:7
**Signed** 86:5
**similar** 26:19
  75:3
**simply** 72:5
**simulation** 32:18
**simulations**
  61:22 79:11,17
**sir** 6:16 37:2
**site** 14:20
**situation** 26:22
**skill** 88:10
**slash** 49:22,22
**slow** 69:8
**slowing** 50:15
**smaller** 72:12

**software** 11:7,18
  11:20,21 12:2,5
  12:6,9,12,15
  78:8
**somebody** 20:18
  78:11
**soon** 19:20 46:17
**Sorin** 1:12 3:4
  4:3 6:6 10:10
  24:10 39:21
  40:7 42:1 54:22
  60:3 65:1,4,9
  66:22 74:22
  81:17 86:1 88:7
**sorry** 12:4 29:3
  32:12 35:17
  43:15 44:3
  55:24 56:24
  66:18 83:21
**sort** 59:8 67:13
  72:13,14
**sought** 50:23
**source** 12:14,17
**sources** 72:24
**speak** 5:4 56:10
  81:6
**speaking** 78:16
**special** 11:8
**specialty** 11:4
**spelled** 22:11
**split** 31:9
**spoke** 66:2 79:4
**SS** 88:3
**stages** 74:1
**stake** 7:23
**stamp** 33:19
  66:21 71:8 75:9
  75:12
**stamped** 10:10
  21:5 24:10 39:9
  39:20 54:22
  60:2
**stamps** 10:22
**Stanford** 6:9
**start** 4:16 15:21
  15:23 19:19

38:13 45:3
  47:23 50:3 54:3
  59:7,7 67:17
  68:6,7 69:8
  79:2,5,7
**start-up** 28:14
  79:3
**started** 13:13
  46:9 69:5
**starting** 23:13,20
  73:2
**State** 1:3,13
**stated** 25:8 71:15
**statistical** 11:13
  11:22
**Stecklow** 2:8 3:6
  18:13 21:9 22:9
  30:18 32:12,15
  35:17 39:11,13
  40:2,5 43:22
  53:7,12,19 54:2
  59:11 66:14,19
  69:23 75:12
  76:20 80:7,14
  81:21 83:21
  84:2 85:4
**stenotype** 88:10
**step** 12:22 59:21
**Stewart** 2:3 3:5,5
  4:11,13 20:12
  21:3 22:8,13
  24:8 39:2,6,8
  39:12 40:4 44:1
  53:7 54:5 59:21
  60:9 65:2,5,15
  74:20 75:9
  76:18 80:12
  81:5,23 82:2
  83:19 85:5
**stick** 24:6 60:22
**stopped** 66:14
**stopping** 72:4
**story** 79:14
**strategies** 20:3,4
**strategy** 67:14,19
  71:23 72:20

**Street** 2:7
**strike** 28:16
  63:21
**students** 49:6
**studies** 7:7
**study** 7:11
**Suarez** 22:16,22
**subgroup** 40:22
**subject** 53:8
**submerged** 40:20
**submit** 14:13,16
**subparagraph**
  60:19
**subpoena** 4:15
  9:9 10:1,4,24
  24:24 25:3
  39:23 55:2,8,12
  55:14,16 56:14
  59:1,15 61:6
  75:4
**Subscribed** 86:8
**subsequent** 65:11
**subsidiary** 79:8
**SUFFOLK** 88:3
**suggested** 38:11
**suggestion** 37:14
**summarize** 76:2
**summarized**
  56:10 74:17,22
**summary** 67:3
**support** 69:14
**supposed** 19:24
  48:9
**SUPREME** 1:3
**sure** 10:3 13:24
  17:24 23:1,2
  37:2 39:1,6
  52:10 54:14
  57:4,9 76:16
**Suresh** 19:24
  25:16 26:4
  29:19 33:5 35:6
  35:8,10,23 36:6
  38:19 41:3,14
  42:19,24 44:7
  44:10,21 45:8



45:22 67:10
70:22
**survive** 80:1
**Susan** 1:13 88:4
**Swiss** 17:6
**sworn** 4:7 86:8
88:8
**system** 48:21
50:5

**T**

**T** 3:1,8 87:1,1
**T-i-g-e-r** 22:12
**take** 5:2,10,14,15
16:5 19:24 24:2
34:9 36:14 39:6
44:2,8 80:10
**taken** 1:12 6:20
39:7 52:1,4
53:18 80:13
**takes** 83:9
**talk** 18:1,16 31:2
38:3 43:24
**talked** 33:18 56:9
**talking** 19:18
23:4 31:4,7
49:2 84:3
**team** 23:24 25:7
25:13,21 26:9
26:13 28:19
29:7 31:3 33:11
35:11 36:20
37:7,14 38:16
42:24 43:4
45:15,22 46:1
52:24 56:12
57:24 58:2
61:11,19 62:1
64:1,19 66:24
74:4 80:20,24
81:6,12
**teammates** 69:18
70:7
**tech** 19:12
**technical** 20:1
**Technologies**

12:24 13:21
14:11
**technology** 29:19
30:5,15,22
33:13 48:22
**Tel** 2:8
**telephone** 16:6
**telephonically**
34:6
**tell** 11:18 54:16
59:22 60:2
78:11
**telling** 26:6 44:4
**ten** 19:8,9 26:24
27:3 42:9 67:17
67:18
**ten-page** 9:21
**tenure** 8:23
**term** 73:20
**terminated** 52:13
**terminology**
76:12
**terms** 29:15
32:14 46:13
47:4
**testified** 4:8
**testify** 88:8
**testimony** 5:12
5:16 40:15
57:22 63:3
71:15 86:2
**texting** 67:19
**thank** 22:13 31:1
35:21 53:10,11
53:12,16 54:20
59:10 63:2
64:22 66:16
71:11 74:21
76:20 81:22
83:19 85:4,5
**theory** 7:13 72:5
**thing** 33:9 35:3
51:13 64:4 78:4
**things** 10:8,18
19:22 20:1 55:6
62:6 78:5

**think** 8:2,20,21
9:1,10 10:9
12:10 13:11,20
14:2,2 17:2
18:7,16 21:2,22
22:4 23:7,13
26:4,10 27:16
30:13,13 34:7
34:10,13 35:8
36:1 37:16
38:11 47:13
51:22 68:24
69:19,20 70:8
73:18,19 76:21
77:23 78:13,22
80:9 81:7,8,8
**thinking** 15:21
**third** 18:14 40:1
66:21
**thought** 20:17
51:16 78:8 79:5
80:24 81:19
**three** 27:7 29:6,6
33:11,18 34:7
34:23 41:3 60:9
60:10 63:4 67:9
68:5,8,23 69:2
73:12 74:20,21
**Tiger** 20:6,16
21:14,23 22:10
22:11
**tight** 32:10,14,15
**time** 12:22 14:5
15:3 16:7 18:3
18:14,21 19:1
20:14 23:6 27:1
33:19 35:5,8,9
36:13,14,19
37:5 38:2,19
44:13 46:24
47:20 48:7
53:10 56:10
62:18 68:17
72:9,18 73:4,13
80:10 81:22
83:20

**times** 5:6,19
34:21,23,23
38:17 50:11
63:4,4
**title** 8:1,19 49:20
**today** 4:14,22
5:10,15 9:13
62:23 85:5
**told** 18:8 25:5
35:21 46:8 51:2
**Tongprasit** 48:15
**top** 40:12 65:8
75:12 76:5
81:17
**topic** 7:11 44:18
73:19
**Trading** 7:17,19
7:20,21 8:1
**transcript** 86:2
88:9,22
**transcription**
88:10
**true** 5:11 63:9
71:1,6 72:9,19
74:2 84:15 86:2
88:9
**truth** 88:8,9
**try** 9:17 23:10
49:5 68:9,19
75:12
**trying** 27:2 36:22
48:1 58:9 71:19
73:8,9 74:12
79:7 85:2
**turn** 53:9
**turning** 40:10
**two** 8:13 13:8
14:18 15:24
27:7 39:10
67:18 69:18
77:2
**two-minute** 80:8
**two-to-three-m...**
53:13
**Typically** 14:18

**U**

**ultimately** 17:16
31:10,24 32:20
34:1 35:10 45:8
50:13 53:3 73:5
**ultimatum** 45:16
**umbrella** 38:8
40:19
**unable** 58:24
69:2
**unclear** 54:11
**underlying** 46:3
**underneath**
17:11
**understand** 5:19
5:23 6:2 12:4
29:4 31:1 43:15
45:19 46:6 52:7
54:11,17,18
57:19 58:9
**understanding**
36:11 40:24
60:12
**understood** 6:1
21:23 37:3
55:11
**undertake** 7:7
**unfolded** 24:22
**universities** 73:3
**university** 7:2
72:11,23
**unsuccessful**
73:5,8
**use** 11:15 12:14
39:5

**V**

**value** 42:24 43:3
48:7,12 51:21
75:1
**various** 11:23
**verbalize** 4:24
**viability** 44:13
**video** 4:18 5:18
10:12 39:17
**Village** 6:15



**volume** 1:1 11:22
**voluntarily** 36:16
**vote** 33:2 37:15
    45:6
**vs** 1:7

—————————
**W**
**Wall** 7:19,20,21
    8:1
**want** 16:17 18:2
    23:17,23 24:8
    31:17 34:24
    35:15 37:8 49:4
    54:7,14 60:20
    66:7 80:10
**wanted** 28:13
    34:24 45:1 49:3
    63:11
**Waraporn** 48:15
    49:14
**wasn't** 32:17
    48:2,3,12 68:15
    71:18 72:3
**way** 32:3 44:18
    49:14 52:5 59:6
    72:12,13,14
    76:2 77:10 78:6
    88:12
**we'll** 21:4 40:1
    53:15
**we're** 4:14,17,20
    5:18,21 39:16
    66:19,20 73:16
**we've** 10:10
    29:12 56:7
**web** 14:2
**weeks** 50:21
    67:18 83:13
**went** 15:9,24
    17:22 35:1,2
    49:5 50:21 55:5
**weren't** 68:14
    79:12
**West** 2:7
**WHEREOF**
    88:14

**Whitehouse**
    17:19
**wider** 72:12
**wife** 26:1
**Williams** 20:21
    21:23 22:10
**withdraw** 37:13
**withdrawn** 71:14
**withdrew** 45:8
**witness** 1:12 3:4
    4:4 18:14 46:5
    53:11 59:13
    88:14
**words** 10:17,20
    75:14
**work** 11:5 19:14
    33:9 35:3 36:15
    43:12 45:24
    57:6 58:2 63:11
    66:6 69:3 79:12
**worked** 28:11
    32:9 67:22
    82:13
**working** 12:19
    22:20 31:3 45:2
    58:21 63:24
    67:19 68:15
    78:17,24 82:3
**World** 7:17 20:9
    20:11,12
**wouldn't** 78:5
**wound** 36:2
**write** 42:3
**written** 61:13
**wrong** 30:20
**wrote** 66:4
**Wylie** 2:6,8 65:16

—————————
**X**
**X** 3:1,8

—————————
**Y**
**year** 8:18 9:8
    46:24
**years** 8:13 13:8
**York** 1:3,13 2:3,7

34:10

—————————
**Z**

—————————
**0**
**00001** 10:10 39:9
    42:1
**000024** 24:10
**0001** 39:21 40:7
**00011** 76:19
**00033** 23:14
**000483** 21:6
**001** 23:20 40:3
    65:1,4,9,17
**0023** 56:24 74:17
    74:22 75:3
**0024** 56:23 61:5
    75:3
**003** 40:3,10 66:22
**0033** 23:20
**00769** 71:8
**00772** 71:8
**01** 23:13 56:8
**02467** 6:15
**03** 66:11
**04** 40:8
**06905** 6:9

—————————
**1**
**1** 1:1 3:9 9:12,15
    9:19 11:1 55:11
    87:4
**1:25** 85:8
**10** 68:8,8 87:13
**10:00a.m** 1:15
**10025** 2:7
**106** 6:14,14
**11** 42:6 55:11,16
    55:18 87:14
**11/17/2025** 88:19
**11:54** 65:10 66:4
**12** 76:19 87:15
**12033** 38:12
**13** 87:16
**14** 87:17
**15** 87:18

**150,000** 81:17,18
**16** 21:2,16 87:19
**160** 46:19
**160,000** 81:3
**17** 87:20
**18** 87:21
**19** 87:22
**1960** 6:17

—————————
**2**
**2** 3:10 21:4,8
    39:9,21 64:24
    65:1 87:5
**20** 30:13,20,22,22
    87:23
**2004** 7:5
**2015** 13:12,20
    16:19,22 17:20
    21:2,15 78:23
    78:24
**2016** 16:8 21:17
    26:20
**2017** 13:11 15:17
    16:8 18:1 23:8
    23:18,21 25:12
    26:3,7 27:2
    31:15 34:20
    35:22,23 40:14
    44:18 47:16,20
    48:8 52:16 65:9
    65:18 69:15
    74:23 83:5
**2020** 55:22
**2021** 1:15 86:5,9
    88:15
**20th** 88:15
**21** 3:10 87:24
**212.566.8000** 2:8
**22** 1:15 53:19
    54:22
**23** 47:15 57:11
**231** 2:7
**24** 3:10 57:11
    60:3,4,17
**250** 67:22,22 68:4
    68:4

—————————
**3**
**3** 3:10 24:9,10,14
    38:12,24 39:24
    42:5,11 56:1,2
    65:9,17 74:21
    87:6
**30** 6:17 30:14
**33** 10:11
**34** 23:13,19 30:13
**350,000** 80:19
    81:1,16
**39** 3:11

—————————
**4**
**4** 3:5,11 39:3,8,11
    39:15,18 40:2,7
    55:24 56:1,14
    56:15,19 65:3,4
    66:20 87:7
**420** 2:2

—————————
**5**
**5** 87:8
**50** 30:23 67:20,20
**54** 3:11

—————————
**6**
**6** 87:9
**60** 30:15,23
**654722/2018** 1:3

—————————
**7**
**7** 40:13 87:10
**70** 3:12
**75** 3:12
**7th** 46:14

—————————
**8**
**8** 87:11
**82** 3:5
**84** 3:6
**85** 6:8
**88** 1:1

—————————
**9**
**9** 3:9 87:12

