# Exhibit H - Complete

CGI - 0005

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

February 19, 2019

George Hall
President
510 Madison Avenue
9th Floor
New York, NY 10022

Matter #: 08161-00001
Invoice Number: 101-0000083733
Responsible Attorney: Alex Spiro

<u>Clinton Group</u>

For Professional Services through January 31, 2019 in connection with representing Clinton Group, Inc.

|  |  |
|---|---:|
| Fees | $49,612.00 |
| Expenses | $2,362.96 |
| Total Due This Invoice | $51,974.96 |
| Balance Due from Previous Statement(s) | $40,592.00 |
| Total Balance Due | $92,566.96 |



EXHIBIT
Hall 10
Planet Depos, LLC
MB 5/22/25

CGI - 0005

CGI - 0006

**quinn emanuel trial lawyers**

February 19, 2019                                                                     Matter #: 08161-00001
Page 2                                                                                   Invoice Number: 101-0000083733

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/02/19 | ZR1 | (Navesink) - review docket. | 0.10 |
| 01/04/19 | APM | Analyze opposition to motion to dismiss and supporting papers. | 1.10 |
| 01/05/19 | ZR1 | (Navesink) - review opposition to motion to dismiss. | 0.90 |
| 01/08/19 | ZR1 | (Navesink) - develop plan of action for reply and internal deadlines; correspondence with AB regarding same. | 0.50 |
| 01/08/19 | AB3 | Legal research regarding cases cited by opponent in opposition to motion to dismiss; review and analysis of opposition to motion to dismiss in preparation for filing reply brief. | 4.50 |
| 01/09/19 | AB3 | Legal research regarding cases cited by opponent in opposition to motion to dismiss; review and analysis of opposition to motion to dismiss in preparation for reply brief. | 5.40 |
| 01/10/19 | AB3 | Legal research regarding cases cited by opponent in opposition to motion to dismiss; legal research regarding breach of contract claim; legal research regarding account stated claim. | 9.20 |
| 01/11/19 | AB3 | Legal research regarding cases cited by opponent in opposition to motion to dismiss; legal research regarding breach of contract claim; legal research regarding account stated claim. | 4.20 |
| 01/14/19 | AB3 | Prepare reply to opposition to motion to dismiss; legal research regarding breach of contract claim. | 5.40 |
| 01/14/19 | ZR1 | (Navesink) - Prepare reply brief. | 0.40 |
| 01/15/19 | AB3 | Prepare reply to opposition to motion to dismiss; legal research regarding reply to opposition to motion to dismiss. | 9.10 |
| 01/15/19 | ZR1 | (Navesink) - review opposition and cited cases. | 2.10 |
| 01/16/19 | AB3 | Prepare reply to opposition to motion to dismiss; review and revise reply to opposition to motion to dismiss; legal research regarding reply to opposition to motion to dismiss. | 5.10 |
| 01/16/19 | ZR1 | (Navesink) - Review opposition cases. | 1.80 |
| 01/17/19 | AB3 | Review and revise draft reply to opposition to motion to dismiss. | 3.00 |
| 01/17/19 | ZR1 | (Navesink) - review and revise reply. | 1.70 |
| 01/18/19 | AB3 | Review and revise reply to opposition to motion to dismiss. | 3.20 |
| 01/18/19 | ZR1 | (Navesink) - review and revise reply. | 4.60 |

CGI - 0006

## quinn emanuel trial lawyers

February 19, 2019  
Page 3

Matter #: 08161-00001  
Invoice Number: 101-0000083733

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/21/19 | AB3 | Review and revise reply brief in preparation for filing. | 2.00 |
| 01/21/19 | AS4 | Misc communication re: filing. | 0.30 |
| 01/21/19 | ZR1 | (Navesink) - Review opposition and outline of arguments; review and revise reply. | 3.50 |
| 01/22/19 | APM | Correspond with Z. Russell re: reply brief. | 0.20 |
| 01/22/19 | AB3 | Review and revise reply brief in preparation for filing; legal research regarding reply brief. | 7.70 |
| 01/22/19 | ZR1 | (Navesink) - Review and revise reply. | 7.40 |
| 01/23/19 | APM | Revise reply brief; calls and correspondence with Z. Russell re: same. | 2.20 |
| 01/23/19 | AS4 | Review of motion and misc communications. | 1.10 |
| 01/23/19 | AB3 | Review and revise reply brief in preparation for filing. | 2.60 |
| 01/23/19 | ZR1 | (Navesink) - review, revise, and finalize reply brief; file same. | 5.60 |
| 01/29/19 | ZR1 | (Navesink) - review docket. | 0.10 |
|  |  | Total Hours | 95.00 |

### Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Alex Spiro | AS4 | Partner | 1.40 | 985.00 | 1,379.00 |
| Andrew P. Marks | APM | Associate | 3.50 | 895.00 | 3,132.50 |
| Zachary Russell | ZR1 | Associate | 28.70 | 705.00 | 20,233.50 |
| Anais Berland | AB3 | Law Clerk | 61.40 | 405.00 | 24,867.00 |

### Expense Summary

| Description | | Amount |
|---|---|---|
| Online Research | | 2,346.28 |
| Document Reproduction | 0.24 per page based on market not cost | 7.68 |
| Word processing | | 9.00 |
| Total Expenses | | $2,362.96 |

CGI - 0008

# quinn emanuel trial lawyers
quinn emanuel urquhart & sullivan, llp

## Current Invoice Summary

Matter Name : Clinton Group SEC Investigation

Matter #: 08161-00001  
Bill Date: February 19, 2019  
Invoice Number: 101-0000083733

Total Fees..........................................................$49,612.00  
Expenses...........................................................$2,362.96  
Total Due this Invoice......................................$51,974.96

## Account Summary

Balance Due from Previous Statement(s)....................$40,592.00  
Total Balance Due...................................................$92,566.96

## Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|---|
| 12/18/18 | 101-0000081219 | November 2018 | $35,070.50 | $0.00 | $35,070.50 |
| 01/10/19 | 101-0000081974 | December 2018 | $5,521.50 | $0.00 | $5,521.50 |
| 02/19/19 | 101-0000083733 | January 2019 | $51,974.96 | $0.00 | $51,974.96 |

<u>Please reference invoice number and send check to:</u>

Quinn Emanuel Urquhart & Sullivan, LLP  
865 S. Figueroa St., 10th Floor  
Los Angeles, CA 90017

<u>Or Wire funds to:</u>

Account Info:  
Bank Account:  
Bank ABA No.:  
Swift Code:  
*References:*

City National Bank  
555 South Flower St., 12th Floor  
Los Angeles, CA 90071  
Quinn Emanuel Urquhart & Sullivan, LLP  
Deposit Account ▮  
▮

*Invoice number and client name / matter number please*

Tax ID# 95-4004138

quinn emanuel trial lawyers
quinn emanuel urquhart & sullivan, llp

CGI - 0010

**quinn emanuel trial lawyers**

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

January 10, 2019

George Hall
President
510 Madison Avenue
9th Floor
New York, NY 10022

Matter #: 08161-00001
Invoice Number: 101-0000081974
Responsible Attorney: Alex Spiro

<u>Clinton Group</u>

For Professional Services through December 31, 2018 in connection with representing Clinton Group, Inc.

| | |
|---|---:|
| Fees | $5,521.50 |
| Total Due This Invoice | $5,521.50 |
| Balance Due from Previous Statement(s) | $35,070.50 |
| Total Balance Due | $40,592.00 |

## quinn emanuel trial lawyers

January 10, 2019  
Page 2

Matter #: 08161-00001  
Invoice Number: 101-0000081974

### Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/03/18 | ZR1 | Review NYS discovery rules; MC regarding deadline extension. | 2.80 |
| 12/04/18 | ZR1 | Review chambers rules; discussions re extension. | 1.80 |
| 12/04/18 | APM | Correspond with team re: request from opposing counsel. | 0.10 |
| 12/04/18 | AS4 | Misc communications. | 0.30 |
| 12/04/18 | AB3 | Legal research regarding discovery procedures. | 0.50 |
| 12/08/18 | AS4 | Email answers, ID, requests for Navesink. | 1.40 |
| 12/20/18 | AS4 | Communications re: correspondences. | 0.30 |
| 12/21/18 | AS4 | [REDACTED] | 0.30 |
| | | Total Hours | 7.50 |

### Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Alex Spiro | AS4 | Partner | 2.30 | 940.00 | 2,162.00 |
| Andrew P. Marks | APM | Associate | 0.10 | 850.00 | 85.00 |
| Zachary Russell | ZR1 | Associate | 4.60 | 670.00 | 3,082.00 |
| Anais Berland | AB3 | Law Clerk | 0.50 | 385.00 | 192.50 |

**quinn emanuel trial lawyers**
quinn emanuel urquhart & sullivan, llp

## Current Invoice Summary

Matter Name : Clinton Group

Matter #: 08161-00001  
Bill Date: January 10, 2019  
Invoice Number: 101-0000081974

Total Fees..........................................................$5,521.50  
Total Due this Invoice.....................................$5,521.50

## Account Summary

Balance Due from Previous Statement(s).......................$35,070.50  
Total Balance Due.....................................................$40,592.00

## Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|---|
| 12/18/18 | 101-0000081219 | November 2018 | $35,070.50 | $0.00 | $35,070.50 |
| 01/10/19 | 101-0000081974 | December 2017 | $5,521.50 | $0.00 | $5,521.50 |

Please reference invoice number and send check to:

**Quinn Emanuel Urquhart & Sullivan, LLP**  
865 S. Figueroa St., 10th Floor  
Los Angeles, CA 90017

Or Wire funds to:

Account Info:  
Bank Account:  
Bank ABA No.:  
Swift Code:  
References:

City National Bank  
555 South Flower St., 12th Floor  
Los Angeles, CA  90071  
Quinn Emanuel Urquhart & Sullivan, LLP  
Deposit Account #

*Invoice number and client name / matter number please*

Tax ID# 95-4004138

**quinn emanuel trial lawyers**

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

December 18, 2018

George Hall
President
510 Madison Avenue
9th Floor
New York, NY 10022

Matter #: 08161-00001
Invoice Number: 101-0000081219
Responsible Attorney: Alex Spiro

<u>Clinton Group</u> ███

For Professional Services through November 30, 2018 in connection with representing Clinton Group, Inc. in ███

| | |
|---|---|
| Fees | $35,070.50 |
| Total Due This Invoice | $35,070.50 |

CGI - 0014

**quinn emanuel trial lawyers**

December 18, 2018  
Page 2

Matter #: 08161-00001  
Invoice Number: 101-0000081219

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/20/18 | HS3 | ■■■■■■■■■■■■■■■■■■■■■■ | 0.50 |
| 11/26/18 | AS4 | [Navesink]- Complaint review, call with client, ID with A. Marks re: strategy. | 1.10 |
| 11/26/18 | APM | [Navesink] -Analysis of complaint and prior correspondence; research re: deadlines and validity of service; correspondence with A. Spiro re: above. | 1.10 |
| 11/27/18 | AS4 | [Navesink] - Strategy call and ID. | 0.80 |
| 11/27/18 | AB3 | [Navesink] - Conf. With AS, AM, ZR regarding motion to dismiss; legal research for motion to dismiss regarding contract formation, accounts stated, employment recruiter fees; prepare motion to dismiss. | 8.70 |
| 11/27/18 | APM | [Navesink] - Analysis of strategy in responding to complaint; meet with A. Spiro re: same; correspond with same re: same; brief Z. Russell and A. Berland re: case and anticipated strategy; correspond with same re: same; draft email to client laying out essential questions for Motion to Dismiss; review and respond to research by Z. Russell and A. Berland relating to motion to dismiss. | 2.80 |
| 11/27/18 | ZR1 | [Navesink] - TC with internal team on motion to dismiss strategy; review of filings. | 2.10 |
| 11/28/18 | AB3 | [Navesink] - Legal research for motion to dismiss regarding contract formation; conf. With ZR regarding motion to dismiss legal arguments; conf. With JB regarding similar case and relevant caselaw; prepare motion to dismiss; review and revise motion to dismiss. | 8.30 |
| 11/28/18 | APM | [Navesink] - Calls and correspondence with Z. Russell re: motion to dismiss; call with client re: strategy; correspond with client re: follow-up questions for motion to dismiss. | 1.00 |
| 11/28/18 | ZR1 | [Navesink] - Legal research on recruitment cases; legal research on offer and mutual assent; generate list of questions for client; review and revise first draft of motion; conferences with AM and AN re same. | 11.20 |
| 11/29/18 | AS4 | [Navesink] - Mtn review and misc communications. | 1.40 |
| 11/29/18 | APM | [Navesink] - Revise motion to dismiss; extensive correspondence with Z. Russell re: finalizing same; call with | 2.20 |

CGI - 0014

## quinn emanuel trial lawyers

December 18, 2018 — Matter #: 08161-00001  
Page 3 — Invoice Number: 101-0000081219

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
|  |  | same re: arguments against remaining counts. |  |
| 11/29/18 | AB3 | [Navesink] - Legal research for motion to dismiss; prepare motion to dismiss; review and revise motion to dismiss. | 3.90 |
| 11/29/18 | ZR1 | [Navesink] - Review and revise motion to dismiss; prepare request for judicial intervention; prepare attorney affirmation and exhibit; prepare notice of motion; prepare notices of appearance; finalize papers and file same. | 11.80 |
| 11/30/18 | ZR1 | [Navesink] - correspondence with MCO regarding service of process; research on Judge James. | 0.50 |
| 11/30/18 | APM | [Navesink] - Followup to motion to dismiss filing, including analysis of judge assignment; correspond with Z. Russell re: same. | 0.40 |
|  |  | Total Hours | 57.80 |

### Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Alex Spiro | AS4 | Partner | 3.30 | 940.00 | 3,102.00 |
| Andrew P. Marks | APM | Associate | 7.50 | 850.00 | 6,375.00 |
| Hope Skibitsky | HS3 | Associate | 0.50 | 790.00 | 395.00 |
| Zachary Russell | ZR1 | Associate | 25.60 | 670.00 | 17,152.00 |
| Anais Berland | AB3 | Law Clerk | 20.90 | 385.00 | 8,046.50 |

# quinn emanuel trial lawyers
quinn emanuel urquhart & sullivan, llp

## Current Invoice Summary

Matter Name : Clinton Group

Matter #: 08161-00001
Bill Date: December 18, 2018
Invoice Number: 101-0000081219

Total Fees..........................................................$35,070.50
Total Due this Invoice......................................$35,070.50

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds to:

Account Info:
Bank Account:
Bank ABA No.:

References:

City National Bank
555 South Flower St., 12th Floor
Los Angeles, CA 90071
Quinn Emanuel Urquhart & Sullivan, LLP
Deposit Account

*Invoice number and client name / matter number please*

Tax ID# 95-4004138