USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/19/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLINTON GROUP, INC.,

                          Plaintiff,

          -against-

NAVESINK INTERNATIONAL, LLC and
GONTRAN DE QUILLACQ,

                          Defendants.

1:24-cv-05195 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephonic status conference in this matter on **February 26, 2026 at 2:30PM.** All parties shall appear and should contact the Court at **1-855-244-8681** (access code: 2305 370 0226#).

**SO ORDERED.**

Dated:     **February 19, 2026**
           **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**