USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/26/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLINTON GROUP, INC.,

Plaintiff,

-against-

NAVESINK INTERNATIONAL, LLC and
GONTRAN DE QUILLACQ,

Defendants.

1:24-cv-05195 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed at today's telephonic conference, this case is being referred to Magistrate

Judge Parker for settlement. The parties should reach out to Judge Parker to schedule a

settlement conference. The parties are **ORDERED** to submit a joint status report updating the

Court on the status of this matter by **April 22, 2026.**

**SO ORDERED.**

Dated:    **February 26, 2026**
          **New York, New York**

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**