**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

CLINTON GROUP, INC.,

                          Plaintiff,

        -against-

NAVESINK INTERNATIONAL, LLC and
GONTRAN DE QUILLACQ.,

                        Defendants.

------------------------------------------------------------------X

**24-CV-5195 (ALC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The parties are directed to file a status letter by Thursday May 23, 2026 updating the

Court regarding the disposition of settlement in this matter.

                    **SO ORDERED.**

DATED:     New York, New York
             April 16, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2026